FILED
JUN - 6 2006
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, ESQ. | ) | |
| Plaintiff | ) | 06-448 C Case No. |
| v. | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant | ) | |

## NOTICE OF DIRECTLY RELATED CASE

Plaintiff JGB respectfully notifies this Court that JGB initially filed suit in the Federal Court of Claims for payment under two government contracts for goods furnished to the government as a subcontractor under Contract 4191, as well as another contract (SP0750-99-C-2508). While JGB was granted relief as a third-party beneficiary under Contract SP0750-99-C-2508, the Court held that JGB was not a third-party beneficiary under 4191. *See, JGB Enterprises, Inc. v. U.S.*, 63 Fed.Cl. 319 (2004) ( No. 01-680C) . An appeal is pending before the United States Court of Appeals for the Federal Circuit No. 05-5064-5065.

Dated: June 5,2006

Respectfully submitted,

Joseph A. Camardo, Jr.
127 Genesee St.
Auburn, New York 13021
(315)-252-3846
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 5th day of June, 2006, I caused to be served by Overnight Courier a copy of Plaintiff's Notice of Related Case, addressed as follows:

Nancy Kim
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005

Joseph A. Camardo, Jr.