IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, ESQ., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-448C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14-day enlargement of time, to and including August 21, 2006, within which to file a response to the complaint. The response to the complaint is currently due on August 7, 2006. This is defendant's first request for enlargement for this purpose. Plaintiff's counsel has represented that he does not oppose the motion.

The enlargement is requested because the Government intends to file a motion to dismiss pursuant to RCFC 12(b)(1) and (6) for lack of subject matter jurisdiction and/or failure to state a claim upon which relief can be granted. The undersigned counsel of record for defendant needs additional time to draft the Government's motion because she was busy representing the United States in an expedited bid protest, Advanced Systems Development Inc. v. United States, Fed. Cl. No. 06-484, from June 26, 2006 to July 17, 2006, and was busy drafting the Government's appellate brief in Messick v. United States, Fed. Cir. No. 06-5087, which is due on August 4, 2006.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 14 days, to and including August 21, 2006, within which to

file a response to the complaint or a motion to dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White

FRANKLIN E. WHITE, JR.
Associate Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

August 4, 2006