IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-448 |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller ) |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Plaintiff respectfully requests an enlargement of time of thirty (30) calendar days, to and including October 18, 2006, to respond or otherwise plead to defendant's motion to dismiss pursuant to Rule 12(b)(1) filed with the Court on August 8, 2006. This is plaintiff's first request for an enlargement of time for this matter.

Undersigned counsel unsuccessfully attempted to contact counsel for defendant to discuss this motion, as she is out of the office until September 4, 2006.

The reason for this request is that undersigned counsel, who is assisting with the response, will be out of the office in Texarkana, Texas the week of August 28, 2006 for depositions in another matter. The following week is a short holiday week, during which undersigned counsel and counsel of record, Joseph A. Camardo, Jr., will be in Long Island, New York on another client matter. The following week (September 11, 2006), undersigned counsel must be in Worcester, Massachusetts for a Court hearing on another client matter. In addition, Joseph A. Camardo, Jr., counsel of record, will be in Detroit for most of this week for hearings on another client matter.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time, and extend the time for plaintiff to respond or otherwise

plead to defendant's motion to dismiss thirty (30) days from September 18, 2006 to October 18, 2006.

Dated: August 28, 2005

s/ Kevin M. Cox
Joseph A. Camardo, Jr.
By: Kevin M. Cox
127 Genesee Street
Auburn, New York 10321
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on August 28, 2005, I caused to be served by United States Mail (First Class, postage prepaid) of the foregoing, to:

Nancy Kim
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, DC 20530

s/ Kevin M. Cox
Kevin M. Cox