# In the United States Court of Federal Claims

| | | |
|---|---|---|
| MICHAEL KAWA, | ) | |
| Plaintiff, | ) | No. 06-448 C |
| v. | ) | Filed September 6, 2006 |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**ORDER**

On August 28, 2006, Plaintiff filed a Motion for Enlargement of Time within which to file a response or otherwise plead to Defendant's Motion to Dismiss, dated August 18, 2006. Plaintiff has informed the Court that he was unable to contact counsel for Defendant to discuss his motion because she was out of the office until September 4, 2006. Plaintiff's Motion for Extension of Time is GRANTED and the Court ORDERS that Plaintiff file and serve its response to Defendant's complaint on or before October 18, 2006.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge