IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-448 |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller ) |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff respectfully requests an enlargement of time of thirty (30) calendar days, to and including November 17, 2006, to respond or otherwise plead to defendant's motion to dismiss pursuant to Rule 12(b)(1). This is plaintiff's second request for an enlargement of time for this matter.

Counsel for defendant does not object to the relief requested herein.

The reason for this request is that due to a very busy litigation calendar, undersigned counsel will not have sufficient time during the next few weeks to research and respond to defendant's motion. The additional time requested herein should provide counsel with the time needed to adequately respond to defendant's motion and discuss the same with plaintiff.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time, and extend the time for plaintiff to respond or otherwise plead to defendant's motion to dismiss thirty (30) days from October 18, 2006 to November 17, 2006.

Dated: October 5, 2006

s/Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
By: Kevin M. Cox
127 Genesee Street

Auburn, New York 10321
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on October 5, 2006, I caused to be served by United States Mail (First Class, postage prepaid) of the foregoing, to:

Nancy Kim
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, DC 20530

s/Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.