IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-448 |
| | ) | |
| v. | ) | (Judge George W. Miller ) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF FILING AMENDED COMPLAINT**

Plaintiff respectfully advises the Court and defendant that on November 6, 2006 plaintiff filed its First Amended Complaint. In light of the foregoing, defendant's Motion to Dismiss filed on August 18, 2006 (Docket No. 9), which was directed at the original complaint, is now moot. As such, plaintiff will not file a response/opposition to the Motion to Dismiss. If defendant feels that the amended complaint has not adequately addressed the concerns, then it is obviously free to file a motion to dismiss directed at the amended complaint, and plaintiff will respond accordingly.

Dated: November 6, 2006

s/Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
127 Genesee Street
Auburn, New York 10321
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on November 6, 2006, I caused to be served by United States Mail (First Class, postage prepaid) of the foregoing, to:

Nancy Kim
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, DC 20530

s/Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.