IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-448 |
| | ) | |
| THE UNITED STATES | ) | (Judge George W. Miller ) |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff, by and through undersigned counsel, pursuant to Rule 15 of the Rules of the United States Court of Federal Claims, respectfully moves the Court for leave to file its Second Amended Complaint and states as follows:

On June 6, 2006, plaintiff filed its original complaint in the instant action. Defendant moved to dismiss the complaint, on various grounds, on August 18, 2006. By Court Orders dated September 6 and October 6, 2006, plaintiff's deadline to file an answer or otherwise respond to the motion to dismiss was extended to November 17, 2006.

Rather than respond to defendant's motion to dismiss, on November 6, 2006, plaintiff filed its First Amended Complaint pursuant to Rule 15(a) of the Rules of the Court of Federal Claims. Subsequently, plaintiff made further changes to the complaint in order to clarify certain issues regarding payee and payment address on a purchase order discussed therein. As such, plaintiff respectfully moves the Court for leave to file a Second Amended Complaint which addresses the aforementioned error. A copy of the Second Amended Complaint is attached hereto as Exhibit "1" and is incorporated herein by reference.

On November 16, 2005, counsel for defendant advised that she does not oppose the relief requested in this motion.

Dated: November 17, 2006

Respectfully submitted,

s/Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
*Attorney for Plaintiff*
127 Genesee St.
Auburn, New York 13021
Tel: (315) 252-3846

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on November 17, 2006, I caused to be served by United States Mail (First Class, postage prepaid) of the foregoing, to:

Nancy Kim
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, DC 20530

s/Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.