# In the United States Court of Federal Claims

| | |
|---|---|
| MICHAEL KAWA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-448<br><br>Filed November 20, 2006 |

**ORDER**

On November 17, 2006, plaintiff filed an unopposed motion for leave to file a second amended complaint, with his proposed second amended complaint attached. In his motion, plaintiff asserts that, rather than file a response to defendant's motion to dismiss, he filed his first amended complaint on November 6, 2006, pursuant to Rule 15(a) of the Rules of the United States Court of Federal Claims ("RCFC"). Plaintiff actually filed his first amended complaint on June 8, 2006, and was required to seek the leave of the Court or defendant's written consent in order to amend the complaint again. RCRC 15(a). However, with the filing of a new second amended complaint, the question of how to treat plaintiff's November 6, 2006, filing is moot. Plaintiff avers that counsel for defendant does not oppose the filing of this second amended complaint, and leave to amend "shall be freely given when justice so requires." *Id.*

In light of the above, plaintiff's motion is GRANTED. The Clerk is directed to file plaintiff's second amended complaint.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge