# ESCROW AGREEMENT

This Agreement made this 10th day of November, 1999, by and between **J.G.B. Enterprises, Inc.**, 115 Metropolitan Drive, Liverpool, New York 13088 ("J.G.B."), **Capital City Pipes, Inc.**, 1872 Mill Street, Building F, Tallahassee, Florida 32310 ("Capital City") and **Michael J. Kawa, Esq.**, 304 South Franklin Street, Syracuse, New York 13202 ("Escrow Agent").

## PREAMBLE

A. Capital City is a prime contractor of the United Stated Defense Supply Construction Center ("DSCC") for the manufacture and shipment of hose assemblies pursuant to various agreements between Capital City and DSCC.

B. Capital City has subcontracted with J.G.B. to, among other things, manufacture and ship such hose assemblies for and on behalf of Capital City and pursuant to Capital City's agreements with DSCC.

C. DSCC has, in the past, remitted payment directly to Capital City, pursuant to the agreements between Capital City and DSCC.

D. J.G.B. wants reasonable assurance that it will receive payment for its work performed pursuant to its subcontract with Capital City relating to the agreements between Capital City and DSCC.

E. The Escrow Agent is an attorney at law, duly admitted to practice as such in the State of New York, maintaining an office of 300 Crown Building, 304 South Franklin Street, Syracuse, New York.

00022

NOW, THEREFORE, it is agreed as follows:

## OPERATIVE PROVISIONS

1. Capital City and J.G.B. shall take all steps and execute all documents as may be required by DSCC to provide that future payments of the moneys due to Capital City from DSCC on the agreements for which J.G.B. is a subcontractor of Capital City, ("the Escrow Fund") shall be payable to Michael J. Kawa, Esq., as the Escrow Agent and remitted by DSCC to the Escrow Agent at his office address.

2. The Escrow Agent shall deposit the Escrow Fund into a non-interest bearing escrow account of his choosing, and he shall be the only party authorized to withdraw the Escrow Fund, or any part thereof, from that account.

3. Upon Escrow Agent's receipt of a signed statement from Capital City and J.G.B. mutually providing for a division of the Escrow Fund, or any part thereof, between Capital City and J.G.B., the Escrow Agent shall promptly release and pay over the Escrow Fund, or any part thereof, to Capital City and J.G.B. as so instructed.

4. J.G.B. and Capital City agree and acknowledge that the Escrow Agent assumes no liability in connection with this Agreement except for gross negligence or willful misconduct; that the Escrow Agent shall never be responsible for the validity, correctness or genuineness of any document or notice referred to, or paid by, the Escrow Agent under this Agreement; that the Escrow Agent may seek advice from his own counsel, and that the Escrow Agent shall be fully protected, indemnified and held



JUL-26-2001 15:51 FROM-JGB ENTERPRISES INC +1 315 457 8603 T-938 P.008/018 F-618

harmless in and against any action taken by him in good faith in accordance with the terms of this Escrow Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement.

J.G.B. Enterprises, Inc.

By:____________________
Jay G. Bernhardt, President

Capital City Pipes, Inc.

By:____________________
Lee Gilliam, President

____________________
Michael J. Kawa, Esq.

# Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

November 10, 1999

LuAnn Bosey
DSCC/PLLDB1
Defense Supply Center Columbus

Ref: SP075099Q5778

LuAnn,

Hi, I am following up with you on fax I submitted to you on the above solicitation. My price will remain the same for the Qty (248) at $147.96 Everything remains the same. The only change is the one listed below.

I requested a change in the payment remittance address:

**Michael Kawa, Esq.**
**300 Crown Bldg.**
**304 S. Franklin St**
**Syracuse, NY 13202**

If you have nay questions please call me at 850-574-3717

Thank you

Thelma S. Williams
Government Sales

**1872 Mills Street Bldg. -F ** P.O. Box 12368 ** Tallahassee, Florida 32317-2368**



Pl. Ex. 58

| | | | |
|---|---|---|---|
| Attention: | LuAnn Bosey18136925298 | Date: | 11/15/99 |
| Company: | DSCC/PLLDBA1 | Number of Pages: | 1 |
| Fax Number: | 16146925298 | | |
| Voice Number: | 16146923234 | | |

| | |
|---|---|
| From: | Thelma S. Williams |
| Company: | Capital City Pipes, Inc. |
| Fax Number: | 850 574 0384 |
| Voice Number: | 850 574 3717 |

Subject: SP075099Q5778

Comments:

Good Morning, LuAnn, I apologize fot the confusion this may have caused.
We are requesting the payment address be changed to:

MICHAEL KAKA, ESQ.
300 CROWN BLDEG
304 S FRANKLIN STREET
SYRACUSE, NY 13202
If you have any questions please call me
THANK YOU

Pl. Ex. 41

#41

WITNESS:
DATE: Rptr:
Higgins & Associates

# ORDER FOR SUPPLIES OR SERVICES

(Contractor must submit four copies of invoice.)

Form Approved OMB No. 0704-0187 Expires Jun 30, 1997

PAGE 1 OF 7

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0187), Washington, DC 20503.

*PLEASE DO NOT RETURN YOUR FORM TO EITHER OF THESE ADDRESSES.*
*SEND YOUR COMPLETED FORM TO THE PROCUREMENT OFFICIAL IDENTIFIED IN ITEM 6.*

| 1. CONTRACT/PURCH ORDER NO. | 2. DELIVERY ORDER NO. | 3. DATE OF ORDER (YYMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| SP0750-00-M-4191 | | 1999 NOV 24 | YPC99014000938 | DOA1 |

**6. ISSUED BY** CODE SP0700

Defense Supply Center Columbus
3990 E.Broad St.
P.O. Box 16704
Columbus,OH 43216-5010
Local Administrator: LECC , (614)692-2423

**7. ADMINISTERED BY** (If other than 6) CODE S1109A

DCMC CLEARWATER
GADSEN BLDG SUITE 200
9549 KROGER BLVD
ST PETERSBURG FL 33702-2455

CRITICALITY: B

**8. DELIVERY FOB**: [X] DEST [ ] OTHER (See Schedule if other)

**9. CONTRACTOR** CODE 0NSZ5 FACILITY CODE

NAME AND ADDRESS:
CAPITAL CITY PIPES INC
1872 MILLS ST SUITE F
TALLAHASSEE FL 32310-0205

**10. DELIVER TO FOB POINT BY** (Date) (YYMMDD): 120 DAYS ADO

**11. MARK IF BUSINESS IS**: [ ] SMALL [X] SMALL DISADVANTAGED [ ] WOMEN-OWNED

**12. DISCOUNT TERMS**: NET 30 days

**13. MAIL INVOICES TO**: See Block 15

**14. SHIP TO** CODE

See Schedule - Do Not Ship to Address in Block 6

**15. PAYMENT WILL BE MADE BY** CODE S33181

S33181 DFAS COLUMBUS CENTER
ATTN DFAS-CO-LSCAA
P O BOX 182317
COLUMBUS OH 43218-2317

MARK ALL PACKAGES AND PAPERS WITH CONTRACT OR ORDER NUMBER

**16. TYPE OF ORDER**

- DELIVERY [ ] This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.
- PURCHASE [X] Reference your offer dated 1999 JUL 08, SP0750-99-Q-5778 and furnish the following on terms specified herein.

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

97X4930 5CC0 001 26.0 S33150

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | Remarks: ACCELERATED DELIVERY IS ACCEPTABLE AND DESIRED AT NO COST TO THE GOVERNMENT. | TOTAL: 306 | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
BY: [signature] 11-19-99
LU PIN TUCKY (stamp, partly illegible)
CONTRACTING/ORDERING OFFICER

| 25. TOTAL | $ 45275.76 |
|---|---|
| 29. DIFFERENCE | |
| 30. INITIALS | |

26. QUANTITY IN COLUMN 20 HAS BEEN [ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE | SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

36. I certify this account is correct and proper for payment.

DATE | SIGNATURE AND TITLE OF CERTIFYING OFFICER

27. SHIP. NO. [ ] PARTIAL [ ] FINAL
28. D.O. VOUCHER NO.
31. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL
32. PAID BY
33. AMOUNT VERIFIED CORRECT FOR
34. CHECK NUMBER
35. BILL OF LADING NO.

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

#46

WITNESS: ____ Designee ____
DATE: ____ Rptr: ____

DD FORM 1155, JUN 94 (EG)

Pl. Ex. 46

FIRST ARTICLE TEST WAIVED BASED UPON JGB ENTERPRISES USING HOSE FOR FAT
PROVED SOURCE GOODYEAR TIRE AND RUBBER (73842).

SECTION B

4.7, CUSTOMER-SUPPLIED PRODUCT:
4.8, PRODUCT IDENTIFICATION & TRACEABILITY:
4.10, INSPECTION & TESTING:
4.11, INSPECTION, MEASURING & TEST EQUIPMENT:
4.12, INSPECTION AND TEST STATUS:
4.13, CONTROL OF NONCONFORMING PRODUCT:
4.14, CORRECTIVE AND PREVENTIVE ACTION:
PARAGRAPH 4.14.3 APPLY TO PRODUCT ONLY
4.16, QUALITY RECORDS:
FAR CLAUSE 52.246-11 APPLIES
POTENTIAL CONTRACTORS MUST IDENTIFY THE ACTUAL
PLACE OF MANUFACTURE OF THE HOSE AT THE TIME
OF SOLICITATION.

| ITEM | PR | PRLI | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0001 | YPC99014000938 | 0001 | 306 | EA | $147.96000 | $45275.76 |

QTY VARIANCE: PLUS 10% MINUS 10%
INSPECTION POINT: ORIGIN
ACCEPTANCE POINT: ORIGIN

PREP FOR DELIVERY

PKGING DATA - MIL-STD-2073-1C, 01 OCT 1996
QUP = 001: PRES MTHD = AE: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:
UNIT CONT = 00: OPI = O:
PACK CODE = U:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
SPECIAL MARKING CODE: 00 - NO SPECIAL MARKING.
PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV B
DATED 99238

DOD BAR CODE MARKING REQUIRED IN ACCORDANCE WITH
MIL-STD-129 (LATEST REVISION) MARKING AND BAR
CODING IN ACCORDANCE WITH AIM BC1.

DELIVER FOB: DESTINATION BY: 2000 MAR 23

PARCEL POST ADDRESS:

SW3100
MECHANICSBURG FACILITY
DEF DIST DEPOT SUSQUEHANNA PA
GENERAL SUPPLIES
MECHANICSBURG PA 17055-0789

CONTINUED ON NEXT PAGE

## SECTION B

PR YPC99014000938
NSN 4720-00-978-8887

ITEM DESCRIPTION:

HOSE ASSEMBLY, NONMETALLIC, 4 IN. ID, 10 FT LG, ALUMINUM ALLOY QUICK DISCONNECT MALE AND FEMALE COUPLINGS, SPEC TITLE, HOSE AND HOSE ASSEMBLY, NONMETALLIC, SUCTION AND DISCHARGE. END ITEM, SUPPORT EQUIPMENT, B-52, F-111 AND C-135 AIRCRAFT.

IF AQLS ARE LISTED IN THE SPECIFICATION(S) OR DRAWING(S) THEY MAY BE USED TO ESTABLISH THE AUTHORIZED SAMPLE SIZE, HOWEVER, THE ACCEPTANCE NUMBER FOR THIS CONTRACT IS ZERO; I.E., THIS CONTRACT REQUIRES A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS AND REJECTS ON ONE OR MORE DEFECT(S).
I43 CONTRACTOR FIRST ARTICLE TEST IS REQUIRED.

'CLASS I OZONE DEPLETING CHEMICALS ARE NOT TO BE USED NOR INCORPORATED IN ANY ITEMS TO BE DELIVERED UNDER THIS CONTRACT. THIS PROHIBITION SUPERSEDES ALL SPECIFICATION REQUIREMENTS BUT DOES NOT ALLEVIATE ANY PRODUCT REQUIREMENTS. SUBSTITUTE CHEMICALS MUST BE SUBMITTED FOR APPROVAL UNLESS THEY ARE AUTHORIZED BY THE SPECIFICATION REQUIREMENTS.'

DLAD 52.246-9004, PRODUCT VERIFICATION TESTING, APPLIES. THIS CLAUSE IS A GOVERNMENT OPTION THAT CAN ONLY BE INVOKED UPON THE COGNIZANT CONTRACT ADMINISTRATION OFFICE NOTIFYING THE CONTRACTOR THAT PVT SAMPLES ARE TO BE SELECTED.

THE INTERNATIONAL ORGANIZATION FOR STANDARDIZATION (ISO) 9002 OR A 'TAILORED' PROGRAM MEETING THE FOLLOWING ISO 9002 PARAGRAPHS APPLIES:
4.5, DOCUMENT CONTROL: LIMITED TO INSPECTION AND TESTING AS WELL AS APPLICABLE DRAWINGS, SPECIFICATIONS AND INSTRUCTIONS REQUIRED BY CONTRACT
4.6, PURCHASING: 4.6.1 AND LIMITED TO 4.6.2 A) AND 4.6.4.2, ALL OTHER PARTS OF PARAGRAPH ARE HEREBY DELETED

CONTINUED ON NEXT PAGE

SECTION B

FREIGHT SHIPPING ADDRESS:

SW3100
MECHANICSBURG FACILITY TRNS OFFICER
DEF DIST DEPOT SUSQUEHANNA PA
5450 CARLISLE PIKE
MECHANICSBURG PA 17055-0789

NON-MILSTRIP RDD 12/31/1999 PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

REMIT PAYMENT TO:

MICHAEL KAWA, ESQ.
300 CROWN BLDG
304 S. FRANKLIN ST
SYRACUSE NY 13202

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONTINUED ON NEXT PAGE

All clauses and provisions listed within this individual solicitation are contained in the DSCC Master Solicitation (S9C/S9E) dated JUNE 1999. This document can be found at ( www.dscccols.com ) . Current changes to the aforementioned Master Solicitation are contained within this solicitation and supersede any outdated information contained in the Master [illegible]tation. The clauses/provisions incorporated by reference ha[illegible] the same force and effect as if they were in full text; however, those having no bearing on the instant acquisition become self-deleting. In the event of an inconsistency between the Master Solicitation and the individual solicitation, the provision of the individual solicitation shall govern.

For Simplified Acquisitions (under $100,000) quoters may respond electronically via the DSCC Electronic Bid Board (EBB) at www.dscccols.com/programs/ebb or by facsimilie to the buyer's fax number.

SECTION B

B03 - DSCC WEB SITE

The DSCC Master Solicitation is available on the Internet via the DSCC Web Site at http://dibbs.dscccols.com/Refs/ProvClauses/
Also, the full text of FAR/DFARS/DLAD clauses incorporated by reference may be accessed electronically at http://www.procregs.hq.dla.mil/icps.htm

B04 - ALTERNATE DISPUTE RESOLUTION (ADR)

SECTION C

C - Y2K COMPLIANT NOTICE

SECTION D

D02a - PACKAGING AND MARKING REQUIREMENTS (DSCC 52.246-9C41) (AUG 1999)

Packaging and marking requirements for items being procured shall be accomplished as stated herein. (See Section B)

T[illegible]ffice symbol for the Packaging Team is DSCC-VSP.

The following items shall be Preserved, Packaged, Packed and Marked in accordance with MIL-STD-2073-1C and Marked in accordance with MIL-STD-129N.

D03 - PACKING LIST/INVOICE/SHIPPING DOCUMENTS (AUG 1999) (DSCC 52.211-9C17)

(a) A packing list, invoice, or shipping documents shall accompany or be included in ALL shipments.
(b) The document(s) shall include the following:
Complete MARK FOR including requisition (TCN) number;
Order Number;
CLIN;
National Stock Number (NSN) or Part Number if NSN is not available; Noun Nomenclature;
Quantity;
Unit of Issue; and
Preparation for Delivery requirements such as MIL-STD-2073 Coded Packaging, QUP, and Packaging/Packing levels.
(c) In addition for all DIRECT SHIPMENTS to overseas AND domestic consignees, including shipments to Consolication and Containerization, the documentation with complete MARK FOR INFORMATION is to be placed in a water-resistant envelope securely attached to the outside of the shipping container/exterior pack. (This paragraph 'c' is not applicable to shipments to a Government Packing Facility)

D06 - PREPARATION FOR DELIVERY (JAN 1992) (DSCC 52.211-9C15)

D07 - LABELS (AUG 1999) (DSCC 52.211-9C18)

DD Form 1387, Military Shipment Labels, are required for all overseas shipments to water or air terminals and Consolidation and Containerization Points and must be used in accordance with MIL-STD-129N. (Labels are not required when forwarding to a G[illegible]rnment Packing Facility or for Parcel Post shipments to any [illegible]nation.)

D08 - SPECIAL HANDLING DATA/ACKNOWLEDGEMENT (AUG 1999) (DSCC 52.211-9C20)

Any item that contains dangerous material which by virtue of its properties is flammable, corrosive, combustible, explosive, toxic, radioactive, unduly magnetic, or which contains oxidizing agents or is otherwise hazardous shall not be offered for transportation by military air until properly packed and marked in accordance with joint military publication Preparation of Hazardous Materials for Military air shipment, AFJM 24-204/TM 38-250/NAVSUP PUB 505/MCO P4030.19G, DLAI 4145.3. Special Handling Data/Certification, DD Form 1387-2, shall be prepared and affixed to each package in accordance with MIL-STD-129N and the joint military publication cited above.

SECTION E

E01 - CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (FEB 1998)

E03 - INSPECTION AT ORIGIN (DSCC 52.246-9C01) (FEB 1993)

(c) Inspection Points:

SUPPLIES

CLIN(s)

( ) Same as Offeror
ALL (X) Other (CAGE, Name, Street Address, City, State and Zip Code)
( ) JGB ENTERPRISES INC.
115 METROPOLITAN DR
LIVERPOOL NY 13088-0209
( )

PACKAGING

CLIN(s)

( ) Same as Offeror
ALL (X) Same as above
( ) Other (CAGE, Name, Street Address, City, State and Zip Code)
( )

( )

E03A - INSPECTION/ACCEPTANCE AT ORIGIN WILL BE PERFORMED BY:

CLIN(s) SUPPLIES

ALL ( ) Office Administering Order/Contract

(X) Other

DCMC SYRACUSE
615 ERIE BLVD WEST
SYRACUSE NY 13204-2408

PACKAGING

( ) Office Administering Order/Contract

ALL (X) Same as for Supplies

( ) Other

CONTINUED ON NEXT PAGE

)4 - ACCEPTANCE AT ORIGIN (DSCC 52.246-9C02) (NOV 1995)

)6 - MATERIAL INSPECTION AND RECEIVING REPORT
)FARS 252.246-7000) (DEC 1991)

14a - HIGHER-LEVEL CONTRACT QUALITY REQUIREMENT (TAILORED ISO
)02) (FEB 1999) (DSCC 52.246-9C44) (SUBSTANTIALLY THE SAME AS
AR 52.246-11)

18 - PRODUCT VERIFICATION TESTING (DLAD 52.246-9004) (AUG
997)

23 - SUBSTITUTION OF ITEM AFTER AWARD (DSCC 52.246-9C13)
JAN 1999)

ECTION F

'01 - SOLICITATION CLAUSES INCORPORATED BY REFERENCE
;FAR 52.252-2) (FEB 1998)

F04 - POINT OF CONTACT FOR TRANSPORTATION INSTRUCTIONS
(DSCC 52.247-9C04) (JUN 1999)

:TION I

I01 - CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2)
(FEB 1998)

I43A - FIRST ARTICLE TESTING waived.

I46B - SECTION 8(a) DIRECT AWARD (DFARS 252.219-7009)
(JUN 1998)

(a) This contract is issued as a direct award between the contracting officer and the 8(a) Contractor pursuant to the Memorandum of Understanding dated May 6, 1998, between the Small Business Administration (SBA) and the Department of Defense. Accordingly, the SBA is not a part to this contract. SBA does retain responsibility for 8(a) certification, for 8(a) eligibility determination and related issues, and for providing counseling and assistance to the 8(a) Contractor under the 8(a) Program. The cognizant SBA district office is:

U.S. SMALL BUSINESS ADMINISTRATION
7825 BAYMEADOWS WAY SUITE 100B
JACKSONVILLE FL 32256-7504

(To be completed by the Contracting Officer at the time of award)

I83 - NOTIFICATION TO DELAY PERFORMANCE (DFARS 252.219-7011)
(JUN 1998)

PART VII MASTER SOLICITATION - PALLETIZATION NO. DC1636P001 - 96150 - APPLIES

# PART II – CONTRACT CLAUSES

## SECTION I - CONTRACT CLAUSES

**I01 - CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at

http://www.procregs.hq.dla.mil/icps.htm

**NOTE: *If not applicable becomes self-deleting.***

**a. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES**

52.202-1 - Definitions (Over $100,000)(OCT 1995)
Alternate I (APR 1984) (BASE CONTRACTS)
52.203-3 - Gratuities (Over $100,000)(APR 1984)
52.203-5 - Covenant Against Contingent Fees (Over $100,000) (N/A to Commercial) (APR 1984)
52.203-6 - Restriction on Subcontractor Sales to the Government (Over $100,000) (JUL 1995)
52.203-7 - Anti-Kickback Procedures (Over $100,000) (JUL 1995)
52.203-8 - Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (Over $100,000) (JAN 1997)
52.203-10 - Price or Fee Adjustment for Illegal or Improper Activity (Over $100,000) (JAN 1997)
52.203-12 - Limitation on Payments to Influence Certain Federal Transactions (Over $100,000) (JUN 1997)
52.204-2 - Security Requirements (AUG 1996) (Applicable only when access to classified confirmation is required.)
52.204-4 - Printing/Copying Double-Sided on Recycled Paper (Over $100,000) (JUN 1996)
52.209-6 - Protecting the Governments Interest when Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (Over $25,000) (JUL 1995)
52.211-5 - Material Requirements (OCT 1997) (N/A to Commercial)
52.211-15 - Defense Priority and Allocation Requirements (SEP 1990)
**The following FAR 52.214-XX clauses are applicable to IFB's only:**
52.214-26 - Audit and Records – Sealed Bidding (OCT 1997)
52.214-27 - Price Reduction for Defective Cost or Pricing Data – Modifications –Sealed Bidding (Over $500,000) (OCT 1997)
52.214-28 - Subcontractor Cost or Pricing Data – Modifications – Sealed Bidding (Over $500,000)(OCT 1997)
52.214-29 - Order of Precedence – Sealed Bidding (JAN 1986)
52.215-2 - Audit and Records—Negotiations (Over $100,000)(AUG 1996)
52.215-8 - Order of Precedence - Uniform Contract Format (Over $100,000)(OCT 1997)
52.215-10 - Price Reduction for Defective Cost or Pricing Data (Over $500,000) (OCT 1997)
52.215-11 - Price Reduction for Defective Cost or Pricing Data – Modifications (Over $500,000) (OCT 1997)
52.215-12 - Subcontractor Cost or Pricing Data (Over $500,000) (OCT 1997)
52.215-13 - Subcontractor Cost or Pricing Data – Modifications (Over $500,000)(OCT 1997)
52.215-14 - Integrity of Unit Prices (Over $100,000)(OCT 1997)
Alternate I (Over $100,000)(OCT 1997) (Applicable when there is inadequate price competition)
52.215-15 - Termination of Defined Benefit Pension Plans (Over $500,000) (DEC 1998)
52.215-17 - Waiver of Facilities Capital Cost of Money (Over $100,000)(OCT 1997)
52.215-18 - Reversion or Adjustment of Plans for Postretirement Benefits Other Than Pensions (PRB) (Over $500,000) (OCT 1997)
52.215-19 - Notification of Ownership Changes (Over $100,000)(OCT 1997)
52.216-5 - Price Redetermination-Prospective (BASE CONTRACTS and SERVICES) (OCT 1997)
52.216-6 - Price Redetermination-Retroactive (BASE CONTRACTS and SERVICES) (OCT 1997)
52.217-8 - Option to Extend Services (SERVICES) (AUG 1989)
52.219-8 - Utilization of Small Business Concerns (Over $100,000) (JUN 1999)
52.219-9 - Small Business Subcontracting Plan (Over $500,000) ($1,000,000 for Construction of any Public Facility) (JAN 1999)
Alternate I (Sealed Bidding) (JAN 1999)
52.219-16 - Liquidated Damages – Subcontracting Plan (JAN 1999)
52.222-1 - Notice to the Government of Labor Disputes (Over $2,000)(FEB 1997)
52.222-3 - Convict Labor (Over $2,500)(AUG 1996)
52.222-4 - Contract Work Hours and Safety Standards Act – Overtime Compensation (Over $100,000) (JUL 1995)
52.222-6 - Davis-Bacon Act (Over $2,000) (FEB 1995) (BASE CONTRACT)
52.222-7 - Withholding of Funds (Over $2,000) (FEB 1988) (BASE CONTRACT)
52.222-8 - Payrolls and Basic Records (Over $2,000)(FEB 1988) (BASE CONTRACT)
52.222-9 - Apprentices and Trainees (Over $2,000)(FEB 1988) (BASE CONTRACT)
52.222-10 - Compliance with Copeland Act Requirements (Over $2,000)(FEB 1988) (BASE CONTRACT)
52.222-11 - Subcontracts (Labor Standards) (Over $2,000)(FEB 1988) (BASE CONTRACT)
52.222-12 - Contract Termination – Debarment (Over $2,000)(FEB 1988) (BASE CONTRACT)
52.222-13 - Compliance with Davis-Bacon and Related Act Regulations (Over $2,000)(FEB 1988) (BASE CONTRACT)
52.222-14 - Disputes Concerning Labor Standards (Over $2,000)(FEB 1988) (BASE CONTRACT)
52.222-15 - Certification of Eligibility (Over $2,000)(FEB 1988) (BASE CONTRACT)
52.222-20 - Walsh-Healey Public Contracts Act (Over $10,000) (DEC 1996)
52.222-21 - Prohibition of Nonsegregated Facilities (Over $10,000)(FEB 1999)
52.222-26 - Equal Opportunity (Over $10,000)(FEB 1999)
52.222-27 - Affirmative Action Compliance Requirements for Construction (Over $10,000) (FEB 1999) (BASE CONTRACTS)

52.222-29 - Notification of Visa Denial (FEN 1999)
52.222-35 - Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era (Over $10,000) (APR 1989)
52.222-36 - Affirmative Action for Workers With Disabilities (Over $2,500) (JUN 1998)
52.222-37 - Employment Reports on Disabled Veterans and Veterans of the Vietnam Era(Over $10,000)(JAN 1999)(Applicable with FAR 52.222-35)
52.222-41 - Service Contract Act of 1965, as Amended (Over $2,500) (MAY 1989) (SERVICES)
52.222-43 - Fair Labor Standards Act and Service Contract Act – Price Adjustment (Multiple Year and Option Contracts) (Under $100,000) (SERVICES)(MAY 1989)
52.222-44 - Fair Labor Standards Act and Service Contract Act – Price Adjustment (MAY 1989) (SERVICES)
52.222-48 - Exemption from Application of Service Contract Act Provisions (SERVICES) (AUG 1996)
52.223-2 - Clean Air and Water (Over $100,000) (APR 1984)
52.223-5 - Pollution Prevention and Right-to-Know Information (APR 1998) (BASE CONTRACTS AND SERVICES)
52.223-14 - Toxic Chemical Release Reporting (Competitive over $100,000) (OCT 1996)(Applicable with FAR 52.223-13)
52.225-10 - Duty-Free Entry (APR 1984)
52.225-11 - Restrictions on Certain Foreign Purchases (OCT 1996)
52.225-14 - Inconsistency Between English Version and Translation of Contract (AUG 1989)
52.225-18 - European Union Sanction for End Products (Under $186,000) (JAN 1996)
52.226-1 - Utilization of Indian Organizations and Indian-Owned Economic Enterprises (Over $500,000 or $1,000,000 for BASE CONTRACTS) (MAY 1999)
52.227-1 - Authorization and Consent (JUL 1995)
52.227-2 - Notice and Assistance Regarding Patent and Copyright Infringement (Over $100,000 except when delivery and performance are outside the U.S. and it's possessions and Puerto Rico) (AUG 1996)
52.227-3 - Patent Indemnity (Over $100,000) (APR 1984)
52.227-4 - Patent Indemnity – Construction Contracts (Over $100,000)(APR 1984) (BASE CONTRACT)
52.228-2 - Additional Bond Security (OCT 1997)(BASE CONTRACTS)
52.228-5 - Insurance – Work on a Government Installation (Over $100,000) (JAN 1997) (BASE CONTRACTS and SERVICES)
52.228-11 - Pledges of Assets (Use when Bid Guarantees and Performance and Payment Bonds are required.) (FEB 1992) (BASE CONTRACTS)
52.228-12 - Prospective Subcontractor Requests for Bonds (Over $100,000)(OCT 1995) (BASE CONTRACTS)
52.228-14 - Irrevocable Letter of Credit (OCT 1997) (BASE CONTRACTS)
52.228-15 - Performance and Payment Bonds - Construction (Over $100,000)(SEP 1996)(BASE CONTRACTS)
52.229-3 - Federal, State, and Local Taxes (Over $100,000) (JAN 1991)
52.229-5 - Taxes – Contracts Performed in U.S. Possessions or Puerto Rico (Over $100,000)(APR 1984) (Use with FAR 52.229-3)
52.229-6 - Taxes – Foreign Fixed-Price Contracts (Over $100,000) (JAN 1991)
52.230-2 – Cost Accounting Standards (Over $500,000) (APR 1998)
52.230-3 – Disclosure and Consistency of Cost Accounting Practices (Over $100,000) (APR 1998)
52.230-4 – Consistency in Cost Accounting Practices (Over $500,000) (AUG 1992)
52.230-6 – Administration of Cost Accounting Standards (Over $500,000) (APR 1996)
52.232-1 - Payments (APR 1984)
52.232-5 - Payments under Fixed-Price Construction Contracts (MAY 1997) (Over $100,000)(BASE CONTRACTS)
52.232-8 - Discounts for Prompt Payment (MAY 1997)
52.232-9 - Limitations on Withholding of Payments (Over $100,000) (APR 1984) (SERVICES)
52.232-11 - Extras (APR 1984)
52.232-17 - Interest (Over $100,000) (JUN 1996)
52.232-18 - Availability of Funds (APR 1984) (BASE CONTRACTS and SERVICES)
52.232-23 - Assignment of Claims (Over $2,500) (MAY 1997)
52.232-25 - Prompt Payment (JUN 1997)
52.232-27 - Prompt Payment for Construction Contracts (JUN 1997) (BASE CONTRACTS)
52.232-33 - Mandatory Information for Electronic Funds Transfer Payment (MAY 1999)
52.233-1 - Disputes (DEC 1998), Alternate I (DEC 1991)
52.233-3 - Protest After Award (AUG 1996)
52.236-2 - Differing Site Conditions (APR 1984) (BASE CONTRACTS)
52.236-3 - Site Investigation and Condition Affecting the Work (APR 1984) (BASE CONTRACTS)
52.236-5 - Material and Workmanship (APR 1984) (BASE CONTRACTS)
52.236-6 - Superintendence by the Contractor (APR 1984) (BASE CONTRACTS)
52.236-7 - Permits and Responsibilities (NOV 1991) (BASE CONTRACTS)
52.236-8 - Other Contracts(APR 1984) (BASE CONTRACTS)
52.236-9 - Protection of Existing Vegetation, Structure, Equipment, Utilities, and Improvements (APR 1984) (BASE CONTRACTS)
52.236-10 - Operations and Storage Areas (APR 1984) (BASE CONTRACTS)
52.236-11 - Use and Possessions Prior to Completion (APR 1984) (BASE CONTRACTS)
52.236-12 - Cleaning Up (APR 1984) (BASE CONTRACTS)
52.236-13 - Accident Prevention (NOV 1991) (BASE CONTRACTS)
52.236-14 - Availability and Use of Utility Services (APR 1984) (BASE CONTRACTS)
52.236-21 - Specifications and Drawings for Construction (FEB 1997) (BASE CONTRACTS), Alternate I (APR 1984), Alternate II (APR 1984)
52.237-2 - Protection of Government Buildings, Equipment, and Vegetation (APR 1984) (SERVICES)
52.237-3 - Continuity of Services (JAN 1991) (SERVICES)
52.242-12 - Report of Shipment (RESHIP) (JUL 1995)
52.242-13 - Bankruptcy (Over $100,000) (JUL 1995)
52.242-14 - Suspension of Work (APR 1984) (BASE CONTRACTS)
52.243-1 - Changes – Fixed Price (AUG 1987), Alternate I (APR 1984) (SERVICES), Alternate II (AUG 1987) )SERVICES), Alternate III (APR 1984) (SERVICES), Alternate IV (Under $100,000) (APR 1984)
52.243-4 - Changes (AUG 1987) (BASE CONTRACTS)
52.243-5 - Changes and Changed Conditions (APR 1984) (BASE CONTRACTS)

52.244-2 – Subcontracts (AUG 1998) (SERVICES over $100,000)
52.244-5 - Competition in Subcontracting (DEC 1996)
52.245-1 - Property Records (APR 1984)
52.245-3 - Identification of Government-Furnished Property (APR 1984) (BASE CONTRACTS)
52.246-18 - Warranty of Supplies of a Complex Nature (Over $100,000) (APR 1984), Alternate IV (APR 1984)
52.246-19 - Warranty of Systems and Equipment under Performance Specifications or Design Criteria (Over $100,000) (DEC 1989)
Alternate III (APR 1984)
52.246-23 - Limitation of Liability (Over $100,000)(FEB 1997)
52.247-1 – Commercial Bill of Lading Notations (APR 1984) (Applicable to F.O.B Orders/Contracts)
52.247-63 – Preference for U.S. – Flag Air Carriers (Over $100,000) (Jan 1997)
52.248-1 - Value Engineering (Over $100,000) (MAR 1989)
52.249-1 - Termination for Convenience of the Government (Fixed-Price)(Short Form) (APR 1984)
52.249-2 - Termination for Convenience of the Government (Fixed-Price) (Over $100,000) (SEP 1996)
Alternate I (SEP 1996) (BASE CONTRACTS), Alternate II (Over $100,000) (SEP 1996), Alternate III (SEP 1996) (BASE CONTRACTS)
52.249-4 - Termination for Convenience of the Government (Short Form) (APR 1984) (SERVICES)
52.249-8 - Default (APR 1984), Alternate I (Under $100,.000) (APR 1984)
52.249-10 - Default (APR 1984) (BASE CONTRACTS), Alternate I (APR 1984)
Alternate II (Under $100,000) (APR 1984) (BASE CONTRACTS), Alternate III (Under $100,000) (APR 1984)
52.253-1 - Computer Generated Forms (JAN 1991)

**b. DEPARTMENT OF DEFENSE FAR SUPPLEMENT (48 CFR CHAPTER 2) CLAUSES**

252.203-7001 - Special Prohibition on Employment (Over $100,000) (N/A to Commercial) (MAR 1999)
252.203-7002 - Display of DoD Hotline Poster (Over $5 Million) (DEC 1991)
252.204-7002 - Payment for Subline Items Not Separately Priced (DEC 1991)
252.204-7003 - Control of Government Personnel Work Products (APR 1992)
252.204-7004 - Required Central Contractor Registration (MAR 1998)
252.205-7000 - Provision of Information to Cooperative Agreement Holders (Over $500,000) (DEC 1991)
252.209-7000 - Acquisition from Subcontractors Subject to On-Site Inspection Under the Intermediate Range Nuclear Forces (INF) Treaty)
(Over $100,000) (N/A to Commercial) (NOV 1995)
252.209-7004 - Subcontracting with Firms That Are Owned or Controlled by the Government of a Terrorist Country (Over $100,000) (MAR 1998)
252.215-7000 - Pricing Adjustments (Over $500,000) (DEC 1991)
252.215-7002 - Cost Estimating System Requirements (Over $500,000) (OCT 1998)
252.219-7003 - Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan and Small Disadvantaged Business
Subcontracting Plan (DoD Contracts). (Over $500,000) (APR 1996)
252.223-7002 - Safety Precautions for Ammunition and Explosives (MAY 1994)
252.223-7003 - Change in Place of Performance - Ammunition and Explosives (DEC 1991)
252.223-7004 - Drug-Free Work Force (SEP 1988) (N/A to Commercial)
252.223-7006 - Prohibition on Storage and Disposal of Toxic and Hazardous Materials (APR 1993) (BASE CONTRACTS and SERVICES)
252.225-7001 - Buy American Act and Balance of Payments Program (MAR 1998)
252.225-7002 - Qualifying Country Sources as Subcontractors (DEC 1991)
252.225-7005 - Identification of Expenditures in the United States (Negotiated over $25,000) (DEC 1991)
252.225-7007 - Trade Agreements (Over $186,000) (MAR 1998)
252.225-7009 - Duty-Free Entry – Qualifying Country Supplies (End Products and Components) (MAR 1998)
252.225-7010 - Duty-Free Entry – Additional Provisions (Use with 52.225-10) (MAR 1998)
252.225-7012 - Preference for Certain Domestic Commodities (Over $100,000) (MAY 1999)
252.225-7014 - Preference for Domestic Specialty Metals (Over $100,000) (MAR 1998)
252.225-7016 - Restriction on Acquisition of Ball and Roller Bearings (AUG 1998)
252.225-7025 - Foreign Source Restrictions (Over $100,000) (JUN 1997)
252.225-7026 - Reporting of Contract Performance Outside the United States (Over $500,000) (MAR 1998)
252.225-7029 - Preference for United States or Canadian Air Circuit Breakers (Over $100,000) (AUG 1998)
252.225-7031 - Secondary Arab Boycott of Israel (Over $100,000) (JUN 1992)
252.225-7032 - Waiver of United Kingdom Levies (OCT 1992)
252.225-7036 - Buy American Act-North American Free Trade Agreement (Over $53,150) (MAR 1998)
252.225-7036 - Buy American Act-North American Free Trade Agreement with Alternate I ($25,000 - $53,150) (MAR 1998)
252.225-7037 - Duty-Free Entry – NAFTA Country End Products and Supplies (When 52.225-10 is not used and 225.403-70 applies) (MAR 1998)
252.225-7041 - Correspondence in English Language (JUN 1997)
252.225-7042 - Authorization to Perform (JUN 1997)
252.231-7000 - Supplemental Cost Principles (Over $100,000) (DEC 1991)
252.232-7008 - Assignment of Claims (Overseas) (JUN 1997)
252.233-7001 - Choice of Law (Overseas) (JUN 1997)
252.236-7000 - Modification Proposals - Price Breakdown (DEC 1991)(BASE CONTRACTS)
252.242-7000 - Post Award Conference (DEC 1991)
252.242-7003 - Application for U.S. Government Shipping Documentation/Instructions (Use with FAR 52.242-10) (DEC 1991)
252.242-7004 - Material Management and Accounting System (Over $100,000 – N/A to Commercial) (SEP 1996)
252.243-7001 - Pricing of Contract Modification (DEC 1991)
252.248-7000 – Preparation of Value Engineering Change Proposal (Over $100,000) (May 1994)

52.232-33 - Payment by Electronic Funds Transfer--Central Contractor Registration.

As prescribed in 32.1110(a)(1), insert the following clause:

Payment by Electronic Funds Transfer--Central Contractor Registration (May. 1999)

(a) *Method of payment.*

(1) All payments by the Government under this contract, shall be made by electronic funds transfer (EFT), except as provided in paragraph (a)(2) of this clause. As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.

(2) In the event the Government is unable to release one or more payments by EFT, the Contractor agrees to either--

(i) Accept payment by check or some other mutually agreeable method of payment; or

(ii) Request the Government to extend the payment due date until such time as the Government can make payment by EFT (but see paragraph (d) of this clause).

(b) *Contractor's EFT information.* The Government shall make payment to the Contractor using the EFT information contained in the Central Contractor Registration (CCR) database. In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the CCR database.

(c) *Mechanisms for EFT payment.* The Government may make payment by EFT through either the Automated Clearing House (ACH) network, subject to the rules of the National Automated Clearing House Association, or the Fedwire Transfer System. The rules governing Federal payments through the ACH are contained in 31 CFR part 210.

(d) *Suspension of payment.* If the Contractor's EFT information in the CCR database is incorrect, then the Government need not make payment to the Contractor under this contract until correct EFT information is entered into the

9 / 2

CCR database; and any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

(e) *Contractor EFT arrangements.* If the Contractor has identified multiple payment receiving points (i.e., more than one remittance address and/or EFT information set) in the CCR database, and the Contractor has not notified the Government of the payment receiving point applicable to this contract, the Government shall make payment to the first payment receiving point (EFT information set or remittance address as applicable) listed in the CCR database.

(f) *Liability for uncompleted or erroneous transfers.*

(1) If an uncompleted or erroneous transfer occurs because the Government used the Contractor's EFT information incorrectly, the Government remains responsible for--

(i) Making a correct payment;

(ii) Paying any prompt payment penalty due; and

(iii) Recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and--

(i) If the funds are no longer under the control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under the control of the payment office, the Government shall not make payment, and the provisions of paragraph (d) of this clause shall apply.

(g) *EFT and prompt payment.* A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if,

9 / 3

in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(h) *EFT and assignment of claims.* If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall register in the CCR database and shall be paid by EFT in accordance with the terms of this clause. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFT information within the meaning of paragraph (d) of this clause.

(i) *Liability for change of EFT information by financial agent.* The Government is not liable for errors resulting from changes to EFT information made by the Contractor's financial agent.

(j) *Payment information.* The payment or disbursing office shall forward to the Contractor available payment information that is suitable for transmission as of the date of release of the EFT instruction to the Federal Reserve System. The Government may request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Government makes payment by check in accordance with paragraph (a) of this clause, the Government shall mail the payment information to the remittance address contained in the CCR database.

(End of Clause)

RECEIVED
JAN 13 2006
DSCC - G

**DEFENSE LOGISTICS AGENCY**
DEFENSE SUPPLY CENTER, COLUMBUS
POST OFFICE BOX 3990
COLUMBUS, OH 43216-5000

IN REPLY REFER TO DSCC-FLBB (Lu Ann Bocsy (614)692-3234)

13 January 2006

Michael J. Kawa, Esq.
300 Crown Building
304 South Franklin Street
Syracuse, New York 13202

Re: Claim under Purchase Order SP0750-00-M-4191

Dear Mr. Kawa:

This is in response to your claim dated November 18, 2005 for $43,987.50 under Purchase Order SP0750-00-M-4191. By letter dated November 22, 2005, you amended your claim to $45,275.76. The basis of your claim is that you were an assignee of funds under this purchase order; you were a third party beneficiary to this purchase order; and you had an implied-in-fact contract with the government under this purchase order. For the reasons stated below, your claim is denied.

You were neither an assignee of funds nor a third party beneficiary under this purchase order, and you did not have an implied-in fact-contract with the government. The government awarded the purchase order to Capital City Pipes. When Capital City Pipes asked me to change the remittance address, I did not know nor have any reason to know about your relationship to JGB. I did not intend to assign payments to you, to establish a third-party beneficiary relationship with you, or to contract with you. As the Court of Federal Claims previously held in the case filed by JGB, it is irrelevant what Mr. Taylor knew because he cannot bind the government.

This is the final decision of the contracting officer. Although you have also addressed your claim to Carolyn Mathews, Ms. Mathews was not the contracting officer for this purchase order. This is the final decision of the contracting officer. You may appeal this decision to the Armed Services Board of Contract Appeals (ASBCA). If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the ASBCA and provide a copy to me. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract or purchase order by number. With regard to appeals to the ASBCA, you may, solely at your election, proceed under the Board's small claims procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the ASBCA, you may bring an action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision.

Sincerely,

LuAnn Bocsy
Contracting Officer



Federal Recycling Program Printed on Recycled Paper

# *Fax*

| | |
|---|---|
| Please deliver immediately to: | Ms. LuAnn Bosey18136925298 |
| of: | DSCC/PLLDBA1 |
| Fax number: | 16146925298 |
| Voice number: | 16146923234 |
| Fax received from: | Thelma S. Williams |
| of: | Capital City Pipes, Inc. |
| Fax number: | 850 574 0384 |
| Voice number: | 850 574 3717 |
| Date: | 11/9/99 |
| Time: | 4:00:25 PM |
| Number of Pages: | 1 |
| Subject: | SP075099Q5778 |

# *Message:*

Hi, LuAnn, I spoke with JGB Enterprises, Inc and the price i quoted on this solicitation is the same
which is $147.96 Qty (248)
Also I am requesting a change of Payment Remittanence Address:

Capital City Pipes, Inc
Michael Kawa Esq
300 Crown Bldg
304 S. Franklin St
Syracuse, NY 13202
if you have any questions please call me
thank you