1

U. S. SMALL BUSINESS ADMINISTRATION
7825 BAYMEADOWS WAY SUITE 100B
JACKSONVILLE, FL 32256-7504

May 6, 1999

Fax 904-443-1980

Mike Taylor
Defense Logistics Agency
Defense Supply Center, Columbus
P.O. Box 3990
Columbus, OH 43216-5000

Reference: SBA Procurement #:0491-99-903229, NSN 4720-00-083-0048, 4720-00-854-3733, 4720-00-937-2822, 4720-01-017-4297, 4720-00-705-9542, 4720-01-096-4390 Hose Assembly ACCEPTED UNDER THE NEW MOU BETWEEN SBA & DOD WHICH DELEGATES SBA's CONTRACT SIGNATURE AUTHORITY TO YOUR PROCURING ACTIVITY.

Dear Mr. Taylor:

Pursuant to Section 8(a) of the Small Business Act (15 USC 637 (a)) and in accordance with FAR 19.8, the U.S. Small Business Administration (SBA) accepts your offering of the above referenced project and certifies its competency and responsibility to perform based on its determination that the 8(a) concern with which it intends to subcontract, is responsible to perform.

Our preliminary analysis indicates that Capital City Pipes, Inc has the requisite capabilities to satisfactorily perform the referenced work. A determination has been made that acceptance of this procurement will cause no adverse impact on another small business concern. Therefore, the U.S. Small Business Administration shall subcontract performance of the contract to the above named firm. The estimated value of this procurement is $512,202.35 (SIC Codes 3494 & 5085).

Please be advised that SBA's acceptance of referenced procurement for the above firm is only valid for a period of 120 days. Beyond that it may be necessary for this office to reevaluate the firm's capacity and capability to perform the project cited.

Further, if the Statement of Work (SOW) is changed, SBA will have to redetermine the appropriateness of the SIC Code, and the acceptability of this offer for the named 8(a) Participant.

<u>We request that you furnish the complete solicitation package to the above 8(a) firm and at the same time forward one (1) copy of the solicitation and an official detailed Government estimate to the U.S. Small Business Administration, 7825 Baymeadows Way, Suite 100B, Jacksonville, FL 32256-7504, Attn: Mr. Celso J. Herrera, Contracting Officer.</u>

2

Memo for Record 11-19-99

These offers are unacceptable as this is an 8(a) single source solicitation

[illegible]

#45

WITNESS:______
DATE:_____Rptr:_____
Higgins & Associates

REQUEST FOR QUOTATIONS (THIS IS NOT AN ORDER)

...otice of Total Small Business Set Aside on the Co... [X] is [ ] is not applicable [Clause 137]

...uation Sheets | PAGE 01 OF PAGES 10

| 1. REQUEST NO. | 2. DATE ISSUED | 3. REQUISITION/PURCHASE REQUEST NO. | 4. CERT. FOR NAT. DEF. UNDER BDSA REG.2 AND/OR DMS REG.1 | RATING |
|---|---|---|---|---|
| SP0750-99-Q-5778 | 99 JUL 21 | YPC99014000938 | | DOA1 |

5. ISSUED BY
DEFENSE SUPPLY CENTER COLUMBUS
3990 E. BROAD ST.
P.O. BOX 16704
COLUMBUS, OHIO 43216-5010
ATTN: DSCC- LDBA1
FAX NO: (614)692-5298

6. DELIVER BY (Date)
[SEE PARAGRAPH "d" BELOW]
150 DAYS AFTER DATE OF AWARD

5B. FOR INFORMATION CALL: (Name and telephone no.) (No collect calls)
BUYER/CODE: LuAnn Bocsy DSCC-PLLDBA1 A/C (614) 692-3234

7. DELIVERY
[SEE PARAGRAPH "b" BELOW]
[X] FOB DESTINATION [ ] OTHER (See Schedule)

8. TO: NAME AND ADDRESS, INCLUDING ZIP CODE
J. G. B. ENTERPRISES, INC.
115 METROPOLITAN DRIVE
LIVERPOOL, N.Y. 13088

9. DESTINATION (Consignee and address, including ZIP Code)
SEE SCHEDULE CONTINUATION SHEET

10. PLEASE FURNISH QUOTATIONS TO THE ISSUING OFFICE ON OR BEFORE CLOSE OF BUSINESS (Date)
99 AUG 21

11. BUSINESS CLASSIFICATION (Check appropriate boxes)
a. STANDARD INDUSTRIAL CLASSIFICATION CODE 3494
b. SMALL BUSINESS SIZE STANDARD 500
[X] SMALL [ ] OTHER THAN SMALL [ ] DISADVANTAGED [ ] WOMEN- OWNED

IMPORTANT: This is a request for information, and quotations furnished are not offers. If you are unable to quote, please so indicate on this form and return it. This request does not commit the Government to pay any cost incurred in the preparation of the submission of this quotation or to contract for supplies or services. Supplies are of domestic origin unless otherwise indicated by quoter. Any representations and/or certifications attached to the Request for Quotations must be completed by the quoter.

12. VENDOR DATA (Please fill in all blocks below)

QUOTER MUST COMPLETE THE FOLLOWING (Subject to penalties of 18 USC 1001):

a. Shipping Point [City and State]: LIVERPOOL, N.Y.

b. F.O.B POINT [X] Destination [ ] Origin

c. PRODUCTION FACILITIES [Indicate name and complete address including ZIP code]:

Place of Manufacture:
J. G. B. ENTERPRISES, INC. 61125
115 METROPOLITAN DRIVE
LIVERPOOL, N.Y. 13088

Place of Inspection [Supplies]:
J. G. B. ENTERPRISES, INC.
115 METROPOLITAN DRIVE
LIVERPOOL, N.Y. 13088

Place of Inspection [Packaging]: Code:
J. G. B. ENTERPRISES, INC.
115 METROPOLITAN DRIVE
LIVERPOOL, N.Y. 13088

d. BEST DELIVERY 210 WITH FAT, 120 DAYS WITHOUT FAT days after date of award. [If no entry is made, delivery specified in Block 6 will apply].

CAUTION: THE GOVERNMENT RESERVES THE RIGHT TO CONSIDER ONLY THOSE QUOTATIONS MEETING DELIVERY SPECIFIED IN BLOCK 6.

e. QUOTATION IS: VALID FOR 60 days from date specified in Block 10 above or until ______

f. SUBJECT TO Basic Ordering Agreement No. ______

g. REMITTANCE ADDRESS: [ ] SAME AS BLOCK 14 [BELOW] [X] OTHER: [Name, Street, City, State, Zip]
EFT

| 13. DISCOUNT FOR PROMPT PAYMENT | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|
| | | 1/2 | NET | |

NOTE: Continuation Sheets must also be completed by quoter.

14. NAME AND ADDRESS OF QUOTER (Street, city, county, State, and ZIP Code)
J. G. B. ENTERPRISES, INC. CODE 61125
115 METROPOLITAN DRIVE
LIVERPOOL, N.Y. 13088
FACSIMILE NUMBER 315-453-7535
TOLL FREE NUMBER
DUNS 08-517-2005

15. SIGNATURE OF PERSON AUTHORIZED TO SIGN QUOTATION
[signature]

16. DATE OF QUOTATION
8/31/99

17. NAME AND TITLE OF SIGNER (Type or print)
Michael J. Appel
Government Sales

18. TELEPHONE NO. (include area code)
315-451-2770

DPACS STANDARD FORM 18 (REV. 10-83)
Prescribed by GSA FAR(48 CFR) 53.215-1(a)

00003

+3154517002 JGB ENTERPRISES INC. 138 P01 AUG 31 '99 16:11

CONTINUATION SHEET

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0750-99-Q-5778

PAGE 02 OF 10 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PR YPC99014000938<br>NSN 4720-00-978-8887<br><br>ITEM DESCRIPTION:<br><br>HOSE ASSEMBLY, NONMETALLIC, 4 IN. ID, 10 FT LG, ALUMINUM ALLOY QUICK DISCONNECT MALE AND FEMALE COUPLINGS, SPEC TITLE, HOSE AND HOSE ASSEMBLY, NONMETALLIC, SUCTION AND DISCHARGE. END ITEM, SUPPORT EQUIPMENT, B-52, F-111 AND C-135 AIRCRAFT.<br><br>DLAD 52.246-9000, CERTIFICATE OF QUALITY COMPLIANCE APPLIES. DLAD 52.246-9003, MEASURING AND TEST EQUIPMENT AND DLAD 52.246-9004, PRODUCT VERIFICATION TESTING, ALSO APPLIES IF THIS SOLICITATION/AWARD CALLS FOR GOVERNMENT INSPECTION AT SOURCE.<br><br>IF AQLS ARE LISTED IN THE SPECIFICATION(S) OR DRAWING(S) THEY MAY BE USED TO ESTABLISH THE AUTHORIZED SAMPLE SIZE, HOWEVER, THE ACCEPTANCE NUMBER FOR THIS CONTRACT IS ZERO; I.E., THIS CONTRACT REQUIRES A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS AND REJECTS ON ONE OR MORE DEFECT(S).<br>I43 CONTRACTOR FIRST ARTICLE TEST IS REQUIRED.<br><br>"CLASS I OZONE DEPLETING CHEMICALS ARE NOT TO BE USED NOR INCORPORATED IN ANY ITEMS TO BE DELIVERED UNDER THIS CONTRACT. THIS PROHIBITION SUPERSEDES ALL SPECIFICATION REQUIREMENTS BUT DOES NOT ALLEVIATE ANY PRODUCT REQUIREMENTS. SUBSTITUTE CHEMICALS MUST BE SUBMITTED FOR APPROVAL UNLESS THEY ARE AUTHORIZED BY THE SPECIFICATION REQUIREMENTS."<br><br>DLAD 52.246-9004, PRODUCT VERIFICATION TESTING, APPLIES. THIS CLAUSE IS A GOVERNMENT OPTION THAT CAN ONLY BE INVOKED UPON THE COGNIZANT CONTRACT ADMINISTRATION OFFICE NOTIFYING THE CONTRACTOR THAT PVT SAMPLES ARE TO BE SELECTED.<br><br>THE INTERNATIONAL ORGANIZATION FOR STANDARDIZATION (ISO) 9002 OR A "TAILORED" PROGRAM MEETING THE FOLLOWING ISO 9002 | | | | |

CONTINUED ON NEXT PAGE

00004

CONTINUATION SHEET

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0750-99-Q-5778

PAGE 03 OF 10 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PARAGRAPHS APPLIES:<br>4.5, DOCUMENT CONTROL: LIMITED TO INSPECTION AND TESTING AS WELL AS APPLICABLE DRAWINGS, SPECIFICATIONS AND INSTRUCTIONS REQUIRED BY CONTRACT<br>4.6, PURCHASING: 4.6.1 AND LIMITED TO 4.6.2 A) AND 4.6.4.2, ALL OTHER PARTS OF PARAGRAPH ARE HEREBY DELETED<br>4.7, CUSTOMER-SUPPLIED PRODUCT:<br>4.8, PRODUCT IDENTIFICATION & TRACEABILITY:<br>4.10, INSPECTION & TESTING:<br>4.11, INSPECTION, MEASURING & TEST EQUIPMENT:<br>4.12, INSPECTION AND TEST STATUS:<br>4.13, CONTROL OF NONCONFORMING PRODUCT:<br>4.14, CORRECTIVE AND PREVENTIVE ACTION: PARAGRAPH 4.14.3 APPLY TO PRODUCT ONLY<br>4.16, QUALITY RECORDS:<br>POTENTIAL CONTRACTORS MUST IDENTIFY THE ACTUAL PLACE OF MANUFACTURE OF THE HOSE AT THE TIME OF SOLICITATION.<br><br>I/A/W SPEC NR MIL-H-27516D<br>BASIC DTD 77 AUG 03<br>AMEND NR DTD<br>TYPE NUMBER: M27516F4.0T1000 | | | | |
| 0001 | PR YPC99014000938 PRLI 0001 | 248 | EA | $129.48 | $32,111.04 |
| | PREP FOR DELIVERY:<br><br>PKGING DATA - MIL-STD-2073-1C, 01 OCT 1996<br>QUP = 001: PRES MTHD = AE: CLNG/DRY = 1: PRESV MAT = 00: WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0: UNIT CONT = 00: OPI = O:<br>PACK CODE = U:<br>MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.<br>SPECIAL MARKING CODE: 00 - NO SPECIAL MARKING.<br>PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV A DATED 96150<br>.<br><br>DOD BAR CODE MARKING REQUIRED IN ACCORDANCE WITH MIL-STD-129 (LATEST REVISION) MARKING AND BAR CODING IN ACCORDANCE WITH ANSI/AIM BC 1. | | | | |

CONTINUED ON NEXT PAGE

00005

CONTINUATION SHEET

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0750-99-Q-5778

PAGE 04 OF 10 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PARCEL POST ADDRESS:<br><br>SW3100<br>MECHANICSBURG FACILITY<br>DEF DIST DEPOT SUSQUEHANNA PA<br>GENERAL SUPPLIES<br>MECHANICSBURG PA 17055-0789<br><br>FREIGHT SHIPPING ADDRESS<br><br>SW3100<br>MECHANICSBURG FACILITY TRNS OFFICER<br>DEF DIST DEPOT SUSQUEHANNA PA<br>5450 CARLISLE PIKE<br>MECHANICSBURG PA 17055-0789<br><br>NON-MILSTRIP RDD 03/12/99 PROJ | | | | |
| | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |
| | First Article Test | 1 | EA | $1000.00 | |
| | → Request waiver based on supplying hose manufactured by (73842) Goodyear. | | | | |

00006

CONTINUATION SHEET

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0750-99-Q-5778 | PAGE 05 OF 10 PAGES

ATTENTION CONTRACTORS!!

LL CONTRACTORS ARE REQUIRED TO REGISTER IN THE CENTRAL ONTRACTOR REGISTRATION (CCR) SYSTEM BY MAY 31, 1998 )EFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT (DFARS) )4.7302). UNREGISTERED CONTRACTORS WILL NOT BE ELIGIBLE FOR WARDS SOLICITED AFTER THAT DATE. YOU MAY REGISTER OR CHECK OUR CCR REGISTRATION STATUS AT THE CENTRAL CONTRACTOR EGISTRATION SITE - (HTTP://CCR.EDI.DISA.MIL/)

ELP WITH CCR REGISTRATION IS AVAILABLE AT YOUR REGIONAL LECTRONIC COMMERCE RESOURCE CENTER (ECRC) ITTP://WWW.ECRC.UOFS.EDU/REGIONAL.HTML)

ENDORS WILL NEED TO SUPPLY A DUNS NUMBER WITH ALL QUOTATIONS EGARDLESS OF DOLLAR VALUE IN THE NEAR FUTURE. A DUNS NUMBER ALSO A REQUIREMENT FOR CCR REGISTRATION. YOU MAY REQUEST DUNS NUMBER AT THE D-U-N-S NUMBER REQUEST FROM SITE, TTP://WWW.DBISNA.COM/DBIS/DNBHOME.HTM

***************************************

PRICE BREAK RANGES

a larger quantity is obtainable at no additional total ice due to a minimum order quantity/value or any other eason, the offeror agrees to record below the maximum uantity of the product cited in this RFQ which can be irnished for such total price, along with the lower unit ice for such increased quantity. If yet lower unit prices e available for greater quantities, offerors are requested enter the lower unit prices and quantity ranges to which uch prices will apply. The Government may elect to accept uch alternate quantity quotations without further olicitation or discussion. (DLAD 52.213-9000)

TY to U/I EA $______________

TY to U/I EA $______________

TY to U/I EA $______________

TY to U/I EA $______________

TY to U/I EA $______________

TY to U/I EA $______________

***************************************

LL PROVISIONS AND CLAUSES ARE PRINTED IN FULL TEXT IN THE C9C MASTER SOLICITATION SMALL PURCHASES, JAN 1992. THE DCSC IASTER SOLICITATION-SMALL PURCHASES IS AVAILABLE ON THE ITERNET VIA THE DSCC WEB SITE AT WWW.DSCC.DLA.MIL. FROM THE OME PAGE, CLICK ON 'ELECTRONIC BID BOARD (EBB).' THEN NDER REFERENCES, THE 'S9C' CONSTRUCTION MASTER SOLICITATION LOCATED IN PROVISIONS AND CLAUSES. HE FOLLOWING PROVISIONS AND CLAUSES ARE INCORPORATED EREIN BY REFERENCE: PROVISIONS-1, 5, 6, 7(DEVIATION), 8, 16, 7, 18(DEVIATION), 23, 24, 26, 27, 32, 34, 38 CLAUSES - A1A A1D, C01 - C03, D01 - D06, M01-M03 M05-M07, N03, N05, Q05. /ITH THE FOLLOWING EXCEPTIONS:CLAUSES A1A(7), BUY AMERICAN CT AND BALANCE OF PAYMENTS PROGRAM AND A1A(14), CONVICT ABOR, DO NOT APPLY TO MICRO-PURCHASES. CLAUSES A1A(2) FFICIALS NOT TO BENEFIT, A1A(4), COVENANT AGAINST CONTINGENT EES, A1A(5), RESTRICTIONS ON SUBCONTRACTOR SALES TO THE OVERNMENT, A1A(6), ANTI-KICKBACK PROCEDURES, A1A(33), RUG-FREE WORKPLACE (EXCEPT FOR INDIVIDUALS), AND A1B(1), ONTRACT WORK HOURS AND SAFETY STANDARDS ACT-OVERTIME OMPENSATION, DO NOT APPLY TO ACQUISITIONS AT OR BELOW THE IMPLIFIED ACQUISITION THRESHOLD ($100,000). CLAUSE A1A(15) QUAL OPPORTUNITY (FAR 52.247-48)(DEVIATION) IS APPLICABLE IN EU OF FAR 52.247-48; CLAUSE A1A(16) NOTIFICATION OF VISA ENIAL (FAR 52.222-29) (DEVIATION) IS APPLICABLE IN LIEU OF AR 52.222-29; CLAUSE A1A(31), ELECTRONIC FUNDS TRANSFER AYMENT METHODS IS DELETED AND REPLACED WITH FAR CLAUSE ...2-33, MANDATORY INFORMATION FOR ELECTRONIC FUNDS TRANSFER PAYMENT. CLAUSE A1C, AFFIRMATIVE ACTION FOR WORKER WITH DISABILITIES FAR 52.222-36 DOES NOT APPLY TO ACQUISITIONS AT OR BELOW $10,000; CLAUSE I18, PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTO DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT, FAR 52.209-( APPLIES TO ACQUISITIONS OVER $25,000. M04, F.O.B. DESTINATION-EVIDENCE OF SHIPMENT (FAR 52.247-48) (DEVIATION) IS APPLICABLE IN LIEU OF FAR 52.247-48)

QUOTERS MAY RESPOND ELECTRONICALLY VIA THE DSCC ELECTRONI( BOARD (EBB) AT www.dsccols.com/programs/ebb OR BY FACSIMILE TO THE BUYER'S FAX NUMER.

**ALTERNATE DISPUTE RESOLUTION (ADR) POLICY***

It is the goal of this Center for all parties to be satisfied at contract completion. Consequently, this Center is encouraging the use of all forms of ADR to resolve differences of view that may occur under the contract, whether the differences involve disputes of contract terms, issues of administration, or merely points of inquiry. The use of any form of ADR is voluntary for all parties. Any costs associated with the use of ADR will be agreed to by both parties and with no increase in contract price, unless agreed to otherwise.

2. SMALL BUSINESS PROGRAM REPRESENTATIONS (FAR 52.219-1) (MAY 1999)

(a)(1) The standard industrial classification (SIC) code for this acquisiton is

(2) The small business size standard is (insert size standard).

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents and certifies as part of its offer that it (X) is, ( ) is not a small business concern.

(2) [Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, for general statistical purposes, that it ( ) is, (X) is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) [Complete only if offeror represented itself as a small business concern in block (b)(1) of this provision.] The offeror represents as part of its offer that it ( ) is (X) is not a women-owned small business conern.

(c) Definitions.

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

"Woman-owned small business concern," as used in this provision, means a small business concern—

(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice. (1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause i n this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall -

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

00007

CONTINUATION SHEET

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0750-99-Q-5778

PAGE 06 OF 10 PAGES

ALTERNATE I (OCT 1998) (Applicable over $25,000)
(4) (Complete if the offeror has represented itself as sadvantaged in paragraph (b)(2) of this provision. [The feror shall check the category in which its ownership falls]:
[] Black American.
[] Hispanic American.
[] Native American (American Indians, Eskimos, leuts, or Native Hawaiians).
[] Asian-Pacific American (persons with origins om Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, apan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, orea, The Philippines, U.S. Trust Territory of the Pacific lands (Republic of Palau), Republic of the Marshall Islands, ederated States of Micronesia, The Commonwealth of the orthern Mariana Islands, Guam, Samoa, Macao, Hong Kong, ji, Tonga, Kiribati, Tuvalu, or Nauru).
[] Subcontinent Asian (Asian-Indian) American ersons with origins from India, Pakistan, Bangladesh, Sri anka, Bhutan, the Maldives Islands, or Nepal).
[] Individual/concern, or other than one of the eceding.

ALTERNATE II (JAN 1999)
(5) [Complete only if offeror represented itself as a nall usiness concern in paragraph (b)(1) of this provision.] The feror represents, as part of its offer, that--
It ( ) is, (X) is not a HUBZone small business oncern listed, on the date of this representation, on the List Qualified HUBZone Small Business Concerns maintained by the mall Business Administration, and no material change in wnership and control, principal place of ownership, or HUBZone nployee percentage has occurred since it was certified by the mall Business Administration in accordance with 13 CFR part 26; nd
) It ( ) is, (X) is not a joint venture that omplies with the requirements of 13 CFR part 126, and the epresentation in paragraph (b)(5)(i) of this provision is ccurate for the HUBZone small business concern or concerns that re participating in the joint venture. [The offeror shall ...ar ...ame or names of the HUBZone small business concern or ...erns that are participating in the joint venture: .]
ach HUBZone small business concern participating in e joint venture shall submit a separate signed copy of the UBZone representation.

OMPLETE PROVISIONS 7, and 8 WHEN QUOTATION EXCEEDS $10,000.

PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FAR 52.222-22) (FEB 1999):

The offeror represents that--
(a) It (X) has, ( ) has not participated in a previous ontract or subcontract subject to the Equal Opportunity clause this solicitation;
(b) It (X) has, ( ) has not filed all required compliance ports; and
(c) Representations indicating submission of required ompliance reports, signed by proposed subcontractors, will be btained before subcontract awards.

AFFIRMATIVE ACTION COMPLIANCE (FAR 52.222-25) (APR 1984)

The offeror represents that (a) it (X) has developed and as on file, ( ) has not developed and does not have on file, each establishment, affirmative action programs required by e rules and regulations of the Secretary of Labor (41 CFR )-1 and 60-2), or (b) it ( ) has not previously had ontracts subject to the written affirmative action programs quirement of the rules and regulations of the Secretary of abor.

OTE: OFFEROR REPRESENTS THAT HE ( ) HAS, ( ) HAS NOT, 50 OR MORE EMPLOYEES.

I. ALL OR NONE:

(a) Individual CLINs: ALL

(b) CLIN Group(s):

ALL QUOTERS MUST COMPLETE PROVISION 12:

12. Listing of Used or Reconditioned Material, Residual Inventory and Former Government Surplus Property.

Item(s) quoted:

( ) are, (X) are not former Gov't surplus.

( ) are, (X) are not rebuilt/remanufactured.

13 - AVAILABILITY OF SPECIFICATIONS LISTED IN THE DOD INDEX OF SPECIFICATIONS AND STANDARDS (DODISS) AND DESCRIPTIONS LISTED THE ACQUISITION MANAGEMENT SYSTEMS AND DATA REQUIREMENTS LIST, DoD 5010.12-L (FAR 52.211-2) (AUG 1998)

(a) Copies of specifications, standards, and data item descriptions cited in this solicitation may be obtained for a fee by submitting a request to the--

Department of Defense Single Stock Point (DoDSSP)
Building 4, Section D
700 Robbins Avenue
Philadelphia, PA 19111-5094

Telephone (215) 697-2667/2179
Facsimile No. 215-697-1462

(b) Order forms, pricing information, and customer support information may be obtained--
(1) By telephone at (215) 697-2667/2179; or
(2) Through the DoDSSP Internet site at http://www.dodssp.daps.mil

14. Reference Specifications: The effective issue or revision of specifications, standards, or other documents referenced in the cited specifications or in the purchase description (Section B) shall be listed in the Department of Defense Index of Specifications and Standards (DoDISS) dated 01 July 1998 and Supplement dated 01 March 1999.

15. Availability of Drawings: This requirement is in accordance with drawings. See page 4 of the DCSC Master Solicitation.

25. Waiver - First Article Test:

YPC: 9901400938 NSN:4720-00-978-8887

Waived Sources [based on prior approval]:
GOODYEAR TIRE AND RUBBER (73842)

TITAN (65946)

DURODYNE (62913)

40. COMPLETION OF BLOCK 17 AND 18 ON DD FORM 1423.

SECTION B
B01 - VARIATION IN QUANTITY (FAR 52.211-16) ((APR 1984)

(b) The permissible variation shall be limited to:

10 Percent increase

10 Percent decrease

SECTION C
Year 2000 (Y2K) Compliant Notice:

All deliverables under this contract containing embedded microcircuit chips with a clock mechanism, timing device, or control device required to perform date\time processing involving dates subsequent to December 31, 1999, shall be year 2000 (Y2K) compliant at the time of delivery.
"Y2K compliant" means that it accurately process date\time data (including, but not limited to, calculation, comparing, and sequencing) from, into, and between the twentieth and twenty-first century, and the years 1999 and 2000 and leap year calculations, to the extent that other (information technology) IT / non-IT items being acquired properly exchange date/time data with it.

00008

CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0750-99-Q-5778 | PAGE 07 OF 10 PAGES

ECTION E
01. Inspection and Acceptance at Origin (includes E1A and E1B. Requires MIRR (DD 250).

Place of Manufacture:
( ) (1) Same as Block 8, SF18
( ) (2) Other (Name, Street, City, State, Zip)
Cage Code:

Origin Inspection Location(s):
Supplies:
( ) (3) Same as Block 8, SF18
( ) (4) Other (Name, Street, City, State, Zip)
Cage Code

Packaging:
( ) (5) Same as Block 8 of SF18
( ) (6) Same as (4) above
( ) (7) Other (Name, Street, City, State, Zip)
Cage Code

D6. CERTIFICATE OF QUALITY COMPLIANCE (DLAD 52.246-9000) DEC 1994)

10. MEASURING AND TEST EQUIPMENT (DLAD 52.246-9003) (DEC 994)

11 - PRODUCT VERIFICATION TESTING (AUG 1997) DLAD 246-9004

(a) References: The applicable documents are the ...ues of Federal Acquisition Regulation (FAR) Clause 2.246-2, "Inspection of Supplies-Fixed Price," and ANSI/ASQC 1.4-1993, Sampling Plan and Tables for Inspection by ttributes, which are in effect on date of solicitation for wards resulting from Invitation for Bids and date of award r all other contractual actions. These documents form the asis for the Government's right to perform product erification testing (PVT) of this product. FAR 52.246-2 is ereby incorporated by reference into the contract if not therwise called out in the purchase document.

(b) The contractor is responsible for insuring that upplies are manufactured, produced, and subjected to all ests required by applicable material specifications/drawings pecified in the purchase description of the contract. otwithstanding any other clause to the contrary, and/or in ddition thereto, the Government reserves the right to onduct PVT to ascertain if any or all requirements of the urchase identification description contained elsewhere erein are met prior to final acceptance.

(c) On any given contract, the Government may require VT through a Government-designated testing laboratory on the ontract or production lot at Government expense. Testing ill consist of chemical and/or mechanical/dimensional onformance tests as the Government deems necessary. When aterial under the contract is designated by the contracting fficer/ administrative contracting officer for such test, e Government inspector will select a sample size in ccordance with MIL-STD-105, Inspection Level S-2, randomly om the contract or production lot, and send the samples to designated laboratory for testing. Where origin inspection specified, the contractor agrees to make available, at the overnment's request, at the manufacturing facility, ubcontracting facility, and/or final point of inspection, e quantity selected by the DCAS QAR to verify that the ntire lot tendered meets the requirements of the Contract. he Government shall be permitted to select such samples at andom from the production lot tendered for acceptance.

(d) [This subparagraph pertains only to contracts and ...teral purchase orders.]

(1) The PVT samples will be sent, by the Government and at Government expense, to a Government-designated testing laboratory for product verification. The Government will notify the contractor of the results of the testing within 15 working days of receipt of the samples by the Government. If the Government fails to act within the period set forth herein for notification, the contracting officer shall, upon timely written request, equitably adjust, under the Changes Clause of this contract, the delivery or performance dates and/or the contract price and any other contractual term affected by the delay. The Government is not required to accept/reject the supplies tendered until after receipt of the PVT test results.

(2) The Government shall have the option to require the contractor to screen the entire lot tendered for any defects noted by the PVT testing. Any defects so found shall be corrected before retendering the lot for acceptance by the Government. Further, the Government may subject this lot to additional PVT testing. If the Government disapproves the lot tendered for acceptance because of a failure to pass the PVT, the contractor shall be deemed to have failed to make delivery within the meaning of the Default Clause of this contract. In such case, the Government reserves all rights and remedies to which it is otherwise entitled by law, regulation, or this contract.

(e) [This subparagraph pertains only to unilateral purchase orders.]

(1) The PVT samples will be sent by the Government and at Government expense, to a Government-designated testing laboratory for for product verification. The Government will notify the contractor of the results of the testing within 15 days after receipt of the samples by the Government. If the Government fails to act within the specified time period set forth herein for notification, the contracting officer shall, upon timely written request from the contractor, incorporate FAR Clause 52.243-1, "Changes-Fixed Price," into the purchase order, and equitably adjust the delivery or performance date and/or the price and any other terms affected by the delay. The Government is not required to accept/reject the supplies tendered until after receipt of the PVT test results.

(2) The Government shall have the option to require the contractor to screen the entire lot tendered for any defects noted by the PVT. Any defects so found shall be corrected before retendering the lot for acceptance by the Government. Further, the Government may subject this lot to additional PVT. If the Government disapproves the lot tendered for acceptance because of a failure to pass the PVT, the Government has the right to reject the entire offer, thereby releasing the parties from further obligations under the purchase order.

E13. INSPECTION AND ACCEPTANCE OF DATA DD FORM 1423.

SECTION F
F07. FIRST ARTICLE DELIVERY.

CLIN(S) 9907

F08. DELIVERY OF DATA.

CLIN(s) 9907

SECTION G
G01. MATERIAL INSPECTION AND RECEIVING REPORT (DD250) (DFARS 252.246-7000 (DEC 1991)

SECTION H
H03. PROVISIONING (POLICY STATEMENT WITH SOLICITATION) (DLAR 4100.2, 14 DEC 81)

H05. HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (FAR 52.223-3) (JAN 1997)

(b) The offeror must list any hazardous material, as defined in paragraph (a) of this clause, to be delivered under this contract. The hazardous material shall be properly identified and include any applicable identification number, such
National Stock Number or Special Item Number. This information

CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0750-99-Q-5778 | PAGE 08 OF 10 PAGES

…all also be included on the Material Safety Data Sheet …bmitted under this contract.

Material
(If none, insert "None") Identification No.

NONE

06. HAZARD WARNING LABELS (DFARS 252.223-7001) (DEC 1991)

(c) The offeror shall list which hazardous material …ted in the Hazardous Material Identification and Material …afety Data Clause of this contract will be labeled in …ccordance with one of the Acts in paragraphs (b)(1) through …) of this clause instead of the Hazard Communication …tandard. Any hazardous material not listed will be …terpreted to mean that a label is required in accordance …ith the Hazard Communication Standard.

MATERIAL (If None, Insert "None".) ACT

NONE

07. MATERIAL SAFETY DATA SHEETS AND HAZARD WARNING LABELS …LAD 52.223-9000) (MAR 1992)

(2) Check here ( ) if MSDS accompanies your offer.

17 - SUBSTITUTIONS FOR MILITARY OR FEDERAL SPECIFICATIONS AND …TANDARDS (MAR 1999) DLAD 252.211-7005

(a) Definition. "SPI process," as used in this clause, …eans a management or manufacturing process that has been …ccepted previously by the Department of Defense under the …ingle Process Initiative (SPI) for use in lieu of a specific …ilitary or Federal specification or standard at specific …cilities. Under SPI, these processes are reviewed and …pted …Management Council, which includes representatives from the …fense Contract Management Command, the Defense Contract Audit …gency, and the military departments.

(b) Offerors are encouraged to propose SPI processes in …u of military or Federal specifications and standards cited …e solicitation. A listing of SPI processes accepted at …ecific facilities is available via the Internet in PDF format …: http://www.dcmc.hq.dla.mil/spi/dbreport/modified.pdf and in …xcel format at http://www.dcmc.hq.dla.mil/spi/dbreport/modified …ls.

(c) An offeror proposing to use an SPI process in lieu of …ilitary of Federal specifications or standards cited in the …licitation shall -

(1) Identify the specific military or Federal …ecification or standard for which the SPI process has been …ccepted;

(2) Identify each facility at which the offeror …oposes to use the specific SPI process in lieu of military or …ederal specification or standard cited in the solicitation;

(3) Identify the contract line items, subline items, …mponents, or elements affected by the SPI process; and

(4) If the prosed SPI process has been accepted at …e facility at which it is prposed for use, but is not yet …sted at the Internet site specified in paragraph (b) of this …ause, submit documentation of Department of Defense acceptance …the SPI process.

(d) Absent a determination that an SPI process is not …cceptable for this procurement, the Contract shall use the …llowing SPI processes in lieu of military or Federal …ecifications or standards:

…fferor insert information for each SPI process)

…PI Process:
…acility:
…ilitary or Federal Specification or Standard:

…ffected Contract Line Item and Subline Item Number, Component, …Element:

(e) If a prospective offeror wishes to obtain, prior to …e …specified for receipt of fofers, verification that an SPI process is an acceptable replacement for military or Federal specificatione or standards required by the solicitation, the prospective offeror--

(1) May submit the information required by paragraph (d) of this clause to the Contracting Officer prior to submission of an offer; but

(2) Must submit the information to the Contracting Officer at least 10 working days prior to the date specified for receipt of offers.

SECTION I

I37. NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE (JUL 1996) (FAR 52.219-6)

I43. FIRST ARTICLE APPROVAL - CONTRACTOR TESTING (FAR 52.209-3) (SEP 1980) and ALTERNATE I (JAN 1997)

(a) The Contractor shall test ONE unit(s) of Lot/Item 0001 NSN 4720-00-978-8887 as specified in this contract. At least 10 calendar daysbefore the beginning of first article tests, the Contractor shall notify the Contracting Officer, in writing, of the time and location of the testing so that the Government may witness the tests.

(b) The Contractor shall submit the first article test report within 60 calendar days from the date of this contract to ( )see Clause I43a marked "FIRST ARTICLE TEST REPORT: Contract No.________, Lot/Item No.________." Within 30 calendar daysafter the Government receives the test report, the Contracting Officer shall notify the Contractor, in writing, of the conditional approval, approval, or disapproval of the first article. The notice of conditional approval or approval shall not relieve the Contractor from complying with all requirements of the specifications and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the Contractor. A notice of disapproval shall cite reasons for the disapproval.

(c) If the first article is disapproved, the Contractor, upon Government request, shall repeat any or all first article test. After each request for additional tests, the Contractor shall make any necessary changes, modifications, or repairs to the first article or select another first article for testing. All costs related to these tests are to be borne by the Contractor, including any and all costs for additional tests following a disapproval. The Contractor shall then conduct the tests and deliver another report to the Government under the terms and conditions and within the time specified by the Government. The Government shall take action on this report within the time specified in paragraph (b) above. The Government reserves the right to require an equitable adjustment of the contract price for any extension of the delivery schedule, or for any additional costs to the Government related to these tests.

(d) If the Contractor fails to deliver any first article report on time, or the Contracting Officer disapproves any first article, the Contractor shall be deemed to have failed to make delivery within the meaning of the Default clause of this contract.

(e) Unless otherwise provided in the contract, and if the approved first article is not consumed or destroyed in testing, the Contractor may deliver the approved first article as part of the contract quantity if it meets all contract requirements for acceptance.

(f) If the Government does not act within the time specified in paragraph (b) or (c) above, the Contracting Officer shall, upon timely written request from the Contractor, equitably adjust under the Changes clause of this contract the delivery or performance dates and/or the contract price, and any other contractual term affected by the delay.

(g) Before first article approval, the acquisition of materials or components for, or the commencement of production of, the balance of the contract quantity is at the sole risk of the Contractor. Before first article approval, the costs thereof shall not be allocable to this contract for (1) progress payments, or (2) termination settlements if the contract is terminated for the convenience of the Government.

(h) The Government may waive the requirement for first ticle approval test where supplies identical or similar to ose called for in the schedule have been previously rnished by the offeror/contractor and have been accepted by e Government. The offeror/contractor may request a waiver.

(i) The contractor shall produce both the first ticle and the production quantity at the same facility.

) ALTERNATE II (SEP 1989)
(g) Before first article approval, the Contracting fficer may, by written authorization, authorize the ontractor to acquire specific materials or components or to ommence production to the extent essential to meet the elivery schedules. Until first article approval is granted, nly costs for the first article and costs incurred under is authorization are allocable to this contract for (1) ogress payments, or (2) termination settlements if the ontract is terminated for the convenience of the Government. first article tests reveal deviations from contract equirements, the Contractor shall, at the location esignated by the Government, make the required changes or place all items produced under this contract at no change the contract price.

3a. ADDITIONAL REQUIREMENTS - FIRST ARTICLE APPROVAL - CONTRACTOR TESTING(FEB 1995) - DCSC 52.209-9C07

(a) The written notices required by paragraph (a) of lause I43 must be furnished to the following:

(X) Defense Supply Center Columbus
P.O. Box 16704
ATTN: Contracting Officer, DSCC-LDBA
Columbus, Ohio 43216-5010

(X) DCAS - Inspection Activity indicated in the contract.

( ) MIPR Address:

(b) The following note is applicable to paragraph (b) of lause I43.

NOTE: Offerors without affecting the responsiveness their offers, may extend the time for submission of the st article test report provided the required delivery date r the contract quantity is adhered to.

(c) The Inspecting Activity Quality Assurance epresentative (QAR) shall witness the First Article testing.

(d) The Contractor shall prepare the First Article pproval test report in accordance with latest issue of ilitary Standard 831 entitled "Test Reports, Preparation of" a sufficient number of copies to satisfy his requirements nd to provide one copy for the QAR and two copies for the ontracting Officer, ATTN: DCSC-LDBA .

(e) The Contractor shall present the completed report to e QAR. The QAR shall review the report, prepare commendations, countersign and forward two copies to the ontracting Officer, ATTN: DCSC-LDBA . The approval time pecified in paragraph b, Clause I43, shall begin to run the ate that the contracting officer receives the test report.

(f) The Contractor shall certify with each first article at the same manufacturing process/operation(s), including aterial and material suppliers, will be used for the oduction quantity as for the first article. After ccessful completion of the First Article Test, any change the manufacturing process/operation(s) is prohibited unless pecifically approved in writing by the DCSC contracting fficer. A written request for approval of a change in the anufacturing process/operation(s) must be submitted to the ontracting officer. Changes in the manufacturing ocess/operation(s) may be approved, provided (1) the change ill not cause a delay in delivery or necessitate a change in e purchase description; and (2) if the Government etermines a new First Article Test is necessary, the ntractor agrees to cover the cost of a new First Article nd agrees to reduce the contract price to cover the Government's cost to inspect the new First Article Test. The rights hereby provided the Government are in addition to and do not limit any rights of the Government under other clauses of this contract.

(g) First Article Testing may be waived. In the event of waiver for individual offers, such offers will be evaluated without considering the cost thereof. Offerors who, under a prior Government contract, have tested and secured approval of a first article similar to the item to be procured under this solicitation must furnish the following information with their offer: Identify Government agency (including address) approving the test report, including contract number and date; attach two copies of approved test report, and attach a listing showing material differences, if any, between the item previously tested and the item to be supplied pursuant to this solicitation.

(h) When First Article Approval is waived, the delivery time will be reduced by 60 calendar days as allowed in paragraph (b) of Clause I43, for Contractor testing and Government approval, unless offeror specifies a different reduction period below:

Number of Days Reduction: See G, 1

(i) Subject to paragraph (e), Clause I43, the approved first article shall be retained by the contractor, modified to include any deviations or changes approved subsequent to first article approval, and delivered as the last item of the contract quantity.

(j) Prior to approval of first article, progress payments, if authorized by the contract, shall be limited to seventy-five (75) percent of the contract unit price of the item being tested.

( ) Contractor to forward the residual component of first article expended in testing with the test report.

I33 - REQUIRED CENTRAL CONTRACTOR REGISTRATION (Mar 1998) DFARS 252.204-7004

(a) Definitions. As used in this clause--
(1) Central Contractor Registration (CCR database means the primary DoD repository for contractor information required for the conduct of business with DoD.
(2) Data Universal Numbering System (DUNS) number means the 9-digit number assigned by Dun and Bradstreet Information Services to identify unique business entities.
(3) Data Universal Numbering System +4 (DUNS+4) number means the DUNS number assigned by Dun and Bradstreet plus a 4-digit suffix that may be assigned by a parent (controlling) business concern. This 4-digit suffix may be assigned at the discretion of the parent business concern for such purposes as identifying subunits or affiliates of the parent business concern.
(4) Registered in the CCR database means that all mandatory information, including the DUNS number or the DUNS+4 number, if applicable, and the corresponding Commercial and Government Entity (CAGE) code, is in the CCR database; the DUNS number and the CAGE code have been validated; and all edits have been successfully completed.
(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee must be registered in the CCR database prior to award, during performance, and through final payment of any contract resulting from this solicitation, except for awards to foreign vendors for work to be performed outside the United States.
(2) The offeror shall provide its DUNS or, if applicable, its DUNS+4 number with its offer, which will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.
(3) Lack of registration in the CCR database will make an offeror ineligible for award.
(4) DoD has established a goal of registering an applicant in the CCR database within 48 hours after receipt of a complete and accurate application via the Internet. However, registration of an applicant submitting an application through a method other than the Internet may take up to 30 days. Therefore, offerors that are not registered should consider applying for registration immediately upon receipt of this solicitation.
(c) The Contractor is responsible for the accuracy and

ompleteness of the data within the CCR, and for any ability resulting from the Government's reliance on accurate or incomplete data. To remain registered in the CR database after the initial registration, the Contractor required to confirm on an annual basis that its formation in the CCR database is accurate and complete.

(d) Offerors and contractors may obtain information on gistration and annual confirmation requirements by calling 888-227-2423, or via the Internet at tp://ccr.edi.disa.mil.

:00 - DRUG-FREE WORK FORCE (SEP 1988) - DFARS 252.223-7004

ECTION K

18 - DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER (JUN 1999) FAR 52.204-6

(a) The offeror shall enter, in the block with its name nd address on the cover page of its offer, the annotation UNS" followed by the DUNS number that identifies the feror's name andaddress exactly as stated in the offer. The UNS number is a nine-digit number assigned by Dun and radstreet Information Services.

(b) If the offeror does not have a DUNS number, it hould contact Dun and Bradstreet directly to obtain one. A UNS number will be provided immediately by telephone at no harge to the offeror. For information on obtaining a DUNS umber, the offeror, if located within the United States, hould call Dun and Bradstreet at 1-800-333-0505. The offeror hould be prepared to provide the following information:

(1) Company name.
(2) Company address.
(3) Company telephone number.
(4) Line of business.
(5) Chief executive officer/key manager.
(6) Date the company was started.
(7) Number of people employed by the company.
(8) Company affiliation.

(c) Offerors located outside the United States may obtain he location and phone number of the local Dun and Bradstreet formation Services office from the Internet Home Page at //www.customerservice

TION L

- AGENCY PROTESTS (SEP 1996) DLAD 52.233-9000

ompanies protesting this procurement may file a protest

1. with the contracting officer, or
2. with the General Accounting Officer, or
3. pursuant to Executive Order 12979, with the activity r decision at a level above the contracting officer.

rotests filed with the activity should be addressed to the ontracting officer, but should clearly state that they are an "Agency Level rotest under Executive Order 12979." The contracting officer ill forward the protest to the appropriate official for ecision. (This process allows for a higher level decision on e initial protest; it is not a review of a contracting fficer's decision on a protest filed with the contracting fficer.) Absent a clear indication of the intent to file an gency level protest, protests will be presumed to be protests e contracting officer.

01. Shipping Instructions.--Domestic:

CLIN(s) ALL

01. RIGHTS IN TECHNICAL DATA - NONCOMMERCIAL ITEMS (NOV 1995) DFARS 252.227-7013:

05 - DATA - ENGLISH LANGUAGE

OTES:

1. See DCSC Master Solicitation-Small Purchase, JAN 992, Part I for information pertaining to the following ovisions:

5. Availability of Award Information for Small Purchase - 25,000 or less [RFQ].

2. Purchase Orders will be subject to the DCSC Master olicitation-Small Purchases in effect on the date of the der. Hard copies may be requested for a limited time from nse Supply Center, Columbus, ATTN: DSCC-PAS, P.O. Box 16704, Columbus, OH 43216-5010, Telephone 614-692-4041.

3. The DCSC Master Solicitation-Small Purchases is available on the Internet via the DSCC Web Site at **www.dscc.dla.mil.** From the home page, click on "Procurement," the "**Construction Master Solicitation**" is located under "Current Resources Available"

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

PRICING STATEMENT

In accordance with Far 13.106, prior to making an award, buyers are required to make a determination as to price reasonableness. To aid buyers in obtaining sufficient information to make this determination, you are requested to complete the following in as much detail as possible. Your cooperation in improving our efficiency and saving taxpayer's dollars is appreciated.

1. Item is listed in:

[ ] Internal Price Sheet/Catalog
Open for inspection/audit? [ ]Yes [ ]No
[ ] Commercial Price Sheet/Catalog

Name/No.________________________________

Page________ Date______________ Listed Price__________

2. If quoted price NOT based solely on Internal/Commercial Price Sheet/Catalog, complete one of the following:

[ ] List price_______-Gov't discount_______+Pkg_______=_______

[ ] Cost_______+Markup_______-Discount_______+Pkg_______=_______

[ ] Material_______+Labor_______+Overhead_______+Profit_______ +Pkg_______=_______

[X] Other (state basis) MARKET PRICE

3. a. [ ] _____% of item production is sold commercially.

b. [ ] _____% of item production is sold to other Government agencies, including state and local.

c. If a or b applies, complete the following for the most recent similar quantity or furnish a copy of the invoice:

Company/Agency:________________________

Order/Contract No.:________________________

Date:________ Quantity:__________ Price:__________

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

00012

3

*** TRANSMISSION REPORT ***

PRINT TIME 04/30 '99 07:04 ID:DSCC-L 614-692-5298

| No. | START TIME | MODE | LOCATION | STORE PAGE | TX PAGE | RX PAGE | TOTAL TIME | CODE |
|---|---|---|---|---|---|---|---|---|
| 5 | 04/30 06:39 | TX | 78505740384 | ADF | 11 | 0 | 25'30" | OK |

Thelma Williams

phones 850-574-3717

# FACSIMILE TRANSMISSION HEADER PAGE

**TO:** NAME: Shelma Williams

COMPANY: Capital City Pipes

FAX #:

**FROM:** LU ANN BOCSY

DSCC, LDBA / COLUMBUS OHIO

TELEPHONE: 614-692-3234

FACSIMILE: 614-692-5298

**SUBJECT:** Request for quote. The only small business source that is waived for first article testing is Durodyne (42913). This is our 2nd attempt for an award together. If you have questions please call me.

Thanks

**NUMBER OF PAGES IN THIS TRANSMISSION:** 11

LuAnn Bocsy

REQUEST FOR QUOTATIONS
(THIS IS NOT AN ORDER)

The notice of Total Small Business Set Aside on the Continuation Sheets [X] is [ ] is not applicable. [Clause I37]

PAGE 01 OF PAGES 10

1. REQUEST NO. SP0750-99-Q-5778

2. DATE ISSUED 99 JUL 21

3. REQUISITION/PURCHASE REQUEST NO. YPC99014000938

4. CERT. FOR NAT. DEF. UNDER BDSA REG.2 AND/OR DMS REG.1 — RATING DOA1

5A. ISSUED BY
DEFENSE SUPPLY CENTER COLUMBUS
3990 E. BROAD ST.
P.O. BOX 16704
COLUMBUS, OHIO 43216-5010
ATTN: DSCC- LDBA1
FAX NO: (614)692-5298

6. DELIVER BY (Date)
[SEE PARAGRAPH "d" BELOW]
150 DAYS AFTER DATE OF AWARD

5B. FOR INFORMATION CALL: (Name and telephone no.) (No collect calls)
BUYER/CODE LuAnn Bocsy DSCC-PLLDBA1 A/C (614) 692-3234

7. DELIVERY
[SEE PARAGRAPH "b" BELOW]
[X] FOB DESTINATION [ ] OTHER (See Schedule)

8. TO: NAME AND ADDRESS, INCLUDING ZIP CODE
CAPITAL CITY PIPES INC
1872 MILLS ST SUITE F
TALLAHASSEE FL 32310-0205

9. DESTINATION (Consignee and address, including ZIP Code)
SEE SCHEDULE CONTINUATION SHEET

10. PLEASE FURNISH QUOTATIONS TO THE ISSUING OFFICE ON OR BEFORE CLOSE OF BUSINESS (Date)
99 AUG 21

11. BUSINESS CLASSIFICATION (Check appropriate boxes)
a. STANDARD INDUSTRIAL CLASSIFICATION CODE 3494
b. SMALL BUSINESS SIZE STANDARD 500
[ ] SMALL [ ] OTHER THAN SMALL [ ] DISADVANTAGED [ ] WOMEN- OWNED

IMPORTANT: This is a request for information, and quotations furnished are not offers. If you are unable to quote, please so indicate on this form and return it. This request does not commit the Government to pay any cost incurred in the preparation of the submission of this quotation or to contract for supplies or services. Supplies are of domestic origin unless otherwise indicated by quoter. Any representations and/or certifications attached to the Request for Quotations must be completed by the quoter.

12. VENDOR DATA (Please fill in all blocks below)

QUOTER MUST COMPLETE THE FOLLOWING (Subject to penalties of 18 USC 1001):

a. Shipping Point [City and State]:

b. F.O.B POINT [ ] Destination [ ] Origin

PRODUCTION FACILITIES [Indicate name and complete address including ZIP code]:

Place of Manufacture: ____ Code: ____

Place of Inspection [Supplies]: ____ Code: ____

Place of Inspection [Packaging]: ____ Code: ____

d. BEST DELIVERY ____ days after date of award. [If no entry is made, delivery specified in Block 6 will apply].

CAUTION: THE GOVERNMENT RESERVES THE RIGHT TO CONSIDER ONLY THOSE QUOTATIONS MEETING DELIVERY SPECIFIED IN BLOCK 6.

e. QUOTATION IS: VALID FOR 60 days from date specified in Block 10 above or until ____.

f. SUBJECT TO Basic Ordering Agreement No. ____.

g. REMITTANCE ADDRESS: [ ] SAME AS BLOCK 14 [BELOW] [ ] OTHER: [Name, Street, City, State, Zip]

13. DISCOUNT FOR PROMPT PAYMENT

| 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | CALENDAR DAYS |
|---|---|---|---|
| % | % | % | % |

NOTE: Continuation Sheets must also be completed by quoter.

14. NAME AND ADDRESS OF QUOTER (Street, city, county, State, and ZIP Code)
CAGE CODE

FACSIMILE NUMBER
TOLL FREE NUMBER

15. SIGNATURE OF PERSON AUTHORIZED TO SIGN QUOTATION

16. DATE OF QUOTATION

17. NAME AND TITLE OF SIGNER (Type or print)

18. TELEPHONE NO. (Include area code)

00015

DPACS STANDARD FORM 18 (REV. 10-83)
Prescribed by GSA FAR(48 CFR) 53.215-1(a)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0750-99-Q-5778 | PAGE 02 | OF 10 PAGES |
|---|---|---|---|
| NAME OF OFFEROR OR CONTRACTOR | | | |

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

PR YPC99014000938
NSN 4720-00-978-8887

ITEM DESCRIPTION:

HOSE ASSEMBLY, NONMETALLIC, 4 IN. ID, 10 FT LG, ALUMINUM ALLOY QUICK DISCONNECT MALE AND FEMALE COUPLINGS, SPEC TITLE, HOSE AND HOSE ASSEMBLY, NONMETALLIC, SUCTION AND DISCHARGE. END ITEM, SUPPORT EQUIPMENT, B-52, F-111 AND C-135 AIRCRAFT.

DLAD 52.246-9000, CERTIFICATE OF QUALITY COMPLIANCE APPLIES. DLAD 52.246-9003, MEASURING AND TEST EQUIPMENT AND DLAD 52.246-9004, PRODUCT VERIFICATION TESTING, ALSO APPLIES IF THIS SOLICITATION/AWARD CALLS FOR GOVERNMENT INSPECTION AT SOURCE.

IF AQLS ARE LISTED IN THE SPECIFICATION(S) OR DRAWING(S) THEY MAY BE USED TO ESTABLISH THE AUTHORIZED SAMPLE SIZE, HOWEVER, THE ACCEPTANCE NUMBER FOR THIS CONTRACT IS ZERO; I.E., THIS CONTRACT REQUIRES A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS AND REJECTS ON ONE OR MORE DEFECT(S).
I43 CONTRACTOR FIRST ARTICLE TEST IS REQUIRED.

"CLASS I OZONE DEPLETING CHEMICALS ARE NOT TO BE USED NOR INCORPORATED IN ANY ITEMS TO BE DELIVERED UNDER THIS CONTRACT. THIS PROHIBITION SUPERSEDES ALL SPECIFICATION REQUIREMENTS BUT DOES NOT ALLEVIATE ANY PRODUCT REQUIREMENTS. SUBSTITUTE CHEMICALS MUST BE SUBMITTED FOR APPROVAL UNLESS THEY ARE AUTHORIZED BY THE SPECIFICATION REQUIREMENTS."

DLAD 52.246-9004, PRODUCT VERIFICATION TESTING, APPLIES. THIS CLAUSE IS A GOVERNMENT OPTION THAT CAN ONLY BE INVOKED UPON THE COGNIZANT CONTRACT ADMINISTRATION OFFICE NOTIFYING THE CONTRACTOR THAT PVT SAMPLES ARE TO BE SELECTED.

THE INTERNATIONAL ORGANIZATION FOR STANDARDIZATION (ISO) 9002 OR A "TAILORED" PROGRAM MEETING THE FOLLOWING ISO 9002

CONTINUED ON NEXT PAGE

00016

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0750-99-Q-5778

PAGE 03 OF 10 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PARAGRAPHS APPLIES:<br>4.5, DOCUMENT CONTROL: LIMITED TO INSPECTION AND TESTING AS WELL AS APPLICABLE DRAWINGS, SPECIFICATIONS AND INSTRUCTIONS REQUIRED BY CONTRACT<br>4.6, PURCHASING: 4.6.1 AND LIMITED TO 4.6.2 A) AND 4.6.4.2, ALL OTHER PARTS OF PARAGRAPH ARE HEREBY DELETED<br>4.7, CUSTOMER-SUPPLIED PRODUCT:<br>4.8, PRODUCT IDENTIFICATION & TRACEABILITY:<br>4.10, INSPECTION & TESTING:<br>4.11, INSPECTION, MEASURING & TEST EQUIPMENT:<br>4.12, INSPECTION AND TEST STATUS:<br>4.13, CONTROL OF NONCONFORMING PRODUCT:<br>4.14, CORRECTIVE AND PREVENTIVE ACTION: PARAGRAPH 4.14.3 APPLY TO PRODUCT ONLY<br>4.16, QUALITY RECORDS:<br>POTENTIAL CONTRACTORS MUST IDENTIFY THE ACTUAL PLACE OF MANUFACTURE OF THE HOSE AT THE TIME OF SOLICITATION. | | | | |
| | I/A/W SPEC NR MIL-H-27516D<br>BASIC DTD 77 AUG 03<br>AMEND NR DTD<br>TYPE NUMBER: M27516F4.0T1000 | | | | |
| 0001 | PR YPC99014000938 PRLI 0001 | 248 | EA | | |
| | PREP FOR DELIVERY:<br><br>PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991<br>QUP = 001: PRES MTHD = AE: CLNG/DRY = 1: PRESV MAT = 00:<br>WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:<br>UNIT CONT = 00: LEVEL PRESV = A: OPI = O:<br>PACK CODE = U: PACKING LEVEL = C:<br>MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129M SPECIAL MARKING CODE: 99 - NO CODES IN THIS TABLE ONLY MIL-STD-129.<br>PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV A DATED 96150<br>.<br><br>DOD LOGMARS BAR CODE MARKING REQUIRED IAW MIL-STD-129M, DATED 15 JUN 93 AND MIL-STD-1189B, DATED 10 AUG 89. | | | | |
| | CONTINUED ON NEXT PAGE | | | | |

00017

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0750-99-Q-5778

PAGE •04 OF 10 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PARCEL POST ADDRESS:<br><br>SW3100<br>MECHANICSBURG FACILITY<br>DEF DIST DEPOT SUSQUEHANNA PA<br>GENERAL SUPPLIES<br>MECHANICSBURG PA 17055-0789<br><br>FREIGHT SHIPPING ADDRESS<br><br>SW3100<br>MECHANICSBURG FACILITY TRNS OFFICER<br>DEF DIST DEPOT SUSQUEHANNA PA<br>5450 CARLISLE PIKE<br>MECHANICSBURG PA 17055-0789<br><br>NON-MILSTRIP RDD 03/12/99 PROJ<br>* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | |

00018

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>SP0750-99-Q-5778 | PAGE OF<br>05 | 10<br>PAGES |
|---|---|---|---|

ATTENTION CONTRACTORS!!

ALL CONTRACTORS ARE REQUIRED TO REGISTER IN THE CENTRAL CONTRACTOR REGISTRATION (CCR) SYSTEM BY MAY 31, 1998 (DEFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT (DFARS) 204.7302). UNREGISTERED CONTRACTORS WILL NOT BE ELIGIBLE FOR AWARDS SOLICITED AFTER THAT DATE. YOU MAY REGISTER OR CHECK YOUR CCR REGISTRATION STATUS AT THE CENTRAL CONTRACTOR REGISTRATION SITE - (HTTP://CCR.EDI.DISA.MIL/)

HELP WITH CCR REGISTRATION IS AVAILABLE AT YOUR REGIONAL ELECTRONIC COMMERCE RESOURCE CENTER (ECRC) (HTTP://WWW.ECRC.UOFS.EDU/REGIONAL.HTML)

VENDORS WILL NEED TO SUPPLY A DUNS NUMBER WITH ALL QUOTATIONS REGARDLESS OF DOLLAR VALUE IN THE NEAR FUTURE. A DUNS NUMBER IS ALSO A REQUIREMENT FOR CCR REGISTRATION. YOU MAY REQUEST A DUNS NUMBER AT THE D-U-N-S NUMBER REQUEST FROM SITE, HTTP://WWW.DBISNA.COM/DBIS/DNBHOME.HTM

******************************************

PRICE BREAK RANGES

If a larger quantity is obtainable at no additional total price due to a minimum order quantity/value or any other reason, the offeror agrees to record below the maximum quantity of the product cited in this RFQ which can be furnished for such total price, along with the lower unit price for such increased quantity. If yet lower unit prices are available for greater quantities, offerors are requested to enter the lower unit prices and quantity ranges to which such prices will apply. The Government may elect to accept such alternate quantity quotations without further solicitation or discussion. (DLAD 52.213-9000)

| | | |
|---|---|---|
| | to | U/I EA $________ |
| QTY | to | U/I EA $________ |
| QTY | to | U/I EA $________ |
| QTY | to | U/I EA $________ |
| QTY | to | U/I EA $________ |
| QTY | to | U/I EA $________ |

*********************************************

ALL PROVISIONS AND CLAUSES ARE PRINTED IN FULL TEXT IN THE DCSC MASTER SOLICITATION SMALL PURCHASES, JAN 1992. THE DCSC MASTER SOLICITATION-SMALL PURCHASES IS AVAILABLE ON THE INTERNET VIA THE DSCC WEB SITE AT WWW.DSCC.DLA.MIL. FROM THE HOME PAGE, CLICK ON "ELECTRONIC BID BOARD (EBB)," THEN UNDER REFERENCES, THE "S9C" CONSTRUCTION MASTER SOLICITATION IS LOCATED IN PROVISIONS AND CLAUSES.
THE FOLLOWING PROVISIONS AND CLAUSES ARE INCORPORATED HEREIN BY REFERENCE: PROVISIONS-1, 5, 6, 7(DEVIATION), 8, 16, 17, 18(DEVIATION), 23, 24, 26, 27, 32, 34, 38 CLAUSES - A1A -A1D, C01 - C03, D01 - D06, M01-M03 M05-M07, N03, N05, Q05. WITH THE FOLLOWING EXCEPTIONS:CLAUSES A1A(7), BUY AMERICAN ACT AND BALANCE OF PAYMENTS PROGRAM AND A1A(14), CONVICT LABOR, DO NOT APPLY TO MICRO-PURCHASES. CLAUSES A1A(2), OFFICIALS NOT TO BENEFIT, A1A(4), COVENANT AGAINST CONTINGENT FEES, A1A(5), RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT, A1A(6), ANTI-KICKBACK PROCEDURES, A1A(33), DRUG-FREE WORKPLACE (EXCEPT FOR INDIVIDUALS), AND A1B(1), CONTRACT WORK HOURS AND SAFETY STANDARDS ACT-OVERTIME COMPENSATION, DO NOT APPLY TO ACQUISITIONS AT OR BELOW THE SIMPLIFIED ACQUISITION THRESHOLD ($100,000). CLAUSE A1A(15) ...L OPPORTUNITY (FAR 52.247-48)(DEVIATION) IS APPLICABLE IN ... OF FAR 52.247-48; CLAUSE A1A(16) NOTIFICATION OF VISA ...AL (FAR 52.222-29) (DEVIATION) IS APPLICABLE IN LIEU OF ...AR 52.222-29; CLAUSE A1A(31), ELECTRONIC FUNDS TRANSFER PAYMENT METHODS IS DELETED AND REPLACED WITH FAR CLAUSE 52.232-33, MANDATORY INFORMATION FOR ELECTRONIC FUNDS TRANSFER PAYMENT; CLAUSE A1C, AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES FAR 52.222-36 DOES NOT APPLY TO ACQUISITIONS AT OR BELOW $10,000; CLAUSE I16, PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTOR'S DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT, FAR 52.209-6, APPLIES TO ACQUISITIONS OVER $25,000. M04, F.O.B. DESTINATION-EVIDENCE OF SHIPMENT (FAR 52.247-48) (DEVIATION) IS APPLICABLE IN LIEU OF FAR 52.247-48)

***ALTERNATE DISPUTE RESOLUTION (ADR) POLICY***
It is the goal of this Center for all parties to be satisfied at contract completion. Consequently, this Center is encouraging the use of all forms of ADR to resolve differences of view that may occur under the contract, whether the differences involve disputes of contract terms, issues of administration, or merely points of inquiry. The use of any form of ADR is voluntary for all parties. Any costs associated with the use of ADR will be agreed to by both parties and with no increase in contract price, unless agreed to otherwise.

2. SMALL BUSINESS PROGRAM REPRESENTATIONS (FAR 52.219-1) (MAY 1999)

(a)(1) The standard industrial classification (SIC) code for this acquisiton is
(2) The small business size standard is (insert size standard).
(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.
(b) Representations. (1) The offeror represents and certifies as part of its offer that it ( ) is, ( ) is not a small business concern.
(2) [Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.
(3) [Complete only if offeror represented itself as a small business concern in block (b)(1) of this provision.] The offeror represents as part of its offer that it ( ) is ( ) is not a women-owned small business conern.
(c) Definitions.
"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.
"Woman-owned small business concern," as used in this provision, means a small business concern--
(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and
(2) Whose management and daily business operations are controlled by one or more women.
(d) Notice. (1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause i n this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.
(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall -
(i) Be punished by imposition of fine, imprisonment, or both;
(ii) Be subject to administrative remedies, including suspension and debarment; and
(iii) Be ineligible for participation in programs conducted under the authority of the Act.

( ) ALTERNATE I (OCT 1998) (Applicable over $25,000)
(4) (Complete if the offeror has represented itself as disadvantaged in paragraph (b)(2) of this provision. [The offeror shall check the category in which its ownership falls]:
[ ] Black American.

00019

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0750-99-Q-5778 | PAGE OF 08 | 10 PAGES |
|---|---|---|---|

H07. MATERIAL SAFETY DATA SHEETS AND HAZARD WARNING LABELS (DLAD 52.223-9000) (MAR 1992)

(2) Check here ( ) if MSDS accompanies your offer.

H17 - SUBSTITUTIONS FOR MILITARY OR FEDERAL SPECIFICATIONS AND STANDARDS (MAR 1999) DLAD 252.211-7005

(a) Definition. "SPI process," as used in this clause, means a management or manufacturing process that has been accepted previously by the Department of Defense under the Single Process Initiative (SPI) for use in lieu of a specific military or Federal specification or standard at specific facilities. Under SPI, these processes are reviewed and accepted by a Management Council, which includes representatives from the Defense Contract Management Command, the Defense Contract Audit Agency, and the military departments.

(b) Offerors are encouraged to propose SPI processes in lieu of military or Federal specifications and standards cited in the solicitation. A listing of SPI processes accepted at specific facilities is available via the Internet in PDF format at http://www.dcmc.hq.dla.mil/spi/dbreport/modified.pdf and in Excel format at http://www.dcmc.hq.dla.mil/spi/dbreport/modified .xls.

(c) An offeror proposing to use an SPI process in lieu of military of Federal specifications or standards cited in the solicitation shall -

(1) Identify the specific military or Federal specification or standard for which the SPI process has been accepted;

(2) Identify each facility at which the offeror proposes to use the specific SPI process in lieu of military or Federal specification or standard cited in the solicitation;

(3) Identify the contract line items, subline items, components, or elements affected by the SPI process; and

(4) If the proosed SPI process has been accepted at facility at which it is prposed for use, but is not yet listed at the Internet site specified in paragraph (b) of this clause, submit documentation of Department of Defense acceptance of the SPI process.

(d) Absent a determination that an SPI process is not acceptable for this procurement, the Contract shall use the following SPI processes in lieu of military or Federal specifications or standards:

(Offeror insert information for each SPI process)

SPI Process:
Facility:
Military or Federal Specification or Standard:

Affected Contract Line Item and Subline Item Number, Component, or Element:

(e) If a prospective offeror wishes to obtain, prior to the time specified for receipt of fofers, verification that an SPI process is an acceptable replacement for military or Federal specifications or standards required by the solicitation, the prospective offeror--

(1) May submit the information required by paragraph (d) of this clause to the Contracting Officer prior to submission of an offer; but

(2) Must submit the information to the Contracting Officer at least 10 working days prior to the date specified for receipt of offers.

SECTION I

I37. NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE (JUL 1996) (FAR 52.219-6)

I43. FIRST ARTICLE APPROVAL - CONTRACTOR TESTING (FAR 52.209-3) (SEP 1980) and ALTERNATE I (JAN 1997)

(a) The Contractor shall test ONE unit(s) of Lot/Item 0001 NSN 4720-00-978-8887 as specified in this contract. At least 10 calendar daysbefore the beginning of first article tests, the Contractor shall notify the Contracting Officer, in writing, the time and location of the testing so that the Government may witness the tests.

(b) The Contractor shall submit the first article test report within 60 calendar days from the date of this contract to ( )see Clause I43a marked "FIRST ARTICLE TEST REPORT: Contract No.________, Lot/Item No. ______,". Within 30 calendar daysafter the Government receives the test report, the Contracting Officer shall notify the Contractor, in writing, of the conditional approval, approval, or disapproval of the first article. The notice of conditional approval or approval shall not relieve the Contractor from complying with all requirements of the specifications and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the Contractor. A notice of disapproval shall cite reasons for the disapproval.

(c) If the first article is disapproved, the Contractor, upon Government request, shall repeat any or all first article test. After each request for additional tests, the Contractor shall make any necessary changes, modifications, or repairs to the first article or select another first article for testing. All costs related to these tests are to be borne by the Contractor, including any and all costs for additional tests following a disapproval. The Contractor shall then conduct the tests and deliver another report to the Government under the terms and conditions and within the time specified by the Government. The Government shall take action on this report within the time specified in paragraph (b) above. The Government reserves the right to require an equitable adjustment of the contract price for any extension of the delivery schedule, or for any additional costs to the Government related to these tests.

(d) If the Contractor fails to deliver any first article report on time, or the Contracting Officer disapproves any first article, the Contractor shall be deemed to have failed to make delivery within the meaning of the Default clause of this contract.

(e) Unless otherwise provided in the contract, and if the approved first article is not consumed or destroyed in testing, the Contractor may deliver the approved first article as part of the contract quantity if it meets all contract requirements for acceptance.

(f) If the Government does not act within the time specified in paragraph (b) or (c) above, the Contracting Officer shall, upon timely written request from the Contractor, equitably adjust under the Changes clause of this contract the delivery or performance dates and/or the contract price, and any other contractual term affected by the delay.

(g) Before first article approval, the acquisition of materials or components for, or the commencement of production of, the balance of the contract quantity is at the sole risk of the Contractor. Before first article approval, the costs thereof shall not be allocable to this contract for (1) progress payments, or (2) termination settlements if the contract is terminated for the convenience of the Government.

(h) The Government may waive the requirement for first article approval test where supplies identical or similar to those called for in the schedule have been previously furnished by the offeror/contractor and have been accepted by the Government. The offeror/contractor may request a waiver.

(i) The contractor shall produce both the first article and the production quantity at the same facility.

( ) ALTERNATE II (SEP 1989)

(g) Before first article approval, the Contracting Officer may, by written authorization, authorize the Contractor to acquire specific materials or components or to commence production to the extent essential to meet the delivery schedules. Until first article approval is granted, only costs for the first article and costs incurred under this authorization are allocable to this contract for (1) progress payments, or (2) termination settlements if the contract is terminated for the convenience of the Government. If first article tests reveal deviations from contract requirements, the Contractor shall, at the location designated by the Government, make the required changes or replace all items produced under this contract at no change in the contract price.

# Capital City Pipes, Inc.

Office 850/574-3717
Fax 850/574-0384

June 23, 1999

LuAnn Bosey
DSCC/PLLDBA1

Ref: SP075099Q5778
4720-00-978-8887

Dear Ms. Bosey:

As you must know I did have problems getting a competitive price for this above solicitation.
Capital City Pipes, Inc is quoting these two ways:

**JGB Enterprise, Inc** Qty (248) $154.90ea Delivery 120days-ARO
Liverpool, NY
(Request that the FAT be waived for JGB, based on using a waived source for the hose under PARA 25 which is Goodyear Tire & Rubber (73842)

**JGB Enterprise, Inc**
Liverpool, NY Qty (248) $160.39 Delivery 210 Days-ARO
(Includes FAT a one time charge $1000.00)

This is FOB-Destination, which includes packaging and the shipping to destination.
If you have any questions please call me; I apologize for an inconvenience

Sincerely
Thelma S. Williams

CC: M. Taylor

00028

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | SP0750-99-Q-5778 | 10 | 10 PAGES |

DUNS number will be provided immediately by telephone at no charge to the offeror. For information on obtaining a DUNS number, the offeror, if located within the United States, should call Dun and Bradstreet at 1-800-333-0505. The offeror should be prepared to provide the following information:

(1) Company name.
(2) Company address.
(3) Company telephone number.
(4) Line of business.
(5) Chief executive officer/key manager.
(6) Date the company was started.
(7) Number of people employed by the company.
(8) Company affiliation.

(c) Offerors located outside the United States may obtain the location and phone number of the local Dun and Bradstreet Information Services office from the Internet Home Page at http://www.(dnb.com/. If an offeror is unable to locate a local service center, it may send an e-mail to Dun and Bradstreet at globalinfo

SECTION L

L37 - AGENCY PROTESTS (SEP 1996) DLAD 52.233-9000

Companies protesting this procurement may file a protest
1. with the contracting officer, or
2. with the General Accounting Officer, or
3. pursuant to Executive Order 12979, with the activity for a decision at a level above the contracting officer.

Protests filed with the activity should be addressed to the contracting officer, but should be addressed to the contracting officer, but should clearly state that they are an "Agency Level Protest under Executive Order 12979." The contracting officer will forward the protest to the appropriate official for decision. (This process allows for a higher level decision on the initial protest; it is not a review of a contracting officer's decision on a protest filed 'th the contracting officer.) Absent a clear indication of intent to file an agency level protest, protests will be .sumed to be protests to the contracting officer.

N01. Shipping Instructions.--Domestic:

CLIN(s) ALL

Q01. RIGHTS IN TECHNICAL DATA - NONCOMMERCIAL ITEMS (NOV 1995) DFARS 252.227-7013:

Q05 - DATA - ENGLISH LANGUAGE

NOTES:

1. See DCSC Master Solicitation-Small Purchase, JAN 1992, Part I for information pertaining to the following provisions:
16. Availability of Award Information for Small Purchase - $25,000 or less (RFQ).
2. Purchase Orders will be subject to the DCSC Master Solicitation-Small Purchases in effect on the date of the order. Hard copies may be requested for a limited time from Defense Supply Center, Columbus, ATTN: DSCC-PAS, P.O. Box 16704, Columbus, OH 43216-5010, Telephone 614-692-4041.
3. The DCSC Master Solicitation-Small Purchases is available on the Internet via the DSCC Web Site at www.dscc.dla.mil. From the home page, click on "Procurement," the "Construction Master Solicitation" is located under "Current Resources Available"

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

PRICING STATEMENT

In accordance with Far 13.106, prior to making an award, buyers are required to make a determination as to price reasonableness. To aid buyers in obtaining sufficient information to make this determination, you are requested to complete the following in as much detail as possible. Your cooperation in improving our efficiency and saving taxpayer's dollars is appreciated.

Item is listed in:

[ ] Internal Price Sheet/Catalog
Open for inspection/audit? [ ]Yes [ ]No
[ ] Commercial Price Sheet/Catalog

Name/No.________________

Page______ Date__________ Listed Price________

2. If quoted price NOT based solely on Internal/Commercial Price Sheet/Catalog, complete one of the following:

[ ] List price______-Gov't discount______+Pkg______=______

[ ] Cost______+Markup______-Discount______+Pkg______=______

[ ] Material______+Labor______+Overhead______+Profit______ +Pkg______=______

[ ] Other (state basis)________________

3. a. [ ] _____% of item production is sold commercially.

b. [ ] _____% of item production is sold to other Government agencies, including state and local.

c. If a or b applies, complete the following for the most recent similar quantity or furnish a copy of the invoice:

Company/Agency:________________

Order/Contract No.:________________

Date:________ Quantity:________ Price:________

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

00024

7

4

6

5

# CONVERSATION RECORD

1. DATE: 06-25-99

2. TIME:

3. TYPE OF CONVERSATION
☐ TELEPHONE (Incoming) ☐ TELEPHONE (Outgoing) ☐ OFFICE VISIT

4. SUBJECT OF CONVERSATION
SP0750-99-Q-5778

| 5. CALL/VISIT MADE BY (Name of person) | 5a. OFFICE/FIRM/COMPANY/ETC. | 5b. PHONE NO. AND/OR EXT. |
|---|---|---|
| | | |

| 6. CALL/VISIT MADE TO (Name of person) | 6a. OFFICE/FIRM/COMPANY/ETC. | 6b. PHONE NO. AND/OR EXT. |
|---|---|---|
| Thelma Williams | | |

7. SUMMARY OF CONVERSATION, AND IF APPLICABLE, STATEMENT AS TO SUBSEQUENT ACTION TAKEN OR TO BE TAKEN

Telephoned to negotiate offer. Ms Williams advised had been not-helping small business that her offer was too high. I told her she would need to drop her price by 38%. She will fax new offer.

(IF ADDITIONAL SPACE IS NEEDED, CONTINUE ON REVERSE SIDE)

| 8. PRINTED NAME AND TITLE OF PERSON MAKING/RECEIVING CALL/VISIT | 8a. SIGNATURE |
|---|---|
| Lu Ann Bocsy | |

00025

CONTINUATION SHEET

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0750-99-Q-5778

PAGE 07 OF 10 PAGES

## SECTION E

E01. Inspection and Acceptance at Origin (Includes E1A and E1B. Requires MIRR (DD 250).

E06. CERTIFICATE OF QUALITY COMPLIANCE (DLAD 52.246-9000) (DEC 1994)

E10. MEASURING AND TEST EQUIPMENT (DLAD 52.246-9003) (DEC 1994)

E11 - PRODUCT VERIFICATION TESTING (AUG 1997) DLAD 52.246-9004

(a) References: The applicable documents are the issues of Federal Acquisition Regulation (FAR) Clause 52.246-2, "Inspection of Supplies-Fixed Price," and ANSI/ASQC Z1.4-1993, Sampling Plan and Tables for Inspection by Attributes, which are in effect on date of solicitation for awards resulting from Invitation for Bids and date of award for all other contractual actions. These documents form the basis for the Government's right to perform product verification testing (PVT) of this product. FAR 52.246-2 is hereby incorporated by reference into the contract if not otherwise called out in the purchase document.

(b) The contractor is responsible for insuring that supplies are manufactured, produced, and subjected to all tests required by applicable material specifications/drawings specified in the purchase description of the contract. Notwithstanding any other clause to the contrary, and/or in addition thereto, the Government reserves the right to conduct PVT to ascertain if any or all requirements of the purchase identification description contained elsewhere herein are met prior to final acceptance.

(c) On any given contract, the Government may require PVT through a Government-designated testing laboratory on the ...ntract or production lot at Government expense. Testing ...l consist of chemical and/or mechanical/dimensional ...nformance tests as the Government deems necessary. When material under the contract is designated by the contracting officer/ administrative contracting officer for such test, the Government inspector will select a sample size in accordance with MIL-STD-105, Inspection Level S-2, randomly from the contract or production lot, and send the samples to a designated laboratory for testing. Where origin inspection is specified, the contractor agrees to make available, at the Government's request, at the manufacturing facility, subcontracting facility, and/or final point of inspection, the quantity selected by the DCAS QAR to verify that the entire lot tendered meets the requirements of the Contract. The Government shall be permitted to select such samples at random from the production lot tendered for acceptance.

(d) [This subparagraph pertains only to contracts and bilateral purchase orders.]

(1) The PVT samples will be sent, by the Government and at Government expense, to a Government-designated testing laboratory for product verification. The Government will notify the contractor of the results of the testing within 15 working days of receipt of the samples by the Government. If the Government fails to act within the period set forth herein for notification, the contracting officer shall, upon timely written request, equitably adjust, under the Changes Clause of this contract, the delivery or performance dates and/or the contract price and any other contractual term affected by the delay. The Government is not required to accept/reject the supplies tendered until after receipt of the PVT test results.

(2) The Government shall have the option to require the contractor to screen the entire lot tendered for any defects noted by the PVT testing. Any defects so found shall be corrected before retendering the lot for acceptance by the Government. Further, the Government may subject this lot to additional PVT testing. If the Government disapproves the lot tendered for acceptance because of a failure to pass the PVT, the contractor shall be deemed to have failed to make delivery within the meaning of the Default Clause of ...his contract. In such case, the Government reserves all ...its and remedies to which it is otherwise entitled by law, ...ulation, or this contract.

(e) [This subparagraph pertains only to unilateral purchase orders.]

(1) The PVT samples will be sent by the Government and at Government expense, to a Government-designated testing laboratory for for product verification. The Government will notify the contractor of the results of the testing within 15 days after receipt of the samples by the Government. If the Government fails to act within the specified time period set forth herein for notification, the contracting officer shall, upon timely written request from the contractor, incorporate FAR Clause 52.243-1, "Changes-Fixed Price," into the purchase order, and equitably adjust the delivery or performance date and/or the price and any other terms affected by the delay. The Government is not required to accept/reject the supplies tendered until after receipt of the PVT test results.

(2) The Government shall have the option to require the contractor to screen the entire lot tendered for any defects noted by the PVT. Any defects so found shall be corrected before retendering the lot for acceptance by the Government. Further, the Government may subject this lot to additional PVT. If the Government disapproves the lot tendered for acceptance because of a failure to pass the PVT, the Government has the right to reject the entire offer, thereby releasing the parties from further obligations under the purchase order.

E13. INSPECTION AND ACCEPTANCE OF DATA DD FORM 1423.

## SECTION F

F07. FIRST ARTICLE DELIVERY.

CLIN(S) 9907

F08. DELIVERY OF DATA.

CLIN(s) 9907

## SECTION G

G01. MATERIAL INSPECTION AND RECEIVING REPORT (DD250) (DFARS 252.246-7000 (DEC 1991)

## SECTION H

H03. PROVISIONING (POLICY STATEMENT WITH SOLICITATION) (DLAR 4100.2, 14 DEC 81)

H05. HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (FAR 52.223-3) (JAN 1997)

(b) The offeror must list any hazardous material, as defined in paragraph (a) of this clause, to be delivered under this contract. The hazardous material shall be properly identified and include any applicable identification number, such
National Stock Number or Special Item Number. This information shall also be included on the Material Safety Data Sheet submitted under this contract.

| Material (If none, insert "None") | Identification No. |
|---|---|
| | |

H06. HAZARD WARNING LABELS (DFARS 252.223-7001) (DEC 1991)

(c) The offeror shall list which hazardous material listed in the Hazardous Material Identification and Material Safety Data Clause of this contract will be labeled in accordance with one of the Acts in paragraphs (b)(1) through (5) of this clause instead of the Hazard Communication Standard. Any hazardous material not listed will be interpreted to mean that a label is required in accordance with the Hazard Communication Standard.

| MATERIAL (if None, Insert "None".) | ACT |
|---|---|
| ______ | ______ |
| ______ | ______ |

00021

# Capital City Pipes, Inc.

Office 850/574-3717

Fax 850/574-0384

June 18, 1999

LuAnn Boscy
DSCC/PLLDBA1
Columbus,Ohio

Ref: SP075099Q5778
4720-00-978-8887

Dear Madam:

Capital City Pipes, Inc is submitting as my best and final offer of $190.65 each. I tried to get you the best price on this item.

Quoting the manufacturer:

Titan Industries
1121 Garfield Ave
South Gate, CA
Inspection and packaging at plant site(Titan)
FOB-Destination
ARO-40days

If there are any questions, you may contact me by phone, 850/574-3717; fax, 850/574-0384; or e-mail **capicity@aol.com**

Thank you,

Thelma S. Williams,
Director of Government Sales
Capital City Pipes, Inc.

00026

8

# Capital City Pipes, Inc.

Office 850/574-3717
Fax 850/574-0384

July 8, 1999

LuAnn Bosey
DSCC/PLLDBA1

Ref: SP075099Q5778
4720-00-978-8887

Dear Ms. Bosey:

As you must know I did have problems getting a competitive price for this above solicitation. Capital City Pipes, Inc is quoting these two ways:

**JGB Enterprise, Inc** Qty (248) $147.96ea Delivery 120days-ARO
Liverpool, NY
(Request that the FAT be waived for JGB, based on using a waived source for the hose under PARA 25 which is Goodyear Tire & Rubber (73842)
**JGB Enterprise, Inc**
Liverpool, NY Qty (248) $154.17 Delivery 210 Days-ARO
(Includes FAT a one time charge $1000.00)
This is FOB-Destination, which includes packaging and the shipping to destination (USA Only).
If you have any questions please call me; I apologize for an inconvenience.

The larger the quantity, always get a competitive price.

Sincerely
Thelma S. Williams

CC: M. Taylor

00029

9

Please expedite. Badanderece [illegible]

# Inter-Office Memorandum

X3234

Request for Contractor's Performance History (CPH) on: Date 07-15-99

Capital City Pipes | Tallahassee | Fla | 32310-0205 | 0N525
(Name) (City) (State) (Zip Code) (CAGE)

FROM: DCSC- LDBA

TO: DCSC-Q

1. Reference Solicition No. SP0750-99-Q5778 (Encl 1) NSN 4720-00-978-8857
2. Subject contractor is being considered for an award of 248 each of CAGE 73842
Part/Dwg. No. MIL-A-27516(D) Total Price 34,694.08 with 120 days delivery.
3. NOMENCLATURE Hose assembly . 0 % OPTION MAY BE EXERCISED.
4. NEW VENDER - PERFORMANCE AND QUALITY HISTORY REQUIRED FOR QUALITY VENDER PROGRAM CONSIDERATION
NLT ASAP
5. PROPOSED CONTRACTOR IS: ☒ DEALER ☐ MANUFACTURER ☐ OFFERING SURPLUS
6. NAME AND LOCATION OF MFG.: ☐ SAME AS ABOVE. (OTHER) Goodyear Tire / Akron Ohio.
7. ITEM IS: ☐ SOLE SOURCE ☒ COMPETITIVE ☐ SOLE OFFER ☐ APPROVED ALTERNATE SOURCE

[signature] 3234
Buyer/Contracting Officer Phone

See Q Remarks

* will be getting material from JG B Ent. 61125

FROM: DCSC-Q LDBC DATE: 15 JULY 99
TO: DCSC-PADA

CONTRACTOR'S QUALITY PERFORMANCE HISTORY INDICATES THAT A QUALITY PRE-AWARD SURVEY (PAS)

1. ☐ IS NOT RECOMMENDED.
2. ☒ IS RECOMMENDED BECAUSE: ☐ FIRST TIME BUY OF THIS ITEM. ☒ CONTRACTOR IS A DEALER AND NO RECORD EXISTS OF SUCCESSFUL COMPLETION OF AWARD FOR THIS NSN. ☐ (SEE REMARKS).
3. NUMBER OF QUALITY DEFICIENCY REPORTS AGAINST THIS CONTRACTOR IN PAST 12 MOS: ______
4. ☒ RECOMMEND INSPECTION AND ACCEPTANCE BE AT ORIGIN.
5. REMARKS: INSPECTION & ACC. MUST BE AT ACTUAL PLACE OF MFG. OF HOSE ASSY!

W. KERN X2806
Q Specialist Phone

FROM: DCSC-PADA DATE: 7-15-99
TO: DCSC-______

☒ DCRL CATEGORY M

1. ☐ AWARD IS RECOMMENDED.
2. ☐ AWARD IS RECOMMENDED SUBJECT TO CONFIRMATION OF DELIVERY.
3. ☒ AWARD IS RECOMMENDED SUBJECT TO INSPECTION/ACCEPTANCE AT ORIGIN, COC NOT AUTHORIZED.
4. ☐ PRE-AWARD SURVEY IS RECOMMENDED ON ☐ OFFEROR ☐ MANUFACTURER (See Remarks).
5. ☐ PAS PACKAGE ATTACHED; APPLICABLE DCMA ______ RECOMMENDED CHECKING FACTORS ______; SUBMIT ______ COPY(IES) OF SOLICITATION(S). ______ COPY(IES) OF SPECS/DRAWINGS AND A COPY OF CLAUSES K30 AND K31 WITH RETURN OF PAS PACKAGE TO PADA.
6. ☐ AWARD IS NOT RECOMMENDED. (See Remarks).
7. LAST PAS: NSN ______; DATED ______; $ AMT: ______
DCMA RECOMMENDED: ☐ COMPLETE AWARD ☐ NO AWARD ☐ AUTOMATIC PAS (NO REC REQUIRED).
8. CPH SHOWS ______ TERMINATIONS FOR DEFAULT AGAINST THIS CONTRACTOR IN THE PAST 12 MONTHS.
9. ☐ DCMA CURRENT LINES ______; NO DELQ. ______ % OF DELQ. ______; $ AMT. ______
☐ DCMA CURRENT LINES ______ NO DELQ. ______ % OF DELQ. ______ $ AMT. ______
10. REMARKS: Rec Award I/A at Origin no COC

C. McK[illegible] 00030
Pre-Award Monitor Phone

-57b

DLA FORM 111
JUL 82

PREVIOUS EDITIONS MAY BE USED UNTIL EXHAUSTED

OP300-111 9-51(R2) (JUL 90)
*U.S. GPO: 1990-549-158/21815

**10**

# Capital City Pipes, Inc.

Office 850/574-3717
Fax 850/574-0384

September 20, 1999

LuAnn Bosey
DSCC/PLLDBA1
Defense Supply Center/Columbus

REF: SP075099Q5778

Hello,

I am faxing you the information you requested on the above solicitation:

1. JGB intends to use the manufacturer of the hose **Goodyear Tire & Rubber (73842)**
2. JGB Intends to use the manufacturers for the couplings **Evertite Coupling or Scully Signal Co.**
3. The assembly of this product will be done **by JGB** Enterprises, Inc at their location, Liverpool, NY(61125)

If First Article Test is required a charge of $1000.00, with delivery of 210days-ARO.
Without FAT delivery 120days-ARO

If you have any questions please call me.

Thank you

Thelma S. Williams
Capital City Pipes, Inc

00031

# 11

# Capital City Pipes, Inc.

Office 850/574-3717
Fax 850/574-0384

September 24, 1999

LuAnn Bosey
DSCC/PLLBA1
Defense Supply Center Columbus

REF: SP075099Q5778

JGB Enterprise, Inc will do the assembly and the pressure testing will be done at their plant in Liverpool, NY.

My price quoted remains the same, which is $147.96each
FOB-Destination

If you have any questions please call me.

Thank you

Thelma S. Williams
Capital City Pipes, Inc

00032

# 12

DEFENSE LOGISTICS AGENCY
DEFENSE SUPPLY CENTER, COLUMBUS
POST OFFICE BOX 16704
COLUMBUS, OH 43216-5000

IN REPLY REFER TO DSCC-LECC

CERTIFIED MAIL Z 080 095 928
RETURN RECEIPT REQUESTED

November 02, 1999

Capital City Pipes, Inc.
1872 Mills Street, Suite F
Tallahassee, FL 32310-0205

Re: Contracts SP0750-99-C-2505, SP0750-99-C-2506 and SP0750-99-C-2508

Dear Sir:

It has come to our attention that you have failed to compensate your subcontractor, JGB Enterprises, Inc. for work performed under the referenced contracts. According to the information available to us, you are indebted to JGB as follows:

| Contract No. | Amount |
|---|---|
| SP0750-99-C-2505 | $297,832.50 |
| SP0750-99-C-2506 | 64,601.25 |

Your failure to properly compensate your subcontractor could potentially jeopardize the scheduled deliveries under contracts SP0750-99-C-2506 and SP0750-99-C-2508 and deprive the Government of the goods for which it contracted.

In accordance with FAR 9.406-2©, I view your failure to compensate your subcontractor so serious as to affect your present responsibility as a Government contractor. Accordingly, within 10 days of receipt of this letter, please advise me of what actions your firm has taken to remedy this problem or state why I should not recommend Capital City's debarment.

If the information that has come to my attention is in error, please provide any evidence you may have available which demonstrates your present and continuing responsibility.

Sincerely,

Carolyn F. Mathews

CAROLYN F. MATHEWS
Contracting Officer

cc:
DCMC Clearwater

00033

#8
WITNESS:______
DATE:_____ Rptr:_____
Higgins & Associates

# 13

JGB enterprises inc.

October 27, 1999

Mr. Michael A. Taylor
Small Business Specialist
Small Business Office DSCC
PO Box 3990
Columbus, OH 43216-5000

**Re: Capital City Pipes, Inc.**

Dear Mr. Taylor:

This letter is intended to confirm our conversation of earlier today. Capital City Pipes, Inc. is currently indebted to our firm as follows:

| Contract No. | Amount |
|---|---|
| SP0750-99-C-2505 | $297,832.50 |
| SP0750-99-C-2506 | $ 64,601.25 |

It is my understanding that the Government has fully paid Capital City Pipes under contract number SP0750-99-C-2505 with the last payment occurring September 28, 1999. On October 1, 1999 Capital City Pipes sent us check number 7960 in the amount of $55,510 (copy attached) which was returned for insufficient funds. It was redeposited by our company on October 21, 1999. If this check bounces again the total indebtedness under contract number SP0750-99-C-2505 will be $353,342.50. Our company has been lied to by all responsible people at Capital City Pipes including the President. Based on this, we have stopped production under SP0750-99-C-2506 pending resolution of this matter.

I ask that any payments to be made to Capital City Pipes under contract number SP0750-99-C-2506 be held in abeyance until this matter is resolved.

Please recognize that J.G.B. Enterprises, Inc. is a small business defense contractor. The nonpayment by Capital City Pipes has placed a significant financial burden on our company. Time is of the essence in having this matter resolved. Please contact me immediately with a proposed resolution.

Thank you.

00034

115 METROPOLITAN DRIVE • P.O. BOX 209 • LIVERPOOL, NEW YORK 13088-0209 • (315) 451-2770 • FAX (315) 451-8503

JGB enterprises inc.



Very truly yours,

Robert G. Zywicki
Vice President

RGZ:mjf

cc: Jay G. Bernhardt, President, J.G.B. Enterprises, Inc.
Carolyn Matthews, Contracting Officer, DSCC
Ann Turner, Legal, DSCC
Steve Roberts, ACO, DCMC Syracuse, NY
Wayne Redmond, QAR, DCMC Syracuse, NY
Commander, DCMC, Clearwater, FL
U.S. Small Business Administration, Jacksonville, FL

Phyllis Moore

Commander, DSCC, Columbus OH-
Deanna - 614-692-3350

14

# Fax

| | |
|---|---|
| Please deliver immediately to: | Ms. LuAnn Bosey18136925298 |
| of: | DSCC/PLLDBA1 |
| Fax number: | 16146925298 |
| Voice number: | 16146923234 |
| Fax received from: | Thelma S. Williams |
| of: | Capital City Pipes, Inc. |
| Fax number: | 850 574 0384 |
| Voice number: | 850 574 3717 |
| Date: | 11/9/99 |
| Time: | 4:00:25 PM |
| Number of Pages: | 1 |
| Subject: | SP075099Q5778 |

# Message:

Hi, LuAnn, I spoke with JGB Enterprises, Inc and the price i quoted on this solicitation is the same
which is $147.96 Qty (248)
Also I am requesting a change of Payment Remittanence Address:

Capital City Pipes, Inc
Michael Kawa Esq
300 Crown Bldg
304 S. Franklin St
Syracuse, NY 13202
if you have any questions please call me
thank you

000036

15

NOW, THEREFORE, it is agreed as follows:

**OPERATIVE PROVISIONS**

1. Capital City and J.G.B. shall take all steps and execute all documents as may be required by DSCC to provide that future payments of the moneys due to Capital City from DSCC on the agreements for which J.G.B. is a subcontractor of Capital City, ("the Escrow Fund") shall be payable to Michael J. Kawa, Esq., as the Escrow Agent and remitted by DSCC to the Escrow Agent at his office address.

2. The Escrow Agent shall deposit the Escrow Fund into a non-interest bearing escrow account of his choosing, and he shall be the only party authorized to withdraw the Escrow Fund, or any part thereof, from that account.

3. Upon Escrow Agent's receipt of a signed statement from Capital City and J.G.B. mutually providing for a division of the Escrow Fund, or any part thereof, between Capital City and J.G.B., the Escrow Agent shall promptly release and pay over the Escrow Fund, or any part thereof, to Capital City and J.G.B. as so instructed.

4. J.G.B. and Capital City agree and acknowledge that the Escrow Agent assumes no liability in connection with this Agreement except for gross negligence or willful misconduct; that the Escrow Agent shall never be responsible for the validity, correctness or genuineness of any document or notice referred to, or paid by, the Escrow Agent under this Agreement; that the Escrow Agent may seek advice from his own counsel, and that the Escrow Agent shall be fully protected, indemnified and held

harmless in and against any action taken by him in good faith in accordance with the terms of this Escrow Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement.

J.G.B. Enterprises, Inc.

By: ________________________
Jay G. Bernhardt, President

Capital City Pipes, Inc.

By: ________________________
Lee Gilliam, President

________________________
Michael J. Kawa, Esq.

# 16

# Capital City Pipes, Inc.

Office 850/574-3717

Fax 850/574-0384

November 10, 1999

LuAnn Bosey
DSCC/PLLDB1
Defense Supply Center Columbus

Ref: SP075099Q5778

LuAnn,

Hi, I am following up with you on fax I submitted to you on the above solicitation. My price will remain the same for the Qty (248) at $147.96 Everything remains the same. The only change is the one listed below.

I requested a change in the payment remittance address:

**Michael Kawa, Esq.**
**300 Crown Bldg.**
**304 S. Franklin St**
**Syracuse, NY 13202**

If you have nay questions please call me at 850-574-3717

Thank you

Thelma S. Williams
Government Sales

00039

# 17

99 01:34p ma S. Williams 574 0384 p.1

Attention: LuAnn Bosey18136925298

Company: DSCC/PLLDBA1

Fax Number: 16146925298

Voice Number: 16146923234

Date: 11/15/99

Number of Pages: 1

From: Thelma S. Williams

Company: Capital City Pipes, Inc.

Fax Number: 850 574 0384

Voice Number: 850 574 3717

Subject: SP075099Q5778

Comments:

Good Morning, LuAnn, I apologize fot the confusion this may have caused.
We are requesting the payment address be changed to:

MICHAEL KAKA, ESQ.
300 CROWN BLDEG
304 S FRANKLIN STREET
SYRACUSE, NY 13202
If you have any questions please call me
THANK YOU

00040

18

# CONVERSATION RECORD

1. DATE: Nov 16, 1999.

2. TIME:

3. TYPE OF CONVERSATION: [X] TELEPHONE (Incoming) [X] TELEPHONE (Outgoing) [ ] OFFICE VISIT

4. SUBJECT OF CONVERSATION: SP0750-99-Q-5778

5. CALL/VISIT MADE BY (Name of person):

5a. OFFICE/FIRM/COMPANY/ETC.:

5b. PHONE NO. AND/OR EXT.:

6. CALL/VISIT MADE TO (Name of person): Thelma Williams

6a. OFFICE/FIRM/COMPANY/ETC.: Capital City

6b. PHONE NO. AND/OR EXT.: 850-574-3717

7. SUMMARY OF CONVERSATION, AND IF APPLICABLE, STATEMENT AS TO SUBSEQUENT ACTION TAKEN OR TO BE TAKEN

Telephoned Ms Williams about increase in quantity to 306 pieces. of much

Ms Williams advised increase would not affect price or delivery

00041

(IF ADDITIONAL SPACE IS NEEDED, CONTINUE ON REVERSE SIDE)

8. PRINTED NAME AND TITLE OF PERSON MAKING/RECEIVING CALL/VISIT: Lu Ann Bocsy

8a. SIGNATURE: [signature]

DLAH FORM 1722, AUG 95 *(EG)*

REPLACES ALL SIMILAR PURPOSE FORMS USED IN DLA, WHICH MAY BE USED UNTIL EXHAUSTED

PerFORM (DLA)

# 19

**DEFENSE LOGISTICS AGENCY**
DEFENSE SUPPLY CENTER, COLUMBUS
POST OFFICE BOX 3990
COLUMBUS, OH 43216-5000

IN REPLY REFER TO DSCC – LDBA( Lu Ann Bocsy(614)692-3234)

DATE: November 19, 19999

U.S. Small Business Administration District Office
7825 Baymeadows Way Suite 100B
Jacksonville FL 32256-7504

To Whom It May Concern:

This letter is to advise that pursuant to the MOU between the SBA and the DOD, purchase order SP075000M4191 (Enclosure 1) is being awarded directly to the 8(a) concern shown below:

Capital City Pipes Inc.
1872 Mills St Suite F
Tallahassee FL 32310-0205

The above company will be deemed eligible for award and will automatically begin work under the subject purchase order unless, within 2 working days after SBA's receipt of the purchase order, the 8(a) contractor and the contracting officer are notified that the 8(a) contractor is ineligible for award.

Your prompt attention in this matter will be appreciated.

Sincerely,

LU ANN BOCSY
CONTRACTING OFFICER

Enclosure

00042

# ORDER FOR SUPPLIES OR SERVICES

(Contractor must submit four copies of invoice.)

Form Approved OMB No. 0704-0187 Expires Jun 30, 1997

PAGE 1 OF 7

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0187), Washington, DC 20503.

PLEASE DO NOT RETURN YOUR FORM TO EITHER OF THESE ADDRESSES. SEND YOUR COMPLETED FORM TO THE PROCUREMENT OFFICIAL IDENTIFIED IN ITEM 6.

1. CONTRACT/PURCH ORDER NO.: SP0750-00-M-4191

2. DELIVERY ORDER NO.:

3. DATE OF ORDER (YYMMMDD): 1999 NOV 24

4. REQUISITION/PURCH REQUEST NO.: YPC99014000938

5. PRIORITY: DOA1

6. ISSUED BY — CODE SP0700
Defense Supply Center Columbus
3990 E.Broad St.
P.O. Box 16704
Columbus,OH 43216-5010
Local Administrator: LECC , (614)692-2423

7. ADMINISTERED BY (If other than 6) — CODE S1109A
DCMC CLEARWATER
GADSEN BLDG SUITE 200
9549 KROGER BLVD
ST PETERSBURG FL 33702-2455
CRITICALITY: B

8. DELIVERY FOB: [X] DEST [ ] OTHER (See Schedule if other)

9. CONTRACTOR — CODE 0NSZ5 — FACILITY CODE
NAME AND ADDRESS:
CAPITAL CITY PIPES INC
1872 MILLS ST SUITE F
TALLAHASSEE FL 32310-0205

10. DELIVER TO FOB POINT BY (Date) (YYMMMDD): 120 DAYS ADO

11. MARK IF BUSINESS IS: [ ] SMALL [X] SMALL DISADVANTAGED [ ] WOMEN-OWNED

12. DISCOUNT TERMS: NET 30 days

13. MAIL INVOICES TO: See Block 15

14. SHIP TO — CODE
See Schedule - Do Not Ship to Address in Block 6

15. PAYMENT WILL BE MADE BY — CODE S33181
S33181 DFAS COLUMBUS CENTER
ATTN DFAS-CO-LSCAA
P O BOX 182317
COLUMBUS OH 43218-2317

MARK ALL PACKAGES AND PAPERS WITH CONTRACT OR ORDER NUMBER

16. TYPE OF ORDER:
DELIVERY — This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.
PURCHASE [X] — Reference your offer dated 1999 JUL 08, SP0750-99-Q-5778 and furnish the following on terms specified herein.
ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR — SIGNATURE — TYPED NAME AND TITLE — DATE SIGNED (YYMMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE
97X4930 5CC0 001 26.0 S33150

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | Remarks:<br>ACCELERATED DELIVERY IS ACCEPTABLE AND DESIRED AT NO COST TO THE GOVERNMENT. | TOTAL:<br>306 | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
BY: [signature] 11-19-99
CONTRACTING OFFICER
CONTRACTING/ORDERING OFFICER

25. TOTAL: $ 45275.76

29. DIFFERENCE

26. QUANTITY IN COLUMN 20 HAS BEEN: [ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

27. SHIP. NO.: [ ] PARTIAL [ ] FINAL

28. D.O. VOUCHER NO.

30. INITIALS

31. PAYMENT: [ ] COMPLETE [ ] PARTIAL [ ] FINAL

32. PAID BY: 00043

33. AMOUNT VERIFIED CORRECT FOR

34. CHECK NUMBER

35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.
DATE — SIGNATURE AND TITLE OF CERTIFYING OFFICER

37. RECEIVED AT

38. RECEIVED BY (Print)

39. DATE RECEIVED (YYMMMDD)

40. TOTAL CONTAINERS

41. S/R ACCOUNT NUMBER

42. S/R VOUCHER NO.

DD FORM 1155, JUN 94 (EG) PREVIOUS EDITION MAY BE USED.

#116 WITNESS: ______ Designee ui

Pl. Ex. 46

FIRST ARTICLE TEST WAIVED BASED UPON JGB ENTERPRISES USING HOSE FOR FAT
?ROVED SOURCE GOODYEAR TIRE AND RUBBER (73842).

SECTION B

4.7, CUSTOMER-SUPPLIED PRODUCT:
4.8, PRODUCT IDENTIFICATION & TRACEABILITY:
4.10, INSPECTION & TESTING:
4.11, INSPECTION, MEASURING & TEST EQUIPMENT:
4.12, INSPECTION AND TEST STATUS:
4.13, CONTROL OF NONCONFORMING PRODUCT:
4.14, CORRECTIVE AND PREVENTIVE ACTION:
PARAGRAPH 4.14.3 APPLY TO PRODUCT ONLY
4.16, QUALITY RECORDS:
FAR CLAUSE 52.246-11 APPLIES
POTENTIAL CONTRACTORS MUST IDENTIFY THE ACTUAL
PLACE OF MANUFACTURE OF THE HOSE AT THE TIME
OF SOLICITATION.

| ITEM | PR | PRLI | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0001 | YPC99014000938 | 0001 | 306 | EA | $147.96000 | $45275.76 |

QTY VARIANCE: PLUS 10% MINUS 10%
INSPECTION POINT: ORIGIN
ACCEPTANCE POINT: ORIGIN

PREP FOR DELIVERY

PKGING DATA - MIL-STD-2073-1C, 01 OCT 1996
QUP = 001: PRES MTHD = AE: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:
UNIT CONT = 00: OPI = O:
PACK CODE = U:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
SPECIAL MARKING CODE: 00 - NO SPECIAL MARKING.
PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV B
DATED 99238

DOD BAR CODE MARKING REQUIRED IN ACCORDANCE WITH
MIL-STD-129 (LATEST REVISION) MARKING AND BAR
CODING IN ACCORDANCE WITH AIM BC1.

DELIVER FOB: DESTINATION BY: 2000 MAR 23

PARCEL POST ADDRESS:

SW3100
MECHANICSBURG FACILITY
DEF DIST DEPOT SUSQUEHANNA PA
GENERAL SUPPLIES
MECHANICSBURG PA 17055-0789

00045

CONTINUED ON NEXT PAGE

SECTION B

PR YPC99014000938
NSN 4720-00-978-8887

ITEM DESCRIPTION:

HOSE ASSEMBLY, NONMETALLIC, 4 IN. ID, 10 FT LG, ALUMINUM ALLOY QUICK DISCONNECT MALE AND FEMALE COUPLINGS, SPEC TITLE, HOSE AND HOSE ASSEMBLY, NONMETALLIC, SUCTION AND DISCHARGE. END ITEM, SUPPORT EQUIPMENT, B-52, F-111 AND C-135 AIRCRAFT.

IF AQLS ARE LISTED IN THE SPECIFICATION(S) OR DRAWING(S) THEY MAY BE USED TO ESTABLISH THE AUTHORIZED SAMPLE SIZE, HOWEVER, THE ACCEPTANCE NUMBER FOR THIS CONTRACT IS ZERO; I.E., THIS CONTRACT REQUIRES A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS AND REJECTS ON ONE OR MORE DEFECT(S).
I43 CONTRACTOR FIRST ARTICLE TEST IS REQUIRED.

'CLASS I OZONE DEPLETING CHEMICALS ARE NOT TO BE USED NOR INCORPORATED IN ANY ITEMS TO BE DELIVERED UNDER THIS CONTRACT. THIS PROHIBITION SUPERSEDES ALL SPECIFICATION REQUIREMENTS BUT DOES NOT ALLEVIATE ANY PRODUCT REQUIREMENTS. SUBSTITUTE CHEMICALS MUST BE SUBMITTED FOR APPROVAL UNLESS THEY ARE AUTHORIZED BY THE SPECIFICATION REQUIREMENTS.'

DLAD 52.246-9004, PRODUCT VERIFICATION TESTING, APPLIES. THIS CLAUSE IS A GOVERNMENT OPTION THAT CAN ONLY BE INVOKED UPON THE COGNIZANT CONTRACT ADMINISTRATION OFFICE NOTIFYING THE CONTRACTOR THAT PVT SAMPLES ARE TO BE SELECTED.

THE INTERNATIONAL ORGANIZATION FOR STANDARDIZATION (ISO) 9002 OR A 'TAILORED' PROGRAM MEETING THE FOLLOWING ISO 9002 PARAGRAPHS APPLIES:
4.5, DOCUMENT CONTROL: LIMITED TO INSPECTION AND TESTING AS WELL AS APPLICABLE DRAWINGS, SPECIFICATIONS AND INSTRUCTIONS REQUIRED BY CONTRACT
4.6, PURCHASING: 4.6.1 AND LIMITED TO 4.6.2 A) AND 4.6.4.2, ALL OTHER PARTS OF PARAGRAPH ARE HEREBY DELETED

CONTINUED ON NEXT PAGE

SECTION B

FREIGHT SHIPPING ADDRESS:

SW3100
MECHANICSBURG FACILITY TRNS OFFICER
DEF DIST DEPOT SUSQUEHANNA PA
5450 CARLISLE PIKE
MECHANICSBURG PA 17055-0789

NON-MILSTRIP RDD 12/31/1999 PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

REMIT PAYMENT TO:

MICHAEL KAWA, ESQ.
300 CROWN BLDG
304 S. FRANKLIN ST
SYRACUSE NY 13202

Not to Contractor

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONTINUED ON NEXT PAGE

All clauses and provisions listed within this individual solicitation are contained in the DSCC Master Solicitation (S9C/S9E) dated JUNE 1999. This document can be found at ( www.dscccols.com ) . Current changes to the aforementioned Master Solicitation are contained within this solicitation and supersede any outdated information contained in the Master [Solic]itation. The clauses/provisions incorporated by reference [have] the same force and effect as if they were in full text; [How]ever, those having no bearing on the instant acquisition [b]ecome self-deleting. In the event of an inconsistency between the Master Solicitation and the individual solicitation, the provision of the individual solicitation shall govern.

For Simplified Acquisitions (under $100,000) quoters may respond electronically via the DSCC Electronic Bid Board (EBB) at www.dscccols.com/programs/ebb or by facsimilie to the buyer's fax
number.

SECTION B

B03 - DSCC WEB SITE

The DSCC Master Solicitation is available on the Internet via the DSCC Web Site at
http://dibbs.dscccols.com/Refs/ProvClauses/
Also, the full text of FAR/DFARS/DLAD clauses incorporated by reference may be accessed electronically at
http://www.procregs.hq.dla.mil/icps.htm

B04 - ALTERNATE DISPUTE RESOLUTION (ADR)

SECTION C

C - Y2K COMPLIANT NOTICE

SECTION D

D02a - PACKAGING AND MARKING REQUIREMENTS (DSCC 52.246-9C41) (AUG 1999)

Packaging and marking requirements for items being procured shall
be accomplished as stated herein. (See Section B)

[O]ffice symbol for the Packaging Team is DSCC-VSP.

[The] following items shall be Preserved, Packaged, Packed and Marked in accordance with MIL-STD-2073-1C and Marked in accordance with MIL-STD-129N.

D03 - PACKING LIST/INVOICE/SHIPPING DOCUMENTS (AUG 1999) (DSCC 52.211-9C17)

(a) A packing list, invoice, or shipping documents shall accompany or be included in ALL shipments.
(b) The document(s) shall include the following:
Complete MARK FOR including requisition (TCN) number;
Order Number;
CLIN;
National Stock Number (NSN) or Part Number if NSN is not available; Noun Nomenclature;
Quantity;
Unit of Issue; and
Preparation for Delivery requirements such as MIL-STD-2073 Coded Packaging, QUP, and Packaging/Packing levels.
(c) In addition for all DIRECT SHIPMENTS to overseas AND domestic consignees, including shipments to Consolication and Containerization, the documentation with complete MARK FOR INFORMATION is to be placed in a water-resistant envelope securely attached to the outside of the shipping container/exterior pack. (This paragraph 'c' is not applicable to shipments to a Government Packing Facility)

D06 - PREPARATION FOR DELIVERY (JAN 1992) (DSCC 52.211-9C15)

D07 - LABELS (AUG 1999) (DSCC 52.211-9C18)

DD Form 1387, Military Shipment Labels, are required for all overseas shipments to water or air terminals and Consolidation and Containerization Points and must be used in accordance with MIL-STD-129N. (Labels are not required when forwarding to a Government Packing Facility or for Parcel Post shipments to any [desti]nation.)

D08 - SPECIAL HANDLING DATA/ACKNOWLEDGEMENT (AUG 1999) (DSCC 52.211-9C20)

Any item that contains dangerous material which by virtue of its properties is flammable, corrosive, combustible, explosive, toxic, radioactive, unduly magnetic, or which contains oxidizing agents or is otherwise hazardous shall not be offered for transportation by military air until properly packed and marked in accordance with joint military publication Preparation of Hazardous Materials for Military air shipment, AFJM 24-204/TM 38-250/NAVSUP PUB 505/MCO P4030.19G, DLAI 4145.3. Special Handling Data/Certification, DD Form 1387-2, shall be prepared and affixed to each package in accordance with MIL-STD-129N and the joint military publication cited above.

SECTION E

E01 - CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (FEB 1998)

E03 - INSPECTION AT ORIGIN (DSCC 52.246-9C01) (FEB 1993)

(c) Inspection Points:

SUPPLIES

CLIN(s)

( ) Same as Offeror
ALL (X) Other (CAGE, Name, Street Address, City, State and Zip Code)
( ) JGB ENTERPRISES INC.
115 METROPOLITAN DR
LIVERPOOL NY 13088-0209
( )

PACKAGING

CLIN(s)

( ) Same as Offeror
ALL (X) Same as above
( ) Other (CAGE, Name, Street Address, City, State and Zip Code)
( )

( )

E03A - INSPECTION/ACCEPTANCE AT ORIGIN WILL BE PERFORMED BY:

CLIN(s) SUPPLIES

ALL ( ) Office Administering Order/Contract

(X) Other

DCMC SYRACUSE
615 ERIE BLVD WEST
SYRACUSE NY 13204-2408

PACKAGING

( ) Office Administering Order/Contract

ALL (X) Same as for Supplies

( ) Other

00048

CONTINUED ON NEXT PAGE

E04 - ACCEPTANCE AT ORIGIN (DSCC 52.246-9C02) (NOV 1995)

E06 - MATERIAL INSPECTION AND RECEIVING REPORT
(DFARS 252.246-7000) (DEC 1991)

E14a - HIGHER-LEVEL CONTRACT QUALITY REQUIREMENT (TAILORED ISO 9002) (FEB 1999) (DSCC 52.246-9C44) (SUBSTANTIALLY THE SAME AS FAR 52.246-11)

E18 - PRODUCT VERIFICATION TESTING (DLAD 52.246-9004) (AUG 1997)

E23 - SUBSTITUTION OF ITEM AFTER AWARD (DSCC 52.246-9C13)
(JAN 1999)

SECTION F

F01 - SOLICITATION CLAUSES INCORPORATED BY REFERENCE
(FAR 52.252-2) (FEB 1998)

F04 - POINT OF CONTACT FOR TRANSPORTATION INSTRUCTIONS
(DSCC 52.247-9C04) (JUN 1999)

[SEC]TION I

I01 - CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2)
(FEB 1998)

I43A - FIRST ARTICLE TESTING waived.

I46B - SECTION 8(a) DIRECT AWARD (DFARS 252.219-7009)
(JUN 1998)

(a) This contract is issued as a direct award between the contracting officer and the 8(a) Contractor pursuant to the Memorandum of Understanding dated May 6, 1998, between the Small Business Administration (SBA) and the Department of Defense. Accordingly, the SBA is not a part to this contract. SBA does retain responsibility for 8(a) certification, for 8(a) eligibility determination and related issues, and for providing counseling and assistance to the 8(a) Contractor under the 8(a) Program. The cognizant SBA district office is:
U.S. SMALL BUSINESS ADMINISTRATION
7825 BAYMEADOWS WAY SUITE 100B
JACKSONVILLE FL 32256-7504

(To be completed by the Contracting Officer at the time of award)

I83 - NOTIFICATION TO DELAY PERFORMANCE (DFARS 252.219-7011)
(JUN 1998)

PART VII MASTER SOLICITATION - PALLETIZATION NO. DC1636P001 - 96150 - APPLIES

# SIMPLIFIED ACQUISITION PRICING MEMORANDUM

PURCHASE RQUEST OR CALL NUMBER: YPC99014000938
NSN/PART NUMBER AND NOUN: 4720009788887

PRICE REASONABLENESS BASED ON (check one or more):

[ ] ADEQUATE PRICE COMPETITION INVOLVING:

[ ] ONE MFGR'S PART (BETWEEN DEALERS) or, [ ] PARTS OF VARIOUS MFGRS:
Identify type competition (manufacturer(s)/dealer(s)/both, competitive range of offers, etc. :

[ ] COMPARISON WITH PRIOR PURCHASE(S) OF [ ] SAME OR, [ ] SIMILAR ITEM
EXPLAIN:

[ ] SIMILAR ITEM NAME & NUMBER OR "N/A"
CONTRACT & CALL/ORDER NUMBER SP075099M4059
VENDOR 04AS8
UNIT OF ISSUE EA
UNIT PRICE 130.00000
AWARD DATE 11/06/98
QTY 320

BASIS FOR DETERMINING PRIOR PRICE REASONABLE

[ ] COMMERCIAL CATALOG/PRICE LIST FOR: [ ] SAME OR, [ ] SIMILAR ITEM
NAME/NUMBER ___ DATE ___ PAGE ___
EXPLAIN DIFFERENCES:

[ ] ESTABLISHED MARKET PRICE: MEANS OF VERIFICATION:

[ ] VALUE/VISUAL/COST ANALYSIS BY BUYER/USER/TECHNICAL PERSONNEL (attach or reference the review of technical data, examination of sample, etc.) EXPLAIN:

[X ] OTHER (Explain specific reason, e.g., valid purchase request estimate, minimum order quantity, high priority delivery, special packaging/marking, etc.) THIS IS AN 8(A) SET-ASIDE. CONTRACTOR HAS MET FAIR MARKET PRICE DEVELOPED BY DSCC-PCA.

REASONS FOR SOLICITING ONLY ONE SOURCE FAR 13.106-1(b):
[ ] Only known and approved source.
[ ] OTHER:

[signature] 11-19-99
BUYER/CONTRACTING OFFICER DATE

00050

# 20

FEB-15-2000 13:44 CONTRACTS DIV CBC GPT MS 228 8713212 8683212 P.01/04

ORDER FOR SUPPLIES OR SERVICES
(Contractor must submit four copies of invoice.)

Form Approved OMB No 0704-0187 Expires Jun 30 1997

Page 1 of

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Service, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway Suit 1204, Arlington, VA 22202-4302, and the Office of Management and Budget, Paperwork Reduction Project (0704-0187), Washington, DC 20503

PLEASE DO NOT RETURN YOUR FORM TO EITHER OF THESE ADDRESSES. SEND YOUR COMPLETED FORM TO THE PROCUREMENT OFFICIAL IDENTIFIED IN ITEM 6.

1. CONTRACT/PURCH ORDER NO. N62604 00 M 0104
2. DELIVERY ORDER NO.
3. DATE OF ORDER (YYMMDD) 00 FEB 10
4. REQUISITION/PURCH REQUEST NO. SEE SCHEDULE
5. PRIORITY DO-C9E

6. ISSUED BY CODE N62604
SUPPLY OFFICER
NCBC 5200 CBC 2ND STREET
GULFPORT MS 39501-5001
CA

7. ADMINISTERED BY (if other than 6) CODE
SEE BLOCK 6

8. DELIVERY FOB [ ] DEST [ ] OTHER (See Schedule if other)

9. CONTRACTOR CODE
FACILITY CODE
850-574-0717

NAME AND ADDRESS
CAPITAL CITY PIPES, INC.
1072 MILLS ST., BLDG F
TALLAHASSEE, FL 32310

10. DELIVER TO FOB POINT BY (Date) (YYMMDD) 00 MAY 12

11. MARK IF BUSINESS IS [ ] SMALL [ ] SMALL DISADVANTAGED [ ] WOMEN-OWNED

12. DISCOUNT TERMS NET 30

13. MAIL INVOICES TO SEE BLOCK 15

14. SHIP TO CODE N62604
RECEIVING OFFICER WHSE 328
MRK FOR: N62604 N62604 00M0104
NAVAL CONSTRUCTION BTN CENTER
GULFPORT MS 39501-5001

15. PAYMENT WILL BE MADE BY CODE
SEE SCHEDULE
MRK FOR: N62604 N62604 00M0104

EFT: T

16. MARK ALL PACKAGES AND PAPERS WITH CONTRACT OR ORDER NUMBER

16. TYPE OF ORDER
DELIVERY [ ] This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.

PURCH [X] Reference your quote ... Furnish the following on terms specified herein.

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYMMDD)

[ ] If this box is marked, supplier must sign acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE
AA1701804.60FA 268 00407 0 068732 20 42006C 62604020R171

18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT

| Post-it® Fax Note 7671 | Date 2-15 # of pages ▸ 4 |
|---|---|
| To Shelene | From Diane Clark |
| Co./Dept. Capital | Co. NCBC |
| Phone # | Phone # |
| Fax # 850 574-0784 | Fax # |

MAIL INVOICES TO:
COMMANDING OFFICER CODE 5011 524
CBC 5200 CBC 2ND STREET
GULFPORT MS 39501-5000

*If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
BY: ANN M. CARRIER
CONTRACTING/ORDERING OFFICER

25. TOTAL
29. DIFFERENCES

26. QUANTITY IN COLUMN 20 HAS BEEN [ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

27. SHIP. NO. | 28. D.O. VOUCHER NO. | 30. INITIALS

DATE | SIGNATURE OF AUTHORIZED GOVERNMENT REP.

[ ] PARTIAL [ ] FINAL

32. PAID BY | 33. AMT VERIFIED CORRECT FOR

36. I certify this account correct & proper for payment.

31. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL

34. CHECK NUMBER

DATE | SIGNATURE AND TITLE OF CERTIFYING OFFICER

35. BILL OF LADING NO.

37. REC'D AT | 38. REC'D BY | 39. DATE REC'D | 40. TOTAL CTNRS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO.

DD FORM 1155, JUN 94 PREVIOUS EDITION MAY BE USED

N00104 06

CAPITAL CITY PIPES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

THIS CONTRACT INCORPORATES ONE OR MORE CLAUSES BY REFERENCE, WITH THE SAME FORCE AND EFFECT AS IF THEY WERE GIVEN IN FULL TEXT. UPON REQUEST, THE CONTRACTING OFFICER WILL MAKE THEIR FULL TEXT AVAILABLE. ALSO, THE FULL TEXT OF A CLAUSE MAY BE ACCESSED ELECTRONICALLY AT THIS/THESE ADDRESS(ES):
WWW.GSA.GOV/FAR
WWW.ARNET.GOV/FAR

FAR 52.203-3 GRATUITIES (APR 1984)
FAR 52.211-17 DELIVERY OF EXCESS QUANTITIES (SEP 1989)
FAR 52.222-3 CONVICT LABOR (AUG 1996)
FAR 52.222-36 AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998)
FAR 52.232-1 PAYMENTS (APR 1984)
FAR 52.232-8 DISCOUNTS FOR PROMPT PAYMENT (MAY 1997)
FAR 52.232-25 PROMPT PAYMENT (JUN 1997)
FAR 52.232-33 MANDATORY INFORMATION FOR ELECTRONIC FUNDS TRANSFER PAYMENT (AUG 1996)
FAR 52.233-1 DISPUTES (DEC 1998)
FAR 52.233-3 PROTEST AFTER AWARD (AUG 1996)

THE FOLLOWING APPLY TO ALL ORDERS FOR SUPPLIES, OR SERVICE INVOLVING THE FURNISHING OF SUPPLIES:
FAR 52.225-11 RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (AUG 98)
FAR 52.246-1 CONTRACTOR INSPECTION REQUIREMENTS (APR 1984)

THIS ACTION IS A CONTRACT FINANCING PAYMENT ACTION AS DEFINED IN FAR 32.902 AND IS SUBJECT TO THE 7 DAY CONSTRUCTIVE ACCEPTANCE

PERIOD.

DELIVERY NOT ACCEPTED AFTER 2.00 PM

MARKING OF SHIPMENTS (COMMERCIALLY PACKAGED ITEMS)
ALL SHIPMENTS WILL INCLUDE A PACKING SLIP AND WILL BE IDENTIFIED BY APPLICABLE GOVERNMENT ORDER NUMBER ON OUTER WRAPPING. FOR IDENTIFICATION/RECEIVING PURPOSES, MATERIAL IS TO BE SEPARATED AND LABELED WITH ITEM NUMBER AND/OR PART NUMBER.

THE USE OF ASBESTOS, EXCELSIOR, NEWSPAPER OR SHREDDED PAPER (ALL TYPES INCLUDING WAXED PAPER, COMPUTER PAPER AND SIMILAR HYDROSCOPIC OR NON-NEUTRAL MATERIAL) IS PROHIBITED.

THE POINT OF CONTACT FOR INFO CONCERNING DELIVERY OF MATERIALS IS ELLEN WOODS 228-871-2214, INVOICE INFO MS LAURA MORSE 228-871-2742

FAR 52.219-6 NOTICE OF TOTAL SMALL BUSINESS SET ASIDE INCORPORATED BY REFERENCE (JUL 1996)

FAR 52.247-34 F.O.B. DESTINATION (NOV 1991) INCORPORATED BY REFERENCE

MAIL INVOICES TO: COMMANDING OFFICER CODE 524
5200 CBC 2ND STREET
GULFPORT MS 39501-5001

PAYMENT WILL BE MADE BY: N68732
DIRECTOR DFAS
NORFOLK OPERATING LOCATION
9712 VIRGINIA AVENUE
NORFOLK VA 23511-3297

INVOICES MUST BE SUBMITTED TO THE ABOVE ADDRESS FOR TIMELY PAYMENT. DO NOT SEND INVOICES TO PAYMENT ADDRESS!!!!

( CONTINUED )

324

CAPITAL CITY PIPES, INC.

| ITEM NO | SUPPLIES/SERVICES | | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| (CONT'D) | | | | | | |
| 0001 | 4720009700007 | [illegible] | 12 | EA | 345.0000 | 4080.00 |

PRI: 07

HOSE ASSEMBLY, P/N [illegible]C410, (73842), GOODYEAR

~~see mark pecci~~

REMIT TO: MICHAEL MAHA, ESQ.
[illegible] BUILDING
304 S. FRANKLIN STREET
SYRACUSE, NY 13202

THERE IS AN ADDITIONAL $240.00 INCLUDED IN THE PRICE TO COVER FREIGHT CHARGES.

( END PAGE )

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT — PAGE 1 OF 02

2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE 00MAR02 | 4. REQUISITION/PURCHASE REQ. NO. SEE SCHEDULE | 5. PROJECT NO. (If applicable)

6. ISSUED BY CODE N62604 | 7. ADMINISTERED BY (If other than Item 6) CODE

SUPPLY OFFICER
NCBC 5200 CBC 2ND STREET
GULFPORT MS 39501-5001

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

CAPITAL CITY PIPES, INC. 0NSZ54S
1872 MILLS ST., BLDG F
TALLAHASSEE, FL 32310

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (See Item 11)
X 10A. MODIFICATION OF CONTRACT/ORDER NO. N6260400PE104
10B. DATED (See Item 13) 00FEB10

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required) CODE: N00732

NO CHANGE

NO CHG .00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14.

( ) A. This change order is issued pursuant to: (Specify authority) The changes set forth in Item 14 are made in the contract order no in item 10A.

B. The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data, etc.) set forth in Item 14 pursuant to the authority of FAR 43.103(b).

C. This supplemental agreement is entered into pursuant to authority of:

D. Other (Specify type of modification and authority)
X UNILATERAL MOD PER PHONE CALL.

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return ___ copies to the issuing office.

14. ... section headings, including solicitation/contract subject ...

| Post-it® Fax Note 7671 | Date 3-7 | # of pages ▸ 2 |
|---|---|---|
| To Thelma | From Carol Clark | |
| Co./Dept. Capital | Co. NCBC | |
| Phone # | Phone # | |
| Fax # 850 576-2956 | Fax # | |

MAIL INVOICES TO: 524

COMMANDING OFFICER CODE 50
CBC 5200 CBC 2ND STREET
GULFPORT MS 39501-5000

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) ANN M. CAVAZOS

15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] | 16C. DATE SIGNED 3-6-00

(Signature of person authorized to sign) | (Signature of Contracting Officer)

STANDARD FORM 30

MAR-27-2000 12:32 CONTRACTS ... [illegible]

P00001

CAPITAL CITY PIPES, INC

CONFIRMING MEMO DATED 01 MAR 00

✓ 1. ADD MIL STANDARD MIL-H-27516D TO THE DESCRIPTION OF LINE ITEM 0001.

2. NO CHANGE IN MONIES BY REASON OF THIS MOD.

REASON FOR MOD: TO ADD MIL STANDARD.

← Hint is to
MIL-H-27516D
PER Carol Clark

( END PAGE )

TOTAL P.32

# 21

**Moore, Phyllis E**

| | |
|---|---|
| **From:** | Moore, Phyllis E |
| **Sent:** | Friday, March 24, 2000 3:14 PM |
| **To:** | 'DCMC CLEARWATER/SLACK' |
| **Subject:** | FW: CAPITAL CITY PIPES(8A) CAGE 0NSZ5 |
| **Importance:** | Low |

*PHYLLIS E. MOORE*
***PHYLLIS E. MOORE***
***CONTRACTING OFFICER***
***PHONE 614-692-3716 FAX 614-693-1574***

-----Original Message-----

| | |
|---|---|
| **From:** | Moore, Phyllis E |
| **Sent:** | Friday, March 24, 2000 3:04 PM |
| **To:** | 'DCMC CLEARWATER/SLACK' |
| **Subject:** | CAPITAL CITY PIPES(8A) CAGE 0NSZ5 |
| **Importance:** | High |

ENCLOSED IS A LISTING OF ORDERS WHICH HAVE BEEN IDENTIFIED AS AWARDED TO CAPITAL CITY PIPES. AS STATED IN ALERT SENT TO YOUR ACTIVITY 10 MAR 2000, YOU ARE HEREBY REQUESTED TO MAINTAIN SURVEILLANCE OF THESE CONTRACTS AND REPORT TO THIS OFFICE ON A 30 DAY INTERVALS. TO CUT DOWN ON THE AMOUNT OF REPORTING, YOU MAY REFER ALL QUESTIONING PARTIES FROM DSCC TO PHYLLIS E. MOORE (AC)614-692-3716 TO GET INFORMATION YOU HAVE FURNISHED.

THIS SERVES AS AUTHORIZATION FOR THE ACO TO TAKE WHATEVER CONTRACTUAL ACTIONS NECESSARY TO KEEP THESE ORDERS VIABLE. THE MATERIAL ON THESE CONTRACTS ARE URGENTLY NEEDED. THIS INCLUDES EXTENSIONS, CANCELLATIONS, ETC..

0nsz5(8a).xls 0nsz5(8a).xls

THIS IS THE CORRECTED SPREAD SHEET. THANKS

*PHYLLIS E. MOORE*
***PHYLLIS E. MOORE***
***CONTRACTING OFFICER***
***PHONE 614-692-3716 FAX 614-693-1574***

Pl. Ex. 23

00056

#23
WITNESS:______
DATE:____ Rptr:____
Higgins & Associates

CAPITAL CITY PIPES 0NSZ5(8A) STATUS

| | A | B | C | E | F | G | H | I | J | K | O | S | T | Z | AK | BB | BH | BI | BN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CAGE | min_ | Admin | PIIN | CLIN | Qty | CDD | Ship_Qt | Ship_Date | ays_De | NSN | Recvd_Q | cvd_D | wd_Da | Pri_Cod | PS_C | ORC | MC | STATUS |
| 2 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0001 | 416 | 00099 | 416 | 00060 | 0 | 4720010666447 | 416 | 00064 | 99180 | | 05F | AA | 1 | SHIPPED |
| 3 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0002 | 198 | 00099 | 198 | 00060 | 0 | 4720010666447 | 198 | 00069 | 99180 | | 05F | AA | 1 | SHIPPED |
| 4 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0003 | 178 | 00099 | 178 | 00067 | 0 | 4720010666447 | 178 | 00075 | 99180 | | 05F | AA | 1 | SHIPPED |
| 5 | 0NSZ5 | 308 | AEAAL | SP074099C1004 | 0004 | 343 | 00099 | 343 | 00074 | 0 | 4720010666447 | 272 | 00076 | 99180 | | 05F | AA | 1 | SHIPPED DISCREPANCY |
| 6 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0005 | 169 | 00099 | 169 | 00074 | 0 | 4720010666447 | 0 | 00000 | 99180 | | 05F | AA | 1 | SHIPPED |
| 7 | 0NSZ5 | 306 | LECCG | SP075000C3001 | 0001 | 38 | 00003 | 0 | 00000 | 79 | 4720011945160 | 0 | 00000 | 99288 | | | GQ | 9 | KR DOES NOT HAVE CY |
| 8 | 0NSZ5 | 306 | LECCG | SP075000C3001 | 0002 | 35 | 00003 | 0 | 00000 | 79 | 4720011945160 | 0 | 00000 | 99288 | | | GQ | 9 | KR DOES NOT HAVE CY |
| 9 | 0NSZ5 | 306 | LECCG | SP075000M4191 | 0001 | 306 | 00082 | 306 | 00069 | 0 | 4720009788887 | 306 | 00080 | 99328 | | 86F | FW | 3 | SHIPPED |
| 10 | 0NSZ5 | 306 | LECCG | SP075000M4333 | 0001 | 300 | 00113 | 0 | 00000 | 0 | 4720005852282 | 300 | 00046 | 99358 | | ABF | FP | 3 | SHIPPED |
| 11 | 0NSZ5 | 306 | LECCG | SP075000M4333 | 0002 | 650 | 00113 | 0 | 00000 | 0 | 4720005852282 | 650 | 00042 | 99358 | | ABF | FP | 3 | SHIPPED NEEDS INV |
| 12 | 0NSZ5 | 306 | LECCG | SP075099C2506 | 0001 | 986 | 99308 | 986 | 99287 | 0 | 4720000830044 | 986 | 00059 | 99188 | | KGM | HA | 3 | SHIPPED |
| 13 | 0NSZ5 | 306 | LECCG | SP075099C2508 | 0003 | 480 | 99286 | 0 | 00000 | 161 | 4720007059542 | 0 | 00000 | 99211 | | KFM | HA | 3 | DCMC SURVEILLANCE |
| 14 | 0NSZ5 | 306 | LECCG | SP075099C2508 | 5001AA | 100 | 99286 | 0 | 00000 | 161 | 4720007059542 | 0 | 00000 | 99211 | | KFM | HA | 3 | DCMC SURVEILLANCE |
| 15 | 0NSZ5 | 306 | LECCG | SP075099C2508 | 5001AB | 59 | 99286 | 0 | 00000 | 161 | 4720007059542 | 0 | 00000 | 99211 | | KFM | HA | 3 | DCMC SURVEILLANCE |

00057

PHYLLIS E. MOORE
DSCC-LDAC
692-3716

CAPITAL CITY PIPES

0NSZ5(8A)

STATUS

| | A | B | C | E | F | G | H | I | J | K | O | S | T | Z | AK | BB | BH | BI | BN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CAGE | min_ | Admin | PIIN | CLIN | Qty | CDD | Ship_Qt | Ship_Date | ays_De | NSN | Recvd_Qt | cvd_D | wd_Da | Pri_Cod | PS_C | ORC | MC | STATUS |
| 2 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0001 | 416 | 00099 | 416 | 00060 | 0 | 4720010666447 | 416 | 00064 | 99180 | | 05F | AA | 1 | SHIPPED |
| 3 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0002 | 198 | 00099 | 198 | 00060 | 0 | 4720010666447 | 198 | 00069 | 99180 | | 05F | AA | 1 | SHIPPED |
| 4 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0003 | 178 | 00099 | 178 | 00067 | 0 | 4720010666447 | 178 | 00075 | 99180 | | 05F | AA | 1 | SHIPPED |
| 5 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0004 | 343 | 00099 | 343 | 00074 | 0 | 4720010666447 | 272 | 00076 | 99180 | | 05F | AA | 1 | SHIPPED DISCREPANCY |
| 6 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0005 | 169 | 00099 | 169 | 00074 | 0 | 4720010666447 | 0 | 00000 | 99180 | | 05F | AA | 1 | SHIPPED |
| 7 | 0NSZ5 | 306 | LECCG | SP075000C3001 | 0001 | 38 | 00003 | 0 | 00000 | 79 | 4720011945160 | 0 | 00000 | 99288 | | | GQ | 9 | DCMC SURVEILLANCE |
| 8 | 0NSZ5 | 306 | LECCG | SP075000C3001 | 0002 | 35 | 00003 | 0 | 00000 | 79 | 4720011945160 | 0 | 00000 | 99288 | | | GQ | 9 | DCMC SURVEILLANCE |
| 9 | 0NSZ5 | 306 | LECCG | SP075000M4191 | 0001 | 306 | 00082 | 306 | 00069 | 0 | 4720009788887 | 306 | 00080 | 99328 | | 86F | FW | 3 | SHIPPED |
| 10 | 0NSZ5 | 306 | LECCG | SP075000M4333 | 0001 | 300 | 00113 | 0 | 00000 | 0 | 4720005852282 | 300 | 00046 | 99358 | | ABF | FP | 3 | SHIPPED |
| 11 | 0NSZ5 | 306 | LECCG | SP075000M4333 | 0002 | 650 | 00113 | 0 | 00000 | 0 | 4720005852282 | 650 | 00042 | 99358 | | ABF | FP | 3 | SHIPPED NEEDS INV |
| 12 | 0NSZ5 | 306 | LECCG | SP075099C2506 | 0001 | 986 | 99308 | 986 | 99287 | 0 | 4720000830044 | 986 | 00059 | 99188 | | KGM | HA | 3 | SHIPPED |
| 13 | 0NSZ5 | 306 | LECCG | SP075099C2508 | 0003 | 480 | 99286 | 0 | 00000 | 161 | 4720007059542 | 0 | 00000 | 99211 | | KFM | HA | 3 | DCMC SURVEILLANCE |
| 14 | 0NSZ5 | 306 | LECCG | SP075099C2508 | 5001AA | 100 | 99286 | 0 | 00000 | 161 | 4720007059542 | 0 | 00000 | 99211 | | KFM | HA | 3 | DCMC SURVEILLANCE |
| 15 | 0NSZ5 | 306 | LECCG | SP075099C2508 | 5001AB | 59 | 99286 | 0 | 00000 | 161 | 4720007059542 | 0 | 00000 | 99211 | | KFM | HA | 3 | DCMC SURVEILLANCE |

00058

22

# Capital City Pipes, Inc.

Office 850/574-3717
Fax 850/574-0384

April 5, 2000

Ms. Kathy M Bader
DCMC/ St Petersburg
St. Petersburg, FL

Ref: SP075099C2508/Notice of Assignment

In response to your letter dated March 30, 2000, regarding the four questions you requested.

1. Mr. Michael Kawa, ESQ is an attorney and Capital City Pipes President and CEO Mr. Lee Gilliam and JGB Enterprises, Inc President /CEO Mr. Jay Bernhardt signed an agreement to utilize Mr. Michael Kawa, ESQ as a go-between on this contract. If you require to a copy of the agreement in order for this contract to be fulfilled please let me know.

2. This Notice of Assignment is not for a loan. The purpose is for the disbursement of the funds related to the above-mentioned contract.

3. Capital City Pipes, Inc will submit original or true copy instead of photostat copies with true signatures.

4. In the "Instrument of Assignment" Capital City Pipes, Inc will "impressed" each copy with the Corporate Seal on the copies to DCMC.

If you have any further questions please call me @ 850-574-3717 or fax me @ 850-574-0384

Sincerely

Thelma S. Williams
Director of Sales

CC: Mike Taylor/DSCC
CC: JGB Enterprises, Inc/ Jay Bernhardt

00059



WITNESS: ______
DATE: ____ Rptr. ____
Higgins & Associates

Pl. Ex. 25

# 23

12Apr00 : Capital City P; reo SP0750 [illegible]
Ms. Williams asked for my help. She said there had been numerous conversation Pretaining to Assignment of Claims. I repeatedly told everyone involved that all we want to do is to have monies go to the vendor. Material is complete, this is not a loan." [illegible initials] 21Apr00

After careful review of the previous actions, I suggested if this is not an Assignment, their company & the Vendor's Company must set up an account where monies will be directly sent or set aside for the vendor. If they can agree, there's no need for Government intervention. An Assignment is a transfer of the Contractor's rights to be paid by the Government, to another Contractor to secure a loan. In this case I do not believe we are talking about transferring your rights to be paid.
How you pay your vendors, should be your decision.

00060

#26
WITNESS:
DATE: Rptr:

PL Ex. 26

However, I see a problem in your remittance address if it's not to a bank. DFAS does not want to make paper checks.

If an agreement cannot be made, please explain to the vendor the order will be terminated and that there is no guarantee that there would an award to them. They will lose out all the way around.

Since this material is urgently needed, I will entertain on a one time basis for this award, changing the remittance address to a bank or whatever is agreeable.

PHYLLIS E. MOORE
DS 'C-LECC(F)
692-3716

**24**

RECEIVED
JAN 13 2006
DSCC - G

**DEFENSE LOGISTICS AGENCY**
DEFENSE SUPPLY CENTER, COLUMBUS
POST OFFICE BOX 3990
COLUMBUS, OH 43216-5000

IN REPLY REFER TO DSCC-FLBB (Lu Ann Bocsy (614)692-3234)

13 January 2006

Michael J. Kawa, Esq.
300 Crown Building
304 South Franklin Street
Syracuse, New York 13202

Re: Claim under Purchase Order SP0750-00-M-4191

Dear Mr. Kawa:

This is in response to your claim dated November 18, 2005 for $43,987.50 under Purchase Order SP0750-00-M-4191. By letter dated November 22, 2005, you amended your claim to $45,275.76. The basis of your claim is that you were an assignee of funds under this purchase order; you were a third party beneficiary to this purchase order; and you had an implied-in-fact contract with the government under this purchase order. For the reasons stated below, your claim is denied.

You were neither an assignee of funds nor a third party beneficiary under this purchase order, and you did not have an implied-in fact-contract with the government. The government awarded the purchase order to Capital City Pipes. When Capital City Pipes asked me to change the remittance address, I did not know nor have any reason to know about your relationship to JGB. I did not intend to assign payments to you, to establish a third-party beneficiary relationship with you, or to contract with you. As the Court of Federal Claims previously held in the case filed by JGB, it is irrelevant what Mr. Taylor knew because he cannot bind the government.

This is the final decision of the contracting officer. Although you have also addressed your claim to Carolyn Mathews, Ms. Mathews was not the contracting officer for this purchase order. This is the final decision of the contracting officer. You may appeal this decision to the Armed Services Board of Contract Appeals (ASBCA). If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the ASBCA and provide a copy to me. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract or purchase order by number. With regard to appeals to the ASBCA, you may, solely at your election, proceed under the Board's small claims procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the ASBCA, you may bring an action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision.

Sincerely,

LuAnn Bocsy
Contracting Officer



Federal Recycling Program Printed on Recycled Paper