1

February 17, 2006

ACKNOWLEDGEMENT

I, Lavern Reising, residing at 5775 Mountain Shadow View Black Forest, CO 80908, having served as a Disbursing Officer, an agent of the United States Treasury, for the Defense Finance and Accounting Service and the United States Army from 1983 thru 1996 consider myself to be an expert witness on Government payment procedures.

I have read Purchase Contract #SP0750-00-M-4191 and attached MIRP chronology sheet for this contract. Based on my expert opinion, the Government is obligated to remit payment under contract SP0750-00-M-4191 to Mike Kawa. When the Government administratively changed the "pay to" and sent the money to the Prime Contractor, Capital City Pipes, this was an erroneous or improper payment. There was no modification issued on this contract changing the "remit to" address. Therefore, payment must be made to Mike Kawa in accordance with the terms of the contract.

Signed 2-17-06
Date

State of CO )
) ss.:
County of EL PASO )

On the 17th day of FEB in the year 2006 before me, the undersigned, personally appeared LAVERN REISING personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument the individual or the person upon behalf of which the individual acted executed the instrument.

SUBSCRIBED AND SWORN BEFORE ME THIS 17th DAY OF FEB 20 06

NOTARY - EL PASO COUNTY - COLORADO
MY COMMISSION EXPIRES 4/13/2009

JEREMIE R. MARILL NOTARY PUBLIC STATE OF COLORADO
My Commission Expires 04/13/2009