IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, ESQ., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-448C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

______Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21-day enlargement of time, to and including March 12, 2007, within which to file a reply to plaintiff's opposition to defendant's supplemental motion to dismiss. Our reply is currently due on February 19, 2007. This is defendant's first request for enlargement of time for this purpose. Plaintiff's counsel has represented that plaintiff does not oppose the motion.

The enlargement is requested because the undersigned counsel for defendant, Nancy M. Kim, needs additional time to draft the Government's reply. Ms. Kim is scheduled to be on vacation from February 15, 2007 to February 19, 2007. In addition, she is required to defend depositions on February 6, 7, and 14, 2007 in Carson v. United States, Fed. Cl. No. 05-612. In addition, she is scheduled to be in San Diego, California, for alternative dispute resolution ("ADR") in Collins National v. United States, Fed. Cl. No. 05-563, from February 28 to March 2, 2007, and is further required to prepare a memorandum for the ADR judge by February 26, 2007.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 21 days, to and including March 12, 2007, within which to file a reply to plaintiff's opposition to defendant's supplemental motion to dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

Franklin E. White, Jr./ Deborah A. Bynum

FRANKLIN E. WHITE, JR.
Assistant Director

Nancy M. Kim/ Lauren S. Moore

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

February 15, 2007

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on February 15, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Lauren S. Moore