# In the United States Court of Federal Claims

MICHAEL KAWA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-448 C

Filed July 10, 2007

## ORDER

The parties participated with the Court in a telephonic status conference on Tuesday, July 10, 2007, in order to consider the course of future proceedings in this case. In consideration of the discussion during the status conference, the Court does hereby **ORDER** as follows:

1) The parties shall have a period of 90 days, *i.e.,* **until Wednesday, October 10, 2007,** within which to complete discovery. No extension of this deadline will be permitted except in the most compelling circumstances.

2) The parties shall participate with the Court in a telephonic post-discovery conference in accordance with Appendix A, paragraph 11, of the Rules of the United States Court of Federal Claims on **Wednesday, October 17, 2007, at 10 a.m.** The Court will initiate the call. At that time the Court, in consultation with the parties, shall establish a schedule for further pre-trial proceedings looking toward either a trial on the merits (*see* paragraphs 13 through 17 of Appendix A) or disposition of all or part of the case by motion for summary judgment.

3) The Court expects the parties to work together cooperatively in order to accomplish the discovery sought by each side within the time allotted. In the event the parties encounter problems in the discovery phase that they are unable to resolve themselves, they should call Chambers to set up a conference call with the Court to deal with any such matters as expeditiously as possible.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge