IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, Plaintiff, | ) | |
| v. | ) | No. 06-448 |
| THE UNITED STATES, Defendant. | ) | (Judge George W. Miller ) |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Plaintiff, Michael Kawa, Esq. ("plaintiff" or "Mr. Kawa"), hereby moves the Court, pursuant to Rule 55 of the Rules of the Court of Federal Claims ("RCFC"), for entry of a default judgment against the United States for failing to answer plaintiff's complaint in light of a strict and tight discovery schedule set by Order of this Court to complete subject proceedings.

**Statement of Facts and Argument**

1. In response to defendant's motion to dismiss, plaintiff filed a detailed twenty-six (26) page second amended complaint on November 17, 2006.

2. Instead of answering the second amended complaint, defendant filed a supplemental motion to dismiss on December 19, 2006.

3. Plaintiff was then forced to incur substantial time and effort responding to the motion.

4. On June 28, 2007, this Honorable Court issued a twenty (20) page detailed decision denying defendant's motion to dismiss. In that decision this Honorable Court stated that it would be in touch with counsel shortly in order to schedule a telephonic status conference to consider the course of future proceedings.

5. The telephonic conference was held on July 10, 2007, with both parties present. The Court discussed discovery with the parties at great length. As a result of that conference, and the representations made by counsel, this Court issued an order on July 10, 2007, imposing a deadline to complete all discovery by October 10, 2007.

6. Since that time the parties to this case, along with JGB, have been engaged in mutual settlement discussions primarily involving the JGB Enterprises v. U.S. matter, which was on appeal by the Government before the United States Court of Appeals for the Federal Circuit (Federal Circuit No. 2005-5065).

7. On August 2, 2007, the United States Court of Appeals for the Federal Circuit rendered its decision, affirming this Court's decision (See JGB Enterprises v. U.S., 2007 WL 2199224). As a result settlement discussions have broken down.

8. To ensure ample time to conclude discovery in this matter, plaintiff recently started preparing its discovery demands and it came to plaintiff's attention that defendant has still not filed an answer pursuant to RCFC 12(a), which requires a responsive pleading to be filed within 10 days after notice of the Court's decision on the motion to dismiss.

9. Plaintiff is a need of defendant's answer in order to complete its discovery demands. The 26 page complaint is very detailed and very specifically and succinctly states the factual basis for the plaintiff's causes of action. An answer would narrow the issues

down and provide a baseline for discovery purposes. It is also believed that the complaint, in conjunction with the plaintiff's detailed responding papers to the defendant's motion to dismiss, establishes a claim of right to relief pursuant to RCFC 55(b).

10. It is further believed that the complaint is so detailed in nature that the defendant cannot deny in good faith under RCFC 11 the factual statements made therein. It is believed that the government has chosen not to answer the complaint for this reason.

**WHEREFORE**, plaintiff respectfully requests that the Court order a Judgment of Default. In the alternative, it is requested that this Court order the defendant to answer the complaint under Rule 11, along with appropriate sanctions for forcing the plaintiff to incur needless cost and expenses. Plaintiff also requests an order requiring defendant to pay plaintiff's reasonable expenses and attorney's fees for being forced to bring this motion.

Plaintiff further requests that the Court amend its July 10, 2007 Scheduling Order to extend the time for plaintiff to conduct discovery.

Dated: August 9, 2007

Respectfully submitted,

s/ Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
Camardo Law Firm, P.C.
127 Genesee Street
Auburn, New York 13021
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on the 9th day of August, 2007, I caused a copy of plaintiff Michael Kawa's motion for a default judgment to be filed with the Clerk of the United States Court of Federal Claims, using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Meredyth Dawn Cohen
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005

s/Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.