IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-448C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN
ENLARGEMENT OF TIME, OUT OF TIME, WITHIN WHICH TO FILE ITS ANSWER

Pursuant to Rules 6(b)(2) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of 53 days, to and including September 4, 2007, within which to prepare and file our answer. Pursuant to RCFC 12(a), the answer was due on July 13, 2007. This is our first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff Michael Kawa's counsel, Joseph A. Camardo, Jr., and was informed that Mr. Kawa will object to this motion for enlargement of time.

As set forth in detail in our response to Mr. Kawa's motion for default judgment, the United States' failure to timely file its answer was the result of excusable neglect. Since this case was assigned to defendant's counsel in March 2007, she has been actively working on it, but has been focused upon settlement, rather than upon furthering the litigation. Following the Court's denial of defendant's motion to dismiss, there was never any mention of filing an answer by the Court or by Mr. Kawa's counsel. Prior to receiving Mr. Kawa's motion for default judgment, defendant's counsel was unaware of the requirements of RCFC 12(a) concerning filing of an answer following denial of a motion to dismiss. Thus, defendant's counsel's failure to timely file the answer was the result of mere negligence, and was not a willful violation of this

Court's rules.

The enlargement of time requested is necessary because defendant's counsel will be on medical leave from August 16, 2007 through at least August 27, 2007.

Accordingly, we respectfully request that the Court grant defendant's motion for an enlargement of time of 53 days, to and including September 4, 2007, in which to file the Government's answer.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ FRANKLIN E. WHITE, JR.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Tel: (202) 353-7978
Fax: (202) 514-8624
Washington, DC 20530

August 15, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 15th day of August, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME, OUT OF TIME, WITHIN WHICH TO FILE ITS ANSWER" was filed electronically. In understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN