IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) | No. 06-448C<br><br>(Judge George W. Miller ) |

**PLAINTIFF'S FIRST UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO CONDUCT DISCOVERY**

Plaintiff respectfully requests an enlargement of time of sixty (60) calendar days to and including December 10, 2007, to conduct discovery in the above matter.

By Scheduling order dated July 10, 2007, this Court set a discovery deadline of October 10, 2007. On September 4, 2007 Defendant filed its 27 page answer. Also, on or around September 4, 2007, counsel for Defendant indicated that Defendant wishes to conduct a deposition of Plaintiff. It is respectfully submitted that the current deadline does not provide time to properly prepare for and conduct depositions and written discovery. Counsel for Defendant does not object to the relief requested herein.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for an enlargement of time, and extend the time for both parties to conduct discovery from October 10, 2007 to December 10, 2007.

Dated: September 7, 2007.

s/Joseph A. Camardo, Jr.
Camardo Law Firm, P.C.
127 Genesee Street
Auburn, New York 10321
Tel: (315) 252-3846
Fax: (315) 252-3508
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on the 7th day of September, 2007, I caused a copy of Plaintiff Michael Kawa's first motion for an enlargement of time to conduct discovery to be filed with the Clerk of the United States Court of Federal Claims, using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Meredyth Dawn Cohen
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005

s/Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.