IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-448C |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller ) |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO CONDUCT DISCOVERY**

Plaintiff respectfully requests an enlargement of time of one month, to and including January 10, 2008, to conduct discovery in the above matter.

On or around September 7, 2007, Plaintiff moved the Court for an enlargement of time to conduct discovery until December 10, 2007. Such request was granted.

Since the granting of Plaintiff's first request for an enlargement of time to conduct discovery, Defendant has served Interrogatories, Requests for Admission, and Requests for Production of Documents upon Plaintiff, which Plaintiff has answered. Plaintiff has in turn served Interrogatories upon Defendant; by agreement of the parties such Reponses are to be served by December 21, 2007, thirty days after the service upon Defendant.

On December 7, 2007 Defendant conducted a deposition of Plaintiff Michael Kawa in Syracuse New York. Plaintiff has not yet conducted any depositions.

During the ongoing discovery, Plaintiff and Defendant have engaged in active attempts to settle the case, and a further settlement meeting is contemplated for the near future. Depending on the outcome of settlement discussions, and upon review of the deposition transcripts of Mr. Kawa and Defendant's discovery responses, Plaintiff may need to conduct a deposition of one or more Government personnel. Assuming receipt of

answers to his interrogatories, Plaintiff does not anticipate serving further written discovery on Defendant. Accordingly, Plaintiff makes this motion in order to preserve its rights to conduct discovery while settlement discussions progress.

As well as settlement efforts, Plaintiff has been engaged in the extensive task of compiling an Equal Access to Justice Act application in the matter of JGB v. United States, Court of Claims No. 01-680C. While this is a separate case from Mr. Kawa's litigation, it has been considered as part of a possible global settlement, and has thus impacted the progress of the current matter.

Counsel for Defendant does not object to the relief requested herein.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for an enlargement of time, and extend the time for the parties to conduct discovery to January 10, 2008.

Dated: December 10, 2007

**Camardo Law Firm P.C.**

s/Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
127 Genesee Street
Auburn, New York 10321
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December 2007, a copy of the foregoing Plaintiff's Second Unopposed Motion for an Enlargement of Time to Conduct Discovery was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

s/Joseph A. Camardo, Jr.