IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, Plaintiff, | ) | |
| v. | ) | No. 06-448C |
| THE UNITED STATES, Defendant. | ) | (Judge George W. Miller ) |

**PLAINTIFF'S THIRD MOTION FOR AN ENLARGEMENT OF TIME TO CONDUCT DISCOVERY**

Plaintiff respectfully requests an enlargement of time of one month, to and including February 10, 2008, to conduct discovery in the above matter.

On or around December 10, 2007, Plaintiff moved the Court for an enlargement of time to conduct discovery until January 10, 2008. Such request was granted.

Since the granting of Plaintiff's last request for an enlargement of time to conduct discovery, Defendant has served responses to Plaintiff's interrogatories and requests for production of documents. These responses indicate that certain off-site document storage facilities are still being searched. Plaintiff appreciates such effort, and wishes to allow time for the searching of off site document storage to conclude.

Plaintiff and Defendant have also agreed to conclude discovery by holding telephone depositions of three Government employees. However, during the prescribed discovery period, one of the Government witnesses is only available on January 3, 2008 before 3:00pm. Due to holiday schedules and other matters, Counsel for Plaintiff is entirely unable to conduct deposition at such time. Counsel for Defendant has endeavored to find an alternate time within the existing discovery period, but it appears that such may not be possible. Accordingly, an extension is requested.

Counsel of Plaintiff was unable to reach Counsel for Defendant for her specific consent prior to the filing of this motion, and she will apparently be out of the office for several days. However, based on earlier conversations, Counsel for Plaintiff does not anticipate that the Government will object to this request for an extension.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for an enlargement of time, and extend the time for the parties to conduct discovery to February 10, 2008.

Dated: December 24, 2007

**Camardo Law Firm P.C.**

s/Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
127 Genesee Street
Auburn, New York 10321
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of December 2007, a copy of the foregoing Plaintiff's Third Motion for an Enlargement of Time to Conduct Discovery was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

s/Joseph A. Camardo, Jr.