# B



# FAX TRANSMITTAL

TO: Mr. Mike Taylor, DSCC Small Business
PHONE: 614 / 692-3777 FAX: 614 / 692-4920

FROM: Kathryn M. Bader @ DCMC ST. PETERSBURG
Telephone #: 727 / 579-3023 FAX #: 727 / 579-3107
DSN #: 697 – 3023 email: kbader@dcmde.dla.mil

# of Pages: 1

DATE: 30 March 2000

SUBJECT: SP0750-99-C-2508/Notice of Assignment paperwork

In response to your voice message, I am forwarding for your review a copy of the fax I sent to Ms. Williams at Capital City Pipes outlining issues found by our legal division.

To date Ms. Williams has not responded to my request for information &/or revised pages.

After your review, please give me a call or email at the numbers listed above and we'll talk about what either agency can do to assist this contractor.

Thanks

4/4/00 TW Mike. He already has a copy of my 3/30 fax to Thelma. After our discussion, he plans to approach Ms. Matthews about mod'g contract to Mr. Kawa's address. Mike says there is an escrow acct between JGB + Cap. City and Mr. Kawa is the attorney who controls it. However, Mr. Kawa doesn't meet reqmts as a financial institution. Mike will tell me what Carolyn says —




000098