# C



# FAX TRANSMITTAL

TO: Ms. Cathy Hurst CODE: DFAS / SAMMS
PHONE: 614 / 693-0323 FAX: 614 / 693-9631

FROM: Kathryn M. Bader @ DCMC St. Petersburg
Telephone #: 727 / 579-3023 FAX #: 727 / 579-3107
DSN #: 697 – 3023 email: kbader@dcmde.dla.mil

# of Pages: 5
DATE: 18 April 2000

SUBJECT: Capital City Pipes contract SP0750-99-C-2508 + SP0750-00-M-4333

Per our conversation yesterday, I am faxing for your use a copyof a fax received 4/17/00 from Capital City Pipes notifying this office that they wished to cancel the Notice of Assignment actions they had initiated. P00002 amended the remittance address of contract SP0750-99-C-2508 after both the contractor and the DSCC Small Business office were notified that DCMC St. Petersburg's Legal Division had found Mr. Kawa, Esq.(listed as the Assignee on the Notice of Assignment documents), did not meet the FAR requirements of a financial institution.

Also, I am faxing to you the following:

1) the remittance address & EFT information for this contractor as shown in MOCAS
2) DD250s #JGB0001 + JGB0002Z for SP0750-00-M-4333

I see that the ADDRESS DATA for SP0750-00-M-4333 differs from the CAGE data. Will this be a problem when making payment on these two DD's?

Last of all, we talked yesterday about an outstanding debt owed to DFAS by this contractor. If your office decides to issue a Letter of Collection, please forward a copy to this office. DCMC St. Petersburg now has a responsibility to provide risk assessment data, via a program titled SEPS, to the procuring activities. A copy of your letter will serve as backup data and enable our technical personnel to assess an accurate risk level.

If you have any questions regarding this contract, please give me a call.

Kathy



```
UNKM12                         CAGE INQUIRY
CBUD:

                CAGE: 0NSZ5                       CAO-ORG-CD: AW

TYP-ADDRESS-CD: M  CONTRACTOR-PAYEE-NAME: CAPITAL CITY PIPES INC
                          ADDRESS-LINE-2: 1872 MILLS ST SUITE F
                          ADDRESS-LINE-3:
                          ADDRESS-LINE-4:
                   CITY: TALLAHASSEE     STATE-COUNTRY:  FL    ZIP: 323100205

         ACO-CD: A1M   INDUSTRIAL-SPEC-CD: A1W   CONTRACT-MGMT-ASST-CD: A1Y
 TYP-BUSINESS-CD:        PROPERTY-ADM-CD:                 COURIER-PICKUP:
 FGN-DOMESTIC-CD: 1       SUPPRESSION-CD:        REPLACEMENT-CAGE:
            EFT: Y                   EDI: N
 AUDIT-APRVL-NOT-REQRD:
 ADDRESS-CHNG-DT: 990707 L       ATTRIBUTE-CHNG-DT: 000125 T
            TIN: 592991957            CORP-STAT-CD: C

PRESS ENTER FOR ATTRIBS--PF8 FOR TRNSP DATA-PA2 TO EXIT
```

```
CT5802                       ADDRESS DATA
CBUD:
           PIIN: SP0750 00 M4333    SPIIN:            ORG: AW

     CONTRR-NAME: CAPITAL CITY PIPES INC
      CITY: TALLAHASSEE          ST: FL      ZIP-CD: 323100205

       NAM-ADR-IND: R                  REMIT-ADRS:

                             PAYEE DATA
             ADRS-LIN1: MICHAEL KAWA, ESQ
             ADRS-LIN2: 300 CROWN BLDG
             ADRS-LIN3: 304 S FRANKLIN ST
             ADRS-LIN4:
             ADRS-LIN5:
             ADRS-LIN6: SYRACUSE         NY  13202
```

# Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

## NOTICE OF ASSIGNMENT

TO: DCMC-ST PETERSBURG
9549 KOGER BLVD
GASDEN BLDG SUITE 200
ST.PETERSBURG, FL 33702-2455

This has reference to contract No.SP075099C2508; dated July 30, 1999 entered into between Defense Supply Center, Columbus Ohio and Capital City Pipes, Inc. 1872 Mills Street Bldg. F, Tallahassee, FL 32310.

Moneys due or to become due under the contract describe above have been assigned to the undersigned under the provision of the Assignment of Claims Act of 1940, as amended, 31 U.S.C. 3727, 41 U.S.C. 15.

A True copy of the instrument of assignment executed by the Contractor on_______________ is attached to the original notice.

Payments due or to become due under this contract should be made to the undersigned assignee.

Please return to Mr. Michael Kawa the one copy(ies) of this notice with the appropriate notations showing the date and hour of receipt, and signed by the person acknowledging receipt on behalf of the addressee.

Sincerely,

Mr. Michael Kawa, ESQ
Name of Assignee

By: Michael Kawa
Signature of signing Officer

Mailing Address:
300 Crown Bldg
304 Franklin St
Syracuse, NY 13202

## ACKNOWLEDGEMENT

Receipt is acknowledged of the above notice and of a copy of the instrument of assignment. They were received_________(A.M)(P.M.) On ____________________, 2000

______________________________
Signature

Administrative Contracting Officer
(Title)

On Behalf of : UNITED STATES GOVERNMENT

STATE OF New York

COUNTY OF ONONDAGA

I, undersigned Notary Public, in and for the jurisdiction aforesaid, do certify that Mr. Michael Kawa, ESQ. who is personally known to me as the person who executed the foregoing Agreement for Assignment of Accounts, personally appeared before me on the date set forth above and acknowledge the execution of same as his free act and deed.

M. Jacqueline Fecco
Notary Public

My commission Expires
12-8-2000

M. JACQUELINE FECCO
Notary Public in the State of New York
Qualified in Onondaga Co. No. 4874447
My Commission Expires Dec. 8, 2000

STATE OF FLORIDA

COUNTY OF LEON

I, the undersigned Notary Public, in and for the jurisdiction aforesaid, do certify that Mr. Lee Gilliam of Capital City Pipes, Inc, who is personally known to me as the person who executed the forgoing Agreement for Assignment of Accounts personally appeared before me on the date set forth and acknowledge the execution of same as his free act and deed.

Rebecca L. Greenwood
Notary Public

My Commission Expires
Oct. 23, 2003

Rebecca L. Greenwood
MY COMMISSION # CC870456 EXPIRES
October 23, 2003
BONDED THRU TROY FAIN INSURANCE, INC.

Rebecca Greenwood, Secretary's Certificate

I, Rebecca Greenwood, do hereby certify that I am the Secretary of Capital City Pipes, Inc a corporation organized and existing under and by virtue of the laws of the State of Florida, having its principal business in the City of Tallahassee; that I am the keeper of the corporate records and the seal of said corporation and that Lee Gilliam is duly empowered to act on behalf of Capital City Pipes, Inc in executing the above assignment.

WITNESS my hand and seal of said corporation this 29th day of February 2000.

Capital City Pipes, Inc

By Rebecca Greenwood
Rebecca Greenwood

# Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

## INSTRUMENT OF ASSIGNMENT

CONTRACTOR Capital City Pipes, Inc.
ADDRESS 1872 Mills Street, Bldg, F
CONTRACT NO SP0750 99C 2508

KNOW ALL MEN BY THESE PRESENTS: For value received and in accordance with the Assignment of Claims Act of 1940, as amended (31 U.S.C. 203, 41 U.S.C. 15) the undersigned Assignor does hereby assign, set over and transfer to:

Mr. Michael Kawa, ESQ
Assignee

Syracuse (City) Onondaga (County) New York (State)

all rights, title and interest to all monies due or to become due Assignor from the United States of America, or from any agency of department thereof, accruing under

SP0750 99C 2508 (Contract Number) 139,302.00 (Dollar Value) Plus any modifications

The Assignee shall not be held responsible for the performance of any work for the manufacture or delivery of any of the item mentioned in said contract or contracts.

Signed, sealed and delivered.

Witness [signature] Assignor [signature]
Title CEO/President

State of Florida County of Leon

Sworn and subscribed before me this 3rd day of March 2000 A.D.

Notary Public [signature]

Rebecca L Greenwood
MY COMMISSION # CC870456 EXPIRES
October 23, 2003
BONDED THRU TROY FAIN INSURANCE, INC.

Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

## AGREEMENT FOR ASSIGNMENT OF ACCOUNT

Reference is made to that certain Department of Defense contracts No. SP0750 99C 2508 Dated July 30, 1999 between:

| | |
|---|---|
| Capital City Pipes, Inc<br>1872 Mills St Bldg. F<br>Tallahassee, FL. 32310 | Defense Supply Center Columbus<br>3990 E. Broad St<br>Columbus, Ohio 43216-5010 |
| And administered by: | DCMC/ St. Petersburg<br>9549 Kroger Blvd<br>St. Petersburg, FL 33702-2455 |

Mr. Michael Kawa, ESQ is a financial organization that assists in the development of selected companies like Capital City Pipes, Inc.

Capital City Pipes, Inc hereby irrevocably assigns to Mr. Michael Kawa, ESQ payments and proceeds from the above contract and directs such as payments and proceeds shall be paid to and mailed to:

Michael Kawa, ESQ
300 Crown Bldg.
304 S. Franklin St.
Syracuse, NY 13202

IN WITNESS WHEREOF, the parties hereto have caused this Assignment of Accounts to be duly executed as of March 3, 2000

| | |
|---|---|
| Capital City Pipes, Inc | Mr. Michael Kawa, ESQ |
| By: [signature]<br>Lee Gilliam | By: Michael Kawa<br>Michael Kawa |
| TITLE: President | TITLE: ESQ |

SP0760-99-C-2508

# Fax

Please deliver immediately to: Kathy Bader
of: DCMC/Clearwater
Fax number: 17275793107
Voice number: 17275793023

Fax received from: Thelma S. Williams
of: Capital City Pipes, Inc.
Fax number: 850 574 0384
Voice number: 850 574 3717

Date: 2/29/00

Time: 12:53:49 PM

Number of Pages: 5

Subject:

2/29/00 Called & left Vmail telling Thelma these pages look fine -

# Message:

I AM SUBMITTING THE PAGES YOU MADE THE CORRECTIONS ON.
PLEASE LOOK THE TWO PAGES OVER AND MAKE ANY ADJUSTMENTS.

AGAIN, THANK YOU VERY MUCH.

THELMA S WILLIAMS
CAPITAL CITY PIPES, INC

# Capital City Pipes, Inc.

Fax 850/574-0384

Office 850/574-3717

## NOTICE OF ASSIGNMENT

TO: DCMC-ST PETERSBURG
9549 KOGER BLVD
GASDEN BLDG SUITE 200
ST.PETERSBURG, FL. 33702-2455

This has reference to contract No.SP075099C2508; dated July 30, 1999 entered into between Defense Supply Center, Columbus Ohio and Capital City Pipes, Inc. 1872 Mills Street Bldg. F, Tallahassee, FL 32310.

Moneys due or to become due under the contract describe above have been assigned to the undersigned under the provision of the Assignment of Claims Act of 1940, as amended, 31 U.S.C. 3727, 41 U.S.C. 15.

A True copy of the instrument of assignment executed by the Contractor on ____________ is attached to the original notice.

Payments due or to become due under this contract should be made to the undersigned assignee.

Please return to Mr. Michael Kawa the one copy(ies) of this notice with the appropriate notations showing the date and hour of receipt, and signed by the person acknowledging receipt on behalf of the addressee.

Sincerely,

Mr. Michael Kawa, ESQ
Name of Assignee

By: ____________________
Signature of signing Officer
300 Crown Bldg.
304 Franklin St
Syracuse, NY

Mailing Address:

## ACKNOWLEDGEMENT

Receipt is acknowledged of the above notice and of a copy of the instrument of assignment. They were received ________(A.M)(P.M.) On ________________, 2000

____________________
Signature

Administrative Contracting Officer
(Title)

On Behalf of : UNITED STATES GOVERNMENT

STATE OF New York

COUNTY OF ONONDAGA

I, undersigned Notary Public, in and for the jurisdiction aforesaid, do certify that Mr. Michael Kawa, ESQ. who is personally known to me as the person who executed the foregoing Agreement for Assignment of Accounts, personally appeared before me on the date set forth above and acknowledge the execution of same as his free act and deed.

My commission Expires

Notary Public

STATE OF FLORIDA

COUNTY OF LEON

I, the undersigned Notary Public, in and for the jurisdiction aforesaid, do certify that Mr. Lee Gilliam of Capital City Pipes, Inc. who is personally known to me as the person who executed the forgoing Agreement for Assignment of Accounts personally appeared before me on the date set forth and acknowledge the execution of same as his free act and deed.

Notary Public

My Commission Expires

Rebecca Greenwood, Secretary's Certificate

I, Rebecca Greenwood, do hereby certify that I am the Secretary of Capital City Pipes, Inc a corporation organized and existing under and by virtue of the laws of the State of Florida, having its principal business in the City of Tallahassee; that I am the keeper of the corporate records and the seal of said corporation and that Lee Gilliam is duly empowered to act on behalf of Capital City Pipes, Inc in executing the above assignment.

WITNESS my hand and seal of said corporation this 29th day of February 2000.

Capital City Pipes, Inc

By____________________
Rebecca Greenwood

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH the BANK

I the undersigned Notary Public, in and for the jurisdiction aforesaid, do certify that [redacted] who is personally known to me as the [redacted] as Vice President for [redacted] who executed the foregoing Agreement for Assignment of Accounts, personally person who executed the foregoing Agreement for Assignment of Accounts, personally appeared before me on the date set forth above and acknowledged the execution of same as his free act and deed.

[redacted]

[redacted]

Notary Public

My Commission Expires:

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH THE CONTRACTOR

I the undersigned Notary Public, in and for the jurisdiction aforesaid, do certify that [redacted] who is personally known to me as the person who executed the foregoing Agreement for Assignment of Accounts, personally appeared before me on the date set forth above and acknowledged the execution of same as his free act and deed.

[redacted]

[redacted]

Notary Public

My Commission Expires:

[redacted], Secretary's Certificate:

I, [redacted] do hereby certify that I am the Secretary of [redacted], Inc., a corporation organized and existing under and by virtue of the laws of the State of Florida, having its principal business in the City of Tampa; that I am the keeper of the corporate records and the seal of said corporation; and that [redacted] is duly empowered to act on behalf of [redacted] in executing the above assignment.

WITNESS my hand and seal of said corporation this 23rd day of April, 1999.

[redacted] Inc.

By: [redacted]
Jill Fernandez, Secretary

# Capital City Pipes, Inc.

Office 850/574-3717
Fax 850/574-0384

## NOTICE OF ASSIGNMENT

TO: DCMC-ST PETERSBURG
9549 KOGER BLVD
GASDEN BLDG SUITE 200
ST.PETERSBURG, FL 33702-2455

This has reference to contract No.SP075099C2508; dated July 30, 1999 entered into between Defense Supply Center, Columbus Ohio and Capital City Pipes, Inc. 1872 Mills Street Bldg. F, Tallahassee, FL 32310.

Moneys due or to become due under this contract described above have been assigned to the undersigned under the provision of the Assignment of Claims Act of 1940, as amended, 31 U.S.C. 3727, 41 U.S.C. 15.

A True copy of the instrument of assignment executed by the Contractor on__________ is attached to the original notice.

Payments due or to become due under this contract should be made to the undersigned assignee.

Please return to Mr. Michael Kawa, Esq. the 1 (or more if you want more) copy(ies) of this notice with the appropriate notations showing the date and hour of receipt, and signed by the person acknowledging receipt on behalf of the addressee.

Sincerely,

Mr. Michael Kawa, ESQ
Name of Assignee

By:__________
Signature of signing Officer

MAILING ADDRESS: __________

~~ADDRESS OF ASSIGNEE~~

## ACKNOWLEDGEMENT

Receipt is acknowledged of the above notice and of a copy of the instrument of assignment. They were received______(A.M)(P.M.) On __________, 2000

__________
Signature

Administrative Contracting Officer
(Title)

On Behalf of: UNITED STATES GOVERNMENT

1872 Mills Street Bldg. -F • P.O. Box 12388 • Tallahassee, Florida 32317-2388

P. 1

* * * TRANSMISSION RESULT REPORT ( FEB.29.2000 8:27AM ) * * *

TTI DCMC CLEARWATER

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERS. NAME | FILE |
|---|---|---|---|---|---|---|---|---|
| FEB.29. | 8:23AM | 850 576 2956 | TS | 3'48" | P. 6 | OK | | 556 |



# FAX TRANSMITTAL

TO: Ms. Thelma Williams
PHONE: 850 / 574-3717 FAX: 850 / 576-2956 (or 574-0384)

FROM: Kathryn M. Bader @ DCMC ST. PETERSBURG
Telephone #: 727 / 579-3023 FAX #: 727 / 579-3107
DSN #: 697 – 3023 email: kbader@dcmde.dla.mil

# of Pages: 6
DATE: 29 February 2000
SUBJECT: Assignment of Claim paperwork

Other then a few changes to the NOTICE OF ASSIGNMENT & NOTARY pages, your package looks better & better….

The changes to your NOTICE OF ASSIGNMENT page are mostly just grammar. Look over the changes I made & decide if you wish to make them or leave your page as originally written.

On your NOTARY PAGE, you should:
1) delete the Corporate Secretary block for Mr. Kawa. It is unnecessary.
2) add the Notary Public block certifying for the signee for Mr. Kawa
3) add the Notary Public block certifying for the signee for your company
4) amend the Corporate Secretary block for your company to match the wording of the example

I've added an example of a NOTARY PAGE that has previously passed reviews by both our Legal Department and the ACO. It's a good bet that similar wording in your package would expedite completion of your paperwork.

As we discussed yesterday, these changes should complete your package. After you get all the corporate signatures & Notary Public signatures/stamps on your original package, forward it and three copies to the ACO. At the same time you forward your package to the ACO, also mail a copy to the disbursing officer of the payment office cited in the contract – that would be the address in Block 12 of your contract. This gives DFAS/SAMMS time to prepare their paperwork which they match to the paperwork forwarded by the ACO after the ACO's signature.

I'll be in the office again on Wednesday. After that, forward your questions to Ms. Lynne Rahtes, ACO for DCMC-GCOA, or whoever she decides will administer your contracts while I am TDY.

Thanks for your patience. All these changes may seem bureaucratic, but the folks in our Legal Department are pretty strict when it comes to legal language.

If you have any questions, please give us a call.



# Capital City Pipes, Inc.

Office 850/574-3717
Fax 850/574-0384

## INSTRUMENT OF ASSIGNMENT

CONTRACTOR ____________________
ADDRESS ____________________
CONTRACT NO ____________________

KNOW ALL MEN BY THESE PRESENTS: For value received and in accordance with the Assignment of Claims Act of 1940, as amended (31 U.S.C. 203, 41 U.S.C. 15) the undersigned Assignor does hereby assign, set over and transfer to:

______________________________________________
Assignee

______________________________________________
(City (County) (State)

all rights, title and interest to all monies due or to become due Assignor from the United States of America, or from any agency of department thereof, accruing under

______________________________________________
(Contract Number) (Dollar Value)

The Assignee shall not be held responsible for the performance of any work for the manufacture or delivery of any of the item mentioned in said contract or contracts.

Signed, sealed and delivered.

Witness ____________ Assignor ____________________
Title ____________________

State of ____________ County of ____________________

Sworn and subscribed before me this ______ day of ____________ ____________ A.D.

Notary Public ____________________

# Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

**NOTARY PAGE**

**ASSIGNEE:** The Corporate Secretary ____________________ attests to being the keeper of the corporate records and corporate seal.

WITNESS____________________ BY:__________________________

Michael Kawa,, ESQ

STATE OF__________________ COUNTY OF ____________________

SWORN AND SUBSCRIBED BEFORE THIS_____DAY OF _________________

NOTARY PUBLIC__________________

AMEND TO ADD LEGAL WORDING

**ASSIGNOR:** The Corporate Secretary_____________________ attests to being the keeper of the corporate records and corporate seal.

WITNESS____________________ BY:__________________________

Lee Gilliam/ CEO

STATE OF__________________ COUNTY OF____________________

SWORN AND SUBCRIBED BEFORE THE_____DAY OF__________________

NOTARY PUBLIC__________________

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH the BANK

I the undersigned Notary Public, in and for the jurisdiction aforesaid, do certify that [redacted] as Vice President for [redacted] who is personally known to me as the person who executed the foregoing Agreement for Assignment of Accounts, personally appeared before me on the date set forth above and acknowledged the execution of same as his free act and deed.

[redacted]

[redacted]

Notary Public

My Commission Expires:

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH THE CONTRACTOR

I the undersigned Notary Public, in and for the jurisdiction aforesaid, do certify that [redacted] who is personally known to me as the person who executed the foregoing Agreement for Assignment of Accounts, personally appeared before me on the date set forth above and acknowledged the execution of same as his free act and deed.

[redacted]

[redacted]

Notary Public

My Commission Expires:

[redacted], Secretary's Certificate:

I, [redacted] do hereby certify that I am the Secretary of [redacted], Inc., a corporation organized and existing under and by virtue of the laws of the State of Florida, having its principal business in the City of Tampa; that I am the keeper of the corporate records and the seal of said corporation; and that [redacted] is duly empowered to act on behalf of [redacted] in executing the above assignment.

WITNESS my hand and seal of said corporation this 23rd day of April, 1999.

[redacted] Inc.

By: [redacted]

Jill Fernandez, Secretary

# Capital City Pipes, Inc.

Office 850/574-3717

Fax 850/574-0384

## AGREEMENT FOR ASSIGNMENT OF ACCOUNT

Reference is made to that certain Department of Defense contracts No.________________
Dated____________________________ between:

Capital City Pipes, Inc
1872 Mills St Bldg. F
Tallahassee, FL. 32310

Defense Supply Center Columbus
3990 E. Broad St
Columbus, Ohio 43216-5010

And administered by:

DCMC/ St. Petersburg
9549 Kroger Blvd
St. Petersburg, FL 33702-2455

Mr. Michael Kawa, ESQ is a financial organization that assists in the development of selected companies like Capital City Pipes, Inc.

Capital City Pipes, Inc hereby irrevocably assigns to Mr. Michael Kawa, ESQ payments and proceeds from the above contract and directs such as payments and proceeds shall be paid to and mailed to:

Michael Kawa, ESQ
300 Crown Bldg.
304 S. Franklin St.
Syracuse, NY 13202

IN WITNESS WHEREOF, the parties hereto have caused this Assignment of Accounts to be duly executed as of ______________________________

Capital City Pipes, Inc

By:______________________
Lee Gilliam

TITLE: President

Mr. Michael Kawa, ESQ

By:______________________
Michael Kawa

TITLE: ESQ

# Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

## NOTICE OF ASSIGNMENT

TO: DCMC-ST PETERSBURG
9549 KOGER BLVD
GASDEN BLDG SUITE 200
ST.PETERSBURG, FL. 33702-2455

This has reference to contract No. SP075099C2508; dated July 30, 1999 entered into between Defense Supply Center, Columbus Ohio and Capital City Pipes, Inc. 1872 Mills Street Bldg. F, Tallahassee, FL 32310.

Moneys due or to become due under ~~this~~ the contract described above have been assigned to the undersigned under the provision of the Assignment of Claims Act of 1940, as amended, 31 U.S.C. 3727, 41 U.S.C. 15.

A True copy of the instrument of assignment executed by the Contractor on_____________ is attached to the original notice.

Payments due or to become due under this contract should be made to the undersigned assignee.

Please return to MR. MICHAEL KAWA, ESQ. the 1 (or more if you want more) copy(ies) of this notice with the appropriate notations showing the date and hour of receipt, and signed by the person acknowledging receipt on behalf of the addressee.

Sincerely,

Mr. Michael Kawa, ESQ
Name of Assignee

By:____________________
Signature of signing Officer

MAILING ADDRESS: ____________________

____________________

~~ADDRESS OF ASSIGNEE~~

## ACKNOWLEDGEMENT

Receipt is acknowledged of the above notice and of a copy of the instrument of assignment. They were received________(A.M)(P.M.) On ____________________, 2000

____________________
Signature

Administrative Contracting Officer
(Title)

On Behalf of : UNITED STATES GOVERNMENT

# Capital City Pipes, Inc.

Office 850/574-3717

Fax 850/576-2956
or 574-0384

## FAX TRANSMITTAL

TO: Kathy Bader

DATE: 6/28/00

FROM: J Kelton

RE: Please look over the four forms we will be submitting to you. If you have any questions please call me.

Thank you Again

Number of Pages w/cover: 5

**THANK YOU**

1872 Mills Street Bldg - "F" ** P.O. Box 12368 ** Tallahassee, Florida 32317-2368

P. 1

* * * TRANSMISSION RESULT REPORT ( FEB.23.2000 3:42PM ) * * *

TTI DCMC CLEARWATER

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERS. NAME | FILE |
|---|---|---|---|---|---|---|---|---|
| FEB.23. | 3:41PM | 850 574 0384 | TES | 1'32" | P. 4 | OK | | 457 |



# FAX TRANSMITTAL

TO: Ms. Thelma Williams
PHONE: 850 / 574-3717 FAX: 850 / 576-2956 (or 574-0384)

FROM: Kathryn M. Bader @ DCMC CLEARWATER
Telephone #: 727 / 579-3023 FAX #: 727 / 579-3107
DSN #: 697 – 3023 email: kbader@dcmde.dla.mil

# of Pages: 4
DATE: 23 February 2000
SUBJECT: Assignment of Claim paperwork

Ahhh, looking better!

1) Leave the date spaces blank. These are to be filled in with handwritten entries when the signatures are applied.

2) Both examples I forwarded included a page of certification statements… one for the representative of your company who is signing the documents (followed by the signature & seal of a Notary Public), one for the representative of the company the money is being assigned to (followed by the signature and seal of the Notary Public who witnesses that signature) and one where the corporate secretary attests to being the keeper of the corporate records and corporate seal (bearing the secretary's name & corporate seal). Please include a sheet containing this information in your package.

3) Remember your first attempt? Please include in your package, a separate sheet of paper titled ' Notice of Assignment.' Follow the format from FAR Clause 32.805. This is the document where the ACO signs.

Referencing the phone message I left on your voice mail yesterday, none of this will do us any good unless there is an Assignment of Claims clause in your contract. I cannot verify this without a copy of the contract. Our office has requested a copy from you on at least three occasions. **REVIEW BY OUR LEGAL OFFICE &/OR THE ACO CANNOT BE ACCOMPLISHED WITHOUT A COPY OF THE ORDER. PLEASE FAX A COPY OF THE ORDER TO THIS OFFICE WITHOUT FURTHER DELAY.**

If you have any questions, please give me a call….

Thanks



# Capital City Pipes, Inc.

Office 850/574-3717

Fax 850/574-0384

## INSTRUMENT OF ASSIGNMENT

CONTRACTOR Capital City Pipes, Inc.
ADDRESS 1872 Mills St. Bldg. F
CONTRACT NO SP0750 99C 2508

KNOW ALL MEN BY THESE PRESENTS: For value received and in accordance with the Assignment of Claims Act of 1940, as amended (31 U.S.C. 203, 41 U.S.C. 15) the undersigned Assignor does hereby assign, set over and transfer to:

Mr. Michael Kava, ESQ
Assignee

Syracuse (City) Onondaga (County) New York (State)

all rights, title and interest to all monies due or to become due Assignor from the United States of America, or from any agency of department thereof, accruing under

SP0750 99C 2508: (Contract Number) 139,302.00 (Dollar Value)

The Assignee shall not be held responsible for the performance of any work for the manufacture or delivery of any of the item mentioned in said contract or contracts.

Signed, sealed and delivered.

Witness ______________ Assignor ______________
Title CEO/President

State of Florida County of Leon

LEAVE BLANK FOR NOTARY TO FILL IN

Sworn and subscribed before me this ~~23rd~~ day of ~~February~~ ~~2000~~ A.D.

Notary Public ______________

# Capital City Pipes, Inc.

Office 850/574-3717
Fax 850/574-0384

## AGREEMENT FOR ASSIGNMENT OF ACCOUNT

Reference is made to that certain Department of Defense contracts No. SP0750 99C 2508 Dated July 30, 1999 between:

Capital City Pipes, Inc
1872 Mills St Bldg. F
Tallahassee, FL. 32310

Defense Supply Center Columbus
3990 E. Broad St
Columbus, Ohio 43216-5010

And administered by:

DCMC/ St. Petersburg
9549 Kroger Blvd
St. Petersburg, FL 33702-2455

Mr. Michael Kawa, ESQ is a financial organization that assists in the development of selected companies like Capital City Pipes, Inc.

Capital City Pipes, Inc hereby irrevocably assigns to Mr. Michael Kawa, ESQ payments and proceeds from the above contract and directs such as payments and proceeds shall be paid to and mailed to:

Michael Kawa, ESQ
300 Crown Bldg.
304 S. Franklin St.
Syracuse, NY 13202

IN WITNESS WHEREOF, the parties hereto have caused this Assignment of Accounts to be duly executed as of ~~February 23, 2000~~ FILL IN AT TIME OF SIGNATURE

Capital City Pipes, Inc

By:____________________
Lee Gilliam

TITLE: President

Mr. Michael Kawa, ESQ

By:____________________
Michael Kawa

TITLE: ESQ

02/23/2000 12:44 850-576-2956 CAPITAL CITY PIPES PAGE 01

# Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

## FAX TRANSMITTAL

DATE: 2/23/00

TO: Kathy

FROM: Thelm

RE: Please Look this over before we submit this. Please make any changes or corrections we didn't do,

Number of Pages w/cover: 3

THANK YOU

1872 Mills Street D-11 ** P.O. Box 12388 ** Tallahassee, Florida 32317-2388

(iv) Taxes or social security contributions.

(v) Withholding or nonwithholding of taxes or social security contributions.

(c) In some circumstances, a setoff may be appropriate even though the assigned contract includes a no-setoff commitment; *e.g.*—

(1) When the assignee has neither made a loan under the assignment nor made a commitment to do so; or

(2) To the extent that the amount due on the contract exceeds the amount of any loans made or expected to be made under a firm commitment for financing.

**32.805 Procedure.**

(a) *Assignments.* (1) Assignments by corporations should be—

(i) Executed by an authorized representative;

(ii) Attested by the secretary or the assistant secretary of the corporation; and

(iii) Impressed with the corporate seal or accompanied by a true copy of the resolution of the corporation's board of directors authorizing the signing representative to execute the assignment.

(2) If the contractor is a partnership, the assignment may be signed by one partner, if it is accompanied by an acknowledged certification that the signer is a general partner of the partnership.

(3) If the contractor is an individual, the assignment must be signed by that individual and the signature acknowledged before a notary public or other person authorized to administer oaths.

(b) *Filing.* The assignee shall forward to each party specified in 32.802(e) an original and three copies of the notice of assignment, together with one true copy of the instrument of assignment. The true copy shall be a certified duplicate or photostat copy of the original assignment.

(c) *Format for notice of assignment.* The following is a suggested format for use by an assignee in providing the notice of assignment required by 32.802(e).

NOTICE OF ASSIGNMENT

To: See Attachment [*Address to one of the parties specified in 32.802(e)*].

This has reference to Contract No. 99C2508 dated 7/30/99 entered into between CCP [*Contractor's name and address*] and DHC [*Government agency, name of office, and address*], for Hoses [*Describe nature of the contract*].

Moneys due or to become due under the contract described above have been assigned to the undersigned under the provisions of the Assignment of Claims Act of 1940, as amended, 31 U.S.C. 3727, 41 U.S.C. 15.

A true copy of the instrument of assignment executed by the Contractor on 2/17/00 [*Date*], is attached to the original notice.

Payments due or to become due under this contract should be made to the undersigned assignee.

Please return to the undersigned the three enclosed copies of this notice with appropriate notations showing the date and hour of receipt, and signed by the person acknowledging receipt on behalf of the addressee.

Very truly yours,

Capital City Pipes, Inc.
[*Name of Assignee*]

By [signature]
[*Signature of Signing Officer*]

President/CEO
[*Title of Signing Officer*]

1872 Mills Street Bldg. F
[*Address of Assignee*]

ACKNOWLEDGEMENT

Receipt is acknowledged of the above notice and of a copy of the instrument of assignment. They were received ____(a.m.) (p.m.) on ______, 19___.

______
[*Signature*]

______
[*Title*]

______
*On behalf of*

______
[*Name of Addressee of this Notice*]

(d) *Examination by the Government.* In examining and processing notices of assignment and before acknowledging their receipt, contracting officers should assure that the following conditions and any additional conditions specified in agency regulations, have been met:

(1) The contract has been properly approved and executed.

(2) The contract is one under which claims may be assigned.

(3) The assignment covers only money due or to become due under the contract.

(e) *Release of assignment.* (1) A release of an assignment is required whenever—

(i) There has been a further assignment or reassignment under the Act; or

(ii) The contractor wishes to reestablish its right to receive further payments after the contractor's obligations to the assignee have been satisfied and a balance remains due under the contract.



CORPORATE SECRETARY [signature] Rebecca Greenwood

# Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

## FAX TRANSMITTAL

DATE: 8/20/00

TO: Kathy Bader

FROM: Thelma Wms

RE: Faxing the Notice of Assignment

Please review

Number of Pages w/cover: ______

**THANK YOU**

1872 Mills Street D-11 ** P.O. Box 12368 ** Tallahassee, Florida 32317-2368

Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/576-2956

February 17, 2000

# Notice of Assignment

Michael Kawa Esq.
300 Crown Bldg.
304 S. Franklin Street
Syracuse, NY 13202

(iv) Taxes or social security contributions.

(v) Withholding or nonwithholding of taxes or social security contributions.

(c) In some circumstances, a setoff may be appropriate even though the assigned contract includes a no-setoff commitment; *e.g.*—

(1) When the assignee has neither made a loan under the assignment nor made a commitment to do so; or

(2) To the extent that the amount due on the contract exceeds the amount of any loans made or expected to be made under a firm commitment for financing.

**32.805 Procedure.**

(a) *Assignments.* (1) Assignments by corporations should be—

(i) Executed by an authorized representative;

(ii) Attested by the secretary or the assistant secretary of the corporation; and

(iii) Impressed with the corporate seal or accompanied by a true copy of the resolution of the corporation's board of directors authorizing the signing representative to execute the assignment.

(2) If the contractor is a partnership, the assignment may be signed by one partner, if it is accompanied by an acknowledged certification that the signer is a general partner of the partnership.

(3) If the contractor is an individual, the assignment must be signed by that individual and the signature acknowledged before a notary public or other person authorized to administer oaths.

(b) *Filing.* The assignee shall forward to each party specified in 32.802(e) an original and three copies of the notice of assignment, together with one true copy of the instrument of assignment. The true copy shall be a certified duplicate or photostat copy of the original assignment.

(c) *Format for notice of assignment.* The following is a suggested format for use by an assignee in providing the notice of assignment required by 32.802(e).

NOTICE OF ASSIGNMENT

To: See Attachment [*Address to one of the parties specified in 32.802(e)*].

This has reference to Contract No. 99C2508 dated 7/30/99 entered into between CCP [*Contractor's name and address*] and DBCC [*Government agency, name of office, and address*], for Hoses [*Describe nature of the contract*].

Moneys due or to become due under the contract described above have been assigned to the undersigned under the provisions of the Assignment of Claims Act of 1940, as amended, 31 U.S.C. 3727, 41 U.S.C. 15.

A true copy of the instrument of assignment executed by the Contractor on 2/17/00 [*Date*], is attached to the original notice.

Payments due or to become due under this contract should be made to the undersigned assignee.

Please return to the undersigned the three enclosed copies of this notice with appropriate notations showing the date and hour of receipt, and signed by the person acknowledging receipt on behalf of the addressee.

Very truly yours,

Capital City Pipes, Inc.
[*Name of Assignee*]

By [signature]
[*Signature of Signing Officer*]

President/CEO
[*Title of Signing Officer*]

1872 Mills Street Bldg. F
[*Address of Assignee*]

ACKNOWLEDGEMENT

Receipt is acknowledged of the above notice and of a copy of the instrument of assignment. They were received ____(a.m.) (p.m.) on ______, 19__.

____________________
[*Signature*]

____________________
[*Title*]

____________________
*On behalf of*

____________________
[*Name of Addressee of this Notice*]

(d) *Examination by the Government.* In examining and processing notices of assignment and before acknowledging their receipt, contracting officers should assure that the following conditions and any additional conditions specified in agency regulations, have been met:

(1) The contract has been properly approved and executed.

(2) The contract is one under which claims may be assigned.

(3) The assignment covers only money due or to become due under the contract.

(e) *Release of assignment.* (1) A release of an assignment is required whenever—

(i) There has been a further assignment or reassignment under the Act; or

(ii) The contractor wishes to reestablish its right to receive further payments after the contractor's obligations to the assignee have been satisfied and a balance remains due under the contract.



CORPORATE SECRETARY [signature] Rebecca Greenwood

# Fax

| | |
|---|---|
| Please deliver immediately to: | Kathy Bader |
| of: | DCMC/Clearwater |
| Fax number: | 17275793107 |
| Voice number: | 17275793023 |
| Fax received from: | Thelma S. Williams |
| of: | Capital City Pipes, Inc. |
| Fax number: | 850 574 0384 |
| Voice number: | 850 574 3717 |
| Date: | 2/16/00 |
| Time: | 11:47:23 AM |
| Number of Pages: | 2 |
| Subject: | Change of Remittance address |

# Message:

Faxing the request on the change of address regarding the contract#
SP075099C2508\

If you have any questions please call me

thank you

Thelma S. Williams
Sales

# Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

January 31, 2000

To Gerri/Kathy
DCMC/Clearwater Fl
Clearwater, FL.

REF: SP075099C2508
4720-00-705-9542

Dear Gerri:

Capital City Pipes, Inc is requesting a modification/ Assignment of Claim form be process on the above contract.

To have payment be submitted to:
Michael Kawa, ESQ
300 Crown Bldg.
304 S. Franklin Street
Syracuse, NY 13202

Thank you

Thelma S. Williams
Capital City Pipes, Inc.

1872 Mills Street Bldg. -F ** P.O. Box 12368 ** Tallahassee, Florida 32317-2368