# D

JGB enterprises inc.

May 31, 2000

Mr. Michael A. Taylor
Small Business Specialist
Small Business Office DSCC
PO Box 3990
Columbus, OH 43216-5000

Re: Capital City Pipes, Inc.

Dear Mr. Taylor:

Based on the fact that you do not return my phone calls I am outlining below my grave concerns with your contractor Capital City Pipes, Inc. I am at a loss to understand how you have misrepresented facts to my company and have enticed us to continue supplying Capital City Pipes with product. I hold you personally responsible for this situation and am extremely upset that you would willfully try to harm a reputable small business contractor such as J.G.B. Enterprises, Inc.

Outlined below is money owed J.G.B. Enterprises, Inc. under various contracts with Capital City Pipes and discussion of each.

| Contract No. | JGB Inv. No./Date | | Due Date | Amount |
|---|---|---|---|---|
| SP0750-00-M-4333 | 058064 | 2/8/00 | 3/9/00 | $ 5,685.00 (1) |
| SP0750-00-M-4333 | 058065 | 2/8/00 | 3/9/00 | 12,317.50 (1) |
| SP0750-00-M-4191 | 060162 | 2/8/00 | 3/9/00 | 43,987.50 (2) |
| SP0750-99-C-2508 | 062931 | 3/9/00 | 4/8/00 | 162,052.80 (3) |
| SP0750-99-C-2508 | 063831 | 4/28/00 | 5/28/00 | 33,761.00 (3) |
| SP0750-99-C-2508 | 063832 | 4/28/00 | 5/28/00 | 19,918.99 (3) |
| SP0750-99-M-E307 | 50200-1 | 5/2/00 | 6/1/00 | 1,481.44 (4) |
| SP0750-99-C-2505 | 50200-2 | 5/2/00 | 6/1/00 | 16,311.37 (4) |
| | | | | $295,515.60 |
| | | | Less (1) (Assuming good checks) | < 18,002.50> |
| | | | Less partial (3) | <57,365.79> |
| | | | Net due J.G.B. Enterprises, Inc. | $220,147.31 |

continued

JGB enterprises inc.



1. Note – the remit-to address on page 6 of 8 of subject contract is:
   Remit Payment To: Michael J. Kawa, Esq.
   300 Crown Building
   304 S. Franklin Street
   Syracuse, NY 13202

   J.G.B. Enterprises, relied upon this remit-to address and shipped product on behalf of Capital City Pipes, Inc. The Government apparently paid Capital City Pipes, Inc. direct on this contract. I have in my possession two (2) postdated checks from Capital City Pipes, Inc.; #10400 for $5,685.00 dated June 2, 2000, and #10403 for $12,317.50 dated June 16, 2000. There is no assurance that these checks are good as Capital City Pipes has bounced several checks in the past. Even if good, it will have taken them over 120 days to satisfy the monies owed to J.G.B. Enterprises. Their terms are net 30 days.

2. Note – the remit-to address on page 5 of 7 of subject contract is:
   Remit Payment to: Michael J. Kawa, Esq.
   300 Crown Building
   304 S. Franklin Street
   Syracuse, NY 13202

   J.G.B. Enterprises, Inc. relied upon this remit-to address and shipped product on behalf of Capital City Pipes, Inc. We have not received payment on this contract at this time.

3. Note – This contract was modified with P00002 dated 4/13/00 to change the remittance address to: Chase Manhattan Bank
   Routing # 021309434
   Account # 600-285235
   PO Box 4911
   Syracuse, NY 13202
   Authorized Official: Marla F. Share
   (315) 448-1418

continued

JGB enterprises inc.



This is the account information for J.G.B. Enterprises, Inc. On Friday, May 26, 2000 I received a call from our bank stating they had received a check for Capital City Pipes along with various paperwork. Upon review of the paperwork it shows a check in the amount of $57,365.79 with an offset of $115,365.79! A letter enclosed from the Government dated February 4, 2000 shows that Capital City Pipes is indebted to the Government for a duplicate payment on a prior contract. When the Modification P00002 was done on April 13, 2000, J.G.B. Enterprises, Inc. was enticed to once again ship product on behalf of Capital City Pipes.

4. These invoices are for additional monies due J.G.B. Enterprises, Inc. for additional testing required on these two contracts. These monies should be paid directly to J.G.B. Enterprises, Inc.

Demand is hereby made for all monies due and owing to J.G.B. Enterprises, Inc. Time is of the essence in this matter. Your payment in the amount of $220,147.31 is to be in our office no later than Friday, June 9, 2000. I would hope that you will honor your responsibility to our company.

Sincerely,

Robert G. Zywicki
Vice President

Taylor 614-692-4920

RGZ:mjf

fax

Gen Mary L. Saunders cc: Commander, DSCC, Columbus, OH — 614-692-1404 ✓
Carolyn Matthews, Contracting Officer, DSCC — 614-692-1488 ✓
Phyllis Moore, Contracting Officer, DSCC — 614-692-5298 –
Ann Turner, Legal, DSCC — 614-692-4774 ✓
Steve Roberts, ACO, DCM, Syracuse, NY – 423-8960 ✓ 448-7830
Wayne Redmond, QAR, DCM, Syracuse, NY – mailbox JOB
Commander, DCM, Clearwater, FL — 727-579-3106 ✓
U.S. Small Business Administration, Jacksonville, FL 904-443-1980 443-1959

# FAX TRANSMITTAL FORM

TO: Small Business Office
(Company Name)

ATTN: Mr. Michael Taylor

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM Robert G. Zywicki

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

# FAX TRANSMITTAL FORM

TO: Commander, DSCC
(Company Name)

ATTN: Brig General Mary L. Saunders

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

# FAX TRANSMITTAL FORM

TO: DSCC
(Company Name)

ATTN: Carolyn Matthews, CO

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM Robert G. Zywicki

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

# FAX TRANSMITTAL FORM

TO: Legal- DSCC
(Company Name)

ATTN: Ann Turner

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM Robert G. Zywicki

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

# FAX TRANSMITTAL FORM

TO: DCM - Syr
(Company Name)

ATTN: Steve Roberts

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM Robert G. Zywicki

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

# FAX TRANSMITTAL FORM

TO: DCM-Clearwater
(Company Name)

ATTN: Commander

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM Robert G. Zywicki

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

# FAX TRANSMITTAL FORM

TO: U.S. Small Business Admin Jacksonville, FL
(Company Name)

ATTN: ______________________

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM Robert G. Zywicki

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

TIME : MAY 31 '00
TEL NUMBER : 315-451-8503
NAME : JGB ENTERPRISES INC

| NR | DATE | TIME | DURATION | PGS | TO | MODE | | STATUS |
|---|---|---|---|---|---|---|---|---|
| 622 | MAY.31 | 08:27 | 00/30 | 1 | 215 443 4100 | EC | M | OK |
| 623 | MAY.31 | 08:41 | 00/59 | 2 | 4721004 | EC | M | OK |
| 624 | MAY.31 | 08:59 | 01/14 | 3 | 4223598 | G3 | M | OK |
| 625 | MAY.31 | 09:02 | 01/16 | 2 | 6723736 | G3 | M | OK |
| 626 | MAY.31 | 09:20 | 00/26 | 1 | 818 409 1565 | EC | M | OK |
| 627 | MAY.31 | 09:26 | 00/31 | 1 | 940 | EC | M | OK |
| 628 | MAY.31 | 09:39 | 00/36 | 1 | 5165612578 | EC | M | OK |
| 629 | MAY.31 | 09:40 | 00/36 | 1 | 914 679 1861 | EC | M | OK |
| 630 | MAY.31 | 09:41 | 00/34 | 1 | 19494422301 | EC | M | OK |
| 631 | MAY.31 | 09:42 | 01/15 | 1 | 201 784 4409 | EC | M | OK |
| 632 | MAY.31 | 09:44 | 00/32 | 1 | 914062457923 | EC | M | OK |
| 633 | MAY.31 | 09:45 | 00/30 | 1 | 2737004 | G3 | M | OK |
| 634 | MAY.31 | 09:47 | 00/29 | 1 | 4757257 | EC | M | OK |
| 635 | MAY.31 | 09:48 | 00/36 | 1 | 9085345546 | EC | M | OK |
| 636 | MAY.31 | 09:48 | 01/34 | 1 | 419 222 5010 | EC | M | OK |
| 637 | MAY.31 | 09:52 | 00/31 | 1 | 602 365 7989 | EC | M | OK |
| 638 | MAY.31 | 09:53 | 00/45 | 2 | 19254559901 | EX | M | OK |
| 639 | MAY.31 | 09:54 | 00/44 | 2 | 9144281733 | EX | M | OK |
| 640 | MAY.31 | 09:57 | 00/38 | 1 | 12095293278 | G3 | M | OK |
| 641 | MAY.31 | 09:58 | 00/47 | 2 | 414 355 6129 | EC | M | OK |
| 642 | MAY.31 | 10:09 | 00/00 | 0 | 14809665001 | | M | 50 |
| 643 | MAY.31 | 10:59 | 00/36 | 2 | 13023227707 | EC | M | OK |
| 644 | MAY.31 | 11:19 | 00/29 | 1 | 9722455405 | EC | M | OK |
| 645 | MAY.31 | 11:32 | 02/03 | 3 | 2158499820 | EC | M | OK |
| 646 | MAY.31 | 11:42 | 01/40 | 4 | 6924920 | EC | M | OK |
| 647 | MAY.31 | 11:44 | 01/39 | 4 | 6146921904 – Brig Gen Saunders | EC | M | OK |
| 648 | MAY.31 | 11:46 | 01/16 | 4 | 6142381488 Carolyn Matthews | EC | M | OK |
| 649 | MAY.31 | 11:48 | 00/41 | 1 | ~~614 692 5298~~ | EC | M | NG D0 |
| 650 | MAY.31 | 11:49 | 02/11 | 4 | 6146924774 Ann Turner Legal | EC | M | OK |
| 651 | MAY.31 | 11:52 | 01/36 | 4 | 3154487830 – Roberts? | EC | M | OK |
| 652 | MAY.31 | 11:54 | 01/14 | 4 | 17275793106 – Commander, Clearwater | EC | M | OK |
| 653 | MAY.31 | 11:56 | 01/33 | 4 | 4431959– | EC | M | OK |
| 654 | MAY.31 | 11:58 | 00/42 | 1 | ~~614 692 5298~~ | EC | M | NG D0 |
| 655 | MAY.31 | 11:59 | 02/10 | 1 | 480 891 7208 | EC | M | OK |
| 656 | MAY.31 | 12:01 | 00/59 | 2 | 5108860731 | EC | M | OK |
| 657 | MAY.31 | 12:03 | 01/58 | 4 | 15629447711 | EC | M | OK |
| 658 | MAY.31 | 12:05 | 00/40 | 1 | ~~614 692 5298~~ | EC | M | NG D0 |
| 659 | MAY.31 | 12:07 | 00/41 | 1 | ~~614 692 5298~~ | EC | M | NG D0 |
| 660 | MAY.31 | 12:11 | 00/41 | 1 | ~~614 692 5298~~ | EC | M | NG D0 |
| 661 | MAY.31 | 12:13 | 00/28 | 1 | ~~614 692 5298~~ | EC | M | OK 30 |

TIME : MAY 31 '00
TEL NUMBER : 315-451-8503
NAME : JGB ENTERPRISES INC

| NR | DATE | TIME | DURATION | PGS | TO | MODE | | STATUS |
|---|---|---|---|---|---|---|---|---|
| 626 | MAY.31 | 09:20 | 00/26 | 1 | 818 409 1565 | EC | M | OK |
| 627 | MAY.31 | 09:26 | 00/31 | 1 | 940 | EC | M | OK |
| 628 | MAY.31 | 09:39 | 00/36 | 1 | 5165612578 | EC | M | OK |
| 629 | MAY.31 | 09:40 | 00/36 | 1 | 914 679 1861 | EC | M | OK |
| 630 | MAY.31 | 09:41 | 00/34 | 1 | 19494422301 | EC | M | OK |
| 631 | MAY.31 | 09:42 | 01/15 | 1 | 201 784 4409 | EC | M | OK |
| 632 | MAY.31 | 09:44 | 00/32 | 1 | 914062457923 | EC | M | OK |
| 633 | MAY.31 | 09:45 | 00/30 | 1 | 2737004 | G3 | M | OK |
| 634 | MAY.31 | 09:47 | 00/29 | 1 | 4757257 | EC | M | OK |
| 635 | MAY.31 | 09:48 | 00/36 | 1 | 9085345546 | EC | M | OK |
| 636 | MAY.31 | 09:48 | 01/34 | 1 | 419 222 5010 | EC | M | OK |
| 637 | MAY.31 | 09:52 | 00/31 | 1 | 602 365 7989 | EC | M | OK |
| 638 | MAY.31 | 09:53 | 00/45 | 2 | 19254559901 | EX | M | OK |
| 639 | MAY.31 | 09:54 | 00/44 | 2 | 9144281733 | EX | M | OK |
| 640 | MAY.31 | 09:57 | 00/38 | 1 | 12095293278 | G3 | M | OK |
| 641 | MAY.31 | 09:58 | 00/47 | 2 | 414 355 6129 | EC | M | OK |
| 642 | MAY.31 | 10:09 | 00/00 | 0 | 14809665001 | | M | 50 |
| 643 | MAY.31 | 10:59 | 00/36 | 2 | 13023227707 | EC | M | OK |
| 644 | MAY.31 | 11:19 | 00/29 | 1 | 9722455405 | EC | M | OK |
| 645 | MAY.31 | 11:32 | 02/03 | 3 | 2158499820 | EC | M | OK |
| 646 | MAY.31 | 11:42 | 01/40 | 4 | 6924920 | EC | M | OK |
| 647 | MAY.31 | 11:44 | 01/39 | 4 | 6146921904 | EC | M | OK |
| 648 | MAY.31 | 11:46 | 01/16 | 4 | 6142381488 | EC | M | OK |
| 649 | MAY.31 | 11:48 | 00/41 | 1 | 614 692 5298 | EC | M | NG D0 |
| 650 | MAY.31 | 11:49 | 02/11 | 4 | 6146924774 | EC | M | OK |
| 651 | MAY.31 | 11:52 | 01/36 | 4 | 3154487830 | EC | M | OK |
| 652 | MAY.31 | 11:54 | 01/14 | 4 | 17275793106 | EC | M | OK |
| 653 | MAY.31 | 11:56 | 01/33 | 4 | 4431959 | EC | M | OK |
| 654 | MAY.31 | 11:58 | 00/42 | 1 | 614 692 5298 | EC | M | NG D0 |
| 655 | MAY.31 | 11:59 | 02/10 | 1 | 480 891 7208 | EC | M | OK |
| 656 | MAY.31 | 12:01 | 00/59 | 2 | 5108860731 | EC | M | OK |
| 657 | MAY.31 | 12:03 | 01/58 | 4 | 15629447711 | EC | M | OK |
| 658 | MAY.31 | 12:05 | 00/40 | 1 | 614 692 5298 | EC | M | NG D0 |
| 659 | MAY.31 | 12:07 | 00/41 | 1 | 614 692 5298 | EC | M | NG D0 |
| 660 | MAY.31 | 12:11 | 00/41 | 1 | 614 692 5298 | EC | M | NG D0 |
| 661 | MAY.31 | 12:13 | 00/28 | 1 | 614 692 5298 | EC | M | OK 30 |
| 662 | MAY.31 | 12:23 | 01/04 | 1 | 704 587 0631 | EC | M | OK |
| 663 | MAY.31 | 12:33 | 01/33 | 4 | 4431959 | EC | M | OK |
| 664 | MAY.31 | 12:35 | 00/44 | 1 | 6723736 | G3 | M | OK |
| 665 | MAY.31 | 12:36 | 03/41 | 6 | 2158499820 | EC | M | OK |

# FAX TRANSMITTAL FORM

TO: DSCC
(Company Name)

ATTN: Phyllis Moore, CO

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM Robert G. Zywicki

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503