# In the United States Court of Federal Claims

| | | |
|---|---|---|
| MICHAEL KAWA,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 06-448 C<br><br>Filed February 11, 2008 |

**ORDER**

On January 30, 2008, plaintiff filed his fourth motion for an enlargement of time to conduct discovery and first motion for permission to serve additional interrogatories (docket entry 43). On February 6, 2007, defendant filed a response to plaintiff's fourth motion for an enlargement of time and first motion for permission to serve additional interrogatories (docket entry 44). On February 8, 2008, plaintiff filed a reply to defendant's response (docket entry 45).

Plaintiff's motion for permission to serve 25 additional interrogatories is **GRANTED** without prejudice to the Government's right to object if it deems them objectionable for any reason. Further, the plaintiff's motion for enlargement of time to complete discovery until April 30, 2008 is **GRANTED** without prejudice to the Government's right to move for a protective order if it deems the additional discovery sought to be objectionable. The parties are directed to confer in good faith to resolve any discovery disputes that may arise. In the event the parties cannot agree, they should call chambers to arrange a telephonic status conference with the Court so that the matter can be resolved expeditiously and without extensive motions practice.

The status conference set for March 4, 2008 at 9:30 a.m. (docket entry 42) will go forward as scheduled. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge