# In the United States Court of Federal Claims

| | |
|---|---|
| MICHAEL KAWA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-448 C<br><br>Filed March 4, 2008 |

**ORDER**

The parties participated with the Court in a telephonic status conference on Tuesday, March 4, 2008, in order to consider the course of future proceedings in this case.

In consideration of the discussion during the status conference, the Court does hereby **ORDER** that the parties shall participate with the Court in a post-discovery telephonic status conference on **Friday, May 9, 2008 at 9:30 am.** The Court will initiate the call.

At that time the Court, in consultation with the parties, will establish a schedule for further pre-trial proceedings looking toward either a trial on the merits (*see* paragraphs 13 through 17 of Appendix A) or disposition of all or part of the case by motion for summary judgment.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge