IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-448C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO RESCHEDULE STATUS CONFERENCE**

On May 9, 2008, this Court entered an order setting a briefing schedule for defendant's motion for summary judgment and scheduling a telephonic status conference for June 27, 2008 at 9:30 am. Defendant's counsel will be out of the office from June 26 through July 6, 2008, and, therefore, respectfully requests that this Court reschedule the telephonic status conference. Defendant proposes rescheduling the status conference for June 24 or 25, 2008, or the week of July 7, 2008. Defendant's counsel contacted plaintiff's counsel, Joseph Camardo, and was informed plaintiff does not object to this motion and will be available on the proposed dates.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ FRANKLIN E. WHITE, JR.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

May 9, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 9th day of May, 2008 a copy of the foregoing "DEFENDANT'S MOTION TO RESCHEDULE STATUS CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN