# In the United States Court of Federal Claims

| | |
|---|---|
| MICHAEL KAWA, Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-448 C<br>Filed May 12, 2008 |

**ORDER**

On May 9, 2008, the Court entered an order setting a status conference for June 27, 2008 at 9:30 am. Also on May 9, 2008, defendant filed an unopposed motion to reschedule the status conference due to a scheduling conflict, and proposed several alternative days (docket entry 51). After receipt of the motion, the Court spoke with counsel for plaintiff regarding his availability on the proposed days.

In light of the above, the Court does hereby **ORDER** that the status conference scheduled for Friday, June 27, 2008 at 9:30 am is **CANCELLED**. Instead, the parties shall participate with the Court in a telephonic status conference on **Wednesday, June 25, 2008 at 9:30 am.** The Court will initiate the call.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge