IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, Plaintiff, | ) | |
| v. | ) | No. 06-448C |
| THE UNITED STATES, Defendant | ) | (Judge George W. Miller) |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff respectfully requests an enlargement of time of thirty one (31) calendar days, to and including July 7, 2008, to file a Response to Defendant's Motion for Summary Judgment in the above case. Counsel for Defendant does not object to the relief requested herein.

The reason for this request is that after the recent status conference in the above case, counsel for Plaintiff approached counsel for Defendant regarding the possibility of a mediation session covering both the above captioned matter and the matter of JGB Enterprises v. United States, Court of Claims No. 01-680C. Counsel for Defendant indicated that she had to obtain certain required approvals for mediation. An extension of time is now requested so that approval of a mediation session may be obtained from Defendant, and so that such session may be set up if approved. Counsel for Plaintiff recalls that the Court had encouraged the parties to engage in settlement efforts during the status conference.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for an enlargement of time, and extend the time to file a Response to Defendant's Motion for Summary Judgment by thirty one days from June 6, 2008 to July 7, 2008.

Dated: May 19, 2008

s/Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
127 Genesee Street
Auburn, New York 10321
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorney for Plaintiff

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-448C |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller ) |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May 2008, a copy of the foregoing "PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

s/Joseph A. Camardo, Jr.