# In the United States Court of Federal Claims

| | |
|---|---|
| MICHAEL KAWA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-448 C<br><br>Filed May 19, 2008 |

## ORDER

On May 19, 2008, plaintiff filed an unopposed motion for enlargement of time, requesting an additional thirty one days to respond to defendant's motion for summary judgment (docket entry 53). Plaintiff represented that the extension of time was needed in order to give the parties an opportunity to explore the possibility of mediation in this case and in *J.G.B. Enterprises v. United States*, No 01-680C, which is pending on plaintiff's motion to recover legal fees and expenses under the Equal Access to Justice Act.

In view of the foregoing, the Court hereby **ORDERS** that plaintiff's motion for enlargement of time within which to file its response to defendant's motion for summary judgment until **Monday, July 7, 2008** is **GRANTED**. In light of the enlargement of time for plaintiff's filing, defendant's reply is now due by **Monday, July 21, 2008.** Furthermore, the telephonic status conference scheduled for June 25, 2008 at 9:30 am (docket entry 52) is rescheduled for **Friday, July 25, 2008 at 9:30 am.** The Court will initiate the call.

In its Order of May 9, 2008 (docket entry 48), the Court expressed the view that a July 28, 2008 trial date remained feasible. In light of this enlargement of time and the resulting revised briefing schedule, that date is no longer a viable trial date, a subject that will be revisited at the July 25, 2008 status conference if the case has not been resolved prior to that date.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge