IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-448C |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller) |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff respectfully requests an enlargement of time of thirty one (31) calendar days, to and including August 7, 2008, to file a Response to Defendant's Motion for Summary Judgment in the above case. Counsel for Defendant does not object to the relief requested herein.

The reason for this request is that Counsel for Plaintiff and Defendant have agreed to conduct mediation in the above case, and have formally requested the services of a Mediator from the Armed Services Board of Contract Appeals. This mediation session will cover both the above captioned matter and the matter of JGB Enterprises v. United States, Court of Claims No. 01-680C. An extension of time is now requested so that Counsel for both sides may prepare for and conduct mediation, possibly eliminating the need for further motion practice or proceedings in this case. Also, the parties would inform the Court that, with the Court's permission, they will refrain from commencing pretrial procedures until a firm trial date is set.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for an enlargement of time, and extend the time to file a Response to Defendant's

Motion for Summary Judgment by thirty one days from July 7, 2008 to August 7, 2008.

Dated: June 20, 2008

s/Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
127 Genesee Street
Auburn, New York 10321
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorney for Plaintiff

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL KAWA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-448C |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller ) |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June 2008, a copy of the foregoing "PLAINTIFF'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

s/Joseph A. Camardo, Jr.