# In the United States Court of Federal Claims

| | |
|---|---|
| MICHAEL KAWA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-448 C<br><br>Filed June 23, 2008 |

**ORDER**

On June 20, 2008, plaintiff filed its second unopposed motion for enlargement of time, requesting an additional thirty one days to respond to defendant's motion for summary judgment (docket entry 53). Plaintiff represented that the extension of time was needed in order to give the parties an opportunity to participate in mediation in this case and in *J.G.B. Enterprises v. United States*, No 01-680C, which is pending on plaintiff's motion to recover legal fees and expenses under the Equal Access to Justice Act. Plaintiff further represented that the parties have formally requested the services of a mediator from the Armed Services Board of Contract Appeals.

In view of the foregoing, the Court hereby **ORDERS** that plaintiff's motion for enlargement of time within which to file its response to defendant's motion for summary judgment until **Thursday, August 7, 2008** is **GRANTED**. In light of the enlargement of time for plaintiff's filing, defendant's reply is now due by **Thursday, August 21, 2008.**

Furthermore, the telephonic status conference scheduled for Friday, July 25, 2008 at 9:30 a.m. (docket entry 54) is rescheduled for **Monday, August 25, 2008 at 2:00 p.m.** The Court will initiate the call.

Plaintiff states that the parties have agreed to refrain from commencing the pretrial activities set forth in Appendix A to the Rules of the Court of Federal Claims until a firm trial date is set. The issue of when to schedule a trial will be revisited at the August 25, 2008 status conference if the case has not been resolved prior to that date.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge