# In the United States Court of Federal Claims

| | | |
|---|---|---|
| MICHAEL KAWA, Plaintiff, | ) | No. 06-448 C |
| v. | ) | Filed June 25, 2008 |
| THE UNITED STATES, Defendant. | ) | |

**ORDER**

On June 20, 2008, plaintiff filed his second unopposed motion for enlargement of time, requesting an additional 31days to respond to defendant's motion for summary judgment (docket entry 53). Plaintiff represented that the extension of time was needed in order to give the parties an opportunity to participate in mediation in this case and in *JGB Enterprises v. United States*, No. 01-680C, which is pending before the Court on plaintiff's motion for attorneys' fees and expenses under the Equal Access to Justice Act ("EAJA"). Plaintiff further represented that the parties had formally requested the services of a mediator from the Armed Services Board of Contract Appeals. On June 23, 2008, the Court granted plaintiff's second unopposed motion for an additional enlargement of 31 days (docket entry 56).

Following up on its order of June 23, the Court, through its law clerk, inquired of counsel whether, in light of their requests for two extensions of 31 days in order to pursue mediation, counsel wished the Court to suspend its consideration of plaintiff's motion for attorneys' fees and expenses under the EAJA in the *JGB* case. That motion has been fully briefed since April 30, 2008. At the Court's request, the parties participated in a telephonic status conference on June 24, 2008 to discuss their views on the Court's inquiry. After some discussion, counsel for defendant stated that the Government no longer wished to participate in mediation and preferred instead to await the Court's decision on JGB's EAJA application. The Court estimated that, in the absence of any suspension, its decision on JGB's EAJA application would likely be filed by the end of July.

In view of the foregoing, the Court **ORDERED** that plaintiff's response to the Government's motion for summary judgment shall be filed no later than **Tuesday, July 22, 2008**, and that defendant's reply in support of its motion shall be filed no later than **Tuesday, August 5**, **2008**. These dates supercede those set forth in the Court's two prior orders granting plaintiff's first and second unopposed motions for extension of time (docket entries 54 and 56). Those orders are hereby abrogated, and the dates set forth therein are cancelled. In view of the delay caused by the parties' shifting views on the desirability of mediation, the Court hereby

gives notice to the parties that the deadlines set forth in this paragraph will not be extended except upon a strong, documented showing of the most compelling circumstances. Compelling circumstances do not include the press of other business or vacations.

The Court **FURTHER ORDERED** that the parties shall participate in a telephonic status conference on **Friday, August 8, 2008 at 10 a.m.** At that time the Court, in consultation with the parties, will establish a schedule for further pre-trial proceedings looking toward either a trial on the merits (*see* paragraphs 13 through 17 of Appendix A to the court's rules) or a disposition of all or part of the case on summary judgment. The Court will initiate the call.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge