functions that the ACO has. They're heading their own agency, a lot of them. So I really don't know.

Q. All right. So would you say that -- so unlike a PCO, they're not able to write new contracts; is that correct?

A. Correct.

Q. But as far as an existing contract goes, they can do, I don't want to put words in your mouth, but they can do most of what a PCO does?

A. Yes.

Q. All right. If you wouldn't mind, could you now turn over to Tab 8, and on these documents the numbers will be in the lower right-hand side so if you'd do me a favor and if you could turn to page 6 of those. Are you there?

A. Page 6, yes.

Q. Yeah. Now, is that an alert message of the type we were speaking of earlier?

A. Yes.

Q. All right. Do you recognize that document?

A. Yes. Yes.
Q. If you'd go over to page 20, which would be page 5 of purchase order 4191.
A. Well, if I could get it opened up. Just a second. Okay. I'm there.
Q. That's fine. All right. And you'll see a wording there stating Remit Payment To, correct?
A. Yes.
Q. And could you please read to me what it says under that?
A. It says Remit Payment To Michael Kawa, Esq., 300 Crown Building, 304 S. Franklin Street, Syracuse, New York 13202.
Q. All right. To your knowledge, was payment under this purchase order made to Michael Kawa?
A. According to the last document, no.
Q. All right. Do you know why payment wasn't paid to Michael Kawa?
A. I have no idea.
Q. All right. Looking at this specific purchase order 4191, what are the steps that would lead to payment being made in this

specific instance?

A. In this specific instance, hopefully the material was delivered.

Q. Okay. And when the material is delivered, who would verify it was delivered, how would it be verified?

A. Well, it would be in the system and since this was origin inspection it looks like, then there would be a DD250 submitted to the payment office along with -- you know, they'll also look at whatever the system said and then they would make payment.

Q. All right. Who would prepare this DD250?

A. The DCMC office.

Q. Would that be DCMC Clearwater?

A. Yes, if that's where the material was being inspected.

Q. All right. So in this particular instance the DCMC office would prepare this form and forward it onto the paying unit, so to speak; is that correct?

A. Yes.

Q. And then the paying unit would

release payment based on that?
A. Yes.
Q. Okay. Speaking of these -- DCMC Clearwater, would you have authority to inspect any files kept by DCMC Clearwater? Would you have access to documents they kept on 4191?
A. If I requested them.
Q. All right. So if you -- you had the power to view their files and documents on 4191?
A. Yes, if I requested them.
Q. Yeah. And you had the authority to request them to give you notifications on the contracts?
A. Yes.
Q. All right. And on this 4191, DCMC was administering the contract, right?
MS. COHEN: Objection. Asked and answered.
Q. Well, they were administering the contract for you, weren't they?
A. Clearwater?
Q. Yeah.

Q. Okay. If you'd look down under there's a column called Action Date, if you'd look down to May 31st, 2000, you'll see remarks, "JGB forwarded a letter to Michael Taylor small business advising they believed he misrepresented facts and blamed him for not getting paid. Phyllis Moore/contracting officer also received the letter." Does that assist you with your memory?
A. Yes.
Q. Okay. So you did receive the letter to Michael Taylor, correct, from JGB?
A. Yes.
Q. Okay. And then the next entry is 12, June 2000, correct?
A. Yes.
Q. And it states that you pulled your files and proposed a visit, correct?
A. Yes.
Q. So I'm assuming that you took steps to preserve the files in your possession; is that correct?
A. Yes.
Q. Okay. And then if you look down

further to, you know, the August 15th entry, it shows a claim being received from JGB, correct?

A. August the what?

Q. If you'd look down, there's an entry that says 15, August 2000 under Action Date.

A. I don't see a 15 August.

Q. Well, it states on July 2000 then slash 15 August; are you there?

A. Oh, okay.

Q. Are you there?

A. Yes.

Q. If you read over to the right there it states, "Claim received from JGB/DSCC/Phyllis Moore sent an interim reply to Joseph Camardo, JGB's attorney." Then it says, "14 August an alert was sent to the DCMC office asking for a financial responsibility analysis to be conducted on Capital City Pipes." Is that correct?

A. Yes.

Q. So after this claim was received, did you preserve the files under your control?

A. Yes.
Q. And did you preserve the files located in Defense Supply Center Columbus?
A. The ones that I could locate.
Q. Okay. Did you inform DCMC to preserve their files?
A. No, I don't recall.
Q. Okay. But you did notify them on August 14th asking that a financial responsibility analysis be conducted, correct?
A. Yes.
Q. Okay. If you'd just turn over to page 5 in that same tab, I'd appreciate it.
A. Okay. I'm there.
Q. All right. And am I correct that's an e-mail from you to Clearwater dated August 14th?
A. Yes.
Q. Take a moment to look at it. August 14th, 2000.
A. Yes. Okay.
Q. All right. And if you look down in the body of that letter the second sentence says, "The contracting officer has received a

request for equitable adjustment from the contractor's subcontractor for the above awards." Is that correct?
A. Yes.
Q. All right. So in this e-mail you inform Clearwater that you had gotten in a request for equitable adjustments, right?
A. Yes.
Q. And you already stated that you took action to preserve your own records in Columbus, correct?
A. Yes.
Q. After sending this, would you have expected DCMC to destroy their files on 4191?
MS. COHEN: Objection, speculation.
A. To do?
Q. Based on your knowledge of government contracting, did you expect them to destroy their files?
MS. COHEN: Same objection.
Q. Well, please answer the question, Ms. Moore. Ms. Moore?
A. Yes.
Q. Please answer the question. You

stated you're a contracting officer, correct, or were a contracting officer?

A. Yes.

Q. And you stated that you did take action to preserve your own files after getting this request for equitable adjustment?

A. Yes.

Q. Based on your knowledge of government contracting, would it be -- did you expect DCMC Clearwater to destroy their 4191 files after receiving this alert?

MS. COHEN: Same objection.

MR. VAN BUSKIRK: Are you directing her not to answer or just making an objection because I'd like to get her answer?

MS. COHEN: No, she can answer.

BY-MR.VANBUSKIRK:

Q. Yeah, go ahead and answer. The objections don't cut off the questioning. They're just for the record.

Would you have expected them to destroy files after getting this kind of an alert from you?

A. No.

IN THE UNITED STATES

COURT OF FEDERAL CLAIMS

---

MICHAEL KAWA,

Plaintiff,

vs. Index No. 06-448C

THE UNITED STATES,

Defendant.

_______________________________/

Deposition of LYNNE RAHTES, held on April 23, 2008, at DCMA St. Petersburg, 9549 Koger Street, St. Petersburg, Florida, commencing at 12:00 p.m., before Cindy R. French, Registered Professional Reporter and Notary Public in and for the State of Florida.

APPEARANCES:

BY: ADAM H. VAN BUSKIRK, ESQUIRE
(via telephone)
Camardo Law Firm, P.C.
127 Genesee Street
Auburn, New York 13021
(315) 252-3846
Attorney for Plaintiff

BY: MEREDYTH D. COHEN, ESQUIRE
(via telephone)
Commercial Litigation Branch Civil Division
Department of Justice Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.D. 20530
(202) 353-7978
Attorney for Defendant

Also present:
VASSO MONTA, ESQUIRE (via telephone)
Associate Counsel for DSCC

MARGARET ALTMAN, ESQUIRE

Counsel for Lynne Rahtes

A. Yes.
Q. Looking to the response, it states, "Ms. Rahtes had overall responsibility for the administration of these contracts"; is that correct?
A. Yes.
Q. So does it state there that you were administering Purchase Order 4191?
A. I was the ACO.
Q. So you were administering that contract?
A. I was the ACO.
Q. I know you were an ACO. Answer the question. Were you administering --
A. I was the ACO for this contract.
Q. So you were administering the contract?
A. Yes, along with my team.
Q. Yes. And you were administering this contract, along with Ms. Bader, correct?
A. If that's what the document said, that she was working on it at the time, then yes.
Q. So Ms. Bader was part of your team

while you were administering Purchase Order 4191, correct?

A. Apparently, it seems that way.

Q. After page 26, if would you continue turning the pages, you'll come to a certification by a woman named Vasso Monta, correct?

A. Yes.

Q. The next page you'll come to a certification by yourself, correct?

A. Correct.

Q. In the first paragraph of that certification, does it not say, "Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that I provided the factual information that was incorporated into the United States' responses to Interrogatories 24-27, 30, 33, 39, 40, 43"; isn't that correct?

A. Yes.

Q. All right.

A. And I provided it.

Q. Go back to page 26, Interrogatory 43 that we were just looking at. Did you

provide the information for that response?
A. Based on review of what Vasso had provided.
Q. Is the response you provided in those interrogatories correct?
A. Yes, apparently.
Q. So --
A. If I had gotten -- because I had reviewed -- in my certification, it also states that based on personal knowledge, information I obtained through review of documents in the record.
Q. So based on your personal knowledge and review, your answer to 43 is correct, to the best of your knowledge?
A. Yes.
Q. Is that an honest statement?
A. Yes.
Q. All right. Thank you. But based on your personal knowledge and your best review of documents, Kathryn Bader was part of your team while you were administering Contract 4191, correct?
A. Yes, yes. That's apparently what I

said.

Q. Thank you. All right. Now, back to this team. You stated that there were -- you don't remember quite how many people there were on the team, but you had members of this team in the same office with you, correct?

A. Yes.

Q. And were you the supervisor of this team?

A. No.

Q. Who was the supervisor of the team?

A. The team leader at the time was, I believe, Linda Ray.

Q. And what was Linda Ray's title back at that time?

A. Team leader.

Q. Was she an administrative contracting officer?

A. No.

Q. Was she any type of contracting officer?

A. No.

Q. Did she have any title other than

was involved in the day-to-day administration of Purchase Order 4191, correct?

A. Yes.

Q. All right. So if you had overall responsibility of this contract, you were supervising Ms. Bader, correct?

A. No. That is not how our agency is organized.

Q. Did you supervise the actions that Ms. Bader took on Purchase Order 4191?

A. I would review certain actions of Ms. Bader, but I did not supervise her.

Q. All right. So would it be fair to say that you would review the contractual type actions that she would take on 4191 --

A. Sometimes.

Q. -- from time to time?

A. Sometimes.

Q. But you were not her supervisor in a personnel or in a disciplinary sense. Is that what you're getting at?

A. Right.

Q. In a contracting sense, you did have overall responsibility for this Purchase Order

4191?

A. Ultimately, yes. But the contract administers are also responsible for the administration. And the ACO would generally provide guidance or direction if needed.

Q. All right. If you could turn back to tab 1, please, back to that page 17 of tab 1.

A. Okay.

Q. And if you look to box 6, as we stated earlier, it states they are issued by Defense Supply Center Columbus. And box 7 states, administered by DCMC DCMA Clearwater?

A. Yes.

Q. How would you communicate with Defense Supply Center Columbus?

MS. COHEN: Objection. It assumes facts not in evidence.

Q. Would you communicate with Defense Supply Center Columbus as part of your administration of contracts?

A. Sometimes we communicate directly with the customer or not, as needed.

Q. All right. At times when you did

Q. So that would be the agency that would be in box 6, for example, on Purchase Order 4191?
A. Yes.
Q. All right. All right. Back to this team that you have in your office. Did your team maintain files on the contracts that they were administering --
A. Yes.
Q. -- generally?
A. Yes.
Q. All right. What would your file generally consist of?
A. It would consist of the contract, any modifications, various --
Q. Would it consist of correspondence relating to the contract?
A. Generally.
Q. All right. Where were these files kept within your office at that time?
A. In a large Lectriever.
Q. Could you repeat that last word?
A. Lectriever.
Q. Could you describe what a Lectriever

is?

A. It's a revolving file cabinet.

Q. All right. And who was responsible for putting documents into this Lectriever, generally?

A. The contractors -- well, anybody could, but generally it would be the people who were assigned or cognizant over any particular file.

Q. Okay. Was there a particular secretary or assistant that was responsible for maintaining these files?

A. No.

Q. All right. So the particular contract specialist that had something they wanted to put in the file could go and put it in this Lectriever, as you call it?

A. Yes.

Q. All right. Who could remove documents from this Lectriever?

A. Anyone.

Q. All right. And being the ACO, I assume that you, obviously, were free to go to this Lectriever and view any file that

you wanted, correct?

A. Yes.

Q. All right. If you wouldn't mind, could you please turn to tab 2 of your binder. And, once again, you're going to see some material from your attorney followed by some page-numbered documents. And I'd appreciate it if you could turn to page 100 of these documents.

A. Okay.

Q. And you can take a moment to look this over, but as you can see, it's captioned a "Notice of Assignment." And it is addressed to DCMC St. Petersburg, correct?

A. Yes.

Q. All right. Would a document of this sort generally be placed into the contract files at DCMC?

A. Eventually.

Q. Do you recognize this document?

A. No, I don't.

Q. All right. Have you ever looked at this document before? If you can't remember, that's fine. I would just like to know if

you can remember.
A. I don't recall.
Q. You don't know whether you've seen it or not; is that fair to say?
A. Yeah. I don't recall seeing it.
Q. Now, as we said, this is a Notice of Assignment. Would processing assignments be the sort of thing your office would do pursuant to administering a contract?
A. Yes.
Q. All right. Would you personally process Notices of Assignment as a general procedure?
A. Personally, no.
Q. Ms. Rahtes?
A. Yes.
Q. I was asking if you would, as a general procedure, personally process Notices of Assignment?
A. Personally --
MS. COHEN: She answered.
MR. BUSKIRK: It's not been answered. I'm waiting for an answer. If there was an answer, perhaps I didn't hear

it.

THE WITNESS: I said personally, no.

Q. All right. Is this the type of thing that would be performed by a contracting specialist?

A. Contract administrator.

Q. All right. And was Ms. Bader a contract administrator?

A. Yes.

Q. All right. But as we discussed earlier, you had general oversight over these contracts, correct?

A. Yes.

Q. Would your contract administrators, as a general rule, speak to you before processing a Notice of Assignment?

A. Probably.

Q. All right. And you can't specifically remember whether this was brought to your attention or not, this notice, but generally they probably would, correct?

A. Right.

Q. All right. All right. If you'd please look over towards the tab 6 of your

specialist are to monitor -- did you say delivery?

A. They monitor performance and delivery of the product on the contract.

Q. Okay. And how was Mr. Slack monitoring these things?

A. Various ways, through the MOCAS System, through telephonic communication to the company, through communication to the QAR responsible for acceptance of product.

Q. All right. So after Mr. Slack would verify that material had been delivered, what actions would he take regarding payment?

A. None.

Q. How would payment be released?

A. The contractor invoices DFAS for their payments. And if the delivery has been accepted and posted into MOCAS and matches up to the payment request, the payment is sent.

Q. You state that delivery has been posted. Who would post delivery?

A. Those go into the MOCAS System, which is -- resides and is the responsibility

of DFAS Columbus.
Q. All right. Would Slack make an entry into this system?
A. He might make an entry related to a delivery of a line item.
Q. So I'm not trying to put words in your mouth, but when Slack saw that items had been delivered, he can make an input into this system, correct?
A. Correct.
Q. And then after he's made input into the system, this shows the paying activity that the item has been delivered; is that correct?
A. No. He would not make the entry himself into the system. When a company ships product, they utilized a Form DD250, which is then processed through the system, and the shipment is recorded in MOCAS.
Q. All right. But who verifies that the shipment arrived?
A. If we -- if the inspection and acceptance is at origin, we take -- we accept product on site. The Government at

that point holds title to the -- whatever it is. And the contractor then ships it to wherever the contract instructed them to ship it.

Q. All right. So when you state "we," you're referring to DCMC Clearwater, correct? You stated that when we --

A. When we accept it, yes.

Q. So you, DCMC Clearwater, accepts this material, correct? That's what you're saying?

A. If we are delegated to have government source inspection, we would then accept the product on behalf of the Government.

Q. All right. And then after the product is accepted, how do you let the paying office know that you have accepted the material?

A. I just explained. The DD250 shipping report is processed through MOCAS and is recorded in that system, which allows DFAS to then match that up to a payment request and process payment. It's an

automated system.

Q. We mentioned Mr. Slack a moment ago. Was Mr. Slack a contracting officer?

A. No.

Q. All right. So would it be correct to say that Mr. Slack was not authorized to take contractual actions?

A. He wouldn't be authorized to modify or change a contract.

Q. All right. But looking at this e-mail stating, "This serves as authorization for the ACO to take whatever contractual actions necessary to keep these orders viable," that would be a delegation to the ACO, giving them the authority to modify a contract?

A. It's a delegation to the contract administration team.

Q. All right.

A. If Mr. Slack felt that some contract change was needed, he would have come to me and discussed it.

Q. All right. So if Mr. Slack -- so Contracting Officer Moore here was delegating

to your team the authority to take any contractual action necessary, correct?

A. That's what it says.

Q. Okay. If you'd look back to the first paragraph in this e-mail, if you can read there -- as I say, I apologize there's some legibility issues -- but it does state, "You are hereby requested to maintain surveillance of these contracts and report to this office on a 30-day interval."

Do you see that?

A. Yes.

Q. Okay. Now, what sort of report would be made to a contracting officer as a result of this?

What kind of reports do you, as a matter of course, make when requested by a contracting officer?

A. I wouldn't make a report on our surveillance and delivery. Our industrial specialist would submit something to them. It could be any various formats. He could have utilized the Alert System. He could have just submitted it by a spreadsheet on

an e-mail.
I mean, there's various ways that you can provide the information that they want, which appears to be that they wanted us to continue surveillance on deliveries.
Q. All right. Did your team make any notifications --
A. I do not know.
Q. -- from this e-mail?
A. I do not know.
Q. All right. Is it that you don't remember one way or another? Is that fair to say?
A. That's fair to say. I don't know. I don't recall. I wouldn't know.
Q. If you'd please turn to tab 7.
A. Okay.
Q. There's documents in there that they have page stamps down at the lower right-hand corner.
A. Uh-huh. (Indicates affirmatively.)
Q. If you would go over to page 5.
A. Okay.
Q. All right. And you'll see a

document there from Capital City Pipes to a Ms. Kathy Bader, who we've already discussed was one of your administrators, correct?

A. Yes.

Q. All right. And would you please read the first numbered paragraph.

A. "Mr. Michael Kawa, Esquire is an attorney and Capital City Pipes president and CEO, Mr. Lee Gilliam and JGB Enterprises, Incorporated, president/CEO Mr. Jay Bernhardt signed an agreement to utilize Mr. Michael Kawa, Esquire as a go-between on this contract. If you require a copy of the agreement in order for this contract to be fulfilled, please let me know."

Q. All right. Thank you. And you can take a moment to look at this correspondence. But is this the type of correspondence that would normally be placed in the file?

A. Yes.

Q. All right. Do you recall when payment was made on contract -- on Purchase Order 4191?

A. No, I do not.

document before?

A. Nope.

Q. But you don't have any reason to believe that that's not correct, that payment was made on April 24th, do you?

A. No.

Q. All right. Going back to tab 7, if you would, please.

A. Okay.

Q. And going back to page 5.

A. Okay.

Q. It's correct, isn't it, and you earlier read from the document where it states that Mr. Michael Kawa is an attorney and is being used as a go-between between Capital City Pipes and JGB, correct, you already read that? What's the date on that letter?

A. April 5th, 2000.

Q. All right. So this letter is dated before payment on 4191, correct?

A. Apparently.

Q. All right. And this is the type of document that normally would have been placed

in the contracting file by Ms. Bader?
A. Yes.
Q. Is that correct, Ms. Rahtes?
A. Yes.
Q. All right. And so it would be fair to say that a member of your team knew who this Michael Kawa was before payment being made on 4191?
A. Apparently.
Q. All right. Speaking of files, you've already mentioned you would have kept a file on Purchase Order 4191. Do you know where that file is today?
A. I believe it's been destroyed.
Q. Okay. Approximately when do you believe it would have been destroyed?
A. The procedure for archiving contracts would stipulate that a purchase order, Part B, ODO contract such as these would be kept in the file cabinet for six months after it was physically complete, and then it would be destroyed.
Q. Okay. We already discussed that payment was made on April 24th. So doing

the math for you, would you say that that would mean that on October 24th, 2000, the files could have been destroyed, according to your policy?

A. Somewhere at that time, yes.

Q. Okay.

A. I can't tell you the exact date.

Q. Did DCMC receive notice of a possible claim regarding Purchase Order 4191 before destroying these documents?

A. Not to my knowledge.

Q. If you wouldn't mind, I'd ask you to look over to page 5, please -- or tab 5. I misspoke.

A. Okay.

Q. And you'll see there a letter dated May 30th, 2000, from JGB Enterprises to a Mr. Michael Taylor. And if you'll turn to the third page of that letter, if you would.

A. Okay.

Q. You'll see it being cc'd to a -- if you look, there's a block of courtesy copies at the bottom. It was cc'd to a Commander, DCM, Clearwater, Florida. Do you observe

that?
A. Yes.
Q. Okay. And there's a facsimile number to the right of that. Do you recognize that fax number?
A. It's the fax number to the commander's office.
Q. Okay. That is the fax number to the commander's office. All right. And if you turn back to the first page of that letter, if you could. If you'd look at the second paragraph, it states, "Outlined below is money owed JGB Enterprises, Incorporated under various contracts with Capital City Pipes and discussion of each."
And then there's a listing of contracts, one of them being the 4191 purchase order we've been speaking of, correct?
A. Uh-huh. (Indicates affirmatively.)
Q. All right. Do you know of any action taken by DCMC to preserve the Purchase Order 4191 files?
A. No.

Q. Did DCMC receive notice from Defense Supply Center Columbus of a request for equitable adjustment before they destroyed the Purchase Order 4191 files?
A. I don't recall.
Q. If you don't mind, if we could go back to tab 1, please.
A. Okay.
Q. All right. If you'd look to the top, this is, as you can see, another e-mail from Phyllis Moore. This one is dated --
A. Oh wait. What page?
Q. Oh, I'm sorry. Page 5, tab 1.
A. All right.
Q. All right. It's an e-mail from a Phyllis Moore dated August 14th, 2000. It's addressed to DCMC Clearwater/Slack, correct? Do you see that, Ms. Rahtes?
A. Yes.
Q. If you'd look down to the text of the message, it states -- first of all, it gives a listing of contract and purchase order numbers. And if you look in that list, if you can take a moment to look, but

it does contain the 4191 purchase order, does it not?
A. Oh, okay.
Q. Do you see the number there?
A. Yeah.
Q. All right. Looking down to the text of the message, it states, "Reference above-mentioned orders with Capital City Pipes. The contracting officer has received a request for equitable adjustment from the contractor's subcontractor for the above awards."
Do you see that?
A. Yes.
Q. To your knowledge, after August 14th, 2000, did your team at DCMC Clearwater take any actions to preserve the Purchase Order 4191 contract files?
A. No.
Q. Did your team receive this e-mail before destroying the files?
A. I don't recall.
Q. You don't recall whether it came or not; is that what you're saying?

# FACSIMILE TRANSMISSION HEADER PAGE

**TO:** NAME: Shelma Williams

COMPANY: Capital City Pipes

FAX #: 

**FROM:** LU ANN BOCSY

DSCC, LDBA / COLUMBUS OHIO

TELEPHONE: 614-692-3234

FACSIMILE: 614-692-5298

SUBJECT: Request for quote. The only small business source that is waived for first article testing is Durodyne (42913). This is our 2nd attempt for an award together. If you have questions please call me.

Thanks

NUMBER OF PAGES IN THIS TRANSMISSION: 11

LuAnn Bocsy

REQUEST FOR QUOTATIONS
(THIS IS NOT AN ORDER)

The notice of Total Small Business Set Aside on the Continuation Sheets [X] is [ ] is not applicable. [Clause I37]

PAGE 01 OF PAGES 10

1. REQUEST NO. SP0750-99-Q-5778
2. DATE ISSUED 99 JUL 21
3. REQUISITION/PURCHASE REQUEST NO. YPC99014000938
4. CERT. FOR NAT. DEF. UNDER BDSA REG.2 AND/OR DMS REG.1 — RATING DOA1

5A. ISSUED BY
DEFENSE SUPPLY CENTER COLUMBUS
3990 E. BROAD ST.
P.O. BOX 16704
COLUMBUS, OHIO 43216-5010
ATTN: DSCC- LDBA1
FAX NO: (614)692-5298

6. DELIVER BY (Date)
[SEE PARAGRAPH "d" BELOW]
150 DAYS AFTER DATE OF AWARD

5B. FOR INFORMATION CALL: (Name and telephone no.) (No collect calls)
BUYER/CODE LuAnn Bocsy DSCC-PLLDBA1 A/C (614) 692-3234

7. DELIVERY
[SEE PARAGRAPH "b" BELOW]
[X] FOB DESTINATION [ ] OTHER (See Schedule)

8. TO: NAME AND ADDRESS, INCLUDING ZIP CODE
CAPITAL CITY PIPES INC
1872 MILLS ST SUITE F
TALLAHASSEE FL 32310-0205

9. DESTINATION (Consignee and address, including ZIP Code)
SEE SCHEDULE CONTINUATION SHEET

10. PLEASE FURNISH QUOTATIONS TO THE ISSUING OFFICE ON OR BEFORE CLOSE OF BUSINESS (Date)
99 AUG 21

11. BUSINESS CLASSIFICATION (Check appropriate boxes)
a. STANDARD INDUSTRIAL CLASSIFICATION CODE 3494
b. SMALL BUSINESS SIZE STANDARD 500
[ ] SMALL [ ] OTHER THAN SMALL [ ] DISADVANTAGED [ ] WOMEN-OWNED

IMPORTANT: This is a request for information, and quotations furnished are not offers. If you are unable to quote, please so indicate on this form and return it. This request does not commit the Government to pay any cost incurred in the preparation of the submission of this quotation or to contract for supplies or services. Supplies are of domestic origin unless otherwise indicated by quoter. Any representations and/or certifications attached to the Request for Quotations must be completed by the quoter.

12. VENDOR DATA (Please fill in all blocks below)

QUOTER MUST COMPLETE THE FOLLOWING (Subject to penalties of 18 USC 1001):

a. Shipping Point [City and State]:

b. F.O.B POINT [ ] Destination [ ] Origin

PRODUCTION FACILITIES [Indicate name and complete address including ZIP code]:

Place of Manufacture: ______ Code: ______
Place of Inspection [Supplies]: ______ Code: ______
Place of Inspection [Packaging]: ______ Code: ______

d. BEST DELIVERY ______ days after date of award. [If no entry is made, delivery specified in Block 6 will apply].
CAUTION: THE GOVERNMENT RESERVES THE RIGHT TO CONSIDER ONLY THOSE QUOTATIONS MEETING DELIVERY SPECIFIED IN BLOCK 6.

e. QUOTATION IS: VALID FOR 60 days from date specified in Block 10 above or until ______

f. SUBJECT TO Basic Ordering Agreement No. ______.

g. REMITTANCE ADDRESS: [ ] SAME AS BLOCK 14 [BELOW] [ ] OTHER: [Name, Street, City, State, Zip]

| 13. DISCOUNT FOR PROMPT PAYMENT | 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | CALENDAR DAYS |
|---|---|---|---|---|
| | % | % | % | % |

NOTE: Continuation Sheets must also be completed by quoter.

14. NAME AND ADDRESS OF QUOTER (Street, city, county, State, and ZIP Code)
CAGE CODE

15. SIGNATURE OF PERSON AUTHORIZED TO SIGN QUOTATION

16. DATE OF QUOTATION

FACSIMILE NUMBER ______
TOLL FREE NUMBER ______

17. NAME AND TITLE OF SIGNER (Type or print)

18. TELEPHONE NO. (Include area code)

00015

DPACS STANDARD FORM 18 (REV. 10-83)
Prescribed by GSA FAR(48 CFR) 53.215-1(a)

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0750-99-Q-5778

PAGE 02 OF 10 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PR YPC99014000938<br>NSN 4720-00-978-8887<br><br>ITEM DESCRIPTION:<br><br>HOSE ASSEMBLY, NONMETALLIC, 4 IN. ID, 10 FT LG, ALUMINUM ALLOY QUICK DISCONNECT MALE AND FEMALE COUPLINGS, SPEC TITLE, HOSE AND HOSE ASSEMBLY, NONMETALLIC, SUCTION AND DISCHARGE. END ITEM, SUPPORT EQUIPMENT, B-52, F-111 AND C-135 AIRCRAFT.<br><br>DLAD 52.246-9000, CERTIFICATE OF QUALITY COMPLIANCE APPLIES. DLAD 52.246-9003, MEASURING AND TEST EQUIPMENT AND DLAD 52.246-9004, PRODUCT VERIFICATION TESTING, ALSO APPLIES IF THIS SOLICITATION/AWARD CALLS FOR GOVERNMENT INSPECTION AT SOURCE.<br><br>IF AQLS ARE LISTED IN THE SPECIFICATION(S) OR DRAWING(S) THEY MAY BE USED TO ESTABLISH THE AUTHORIZED SAMPLE SIZE, HOWEVER, THE ACCEPTANCE NUMBER FOR THIS CONTRACT IS ZERO; I.E., THIS CONTRACT REQUIRES A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS AND REJECTS ON ONE OR MORE DEFECT(S).<br>I43 CONTRACTOR FIRST ARTICLE TEST IS REQUIRED.<br><br>"CLASS I OZONE DEPLETING CHEMICALS ARE NOT TO BE USED NOR INCORPORATED IN ANY ITEMS TO BE DELIVERED UNDER THIS CONTRACT. THIS PROHIBITION SUPERSEDES ALL SPECIFICATION REQUIREMENTS BUT DOES NOT ALLEVIATE ANY PRODUCT REQUIREMENTS. SUBSTITUTE CHEMICALS MUST BE SUBMITTED FOR APPROVAL UNLESS THEY ARE AUTHORIZED BY THE SPECIFICATION REQUIREMENTS."<br><br>DLAD 52.246-9004, PRODUCT VERIFICATION TESTING, APPLIES. THIS CLAUSE IS A GOVERNMENT OPTION THAT CAN ONLY BE INVOKED UPON THE COGNIZANT CONTRACT ADMINISTRATION OFFICE NOTIFYING THE CONTRACTOR THAT PVT SAMPLES ARE TO BE SELECTED.<br><br>THE INTERNATIONAL ORGANIZATION FOR STANDARDIZATION (ISO) 9002 OR A "TAILORED" PROGRAM MEETING THE FOLLOWING ISO 9002 | | | | |

CONTINUED ON NEXT PAGE

00016

**CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED: SP0750-99-Q-5778 | PAGE 03 OF 10 PAGES

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PARAGRAPHS APPLIES:<br>4.5, DOCUMENT CONTROL: LIMITED TO INSPECTION AND TESTING AS WELL AS APPLICABLE DRAWINGS, SPECIFICATIONS AND INSTRUCTIONS REQUIRED BY CONTRACT<br>4.6, PURCHASING: 4.6.1 AND LIMITED TO 4.6.2 A) AND 4.6.4.2, ALL OTHER PARTS OF PARAGRAPH ARE HEREBY DELETED<br>4.7, CUSTOMER-SUPPLIED PRODUCT:<br>4.8, PRODUCT IDENTIFICATION & TRACEABILITY:<br>4.10, INSPECTION & TESTING:<br>4.11, INSPECTION, MEASURING & TEST EQUIPMENT:<br>4.12, INSPECTION AND TEST STATUS:<br>4.13, CONTROL OF NONCONFORMING PRODUCT:<br>4.14, CORRECTIVE AND PREVENTIVE ACTION: PARAGRAPH 4.14.3 APPLY TO PRODUCT ONLY<br>4.16, QUALITY RECORDS:<br>POTENTIAL CONTRACTORS MUST IDENTIFY THE ACTUAL PLACE OF MANUFACTURE OF THE HOSE AT THE TIME OF SOLICITATION.<br><br>I/A/W SPEC NR MIL-H-27516D<br>BASIC DTD 77 AUG 03<br>AMEND NR DTD<br>TYPE NUMBER: M27516F4.0T1000 | | | | |
| 0001 | PR YPC99014000938 PRLI 0001 | 248 | EA | | |
| | PREP FOR DELIVERY:<br><br>PKGING DATA - MIL-STD-2073-1B & MIL-STD-2073-2C, 21 JUN 1991<br>QUP = 001: PRES MTHD = AE: CLNG/DRY = 1: PRESV MAT = 00: WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0: UNIT CONT = 00: LEVEL PRESV = A: OPI = O:<br>PACK CODE = U: PACKING LEVEL = C:<br>MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129M SPECIAL MARKING CODE: 99 - NO CODES IN THIS TABLE ONLY MIL-STD-129.<br>PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV A DATED 96150<br>.<br><br>DOD LOGMARS BAR CODE MARKING REQUIRED IAW MIL-STD-129M, DATED 15 JUN 93 AND MIL-STD-1189B, DATED 10 AUG 89. | | | | |

CONTINUED ON NEXT PAGE

00017

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>SP0750-99-Q-5778 | PAGE OF<br>04 | 10<br>PAGES |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

SECTION B

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | PARCEL POST ADDRESS:<br><br>SW3100<br>MECHANICSBURG FACILITY<br>DEF DIST DEPOT SUSQUEHANNA PA<br>GENERAL SUPPLIES<br>MECHANICSBURG PA 17055-0789<br><br>FREIGHT SHIPPING ADDRESS<br><br>SW3100<br>MECHANICSBURG FACILITY TRNS OFFICER<br>DEF DIST DEPOT SUSQUEHANNA PA<br>5450 CARLISLE PIKE<br>MECHANICSBURG PA 17055-0789<br><br>NON-MILSTRIP RDD 03/12/99 PROJ | | | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

00018



36-109
* GPO : 1983 O - 381-526 (8050)

STANDARD FORM 36 (REV. 10-83)
Prescribed by GSA

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED SP0750-99-Q-5778 | PAGE OF 05 | 10 PAGES |
|---|---|---|---|

ATTENTION CONTRACTORS!!

ALL CONTRACTORS ARE REQUIRED TO REGISTER IN THE CENTRAL CONTRACTOR REGISTRATION (CCR) SYSTEM BY MAY 31, 1998 (DEFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT (DFARS) 204.7302). UNREGISTERED CONTRACTORS WILL NOT BE ELIGIBLE FOR AWARDS SOLICITED AFTER THAT DATE. YOU MAY REGISTER OR CHECK YOUR CCR REGISTRATION STATUS AT THE CENTRAL CONTRACTOR REGISTRATION SITE - (HTTP://CCR.EDI.DISA.MIL/)

HELP WITH CCR REGISTRATION IS AVAILABLE AT YOUR REGIONAL ELECTRONIC COMMERCE RESOURCE CENTER (ECRC) (HTTP://WWW.ECRC.UOFS.EDU/REGIONAL.HTML)

VENDORS WILL NEED TO SUPPLY A DUNS NUMBER WITH ALL QUOTATIONS REGARDLESS OF DOLLAR VALUE IN THE NEAR FUTURE. A DUNS NUMBER IS ALSO A REQUIREMENT FOR CCR REGISTRATION. YOU MAY REQUEST A DUNS NUMBER AT THE D-U-N-S NUMBER REQUEST FROM SITE, HTTP://WWW.DBISNA.COM/DBIS/DNBHOME.HTM

****************************************

PRICE BREAK RANGES

If a larger quantity is obtainable at no additional total price due to a minimum order quantity/value or any other reason, the offeror agrees to record below the maximum quantity of the product cited in this RFQ which can be furnished for such total price, along with the lower unit price for such increased quantity. If yet lower unit prices are available for greater quantities, offerors are requested to enter the lower unit prices and quantity ranges to which such prices will apply. The Government may elect to accept such alternate quantity quotations without further solicitation or discussion. (DLAD 52.213-9000)

| | | | |
|---|---|---|---|
| | to | U/I EA $ | ________ |
| QTY | to | U/I EA $ | ________ |
| QTY | to | U/I EA $ | ________ |
| QTY | to | U/I EA $ | ________ |
| QTY | to | U/I EA $ | ________ |
| QTY | to | U/I EA $ | ________ |

****************************************

ALL PROVISIONS AND CLAUSES ARE PRINTED IN FULL TEXT IN THE DCSC MASTER SOLICITATION SMALL PURCHASES, JAN 1992. THE DCSC MASTER SOLICITATION-SMALL PURCHASES IS AVAILABLE ON THE INTERNET VIA THE DSCC WEB SITE AT WWW.DSCC.DLA.MIL. FROM THE HOME PAGE, CLICK ON "ELECTRONIC BID BOARD (EBB)," THEN UNDER REFERENCES, THE "S9C" CONSTRUCTION MASTER SOLICITATION IS LOCATED IN PROVISIONS AND CLAUSES.
THE FOLLOWING PROVISIONS AND CLAUSES ARE INCORPORATED HEREIN BY REFERENCE: PROVISIONS-1, 5, 6, 7(DEVIATION), 8, 16, 17, 18(DEVIATION), 23, 24, 26, 27, 32, 34, 38 CLAUSES - A1A -A1D, C01 - C03, D01 - D06, M01-M03 M05-M07, N03, N05, Q05. WITH THE FOLLOWING EXCEPTIONS:CLAUSES A1A(7), BUY AMERICAN ACT AND BALANCE OF PAYMENTS PROGRAM AND A1A(14), CONVICT LABOR, DO NOT APPLY TO MICRO-PURCHASES. CLAUSES A1A(2), OFFICIALS NOT TO BENEFIT, A1A(4), COVENANT AGAINST CONTINGENT FEES, A1A(5), RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT, A1A(6), ANTI-KICKBACK PROCEDURES, A1A(33), DRUG-FREE WORKPLACE (EXCEPT FOR INDIVIDUALS), AND A1B(1), CONTRACT WORK HOURS AND SAFETY STANDARDS ACT-OVERTIME COMPENSATION, DO NOT APPLY TO ACQUISITIONS AT OR BELOW THE SIMPLIFIED ACQUISITION THRESHOLD ($100,000). CLAUSE A1A(15) ...L OPPORTUNITY (FAR 52.247-48)(DEVIATION) IS APPLICABLE IN ... OF FAR 52.247-48; CLAUSE A1A(16) NOTIFICATION OF VISA ...AL (FAR 52.222-29) (DEVIATION) IS APPLICABLE IN LIEU OF ...AR 52.222-29; CLAUSE A1A(31), ELECTRONIC FUNDS TRANSFER PAYMENT METHODS IS DELETED AND REPLACED WITH FAR CLAUSE 52.232-33, MANDATORY INFORMATION FOR ELECTRONIC FUNDS TRANSFER PAYMENT; CLAUSE A1C, AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES FAR 52.222-36 DOES NOT APPLY TO ACQUISITIONS AT OR BELOW $10,000; CLAUSE I16, PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTOR'S DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT, FAR 52.209-6, APPLIES TO ACQUISITIONS OVER $25,000. M04, F.O.B. DESTINATION-EVIDENCE OF SHIPMENT (FAR 52.247-48) (DEVIATION) IS APPLICABLE IN LIEU OF FAR 52.247-48)

***ALTERNATE DISPUTE RESOLUTION (ADR) POLICY***

It is the goal of this Center for all parties to be satisfied at contract completion. Consequently, this Center is encouraging the use of all forms of ADR to resolve differences of view that may occur under the contract, whether the differences involve disputes of contract terms, issues of administration, or merely points of inquiry. The use of any form of ADR is voluntary for all parties. Any costs associated with the use of ADR will be agreed to by both parties and with no increase in contract price, unless agreed to otherwise.

2. SMALL BUSINESS PROGRAM REPRESENTATIONS (FAR 52.219-1) (MAY 1999)

(a)(1) The standard industrial classification (SIC) code for this acquisiton is

(2) The small business size standard is (insert size standard).

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents and certifies as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) [Complete only if offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) [Complete only if offeror represented itself as a small business concern in block (b)(1) of this provision.] The offeror represents as part of its offer that it ( ) is ( ) is not a women-owned small business conern.

(c) Definitions.

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

"Woman-owned small business concern," as used in this provision, means a small business concern--

(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice. (1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause i n this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall -

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

( ) ALTERNATE I (OCT 1998) (Applicable over $25,000)

(4) (Complete if the offeror has represented itself as disadvantaged in paragraph (b)(2) of this provision. [The offeror shall check the category in which its ownership falls]:

( ) Black American.

00019 -110-

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE OF | |
|---|---|---|---|
| | SP0750-99-Q-5778 | 08 | 10 PAGES |

H07. MATERIAL SAFETY DATA SHEETS AND HAZARD WARNING LABELS (DLAD 52.223-9000) (MAR 1992)

(2) Check here ( ) if MSDS accompanies your offer.

H17 - SUBSTITUTIONS FOR MILITARY OR FEDERAL SPECIFICATIONS AND STANDARDS (MAR 1999) DLAD 252.211-7005

(a) Definition. "SPI process," as used in this clause, means a management or manufacturing process that has been accepted previously by the Department of Defense under the Single Process Initiative (SPI) for use in lieu of a specific military or Federal specification or standard at specific facilities. Under SPI, these processes are reviewed and accepted by a Management Council, which includes representatives from the Defense Contract Management Command, the Defense Contract Audit Agency, and the military departments.

(b) Offerors are encouraged to propose SPI processes in lieu of military or Federal specifications and standards cited in the solicitation. A listing of SPI processes accepted at specific facilities is available via the Internet in PDF format at http://www.dcmc.hq.dla.mil/spi/dbreport/modified.pdf and in Excel format at http://www.dcmc.hq.dla.mil/spi/dbreport/modified .xls.

(c) An offeror proposing to use an SPI process in lieu of military of Federal specifications or standards cited in the solicitation shall -

(1) Identify the specific military or Federal specification or standard for which the SPI process has been accepted;

(2) Identify each facility at which the offeror proposes to use the specific SPI process in lieu of military or Federal specification or standard cited in the solicitation;

(3) Identify the contract line items, subline items, omponents, or elements affected by the SPI process; and

(4) If the proposed SPI process has been accepted at facility at which it is prposed for use, but is not yet .sted at the Internet site specified in paragraph (b) of this clause, submit documentation of Department of Defense acceptance of the SPI process.

(d) Absent a determination that an SPI process is not acceptable for this procurement, the Contract shall use the following SPI processes in lieu of military or Federal specifications or standards:

(Offeror insert information for each SPI process)

SPI Process:
Facility:
Military or Federal Specification or Standard:

Affected Contract Line Item and Subline Item Number, Component, or Element:

(e) If a prospective offeror wishes to obtain, prior to the time specified for receipt of fofers, verification that an SPI process is an acceptable replacement for military or Federal specifications or standards required by the solicitation, the prospective offeror--

(1) May submit the information required by paragraph (d) of this clause to the Contracting Officer prior to submission of an offer; but

(2) Must submit the information to the Contracting Officer at least 10 working days prior to the date specified for receipt of offers.

SECTION I

I37. NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE (JUL 1996) (FAR 52.219-6)

I43. FIRST ARTICLE APPROVAL - CONTRACTOR TESTING (FAR 52.209-3) (SEP 1980) and ALTERNATE I (JAN 1997)

(a) The Contractor shall test ONE unit(s) of Lot/Item 0001 NSN 4720-00-978-8887 as specified in this contract. At least 10 calendar daysbefore the beginning of first article tests, the tractor shall notify the Contracting Officer, in writing, the time and location of the testing so that the Government may witness the tests.

(b) The Contractor shall submit the first article test report within 60 calendar days from the date of this contract to ( )see Clause I43a marked "FIRST ARTICLE TEST REPORT: Contract No._______, Lot/Item No._______." Within 30 calendar daysafter the Government receives the test report, the Contracting Officer shall notify the Contractor, in writing, of the conditional approval, approval, or disapproval of the first article. The notice of conditional approval or approval shall not relieve the Contractor from complying with all requirements of the specifications and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the Contractor. A notice of disapproval shall cite reasons for the disapproval.

(c) If the first article is disapproved, the Contractor, upon Government request, shall repeat any or all first article test. After each request for additional tests, the Contractor shall make any necessary changes, modifications, or repairs to the first article or select another first article for testing. All costs related to these tests are to be borne by the Contractor, including any and all costs for additional tests following a disapproval. The Contractor shall then conduct the tests and deliver another report to the Government under the terms and conditions and within the time specified by the Government. The Government shall take action on this report within the time specified in paragraph (b) above. The Government reserves the right to require an equitable adjustment of the contract price for any extension of the delivery schedule, or for any additional costs to the Government related to these tests.

(d) If the Contractor fails to deliver any first article report on time, or the Contracting Officer disapproves any first article, the Contractor shall be deemed to have failed to make delivery within the meaning of the Default clause of this contract.

(e) Unless otherwise provided in the contract, and if the approved first article is not consumed or destroyed in testing, the Contractor may deliver the approved first article as part of the contract quantity if it meets all contract requirements for acceptance.

(f) If the Government does not act within the time specified in paragraph (b) or (c) above, the Contracting Officer shall, upon timely written request from the Contractor, equitably adjust under the Changes clause of this contract the delivery or performance dates and/or the contract price, and any other contractual term affected by the delay.

(g) Before first article approval, the acquisition of materials or components for, or the commencement of production of, the balance of the contract quantity is at the sole risk of the Contractor. Before first article approval, the costs thereof shall not be allocable to this contract for (1) progress payments, or (2) termination settlements if the contract is terminated for the convenience of the Government.

(h) The Government may waive the requirement for first article approval test where supplies identical or similar to those called for in the schedule have been previously furnished by the offeror/contractor and have been accepted by the Government. The offeror/contractor may request a waiver.

(i) The contractor shall produce both the first article and the production quantity at the same facility.

( ) ALTERNATE II (SEP 1989)

(g) Before first article approval, the Contracting Officer may, by written authorization, authorize the Contractor to acquire specific materials or components or to commence production to the extent essential to meet the delivery schedules. Until first article approval is granted, only costs for the first article and costs incurred under this authorization are allocable to this contract for (1) progress payments, or (2) termination settlements if the contract is terminated for the convenience of the Government. If first article tests reveal deviations from contract requirements, the Contractor shall, at the location designated by the Government, make the required changes or replace all items produced under this contract at no change in the contract price.

# CONVERSATION RECORD

1. DATE: 06-15-99
2. TIME:

3. TYPE OF CONVERSATION
☐ TELEPHONE (Incoming) ☐ TELEPHONE (Outgoing) ☐ OFFICE VISIT

4. SUBJECT OF CONVERSATION: SP0750-99-Q-5778

5. CALL/VISIT MADE BY (Name of person):
5a. OFFICE/FIRM/COMPANY/ETC.:
5b. PHONE NO. AND/OR EXT.:

6. CALL/VISIT MADE TO (Name of person): Thelma Williams
6a. OFFICE/FIRM/COMPANY/ETC.:
6b. PHONE NO. AND/OR EXT.:

7. SUMMARY OF CONVERSATION, AND IF APPLICABLE, STATEMENT AS TO SUBSEQUENT ACTION TAKEN OR TO BE TAKEN

Telephoned to negotiate offer. Ms Williams advised had been notified by small business that her offer was too high. I told her she would need to drop her price by 38%. She will fax new offer.

(IF ADDITIONAL SPACE IS NEEDED, CONTINUE ON REVERSE SIDE)

8. PRINTED NAME AND TITLE OF PERSON MAKING/RECEIVING CALL/VISIT: Lu Ann Bocsy
8a. SIGNATURE:

000041

DLAH FORM 1722, AUG 95 *(EG)* REPLACES ALL SIMILAR PURPOSE FORMS USED IN DLA, WHICH MAY BE USED UNTIL EXHAUSTED PerFORM (DLA) 112-

# Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

June 18, 1999

LuAnn Boscy
DSCC/PLLDBA1
Columbus,Ohio

Ref: SP075099Q5778
4720-00-978-8887

Dear Madam:

Capital City Pipes, Inc is submitting as my best and final offer of $190.65 each.
I tried to get you the best price on this item.

Quoting the manufacturer:

Titan Industries
1121 Garfield Ave
South Gate, CA
Inspection and packaging at plant site(Titan)
FOB-Destination
ARO-40days

If there are any questions, you may contact me by phone, 850/574-3717; fax, 850/574-0384; or e-mail **capicity@aol.com**

Thank you,

Thelma S. Williams,
Director of Government Sales
Capital City Pipes, Inc.

1872 Mills Street Bldg. -F ** P.O. Box 12368 ** Tallahassee, Florida 32317-2368

# Capital City Pipes, Inc.

Office 850/574-3717

Fax 850/574-0384

June 23, 1999

LuAnn Bosey
DSCC/PLLDBA1

Ref: SP075099Q5778
4720-00-978-8887

Dear Ms. Bosey:

As you must know I did have problems getting a competitive price for this above solicitation. Capital City Pipes, Inc is quoting these two ways:

**JGB Enterprise, Inc** Qty (248) $148.99ea Delivery 120days-ARO
Liverpool, NY
(Request that the FAT be waived for JGB, based on using a waived source for the hose under PARA 25 which is Goodyear Tire & Rubber (73842)

**JGB Enterprise, Inc**
Liverpool, NY Qty (248) $154.17 Delivery 210 Days-ARO
(Includes FAT a one time charge $1000.00)

This is FOB-Destination, which includes packaging and the shipping to destination (USA Only).
If you have any questions please call me; I apologize for an inconvenience.

The larger the quantity, always get a competitive price.

Sincerely
Thelma S. Williams

CC: M. Taylor

# Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

June 23, 1999

LuAnn Bosey
DSCC/PLLDBA1

Ref: SP075099Q5778
4720-00-978-8887

Dear Ms. Bosey:

As you must know I did have problems getting a competitive price for this above solicitation.
Capital City Pipes, Inc is quoting these two ways:

**JGB Enterprise, Inc** Qty (248) $154.90ea Delivery 120days-ARO
Liverpool, NY
(Request that the FAT be waived for JGB, based on using a waived source for the hose under PARA 25 which is Goodyear Tire & Rubber (73842)
**JGB Enterprise, Inc**
Liverpool, NY Qty (248) $160.39 Delivery 210 Days-ARO
(Includes FAT a one time charge $1000.00)

This is FOB-Destination, which includes packaging and the shipping to destination.
If you have any questions please call me; I apologize for an inconvenience

Sincerely
Thelma S. Williams

CC: M. Taylor

1872 Mills Street Bldg. -F ** P.O. Box 12368 ** Tallahassee, Florida 32317-2368

Jul 08 99 02:31p Thelma S. Williams 850 574 0384

# Capital City Pipes, Inc.

Fax 850/574-0384

Office 850/574-3717

July 8, 1999

LuAnn Bosey
DSCC/PLLDBA1

Ref: SP075099Q5778
4720-00-978-8887

Dear Ms. Bosey:

As you must know I did have problems getting a competitive price for this above solicitation. Capital City Pipes, Inc is quoting these two ways:

**JGB Enterprise, Inc** Qty (248) $147.96ea Delivery 120days-ARO
Liverpool, NY
(Request that the FAT be waived for JGB, based on using a waived source for the hose under PARA 25 which is Goodyear Tire & Rubber (73842)
**JGB Enterprise, Inc**
Liverpool, NY Qty (248) $154.17 Delivery 210 Days-ARO
(Includes FAT a one time charge $1000.00)
This is FOB-Destination, which includes packaging and the shipping to destination (USA Only).
If you have any questions please call me; I apologize for an inconvenience.

The larger the quantity, always get a competitive price.

Sincerely
Thelma S. Williams

CC: M. Taylor

1872 Mills Street Bldg. -F ** P.O. Box 12368 ** Tallahassee, Florida 32317-2368

Please expidite. Backordered item

DEFENSE LOGISTICS AGENCY

# Inter-Office Memorandum

X3234

Date 07-15-99

Request for Contractor's Performance History (CPH) on:

Capital City Pipes (Name) Tallahassee (City) Fla (State) 32310-0205 (Zip Code) 0N5Z5 (CAGE)

FROM: DCSC- LDBA

TO: DCSC-Q

1. Reference Solicitation No. SPO750-99-Q5778 (Encl 1) NSN 4720-00-978-8867
2. Subject contractor is being considered for an award of 248 each of CAGE 73842
   Part/Dwg. No. MIL-A-27516D Total Price 34,694.08 with 120 days delivery.
   8 % OPTION MAY BE EXERCISED.
3. NOMENCLATURE hose assembly
4. NEW VENDER - PERFORMANCE AND QUALITY HISTORY REQUIRED FOR QUALITY VENDER PROGRAM CONSIDERATION
   NLT ASAP
5. PROPOSED CONTRACTOR IS: ☒ DEALER ☐ MANUFACTURER ☐ OFFERING SURPLUS
6. NAME AND LOCATION OF MFG.: ☐ SAME AS ABOVE. (OTHER) Goodyear tire / Aeroquip
7. ITEM IS: ☐ SOLE SOURCE ☒ COMPETITIVE ☐ SOLE OFFER ☐ APPROVED ALTERNATE SOURCE

* will be getting material from JGB Ent. 61125

See Quote

Buyer/Contracting Officer: [signature] Phone: 3234

---

FROM: DCSC-Q LDBC DATE: 15 JULY 99

TO: DCSC-PADA

CONTRACTOR'S QUALITY PERFORMANCE HISTORY INDICATES THAT A QUALITY PRE-AWARD SURVEY (PAS)

1. ☐ IS NOT RECOMMENDED.
2. ☒ IS RECOMMENDED BECAUSE: ☐ FIRST TIME BUY OF THIS ITEM. ☒ CONTRACTOR IS A DEALER AND NO RECORD EXISTS OF SUCCESSFUL COMPLETION OF AWARD FOR THIS NSN. ☐ (SEE REMARKS).
3. NUMBER OF QUALITY DEFICIENCY REPORTS AGAINST THIS CONTRACTOR IN PAST 12 MOS:
4. ☒ RECOMMEND INSPECTION AND ACCEPTANCE BE AT ORIGIN.
5. REMARKS: INSPECTION & ACC. MUST BE AT ACTUAL PLACE OF MFG. OF HOSE ASSY!

Q Specialist: W. Kelly Phone: X2806

---

FROM: DCSC-PADA DATE: 7-15-99

TO: DCSC-

☒ DCRL CATEGORY M

1. ☐ AWARD IS RECOMMENDED.
2. ☐ AWARD IS RECOMMENDED SUBJECT TO CONFIRMATION OF DELIVERY.
3. ☒ AWARD IS RECOMMENDED SUBJECT TO INSPECTION/ACCEPTANCE AT ORIGIN. COC NOT AUTHORIZED.
4. ☐ PRE-AWARD SURVEY IS RECOMMENDED ON ☐ OFFEROR ☐ MANUFACTURER (See Remarks).
5. ☐ PAS PACKAGE ATTACHED; APPLICABLE DCMA ______ RECOMMENDED CHECKING FACTORS ______; SUBMIT ______ COPY(IES) OF SOLICITATION(S), ______ COPY(IES) OF SPECS/DRAWINGS AND A COPY OF CLAUSES K30 AND K31 WITH RETURN OF PAS PACKAGE TO PADA.
6. ☐ AWARD IS NOT RECOMMENDED. (See Remarks).
7. LAST PAS: NSN ______; DATED ______; $ AMT: ______
   DCMA RECOMMENDED: ☐ COMPLETE AWARD ☐ NO AWARD ☐ AUTOMATIC PAS (NO REC REQUIRED).
8. CPH SHOWS ______ TERMINATIONS FOR DEFAULT AGAINST THIS CONTRACTOR IN THE PAST 12 MONTHS.
9. ☐ DCMA CURRENT LINES ______; NO DELQ. ______ % OF DELQ. ______; $ AMT. ______
   ☐ DCMA CURRENT LINES ______; NO DELQ. ______ % OF DELQ. ______ $ AMT. ______
10. REMARKS: Rec. award I/A at origin no COC

Pre-Award Monitor: C. McKeever Phone

55%

DLA FORM 111 JUL 82

PREVIOUS EDITIONS MAY BE USED UNTIL EXHAUSTED

000035

DP300-111.9-51(R2) (JUL 90) *U.S. GPO: 1990-549-158/21615

# Capital City Pipes, Inc.

Office 850/574-3717
Fax 850/574-0384

September 20, 1999

LuAnn Bosey
DSCC/PLLDBA1
Defense Supply Center/Columbus

REF: SP075099Q5778

Hello,

I am faxing you the information you requested on the above solicitation:

1. JGB intends to use the manufacturer of the hose **Goodyear Tire & Rubber (73842)**
2. JGB Intends to use the manufacturers for the couplings **Evertite Coupling** or **Scully Signal Co.**
3. The assembly of this product will be done **by JGB** Enterprises, Inc at their location, Liverpool, NY(61125)

If First Article Test is required a charge of $1000.00, with delivery of 210days-ARO.
Without FAT delivery 120days-ARO

If you have any questions please call me.

Thank you
Thelma S. Williams
Thelma S. Williams
Capital City Pipes, Inc

# Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

September 24, 1999

LuAnn Bosey
DSCC/PLLBA1
Defense Supply Center Columbus

REF: SP075099Q5778

JGB Enterprise, Inc will do the assembly and the pressure testing will be done at their plant in Liverpool, NY.

My price quoted remains the same, which is $147.96each
FOB-Destination

If you have any questions please call me.

Thank you

Thelma S. Williams
Capital City Pipes, Inc

1872 Mills Street Bldg. -F ** P.O. Box 12368 ** Tallahassee, Florida 32317-2368

JGB enterprises inc.

October 27, 1999

Mr. Michael A. Taylor
Small Business Specialist
Small Business Office DSCC
PO Box 3990
Columbus, OH 43216-5000

**Re: Capital City Pipes, Inc.**

Dear Mr. Taylor:

This letter is intended to confirm our conversation of earlier today. Capital City Pipes, Inc. is currently indebted to our firm as follows:

| Contract No. | Amount |
|---|---|
| SP0750-99-C-2505 | $297,832.50 |
| SP0750-99-C-2506 | $ 64,601.25 |

It is my understanding that the Government has fully paid Capital City Pipes under contract number SP0750-99-C-2505 with the last payment occurring September 28, 1999. On October 1, 1999 Capital City Pipes sent us check number 7960 in the amount of $55,510 (copy attached) which was returned for insufficient funds. It was redeposited by our company on October 21, 1999. If this check bounces again the total indebtedness under contract number SP0750-99-C-2505 will be $353,342.50. Our company has been lied to by all responsible people at Capital City Pipes including the President. Based on this, we have stopped production under SP0750-99-C-2506 pending resolution of this matter.

I ask that any payments to be made to Capital City Pipes under contract number SP0750-99-C-2506 be held in abeyance until this matter is resolved.

Please recognize that J.G.B. Enterprises, Inc. is a small business defense contractor. The nonpayment by Capital City Pipes has placed a significant financial burden on our company. Time is of the essence in having this matter resolved. Please contact me immediately with a proposed resolution.

Thank you.

00034



115 METROPOLITAN DRIVE • P.O. BOX 209 • LIVERPOOL, NEW YORK 13088-0209 • (315) 451-2770 • FAX (315) 451-8503

JGB enterprises inc.

Page Two

Very truly yours,

Robert G. Zywicki
Vice President

RGZ:mjf

cc: Jay G. Bernhardt, President, J.G.B. Enterprises, Inc.
Carolyn Matthews, Contracting Officer, DSCC
Ann Turner, Legal, DSCC
Steve Roberts, ACO, DCMC Syracuse, NY
Wayne Redmond, QAR, DCMC Syracuse, NY
Commander, DCMC, Clearwater, FL
U.S. Small Business Administration, Jacksonville, FL

Phyllis Mode

Commander, DSCC, Columbus OH-
Deanna - 614-692-3350

3 99 04:03p ~lma S. Williams 8 574 0384 p.1

# *Fax*

| | |
|---|---|
| Please deliver immediately to: | Ms. LuAnn Bosey18136925298 |
| of: | DSCC/PLLDBA1 |
| Fax number: | 16146925298 |
| Voice number: | 16146923234 |
| Fax received from: | Thelma S. Williams |
| of: | Capital City Pipes, Inc. |
| Fax number: | 850 574 0384 |
| Voice number: | 850 574 3717 |
| Date: | 11/9/99 |
| Time: | 4:00:25 PM |
| Number of Pages: | 1 |
| Subject: | SP075099Q5778 |

# *Message:*

Hi, LuAnn, I spoke with JGB Enterprises, Inc and the price i quoted on this solicitation is the same
which is $147.96 Qty (248)
Also I am requesting a change of Payment Remittanence Address:

Capital City Pipes, Inc
Michael Kawa Esq
300 Crown Bldg
304 S. Franklin St
Syracuse, NY 13202
if you have any questions please call me
thank you

000036

# ESCROW AGREEMENT

This Agreement made this 10th day of November, 1999, by and between **J.G.B. Enterprises, Inc.**, 115 Metropolitan Drive, Liverpool, New York 13088 ("J.G.B."), **Capital City Pipes, Inc.**, 1872 Mill Street, Building F, Tallahassee, Florida 32310 ("Capital City") and **Michael J. Kawa, Esq.**, 304 South Franklin Street, Syracuse, New York 13202 ("Escrow Agent").

## PREAMBLE

A. Capital City is a prime contractor of the United Stated Defense Supply Construction Center ("DSCC") for the manufacture and shipment of hose assemblies pursuant to various agreements between Capital City and DSCC.

B. Capital City has subcontracted with J.G.B. to, among other things, manufacture and ship such hose assemblies for and on behalf of Capital City and pursuant to Capital City's agreements with DSCC.

C. DSCC has, in the past, remitted payment directly to Capital City, pursuant to the agreements between Capital City and DSCC.

D. J.G.B. wants reasonable assurance that it will receive payment for its work performed pursuant to its subcontract with Capital City relating to the agreements between Capital City and DSCC.

E. The Escrow Agent is an attorney at law, duly admitted to practice as such in the State of New York, maintaining an office of 300 Crown Building, 304 South Franklin Street, Syracuse, New York.

NOW, THEREFORE, it is agreed as follows:

**OPERATIVE PROVISIONS**

1. Capital City and J.G.B. shall take all steps and execute all documents as may be required by DSCC to provide that future payments of the moneys due to Capital City from DSCC on the agreements for which J.G.B. is a subcontractor of Capital City, ("the Escrow Fund") shall be payable to Michael J. Kawa, Esq., as the Escrow Agent and remitted by DSCC to the Escrow Agent at his office address.

2. The Escrow Agent shall deposit the Escrow Fund into a non-interest bearing escrow account of his choosing, and he shall be the only party authorized to withdraw the Escrow Fund, or any part thereof, from that account.

3. Upon Escrow Agent's receipt of a signed statement from Capital City and J.G.B. mutually providing for a division of the Escrow Fund, or any part thereof, between Capital City and J.G.B., the Escrow Agent shall promptly release and pay over the Escrow Fund, or any part thereof, to Capital City and J.G.B. as so instructed.

4. J.G.B. and Capital City agree and acknowledge that the Escrow Agent assumes no liability in connection with this Agreement except for gross negligence or willful misconduct; that the Escrow Agent shall never be responsible for the validity, correctness or genuineness of any document or notice referred to, or paid by, the Escrow Agent under this Agreement; that the Escrow Agent may seek advice from his own counsel, and that the Escrow Agent shall be fully protected, indemnified and held

harmless in and against any action taken by him in good faith in accordance with the terms of this Escrow Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement.

J.G.B. Enterprises, Inc.

By: ______________________
Jay G. Bernhardt, President

Capital City Pipes, Inc.

By: ______________________
Lee Gilliam, President

______________________
Michael J. Kawa, Esq.

Nov 10 99 11:11a ( =lma S. Williams 8( 574 0384 . p.1

# Capital City Pipes, Inc.

Office 850/574-3717

Fax 850/574-0384

November 10, 1999

LuAnn Bosey
DSCC/PLLDB1
Defense Supply Center Columbus

Ref: SP075099Q5778

LuAnn,

Hi, I am following up with you on fax I submitted to you on the above solicitation. My price will remain the same for the Qty (248) at $147.96 Everything remains the same. The only change is the one listed below.

I requested a change in the payment remittance address:

**Michael Kawa, Esq.**
**300 Crown Bldg.**
**304 S. Franklin St**
**Syracuse, NY 13202**

If you have nay questions please call me at 850-574-3717

Thank you

Thelma S. Williams
Government Sales

00039

| | | | |
|---|---|---|---|
| Attention: | LuAnn Bosey18136925298 | Date: | 11/15/99 |
| Company: | DSCC/PLLDBA1 | Number of Pages: | 1 |
| Fax Number: | 16146925298 | | |
| Voice Number: | 16146923234 | | |

| | |
|---|---|
| From: | Thelma S. Williams |
| Company: | Capital City Pipes, Inc. |
| Fax Number: | 850 574 0384 |
| Voice Number: | 850 574 3717 |

Subject: SP075099Q5778

Comments:

Good Morning, LuAnn, I apologize fot the confusion this may have caused.
We are requesting the payment address be changed to:

MICHAEL KAKA, ESQ.
300 CROWN BLDEG
304 S FRANKLIN STREET
SYRACUSE, NY 13202
If you have any questions please call me
THANK YOU

00040

# CONVERSATION RECORD

1. DATE: Nov 16, 1999.

2. TIME:

3. TYPE OF CONVERSATION: [X] TELEPHONE (Incoming) [X] TELEPHONE (Outgoing) [ ] OFFICE VISIT

4. SUBJECT OF CONVERSATION: SP0750-99-Q-5778

5. CALL/VISIT MADE BY (Name of person):

5a. OFFICE/FIRM/COMPANY/ETC.:

5b. PHONE NO. AND/OR EXT.:

6. CALL/VISIT MADE TO (Name of person): Thelma Williams

6a. OFFICE/FIRM/COMPANY/ETC.: Capital City

6b. PHONE NO. AND/OR EXT.: 850-574-3717

7. SUMMARY OF CONVERSATION, AND IF APPLICABLE, STATEMENT AS TO SUBSEQUENT ACTION TAKEN OR TO BE TAKEN

Telephoned M/s Williams about increase in quantity for 306 pieces. of much

M/s Williams advised, increase would not affect price or delivery

00041

(IF ADDITIONAL SPACE IS NEEDED, CONTINUE ON REVERSE SIDE)

8. PRINTED NAME AND TITLE OF PERSON MAKING/RECEIVING CALL/VISIT: Lu Ann Bocsy

8a. SIGNATURE: [signature]

DLAH FORM 1722, AUG 95 (EG)

REPLACES ALL SIMILAR PURPOSE FORMS USED IN DLA, WHICH MAY BE USED UNTIL EXHAUSTED

PerFORM (DLA)

# ORDER FOR S[illegible] IES OR SERVICES

*(Contractor must submit four copies of invoice.)*

*Form Approved OMB No. 0704-0187 Expires Jun 30, 1997*

PAGE 1 OF 7

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0187), Washington, DC 20503.

*PLEASE DO NOT RETURN YOUR FORM TO EITHER OF THESE ADDRESSES.*
*SEND YOUR COMPLETED FORM TO THE PROCUREMENT OFFICIAL IDENTIFIED IN ITEM 6.*

| 1. CONTRACT/PURCH ORDER NO. | 2. DELIVERY ORDER NO. | 3. DATE OF ORDER (YYMMDD) | 4. REQUISITION/PURCH REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| SP0750-00-M-4191 | | 1999 NOV 24 | YPC99014000938 | DOA1 |

6. ISSUED BY — CODE SP0700
Defense Supply Center Columbus
3990 E.Broad St.
P.O. Box 16704
Columbus,OH 43216-5010
Local Administrator: LECC , (614)692-2423

7. ADMINISTERED BY (If other than 6) — CODE S1109A
DCMC CLEARWATER
GADSEN BLDG SUITE 200
9549 KROGER BLVD
ST PETERSBURG FL 33702-2455

CRITICALITY: B

8. DELIVERY FOB: [X] DEST [ ] OTHER (See Schedule if other)

9. CONTRACTOR — CODE 0NSZ5 — FACILITY CODE
NAME AND ADDRESS:
CAPITAL CITY PIPES INC
1872 MILLS ST SUITE F
TALLAHASSEE FL 32310-0205

10. DELIVER TO FOB POINT BY (Date) (YYMMDD): 120 DAYS ADO

11. MARK IF BUSINESS IS: [ ] SMALL [X] SMALL DISADVANTAGED [ ] WOMEN-OWNED

12. DISCOUNT TERMS: NET 30 days

13. MAIL INVOICES TO: See Block 15

14. SHIP TO — CODE
See Schedule - Do Not Ship to Address in Block 6

15. PAYMENT WILL BE MADE BY — CODE S33181
S33181 DFAS COLUMBUS CENTER
ATTN DFAS-CO-LSCAA
P O BOX 182317
COLUMBUS OH 43218-2317

MARK ALL PACKAGES AND PAPERS WITH CONTRACT OR ORDER NUMBER

16. TYPE OF ORDER:
DELIVERY — This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.
PURCHASE [X] — Reference your offer dated 1999 JUL 08, SP0750-99-Q-5778 and furnish the following on terms specified herein.
ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR — SIGNATURE — TYPED NAME AND TITLE — DATE SIGNED (YYMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE
97X4930 5CC0 001 26.0 S33150

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | Remarks: ACCELERATED DELIVERY IS ACCEPTABLE AND DESIRED AT NO COST TO THE GOVERNMENT. | TOTAL: 306 | | | |

* *If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.*

24. UNITED STATES OF AMERICA
BY: [signature] 11-19-99
CONTRACTING/ORDERING OFFICER

25. TOTAL $ 45275.76
29. DIFFERENCES
30. INITIALS

26. QUANTITY IN COLUMN 20 HAS BEEN [ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

27. SHIP. NO. [ ] PARTIAL [ ] FINAL
28. D.O. VOUCHER NO.
31. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL
32. PAID BY
33. AMOUNT VERIFIED CORRECT FOR
34. CHECK NUMBER
35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.

DATE — SIGNATURE AND TITLE OF CERTIFYING OFFICER

37. RECEIVED AT — 38. RECEIVED BY (Print) — 39. DATE RECEIVED (YYMMDD) — 40. TOTAL CONTAINERS — 41. S/R ACCOUNT NUMBER — 42. S/R VOUCHER NO.

#16

WITNESS: ______ Designated
DATE: ____ Rptr: ____

DD FORM 1155, JUN 94 (EG)

17

-129-

| CONTINUATION SHEET | Order Number: SP0750-00-M-4191 | PAGE 2 | OF PAGES 7 |
|---|---|---|---|

FIRST ARTICLE TEST WAIVED BASED UPON JGB ENTERPRISES USING HOSE FOR FAT
APPROVED SOURCE GOODYEAR TIRE AND RUBBER (73842).

| CONTINUATION SHEET | Order Number: SP0750-00-M-4191 | PAGE 4 | OF PAGES 7 |
|---|---|---|---|

SECTION B

4.7, CUSTOMER-SUPPLIED PRODUCT:
4.8, PRODUCT IDENTIFICATION & TRACEABILITY:
4.10, INSPECTION & TESTING:
4.11, INSPECTION, MEASURING & TEST EQUIPMENT:
4.12, INSPECTION AND TEST STATUS:
4.13, CONTROL OF NONCONFORMING PRODUCT:
4.14, CORRECTIVE AND PREVENTIVE ACTION:
PARAGRAPH 4.14.3 APPLY TO PRODUCT ONLY
4.16, QUALITY RECORDS:
FAR CLAUSE 52.246-11 APPLIES
POTENTIAL CONTRACTORS MUST IDENTIFY THE ACTUAL
PLACE OF MANUFACTURE OF THE HOSE AT THE TIME
OF SOLICITATION.

| ITEM | PR | PRLI | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 0001 | YPC99014000938 | 0001 | 306 | EA | $147.96000 | $45275.76 |

QTY VARIANCE: PLUS 10% MINUS 10%
INSPECTION POINT: ORIGIN
ACCEPTANCE POINT: ORIGIN

PREP FOR DELIVERY

PKGING DATA - MIL-STD-2073-1C, 01 OCT 1996
QUP = 001: PRES MTHD = AE: CLNG/DRY = 1: PRESV MAT = 00:
WRAP MAT = 00: CUSH/DUNN MAT = 00: CUSH/DUNN THKNESS = 0:
UNIT CONT = 00: OPI = O:
PACK CODE = U:
MARKING SHALL BE IN ACCORDANCE WITH MIL-STD-129.
SPECIAL MARKING CODE: 00 - NO SPECIAL MARKING.
PALLETIZATION SHALL BE IN ACCORDANCE WITH DC1636P001 REV B
DATED 99238

DOD BAR CODE MARKING REQUIRED IN ACCORDANCE WITH
MIL-STD-129 (LATEST REVISION) MARKING AND BAR
CODING IN ACCORDANCE WITH AIM BC1.

DELIVER FOB: DESTINATION BY: 2000 MAR 23

PARCEL POST ADDRESS:

SW3100
MECHANICSBURG FACILITY
DEF DIST DEPOT SUSQUEHANNA PA
GENERAL SUPPLIES
MECHANICSBURG PA 17055-0789

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Order Number: SP0750-00-M-4191 | PAGE 3 OF PAGES 7 |
|---|---|---|

SECTION B

PR YPC99014000938
NSN 4720-00-978-8887

ITEM DESCRIPTION:

HOSE ASSEMBLY, NONMETALLIC, 4 IN. ID, 10 FT LG, ALUMINUM ALLOY QUICK DISCONNECT MALE AND FEMALE COUPLINGS, SPEC TITLE, HOSE AND HOSE ASSEMBLY, NONMETALLIC, SUCTION AND DISCHARGE. END ITEM, SUPPORT EQUIPMENT, B-52, F-111 AND C-135 AIRCRAFT.

IF AQLS ARE LISTED IN THE SPECIFICATION(S) OR DRAWING(S) THEY MAY BE USED TO ESTABLISH THE AUTHORIZED SAMPLE SIZE, HOWEVER, THE ACCEPTANCE NUMBER FOR THIS CONTRACT IS ZERO; I.E., THIS CONTRACT REQUIRES A SAMPLING PLAN THAT ACCEPTS ON ZERO DEFECTS AND REJECTS ON ONE OR MORE DEFECT(S).
I43 CONTRACTOR FIRST ARTICLE TEST IS REQUIRED.

'CLASS I OZONE DEPLETING CHEMICALS ARE NOT TO BE USED NOR INCORPORATED IN ANY ITEMS TO BE DELIVERED UNDER THIS CONTRACT. THIS PROHIBITION SUPERSEDES ALL SPECIFICATION REQUIREMENTS BUT DOES NOT ALLEVIATE ANY PRODUCT REQUIREMENTS. SUBSTITUTE CHEMICALS MUST BE SUBMITTED FOR APPROVAL UNLESS THEY ARE AUTHORIZED BY THE SPECIFICATION REQUIREMENTS.'

DLAD 52.246-9004, PRODUCT VERIFICATION TESTING, APPLIES. THIS CLAUSE IS A GOVERNMENT OPTION THAT CAN ONLY BE INVOKED UPON THE COGNIZANT CONTRACT ADMINISTRATION OFFICE NOTIFYING THE CONTRACTOR THAT PVT SAMPLES ARE TO BE SELECTED.

THE INTERNATIONAL ORGANIZATION FOR STANDARDIZATION (ISO) 9002 OR A 'TAILORED' PROGRAM MEETING THE FOLLOWING ISO 9002 PARAGRAPHS APPLIES:
4.5, DOCUMENT CONTROL: LIMITED TO INSPECTION AND TESTING AS WELL AS APPLICABLE DRAWINGS, SPECIFICATIONS AND INSTRUCTIONS REQUIRED BY CONTRACT
4.6, PURCHASING: 4.6.1 AND LIMITED TO 4.6.2 A) AND 4.6.4.2, ALL OTHER PARTS OF PARAGRAPH ARE HEREBY DELETED

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Order Number: SP0750-00-M-4191 | PAGE 5 | OF PAGES 7 |
|---|---|---|---|

SECTION B

FREIGHT SHIPPING ADDRESS:

SW3100
MECHANICSBURG FACILITY TRNS OFFICER
DEF DIST DEPOT SUSQUEHANNA PA
5450 CARLISLE PIKE
MECHANICSBURG PA 17055-0789

NON-MILSTRIP RDD 12/31/1999 PROJ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

REMIT PAYMENT TO:

MICHAEL KAWA, ESQ.
300 CROWN BLDG
304 S. FRANKLIN ST
SYRACUSE NY 13202

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONTINUED ON NEXT PAGE

| CONTINUATION SHEET | Order Number: SP0750-00-M-4191 | PAGE 6 | OF PAGES 7 |
|---|---|---|---|

All clauses and provisions listed within this individual solicitation are contained in the DSCC Master Solicitation (S3C/S3B) dated JUNE 1999. This document can be found at ( www.dscccols.com ). Current changes to the aforementioned Master Solicitation are contained within this solicitation and supersede any outdated information contained in the Master Solicitation. The clauses/provisions incorporated by reference have the same force and effect as if they were in full text; however, those having no bearing on the instant acquisition become self-deleting. In the event of an inconsistency between the Master Solicitation and the individual solicitation, the provision of the individual solicitation shall govern.

For Simplified Acquisitions (under $100,000) quoters may respond electronically via the DSCC Electronic Bid Board (EBB) at www.dscccols.com/programs/ebb or by facsimile to the buyer's fax number.

SECTION B

B03 - DSCC WEB SITE

The DSCC Master Solicitation is available on the Internet via the DSCC Web Site at http://dibbs.dscccols.com/Refs/ProvClauses/ Also, the full text of FAR/DFARS/DLAD clauses incorporated by reference may be accessed electronically at http://www.procregs.hq.dla.mil/icps.htm

B04 - ALTERNATE DISPUTE RESOLUTION (ADR)

SECTION C

C - Y2K COMPLIANT NOTICE

SECTION D

D02a - PACKAGING AND MARKING REQUIREMENTS (DSCC 52.246-9C41) (AUG 1999)

Packaging and marking requirements for items being procured shall be accomplished as stated herein. (See Section B)

The office symbol for the Packaging Team is DSCC-VSP.

The following items shall be Preserved, Packaged, Packed and Marked in accordance with MIL-STD-2073-1C and Marked in accordance with MIL-STD-129N.

D03 - PACKING LIST/INVOICE/SHIPPING DOCUMENTS (AUG 1999) (DSCC 52.211-9C17)

(a) A packing list, invoice, or shipping documents shall accompany or be included in ALL shipments.
(b) The document(s) shall include the following:
Complete MARK FOR including requisition (TCN) number;
Order Number;
CLIN;
National Stock Number (NSN) or Part Number if NSN is not available; Noun Nomenclature;
Quantity;
Unit of Issue; and
Preparation for Delivery requirements such as MIL-STD-2073 Coded Packaging, QUP, and Packaging/Packing levels.
(c) In addition for all DIRECT SHIPMENTS to overseas AND domestic consignees, including shipments to Consolidation and Containerization, the documentation with complete MARK FOR INFORMATION is to be placed in a water-resistant envelope securely attached to the outside of the shipping container/exterior pack. (This paragraph 'c' is not applicable to shipments to a Government Packing Facility)

D06 - PREPARATION FOR DELIVERY (JAN 1992) (DSCC 52.211-9015)

D07 - LABELS (AUG 1999) (DSCC 52.211-9C18)

DD Form 1387, Military Shipment Labels, are required for all overseas shipments to water or air terminals and Consolidation and Containerization Points and must be used in accordance with MIL-STD-129N. (Labels are not required when forwarding to a Government Packing Facility or for Parcel Post shipments to any nation.)

D08 - SPECIAL HANDLING DATA/ACKNOWLEDGEMENT (AUG 1999) (DSCC 52.211-9C20)

Any item that contains dangerous material which by virtue of its properties is flammable, corrosive, combustible, explosive, toxic, radioactive, unduly magnetic, or which contains oxidizing agents or is otherwise hazardous shall not be offered for transportation by military air until properly packed and marked in accordance with joint military publication Preparation of Hazardous Materials for Military air shipment, AFJM 24-204/TM 38-250/NAVSUP PUB 505/MCO P4030.19G, DLAI 4145.3. Special Handling Data/Certification, DD Form 1387-2, shall be prepared and affixed to each package in accordance with MIL-STD-129N and the joint military publication cited above.

SECTION E

E01 - CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2) (FEB 1998)

E03 - INSPECTION AT ORIGIN (DSCC 52.246-9C01) (FEB 1993)

(c) Inspection Points:

SUPPLIES

CLIN(s)
( ) Same as Offeror
ALL (X) Other (CAGE, Name, Street Address, City, State and Zip Code)
( ) JGB ENTERPRISES INC.
115 METROPOLITAN DR
LIVERPOOL NY 13088-0209
( )

PACKAGING

CLIN(s)
( ) Same as Offeror
ALL (X) Same as above
( ) Other (CAGE, Name, Street Address, City, State and Zip Code)
( )

( )

E03A - INSPECTION/ACCEPTANCE AT ORIGIN WILL BE PERFORMED BY:

CLIN(s) SUPPLIES

ALL ( ) Office Administering Order/Contract

(X) Other

DCMC SYRACUSE
615 ERIE BLVD WEST
SYRACUSE NY 13204-2408

PACKAGING

( ) Office Administering Order/Contract

ALL (X) Same as for Supplies

( ) Other

CONTINUED ON NEXT PAGE

| CONTINUATION SHE_I | Order Number: SP0750-00-M-4191 | PAGE 7 | OF PAGES 7 |
|---|---|---|---|

14 - ACCEPTANCE AT ORIGIN (DSCC 52.246-9C02) (NOV 1995)

)6 - MATERIAL INSPECTION AND RECEIVING REPORT
)FARS 252.246-7000) (DEC 1991)

14a - HIGHER-LEVEL CONTRACT QUALITY REQUIREMENT (TAILORED ISO
)02) (FEB 1999) (DSCC 52.246-9C44) (SUBSTANTIALLY THE SAME AS
AR 52.246-11)

18 - PRODUCT VERIFICATION TESTING (DLAD 52.246-9004) (AUG
997)

23 - SUBSTITUTION OF ITEM AFTER AWARD (DSCC 52.246-9C13)
JAN 1999)

ECTION F

01 - SOLICITATION CLAUSES INCORPORATED BY REFERENCE
FAR 52.252-2) (FEB 1998)

F04 - POINT OF CONTACT FOR TRANSPORTATION INSTRUCTIONS
(DSCC 52.247-9C04) (JUN 1999)

TION I

I01 - CLAUSES INCORPORATED BY REFERENCE (FAR 52.252-2)
(FEB 1998)

I43A - FIRST ARTICLE TESTING waived.

I46B - SECTION 8(a) DIRECT AWARD (DFARS 252.219-7009)
(JUN 1998)

(a) This contract is issued as a direct award between the contracting officer and the 8(a) Contractor pursuant to the Memorandum of Understanding dated May 6, 1998, between the Small Business Administration (SBA) and the Department of Defense. Accordingly, the SBA is not a part to this contract. SBA does retain responsibility for 8(a) certification, for 8(a) eligibility determination and related issues, and for providing counseling and assistance to the 8(a) Contractor under the 8(a) Program. The cognizant SBA district office is:
U.S. SMALL BUSINESS ADMINISTRATION
7825 BAYMEADOWS WAY SUITE 100B
JACKSONVILLE FL 32256-7504

(To be completed by the Contracting Officer at the time of award)

I83 - NOTIFICATION TO DELAY PERFORMANCE (DFARS 252.219-7011)
(JUN 1998)

PART VII MASTER SOLICITATION - PALLETIZATION NO. DC1636P001 -
96150 - APPLIES

# The United States Government

# Central Contractor Registration (CCR)

# DUNS / CAGE Code Inquiry

Return to CCR Home Page

## INQUIRY RESULTS

**Current Registration Status: Active in CCR; Registration valid until July 20, 2000**

**General Information:**

| | |
|---|---|
| DUNS: | 620170043 |
| Duns+4: | |
| CAGE Code | 0NSZ5 |
| Legal Business Name : | CAPITAL CITY PIPES, INC. |
| Doing Business As : | |
| Street Address 1 : | 1872 MILLS ST BLDG F |
| Street Address 2 : | P.O. BOX 12368 |
| City: | TALLAHASSEE |
| State: | FL |
| Zip or Postal Code: | 32301 |
| Country: | USA |
| Division Name: | |
| Division Number: | |
| Bus Start Date: | 02/01/1988 |

**Corporate Status:**

Corporation - State of Incorporation is FL

**Business Types:**

0189

- ☐ Tribal Government
- ☐ Research Institute
- ☐ Sheltered workshop
- ☐ Nonprofit Institution
- ☐ Historically Black College/University
- ☐ Foreign Supplier
- ☑ 8(a) Program Participant
- ☐ Service Location
- ☐ Manufacturer
- ☐ Surplus Dealer
- ☐ Subgroup
- ☐ Labor Surplus Area Firm
- ☐ S Corporation
- ☐ Educational Institution
- ☐ Municipality
- ☐ Emerging Business /Other unlisted type
- ☐ Construction Firm
- ☐ Federal, State, County, or City Facility
- ☐ Minority Owned
- ☐ Woman Owned
- ☑ Small Disadvantaged Business
- ☑ Veteran Owned
- ☐ American Indian Owned
- ☐ Limited Liability Company

**Goods and Services, Standard Industrial Codes (SIC codes)**

| | |
|---|---|
| 1542 | Gen Contractors -- Nonres Bldgs, Other Bldgs and Warehouses |
| 4212 | Local Trucking Without Storage |
| 4213 | Trucking, Except Local |
| 5074 | Plumbing and Heating Equipment and Supplies (Hydronics) |
| 5085 | Industrial Supplies |

Enter DUNS Number for another query

DUNS: ☐ Plus 4: ☐

[redacted] [redacted]

Return to the CCR Home Page
Return to DLIS Home Page
Return to DLA Home Page

ccrinq1;CCR:U,A;TCCR;; 08/31/99

0190



11/19/1999

Jun 09 99 08:39a Ima S. Williams 574 0384 p.2

04/30 '99 06:39 ID:DSCC FAX:614-692-5298 PAGE 2

REQUEST FOR QUOTATIONS (THIS IS NOT AN ORDER)

PAGE 01 OF PAGES 10

1. REQUEST NO. SP0750-99-Q-5778

2. DATE ISSUED 99 JUL 21

3. REQUISITION/PURCHASE REQUEST NO. YPC9901400093E

4. CERT. FOR NAT. DEF. UNDER BDSA REG. 2 AND/OR DMS REG. 1 — RATING DOA1

5A. ISSUED BY DEFENSE SUPPLY CENTER COLUMBUS
3990 E. BROAD ST.
P.O. BOX 16704
COLUMBUS, OHIO 43216-5010
ATTN: DSCC- LDBA1 FAX NO: (614)692-5298

5B. FOR INFORMATION CALL: BUYER/CODE LeAnn Beery DSCC-PLLDBA1 A/C (614) 692-3234

6. DELIVER BY (Date) (SEE PARAGRAPH "#" BELOW) 150 DAYS AFTER DATE OF AWARD

7. DELIVERY (SEE PARAGRAPH "#" BELOW) [X] FOB DESTINATION [ ] OTHER (See Schedule)

8. TO: NAME AND ADDRESS, INCLUDING ZIP CODE
CAPITAL CITY PIPES INC
1872 MILLS ST SUITE F
TALLAHASSEE FL 32310-8205

9. DESTINATION (Consignee and address, including ZIP Code)
SEE SCHEDULE CONTINUATION SHEET

10. PLEASE FURNISH QUOTATIONS TO THE ISSUING OFFICE ON OR BEFORE CLOSE OF BUSINESS (Date) 99 AUG 21

11. BUSINESS CLASSIFICATION (Check appropriate boxes)
a. STANDARD INDUSTRIAL CLASSIFICATION CODE 3494
b. SMALL BUSINESS SIZE STANDARD 500
[ ] SMALL [ ] OTHER THAN SMALL [✓] DISADVANTAGED [ ] WOMEN-OWNED

IMPORTANT: This is a request for information, and quotations furnished are not offers. If you are unable to quote, please so indicate on this form and return it. This request does not commit the Government to pay any cost incurred in the preparation of the submission of this quotation or to contract for supplies or services. Supplies are of domestic origin unless otherwise indicated by quoter. Any representations and/or certifications attached to the Request for Quotations must be completed by the quoter.

12. VENDOR DATA (Please fill in all blocks below)

QUOTER MUST COMPLETE THE FOLLOWING (Subject to penalties of 18 USC 1001):

a. Shipping Point (City and State):

b. F.O.B POINT [✓] Destination [ ] Origin

c. PRODUCTION FACILITIES (Indicate name and complete address including ZIP code):

| Place of Manufacture: | Place of Inspection (Supplier): | Place of Inspection (Packaging): |
|---|---|---|
| Titan Industries Code: | Titan Industries Code: | Titan Industries Code: |
| 11121 Garfield Ave | 11121 Garfield Ave | |
| South Gate, CA | South Gate, CA | South Gate, CA |

d. BEST DELIVERY 150 days after date of award. (If no entry is made, delivery specified in Block 6 will apply).

CAUTION: THE GOVERNMENT RESERVES THE RIGHT TO CONSIDER ONLY THOSE QUOTATIONS MEETING DELIVERY SPECIFIED IN BLOCK 6.

e. QUOTATION IS: VALID FOR 60 days from date specified in Block 10 above or until 60

f. SUBJECT TO Basic Ordering Agreement No.

g. REMITTANCE ADDRESS: [ ] SAME AS BLOCK 14 (BELOW) [✓] OTHER: (Name, Street, City, State, Zip) Capital City Pipes Inc PO Box 12368 Tallahassee FL 32310

| 13. DISCOUNT FOR PROMPT PAYMENT | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

NOTE: Continuation Sheets must also be completed by quoter.

14. NAME AND ADDRESS OF QUOTER (Street, city, county, State, and ZIP Code)
Capital City Pipes Inc CAGE CODE 1DNS25
1872 Mills St Bldg F
Tallahassee FL 32310
FACSIMILE NUMBER 850 574 0384
TOLL FREE NUMBER

15. SIGNATURE OF PERSON AUTHORIZED TO SIGN QUOTATION Thelma S Williams

16. DATE OF QUOTATION 6/1/99

17. NAME AND TITLE OF SIGNER (Type or print) THELMA S. WILLIAMS Director of Sales

18. TELEPHONE NO. (Include area code) 850 574 3717

DPACS STANDARD FORM 18 (REV. 10-83) Prescribed by GSA FAR(48 CFR) 53.215-1(a)

0206

000043

FEB-15-2000 13:44 CONTRACTS DIV CBC GPT MS 228 8713212 P.01/04

ORDER FOR SUPPLIES OR SERVICES

(Contractor must submit four copies of invoice.)

Public reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway Suite 1204, Arlington, VA 22202-4302, and the Office of Management and Budget, Paperwork Reduction Project (0704-0187), Washington, DC 20503.

1. CONTRACT/PURCH ORDER NO. 2. DELIVERY ORDER NO. 3. DATE OF ORDER (YYMMDD) 4. REQUISITION/PURCH REQUEST NO. 5. PRIORITY DO-C9E

6. ISSUED BY: SUPPLY OFFICER, NCBC 5200 CBC 2ND STREET, GULFPORT MS 39501-5001

7. ADMINISTERED BY (if other than 6): SEE BLOCK 6

9. CONTRACTOR — FACILITY CODE 850-574-5717

NAME AND ADDRESS: CAPITAL CITY PIPES, INC., 1872 MILLS ST., BLDG F, TALLAHASSEE, FL 32310

10. DELIVER TO FOB POINT BY (Date) (YYMMDD): 00 MAY 12

14. SHIP TO: RECEIVING OFFICER NMCB 330, MARK FOR: NAVAL CONSTRUCTION BTN CENTER, GULFPORT MS 39501-5001

15. PAYMENT WILL BE MADE BY: SEE SCHEDULE

16. TYPE OF ORDER: DELIVERY — This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.

PURCHASE — Reference your quote ... furnish the following on terms specified herein. ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR — SIGNATURE — TYPED NAME AND TITLE — DATE SIGNED (YYMMDD)

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE

AA1701804.60FA 368 09687 0 068732 2D 420805 62604028R171

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ACCEPTED | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|

Post-it® Fax Note 7671 — Date 2-15 — pages 4 — To: Shelman — From: Carol Clark — Co./Dept. Capital — Co. NCBC — Phone # — Fax # 850 574-0384

MAIL INVOICES TO:

COMMANDING OFFICER CODE 5011 524

CBC 5200 CBC 2ND STREET

GULFPORT MS 39501-5000

If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle. 24. UNITED STATES OF AMERICA — CONTRACTING/ORDERING OFFICER

25. TOTAL — 29. DIFFERENCES

26. QUANTITY IN COLUMN 20 HAS BEEN: INSPECTED / RECEIVED / ACCEPTED AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

27. SHIP. NO. 28. D.O. VOUCHER NO. 30. INITIALS

DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REP. — PARTIAL — FINAL — 32. PAID BY — 33. AMT VERIFIED CORRECT FOR

36. I certify this account correct & proper for payment. 31. PAYMENT: COMPLETE / PARTIAL / FINAL — 34. CHECK NUMBER

DATE — SIGNATURE AND TITLE OF CERTIFYING OFFICER — 35. BILL OF LADING NO.

37. REC'D AT 38. REC'D BY 39. DATE REC'D 40. TOTAL CTNRS 41. S/R ACCOUNT NUMBER 42. S/R VOUCHER NO.

DD FORM 1155, JUN 94 — PREVIOUS EDITION MAY BE USED

00051

CAPITAL CITY PIPES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

FAR 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

THIS CONTRACT INCORPORATES ONE OR MORE CLAUSES BY REFERENCE, WITH THE SAME FORCE AND EFFECT AS IF THEY WERE GIVEN IN FULL TEXT. UPON REQUEST, THE CONTRACTING OFFICER WILL MAKE THEIR FULL TEXT AVAILABLE. ALSO, THE FULL TEXT OF A CLAUSE MAY BE ACCESSED ELECTRONICALLY AT THIS/THESE ADDRESS(ES):
WWW.GSA.GOV/FAR
WWW.ARNET.GOV/FAR

FAR 52.203-3 GRATUITIES (APR 1984)
FAR 52.211-17 DELIVERY OF EXCESS QUANTITIES (SEP 1989)
FAR 52.222-3 CONVICT LABOR (AUG 1996)
FAR 52.222-36 AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998)
FAR 52.223-1 [illegible] (APR 1984)
FAR 52.232-8 DISCOUNTS FOR PROMPT PAYMENT (MAY 1997)
FAR 52.232-25 PROMPT PAYMENT (JUN 1997)
FAR 52.232-33 MANDATORY INFORMATION FOR ELECTRONIC FUNDS TRANSFER PAYMENT (AUG 1996)
FAR 52.233-1 DISPUTES (DEC 1998)
FAR 52.233-3 PROTEST AFTER AWARD (AUG 1996)

THE FOLLOWING APPLY TO ALL ORDERS FOR SUPPLIES, OR SERVICE INVOLVING THE FURNISHING OF SUPPLIES:
FAR 52.225-11 RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (AUG 98)
FAR 52.246-1 CONTRACTOR INSPECTION REQUIREMENTS (APR 1984)

THIS ACTION IS A CONTRACT FINANCING PAYMENT ACTION AS DEFINED IN FAR 32.902 AND IS SUBJECT TO THE 7 DAY CONSTRUCTIVE ACCEPTANCE

PERIOD.

DELIVERY NOT ACCEPTED AFTER 2.00 PM

MARKING OF SHIPMENTS (COMMERCIALLY PACKAGED ITEMS)
ALL SHIPMENTS WILL INCLUDE A PACKING SLIP AND WILL BE IDENTIFIED BY APPLICABLE GOVERNMENT ORDER NUMBER ON OUTER WRAPPING. FOR IDENTIFICATION/RECEIVING PURPOSES, MATERIAL IS TO BE SEPARATED AND LABELED WITH ITEM NUMBER AND/OR/PART NUMBER.

THE USE OF [illegible], EXCELSIOR, NEWSPAPER OR SHREDDED PAPER (ALL TYPES INCLUDING WAXED PAPER, COMPUTER PAPER AND SIMILAR HYGROSCOPIC OR NON-NEUTRAL MATERIAL) IS PROHIBITED.

THE POINT OF CONTACT FOR INFO CONCERNING DELIVERY OF MATERIALS IS ELLEN [illegible] 228-871-2214, INVOICE INFO MS LAURA [illegible] 228-871-2742

FAR 52.219-6 NOTICE OF TOTAL SMALL BUSINESS SET ASIDE INCORPORATED BY REFERENCE (JUL 1996)

FAR 52.247-34 F.O.B. DESTINATION (NOV 1991) INCORPORATED BY REFERENCE

MAIL INVOICES TO: COMMANDING OFFICER CODE 524
[illegible] CBC 3RD STREET
GULFPORT MS 39501-5001

PAYMENT WILL BE MADE BY: [illegible]
DIRECTOR DFAS
NORFOLK OPERATING LOCATION
9712 VIRGINIA AVENUE
NORFOLK VA 23511-3297

INVOICES MUST BE SUBMITTED TO THE ABOVE ADDRESS FOR TIMELY PAYMENT. DO NOT SEND INVOICES TO PAYMENT ADDRESS!!!!

( CONTINUED )

324

[illegible] [illegible] [illegible]

CAPITAL CITY PIPES, INC.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| (CONT'D) | | | | | [illegible] |
| [illegible] | 0720[illegible] [illegible] | 12 | EA | 34[illegible] | |

PRI: 07

HOSE ASSEMBLY, P/N [illegible], (7[illegible]), GOODYEAR

see mark [illegible]

REMIT TO: MICHAEL [illegible], ESQ.
[illegible] BUILDING
[illegible] S. FRANKLIN STREET
SYRACUSE, NY 13202

THERE IS AN ADDITIONAL $[illegible] INCLUDED IN THE PRICE TO COVER FREIGHT CHARGES.

( END PAGE )

00053

MAR-07-2000 10:01 CONTRACTS DIV (80) 7P7 05 228 8713212 S693212 P.01/02

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 02

2. AMENDMENT/MODIFICATION NO. P00001 | 3. EFFECTIVE DATE 00MAR02 | 4. REQUISITION/PURCHASE REQ. NO. SEE SCHEDULE | 5. PROJECT NO. (If applicable)

6. ISSUED BY CODE N62604 | 7. ADMINISTERED BY (If other than Item 6) CODE

SUPPLY OFFICER
NCBC 5200 CBC 2ND STREET
GULFPORT MS 39501-5001

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

CAPITAL CITY PIPES, INC. 0N5Z545

1872 MILLS ST., BLDG F
TALLAHASSEE, FL 32310

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (See item 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. N62604-00-P-0104

10B. DATED (See Item 13) 00FEB18

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required) CODE: N68732

NO CHANGE

NO CHG .00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14

( ) A. This change order is issued pursuant to: (Specify authority) The changes set forth in Item 14 are made in the contract order no in item 10A.

B. The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation date, etc.) set forth in Item 14 pursuant to the authority of FAR 43.103(b).

C. This supplemental agreement is entered into pursuant to authority of:

X D. Other (Specify type of modification and authority)
UNILATERAL MOD PER PHONE CALL.

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign this document and return ___ copies to the issuing office.

14. ...ection headings, including solicitation/contract subject...

| Post-it® Fax Note 7671 | Date 3-7 | # of pages 2 |
|---|---|---|
| To Phelms | From Carol Clark | |
| Co./Dept. Capital | Co. NCBC | |
| Phone # | Phone # | |
| Fax # 850 576-2956 | Fax # | |

MAIL INVOICES TO: 524

COMMANDING OFFICER CODE 50
CBC 5200 CBC 2ND STREET
GULFPORT MS 39501-5000

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
ANN M. CAVAZOS

15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] | 16C. DATE SIGNED 3-6-00

(Signature of person authorized to sign) | (Signature of Contracting Officer) STANDARD FORM 30

00054

MAR-27-2000 14:32 CONTRACTS DIV TBC SPT MS 225 3713213 P.02/02

P00001

CAPITAL CITY PIPES, INC

CONFIRMING MEMO DATED 01 MAR 00

✓ 1. ADD MIL STANDARD MIL-H-27516D TO THE DESCRIPTION OF LINE ITEM 0001.

2. NO CHANGE IN MONIES BY REASON OF THIS MOD.

REASON FOR MOD: TO ADD MIL STANDARD.

← That is to MIL-H-27516D PER Carol Clark

( END PAGE )

TOTAL P.02

00055

**Moore, Phyllis E**

| | |
|---|---|
| **From:** | Moore, Phyllis E |
| **Sent:** | Friday, March 24, 2000 3:14 PM |
| **To:** | 'DCMC CLEARWATER/SLACK' |
| **Subject:** | FW: CAPITAL CITY PIPES(8A) CAGE 0NSZ5 |
| **Importance:** | Low |

*PHYLLIS E. MOORE*
***PHYLLIS E. MOORE***
***CONTRACTING OFFICER***
***PHONE 614-692-3716 FAX 614-693-1574***

-----Original Message-----
**From:** Moore, Phyllis E
**Sent:** Friday, March 24, 2000 3:04 PM
**To:** 'DCMC CLEARWATER/SLACK'
**Subject:** CAPITAL CITY PIPES(8A) CAGE 0NSZ5
**Importance:** High

ENCLOSED IS A LISTING OF ORDERS WHICH HAVE BEEN IDENTIFIED AS AWARDED TO CAPITAL CITY PIPES. AS STATED IN ALERT SENT TO YOUR ACTIVITY 10 MAR 2000, YOU ARE HEREBY REQUESTED TO MAINTAIN SURVEILLANCE OF THESE CONTRACTS AND REPORT TO THIS OFFICE ON A 30 DAY INTERVALS BREAKDOWN ON THE AMOUNT OF REPORTING, YOU MAY REFER ALL QUESTIONING PARTIES FROM DSCC TO PHYLLIS E. MOORE (AC)614-692-3716 TO GET INFORMATION YOU HAVE FURNISHED.

THIS SERVES AS AUTHORIZATION FOR THE ACO TO TAKE WHATEVER CONTRACTUAL ACTIONS NECESSARY TO KEEP THESE ORDERS VIABLE. THE MATERIAL ON THESE CONTRACTS ARE URGENTLY NEEDED. THIS INCLUDES EXTENSIONS, CANCELLATIONS, ETC..

0nsz5(8a).xls   0nsz5(8a).xls

THIS IS THE CORRECTED SPREAD SHEET. THANKS

*PHYLLIS E. MOORE*
***PHYLLIS E. MOORE***
***CONTRACTING OFFICER***
***PHONE 614-692-3716 FAX 614-693-1574***

Pl. Ex. 23

00056

#23
WITNESS:
DATE: ____ Rptr: ____
Higgins & Associates

CAPITAL CITY PIPES

0NSZ5(8A)

STATUS

| | A | B | C | E | F | G | H | I | J | K | O | S | T | Z | AK | BB | BH | BI | BN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CAGE | min_ | Admin | PIIN | CLIN | Qty | CDD | Ship_Qt | Ship_Date | ays_De | NSN | Recvd_Q | cvd_D | wd_Da | Pri_Cod | PS_C | ORC | MC | STATUS |
| 2 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0001 | 416 | 00099 | 416 | 00060 | 0 | 4720010666447 | 416 | 00064 | 99180 | | 05F | AA | 1 | SHIPPED |
| 3 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0002 | 198 | 00099 | 198 | 00060 | 0 | 4720010666447 | 198 | 00069 | 99180 | | 05F | AA | 1 | SHIPPED |
| 4 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0003 | 178 | 00099 | 178 | 00067 | 0 | 4720010666447 | 178 | 00075 | 99180 | | 05F | AA | 1 | SHIPPED |
| 5 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0004 | 343 | 00099 | 343 | 00074 | 0 | 4720010666447 | 272 | 00076 | 99180 | | 05F | AA | 1 | SHIPPED DISCREPANCY |
| 6 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0005 | 169 | 00099 | 169 | 00074 | 0 | 4720010666447 | 0 | 00000 | 99180 | | 05F | AA | 1 | SHIPPED |
| 7 | 0NSZ5 | 306 | LECCG | SP075000C3001 | 0001 | 38 | 00003 | 0 | 00000 | 79 | 4720011945180 | 0 | 00000 | 99288 | | | GQ | 9 | KR DOES NOT HAVE CY |
| 8 | 0NSZ5 | 306 | LECCG | SP075000C3001 | 0002 | 35 | 00003 | 0 | 00000 | 79 | 4720011945180 | 0 | 00000 | 99288 | | | GQ | 9 | KR DOES NOT HAVE CY |
| 9 | 0NSZ5 | 306 | LECCG | SP075000M4191 | 0001 | 306 | 00082 | 306 | 00069 | 0 | 4720009788887 | 306 | 00080 | 99328 | | 86F | FW | 3 | SHIPPED |
| 10 | 0NSZ5 | 306 | LECCG | SP075000M4333 | 0001 | 300 | 00113 | 0 | 00000 | 0 | 4720005852282 | 300 | 00046 | 99358 | | ABF | FP | 3 | SHIPPED |
| 11 | 0NSZ5 | 306 | LECCG | SP075000M4333 | 0002 | 650 | 00113 | 0 | 00000 | 0 | 4720005852282 | 650 | 00042 | 99358 | | ABF | FP | 3 | SHIPPED NEEDS INV |
| 12 | 0NSZ5 | 306 | LECCG | SP075099C2506 | 0001 | 986 | 99308 | 986 | 99287 | 0 | 4720000830044 | 986 | 00059 | 99188 | | KGM | HA | 3 | SHIPPED |
| 13 | 0NSZ5 | 306 | LECCG | SP075099C2508 | 0003 | 480 | 99286 | 0 | 00000 | 161 | 4720007059542 | 0 | 00000 | 99211 | | KFM | HA | 3 | DCMC SURVEILLANCE |
| 14 | 0NSZ5 | 306 | LECCG | SP075099C2508 | 5001AA | 100 | 99286 | 0 | 00000 | 161 | 4720007059542 | 0 | 00000 | 99211 | | KFM | HA | 3 | DCMC SURVEILLANCE |
| 15 | 0NSZ5 | 306 | LECCG | SP075099C2508 | 5001AB | 59 | 99286 | 0 | 00000 | 161 | 4720007059542 | 0 | 00000 | 99211 | | KFM | HA | 3 | DCMC SURVEILLANCE |

00057

PHYLLIS E. MOORE
DSCC-LDAC
692-3716

Page 1 of 1

CAPITAL CITY PIPES

0NSZ5(8A)

STATUS

| | A | B | C | E | F | G | H | I | J | K | O | S | T | Z | AK | BB | BH | BI | BN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CAGE | min_ | Admin | PIIN | CLIN | Qty | CDD | Ship_Qt | Ship_Date | ays_De | NSN | Recvd_Qt | cvd_D | wd_Da | Pri_Cod | PS_C | ORC | MC | STATUS |
| 2 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0001 | 416 | 00099 | 416 | 00060 | 0 | 4720010666447 | 416 | 00064 | 99180 | | 05F | AA | 1 | SHIPPED |
| 3 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0002 | 198 | 00099 | 198 | 00060 | 0 | 4720010666447 | 198 | 00069 | 99180 | | 05F | AA | 1 | SHIPPED |
| 4 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0003 | 178 | 00099 | 178 | 00067 | 0 | 4720010666447 | 178 | 00075 | 99180 | | 05F | AA | 1 | SHIPPED |
| 5 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0004 | 343 | 00099 | 343 | 00074 | 0 | 4720010666447 | 272 | 00078 | 99180 | | 05F | AA | 1 | SHIPPED DISCREPANCY |
| 6 | 0NSZ5 | 306 | AEAAL | SP074099C1004 | 0005 | 169 | 00099 | 169 | 00074 | 0 | 4720010666447 | 0 | 00000 | 99180 | | 05F | AA | 1 | SHIPPED |
| 7 | 0NSZ5 | 306 | LECCG | SP075000C3001 | 0001 | 38 | 00003 | 0 | 00000 | 79 | 4720011945160 | 0 | 00000 | 99288 | | | GQ | 9 | DCMC SURVEILLANCE |
| 8 | 0NSZ5 | 306 | LECCG | SP075000C3001 | 0002 | 35 | 00003 | 0 | 00000 | 79 | 4720011945160 | 0 | 00000 | 99288 | | | GQ | 9 | DCMC SURVEILLANCE |
| 9 | 0NSZ5 | 306 | LECCG | SP075000M4191 | 0001 | 306 | 00082 | 306 | 00069 | 0 | 4720009788887 | 306 | 00080 | 99328 | | 86F | FW | 3 | SHIPPED |
| 10 | 0NSZ5 | 306 | LECCG | SP075000M4333 | 0001 | 300 | 00113 | 0 | 00000 | 0 | 4720005852282 | 300 | 00046 | 99358 | | ABF | FP | 3 | SHIPPED |
| 11 | 0NSZ5 | 306 | LECCG | SP075000M4333 | 0002 | 650 | 00113 | 0 | 00000 | 0 | 4720005852282 | 650 | 00042 | 99358 | | ABF | FP | 3 | SHIPPED NEEDS INV |
| 12 | 0NSZ5 | 306 | LECCG | SP075099C2506 | 0001 | 986 | 99308 | 986 | 99287 | 0 | 4720000830044 | 986 | 00059 | 99188 | | KGM | HA | 3 | SHIPPED |
| 13 | 0NSZ5 | 306 | LECCG | SP075099C2508 | 0003 | 480 | 99286 | 0 | 00000 | 161 | 4720007059542 | 0 | 00000 | 99211 | | KFM | HA | 3 | DCMC SURVEILLANCE |
| 14 | 0NSZ5 | 306 | LECCG | SP075099C2508 | 5001AA | 100 | 99286 | 0 | 00000 | 161 | 4720007059542 | 0 | 00000 | 99211 | | KFM | HA | 3 | DCMC SURVEILLANCE |
| 15 | 0NSZ5 | 306 | LECCG | SP075098C2508 | 5001AB | 59 | 99286 | 0 | 00000 | 161 | 4720007059542 | 0 | 00000 | 99211 | | KFM | HA | 3 | DCMC SURVEILLANCE |

00058

# FAX TRANSMITTAL

TO: Mr. Mike Taylor, DSCC Small Business
PHONE: 614 / 692-2777 FAX: 614 / 692-4920

FROM: Kathryn M. Bader @ DCMC ST. PETERSBURG
Telephone #: 727 / 579-3023 FAX #: 727 / 579-3107
DSN #: 697 – 3023 email: kbader@dcmde.dla.mil

# of Pages: 1

DATE: 30 March 2000

SUBJECT: SP0750-99-C-2508/Notice of Assignment paperwork

In response to your voice message, I am forwarding for your review a copy of the fax I sent to Ms. Williams at Capital City Pipes outlining issues found by our legal division.

To date Ms. Williams has not responded to my request for information &/or revised pages.

After your review, please give me a call or email at the numbers listed above and we'll talk about what either agency can do to assist this contractor.

Thanks

4/4/00 T/W Mike. He already has
a copy of my 3/30 fax to Thelma.
After our discussion, he plans
to approach Ms. Matthews
about mod'g contract to
Mr. Kawa's address. Mike says
there is an escrow acct
between JGB + Cap. City and
Mr. Kawa is the attorney
who controls it. However, Mr. Kawa
doesn't meet reqmts as a financial
institution. Mike will tell me
what Carolyn says —



000098

# Capital City Pipes, Inc.

Office 850/574-3717 Fax 850/574-0384

April 5, 2000

Ms. Kathy M Bader
DCMC/ St Petersburg
St. Petersburg, FL

Ref: SP075099C2508/Notice of Assignment

In response to your letter dated March 30, 2000, regarding the four questions you requested.

1. Mr. Michael Kawa, ESQ is an attorney and Capital City Pipes President and CEO Mr. Lee Gilliam and JGB Enterprises, Inc President /CEO Mr. Jay Bernhardt signed an agreement to utilize Mr. Michael Kawa, ESQ as a go-between on this contract. If you require to a copy of the agreement in order for this contract to be fulfilled please let me know.

2. This Notice of Assignment is not for a loan. The purpose is for the disbursement of the funds related to the above-mentioned contract.

3. Capital City Pipes, Inc will submit original or true copy instead of photostat copies with true signatures.

4. In the "Instrument of Assignment" Capital City Pipes, Inc will "impressed" each copy with the Corporate Seal on the copies to DCMC.

If you have any further questions please call me @ 850-574-3717 or fax me @ 850-574-0384

Sincerely

Thelma S. Williams
Director of Sales

CC: Mike Taylor/DSCC
CC: JGB Enterprises, Inc/ Jay Bernhardt

1872 Mills Street Bldg. F — P.O. Box 12368 — Tallahassee, Florida 32317-2368

WITNESS: ______
DATE: ____ RPTR: ____

-148-

Pl. Ex. 25

12apr00. Capital City P. ico SP0750990254
Ms. Williams asked for my help. She said there had been numerous conversation pretaining to assignment of claims. I repeatedly told everyone involved that all we want to do is to have monies go to the vendor. Material is complete, this is not a loan." [initials] 21apr00

After careful review of the previous actions, I suggested if this is not an assignment, their company & the vendor's company must set up an account where monies will be directly sent or set aside for the vendor. If they can agree, there's no need for Government intervention. An assignment is a transfer of the Contractor's rights to be paid by the Government, to another Contractor to secure a loan. In this case I do not believe we are talking about transferring your rights to be paid.
How you pay your vendors, should be your decision.

#26
WITNESS:
DATE: Rptr.
Higgins & Associates

However, I see a problem in your remittance address if it's not to a bank. DFAS does not want to make Paper checks.

If an agreement cannot be made, please explain to the vendor the order will be terminated and that there is no guarantee that there would an award to them. They will lose out all the way around.

Since this material is urgently needed, I will entertain on a onetime basis for this award, changing the remittance address to a bank or whatever is agreeable.

PHYLLIS E. MOORE
DS 'C-LECC(F)
692-3716

JGB enterprises inc.

May 31, 2000

Mr. Michael A. Taylor
Small Business Specialist
Small Business Office DSCC
PO Box 3990
Columbus, OH 43216-5000

Re: Capital City Pipes, Inc.

Dear Mr. Taylor:

Based on the fact that you do not return my phone calls I am outlining below my grave concerns with your contractor Capital City Pipes, Inc. I am at a loss to understand how you have misrepresented facts to my company and have enticed us to continue supplying Capital City Pipes with product. I hold you personally responsible for this situation and am extremely upset that you would willfully try to harm a reputable small business contractor such as J.G.B. Enterprises, Inc.

Outlined below is money owed J.G.B. Enterprises, Inc. under various contracts with Capital City Pipes and discussion of each.

| Contract No. | JGB Inv. No./Date | | Due Date | Amount |
|---|---|---|---|---|
| SP0750-00-M-4333 | 058064 | 2/8/00 | 3/9/00 | $ 5,685.00 (1) |
| SP0750-00-M-4333 | 058065 | 2/8/00 | 3/9/00 | 12,317.50 (1) |
| SP0750-00-M-4191 | 060162 | 2/8/00 | 3/9/00 | 43,987.50 (2) |
| SP0750-99-C-2508 | 062931 | 3/9/00 | 4/8/00 | 162,052.80 (3) |
| SP0750-99-C-2508 | 063831 | 4/28/00 | 5/28/00 | 33,761.00 (3) |
| SP0750-99-C-2508 | 063832 | 4/28/00 | 5/28/00 | 19,918.99 (3) |
| SP0750-99-M-E307 | 50200-1 | 5/2/00 | 6/1/00 | 1,481.44 (4) |
| SP0750-99-C-2505 | 50200-2 | 5/2/00 | 6/1/00 | 16,311.37 (4) |
| | | | | $295,515.60 |
| | | | Less (1) (Assuming good checks) | < 18,002.50> |
| | | | Less partial (3) | <57,365.79> |
| | | | Net due J.G.B. Enterprises, Inc. | $220,147.31 |

continued

JGB enterprises inc.



1. Note – the remit-to address on page 6 of 8 of subject contract is:
   Remit Payment To: Michael J. Kawa, Esq.
   300 Crown Building
   304 S. Franklin Street
   Syracuse, NY 13202

   J.G.B. Enterprises, relied upon this remit-to address and shipped product on behalf of Capital City Pipes, Inc. The Government apparently paid Capital City Pipes, Inc. direct on this contract. I have in my possession two (2) postdated checks from Capital City Pipes, Inc.; #10400 for $5,685.00 dated June 2, 2000, and #10403 for $12,317.50 dated June 16, 2000. There is no assurance that these checks are good as Capital City Pipes has bounced several checks in the past. Even if good, it will have taken them over 120 days to satisfy the monies owed to J.G.B. Enterprises. Their terms are net 30 days.

2. Note – the remit-to address on page 5 of 7 of subject contract is:
   Remit Payment to: Michael J. Kawa, Esq.
   300 Crown Building
   304 S. Franklin Street
   Syracuse, NY 13202

   J.G.B. Enterprises, Inc. relied upon this remit-to address and shipped product on behalf of Capital City Pipes, Inc. We have not received payment on this contract at this time.

3. Note – This contract was modified with P00002 dated 4/13/00 to change the remittance address to: Chase Manhattan Bank
   Routing # 021309434
   Account # 600-285235
   PO Box 4911
   Syracuse, NY 13202
   Authorized Official: Marla F. Share
   (315) 448-1418

continued

JGB enterprises inc.

Page 3

This is the account information for J.G.B. Enterprises, Inc. On Friday, May 26, 2000 I received a call from our bank stating they had received a check for Capital City Pipes along with various paperwork. Upon review of the paperwork it shows a check in the amount of $57,365.79 with an offset of $115,365.79! A letter enclosed from the Government dated February 4, 2000 shows that Capital City Pipes is indebted to the Government for a duplicate payment on a prior contract. When the Modification P00002 was done on April 13, 2000, J.G.B. Enterprises, Inc. was enticed to once again ship product on behalf of Capital City Pipes.

4. These invoices are for additional monies due J.G.B. Enterprises, Inc. for additional testing required on these two contracts. These monies should be paid directly to J.G.B. Enterprises, Inc.

Demand is hereby made for all monies due and owing to J.G.B. Enterprises, Inc. Time is of the essence in this matter. Your payment in the amount of $220,147.31 is to be in our office no later than Friday, June 9, 2000. I would hope that you will honor your responsibility to our company.

Sincerely,

Robert G. Zywicki
Vice President

Taylor 614-692-4920

RGZ:mjf

fax

Jon Mary / L. Saunders cc: Commander, DSCC, Columbus, OH 614-692-1404 ✓
Carolyn Matthews, Contracting Officer, DSCC 614-692-1488 ✓
Phyllis Moore, Contracting Officer, DSCC 614-692-5298 –
Ann Turner, Legal, DSCC 614-692-4774 ✓
Steve Roberts, ACO, DCM, Syracuse, NY – 423-8960 ✓ 448-7830
Wayne Redmond, QAR, DCM, Syracuse, NY – mailbox job
Commander, DCM, Clearwater, FL 727-579-3106 ✓
U.S. Small Business Administration, Jacksonville, FL 904-443-1980 443-1859

# FAX TRANSMITTAL FORM

TO: Small Business Office
(Company Name)

ATTN: Mr. Michael Taylor

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM Robert G. Zywicki

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

# FAX TRANSMITTAL FORM

TO: Commander, DSCC
(Company Name)

ATTN: Brig General Mary L. Saunders

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

# FAX TRANSMITTAL FORM

TO: DSCC
(Company Name)

ATTN: Carolyn Matthews, CO

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM Robert G. Zywicki

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

# FAX TRANSMITTAL FORM

TO: Legal DSCC
(Company Name)

ATTN: Ann Turner

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM Robert G. Zyworcki

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

# FAX TRANSMITTAL FORM

TO: DCM-Syr
(Company Name)

ATTN: Steve Roberts

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM Robert G. Zywicki

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

# FAX TRANSMITTAL FORM

TO: DCM-Clearwater
(Company Name)

ATTN: Commander

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET: 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM Robert G. Zywicki

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

# FAX TRANSMITTAL FORM

TO: U.S. Small Business Admin Jacksonville, FL
(Company Name)

ATTN: ______________________

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM Robert G. Zywicki

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

TIME : MAY 31 '00 12:14
TEL NUMBER : 315-451-8503
NAME : JGB ENTERPRISES INC

| NR | DATE | TIME | DURATION | PGS | TO | MODE | | STATUS |
|---|---|---|---|---|---|---|---|---|
| 622 | MAY.31 | 08:27 | 00/30 | 1 | 215 443 4100 | EC | M | OK |
| 623 | MAY.31 | 08:41 | 00/59 | 2 | 4721004 | EC | M | OK |
| 624 | MAY.31 | 08:59 | 01/14 | 3 | 4223598 | G3 | M | OK |
| 625 | MAY.31 | 09:02 | 01/16 | 2 | 6723736 | G3 | M | OK |
| 626 | MAY.31 | 09:20 | 00/26 | 1 | 818 409 1565 | EC | M | OK |
| 627 | MAY.31 | 09:26 | 00/31 | 1 | 940 | EC | M | OK |
| 628 | MAY.31 | 09:39 | 00/36 | 1 | 5165612578 | EC | M | OK |
| 629 | MAY.31 | 09:40 | 00/36 | 1 | 914 679 1061 | EC | M | OK |
| 630 | MAY.31 | 09:41 | 00/34 | 1 | 19494422301 | EC | M | OK |
| 631 | MAY.31 | 09:42 | 01/15 | 1 | 201 784 4409 | EC | M | OK |
| 632 | MAY.31 | 09:44 | 00/32 | 1 | 914062457923 | EC | M | OK |
| 633 | MAY.31 | 09:45 | 00/30 | 1 | 2737004 | G3 | M | OK |
| 634 | MAY.31 | 09:47 | 00/29 | 1 | 4757257 | EC | M | OK |
| 635 | MAY.31 | 09:48 | 00/36 | 1 | 9085345546 | EC | M | OK |
| 636 | MAY.31 | 09:48 | 01/34 | 1 | 419 222 5010 | EC | M | OK |
| 637 | MAY.31 | 09:52 | 00/31 | 1 | 602 365 7989 | EC | M | OK |
| 638 | MAY.31 | 09:53 | 00/45 | 2 | 19254559901 | EX | M | OK |
| 639 | MAY.31 | 09:54 | 00/44 | 2 | 9144281733 | EX | M | OK |
| 640 | MAY.31 | 09:57 | 00/38 | 1 | 12095293278 | G3 | M | OK |
| 641 | MAY.31 | 09:58 | 00/47 | 2 | 414 355 6129 | EC | M | OK |
| 642 | MAY.31 | 10:09 | 00/00 | 0 | 14809665001 | | M | 58 |
| 643 | MAY.31 | 10:59 | 00/36 | 2 | 13023227707 | EC | M | OK |
| 644 | MAY.31 | 11:19 | 00/29 | 1 | 9722455405 | EC | M | OK |
| 645 | MAY.31 | 11:32 | 02/03 | 3 | 2158499820 | EC | M | OK |
| 646 | MAY.31 | 11:42 | 01/40 | 4 | 6924920 | EC | M | OK |
| 647 | MAY.31 | 11:44 | 01/39 | 4 | 6146921904 – Brig Gen Saunders | EC | M | OK |
| 648 | MAY.31 | 11:46 | 01/16 | 4 | 6142381088 Carolyn Matthews | EC | M | OK |
| 649 | MAY.31 | 11:48 | 00/41 | 1 | ~~614-692-5290~~ | EC | M | NG D0 |
| 650 | MAY.31 | 11:49 | 02/11 | 4 | 6146924774 Ann Turner Legal | EC | M | OK |
| 651 | MAY.31 | 11:52 | 01/36 | 4 | 3154487830 – Roberts? | EC | M | OK |
| 652 | MAY.31 | 11:54 | 01/14 | 4 | 17275793106 – Commander Clearwater | EC | M | OK |
| 653 | MAY.31 | 11:56 | 01/33 | 4 | 4431959 | EC | M | OK |
| 654 | MAY.31 | 11:58 | 00/42 | 1 | ~~614-692-5290~~ | EC | M | NG D0 |
| 655 | MAY.31 | 11:59 | 02/10 | 1 | 480 891 7208 | EC | M | OK |
| 656 | MAY.31 | 12:01 | 00/59 | 2 | 5100060731 | EC | M | OK |
| 657 | MAY.31 | 12:03 | 01/58 | 4 | 15629447711 | EC | M | OK |
| 658 | MAY.31 | 12:05 | 00/40 | 1 | ~~614-692-5290~~ | EC | M | NG D0 |
| 659 | MAY.31 | 12:07 | 00/41 | 1 | ~~614-692-5290~~ | EC | M | NG D0 |
| 660 | MAY.31 | 12:11 | 00/41 | 1 | ~~614-692-5290~~ | EC | M | NG D0 |
| 661 | MAY.31 | 12:13 | 00/20 | 1 | ~~614-692-5290~~ | EC | M | OK 30 |

TIME : MAY 31 '08 03:05
TEL NUMBER : 315-451-8583
NAME : JGB ENTERPRISES INC

| NR | DATE | TIME | DURATION | PGS | TO | MODE | | STATUS |
|---|---|---|---|---|---|---|---|---|
| 626 | MAY.31 | 09:20 | 00/26 | 1 | 818 409 1565 | EC | M | OK |
| 627 | MAY.31 | 09:26 | 00/31 | 1 | 940 | EC | M | OK |
| 628 | MAY.31 | 09:39 | 00/36 | 1 | 5165612578 | EC | M | OK |
| 629 | MAY.31 | 09:40 | 00/36 | 1 | 914 679 1861 | EC | M | OK |
| 630 | MAY.31 | 09:41 | 00/34 | 1 | 19494422301 | EC | M | OK |
| 631 | MAY.31 | 09:42 | 01/15 | 1 | 201 784 4409 | EC | M | OK |
| 632 | MAY.31 | 09:44 | 00/32 | 1 | 914062457923 | EC | M | OK |
| 633 | MAY.31 | 09:45 | 00/38 | 1 | 2737004 | G3 | M | OK |
| 634 | MAY.31 | 09:47 | 00/29 | 1 | 4757257 | EC | M | OK |
| 635 | MAY.31 | 09:48 | 00/36 | 1 | 9085345546 | EC | M | OK |
| 636 | MAY.31 | 09:48 | 01/34 | 1 | 419 222 5010 | EC | M | OK |
| 637 | MAY.31 | 09:52 | 00/31 | 1 | 602 365 7989 | EC | M | OK |
| 638 | MAY.31 | 09:53 | 00/45 | 2 | 19254559901 | EX | M | OK |
| 639 | MAY.31 | 09:54 | 00/44 | 2 | 9144281733 | EX | M | OK |
| 640 | MAY.31 | 09:57 | 00/38 | 1 | 12095293278 | G3 | M | OK |
| 641 | MAY.31 | 09:58 | 00/47 | 2 | 414 355 6129 | EC | M | OK |
| 642 | MAY.31 | 10:09 | 00/00 | 0 | 14009665001 | | M | 58 |
| 643 | MAY.31 | 10:59 | 00/36 | 2 | 13023227707 | EC | M | OK |
| 644 | MAY.31 | 11:19 | 00/29 | 1 | 9722455405 | EC | M | OK |
| 645 | MAY.31 | 11:32 | 02/03 | 3 | 2158499820 | EC | M | OK |
| 646 | MAY.31 | 11:42 | 01/40 | 4 | 6924920 | EC | M | OK |
| 647 | MAY.31 | 11:44 | 01/39 | 4 | 6146921904 | EC | M | OK |
| 648 | MAY.31 | 11:46 | 01/16 | 4 | 6142381400 | EC | M | OK |
| 649 | MAY.31 | 11:48 | 00/41 | 1 | 614 692 5298 | EC | M | NG D0 |
| 650 | MAY.31 | 11:49 | 02/11 | 4 | 6146924774 | EC | M | OK |
| 651 | MAY.31 | 11:52 | 01/36 | 4 | 3154487630 | EC | M | OK |
| 652 | MAY.31 | 11:54 | 01/14 | 4 | 17275793106 | EC | M | OK |
| 653 | MAY.31 | 11:56 | 01/33 | 4 | 4431959 | EC | M | OK |
| 654 | MAY.31 | 11:58 | 00/42 | 1 | 614 692 5298 | EC | M | NG D0 |
| 655 | MAY.31 | 11:59 | 02/10 | 1 | 480 891 7208 | EC | M | OK |
| 656 | MAY.31 | 12:01 | 00/59 | 2 | 5108860731 | EC | M | OK |
| 657 | MAY.31 | 12:03 | 01/58 | 4 | 15629447711 | EC | M | OK |
| 658 | MAY.31 | 12:05 | 00/40 | 1 | 614 692 5298 | EC | M | NG D0 |
| 659 | MAY.31 | 12:07 | 00/41 | 1 | 614 692 5298 | EC | M | NG D8 |
| 660 | MAY.31 | 12:11 | 00/41 | 1 | 614 692 5298 | EC | M | NG D8 |
| 661 | MAY.31 | 12:13 | 00/28 | 1 | 614 692 5298 | EC | M | OK 30 |
| 662 | MAY.31 | 12:23 | 01/04 | 1 | 704 587 0631 | EC | M | OK |
| 663 | MAY.31 | 12:33 | 01/33 | 4 | 4431959 | EC | M | OK |
| 664 | MAY.31 | 12:35 | 00/44 | 1 | 6723736 | G3 | M | OK |
| 665 | MAY.31 | 12:36 | 03/41 | 6 | 2158499820 | EC | M | OK |

# FAX TRANSMITTAL FORM

TO: DSCC
(Company Name)

ATTN: Phyllis Moore, CO

DATE: 5-31-00

NUMBER OF PAGES INCLUDING COVER SHEET 4

( ) Please call upon receipt
( ) For your information
( ) Per your request

COMMENTS

Please call with any questions.

FROM Robert G. Zywicki

J.G.B. Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY 13088

Phone 315-451-2770
Fax 315-451-8503

**Moore, Phyllis E**

**From:** Moore, Phyllis E
**Sent:** Monday, August 14, 2000 4:30 PM
**To:** 'DCMC CLEARWATER/SLACK'
**Cc:** Griffin, Howard (Tony) A; Taylor, Michael A; Spratt, Shirley J
**Subject:** CAPITAL CITY PIPES INC CAGE 0NSZ5 8A CONTRACTOR

THIS IS THE ALERT I SENT TO DAY TO YOUR ACTIVITY. ENCLOSED ALSO IS A LISTING OF OPEN AWARDS WITH CAPITAL CITY

REQUEST YOUR OFFICE RESPOND A SOON AS POSSIBLE. THIS SITUATION WILL BE ELEVATED TO MY LEGAL STAFF AND I NEED YOU FINDINGS.

0NSZ5.xls

DSCC SP0750-00-M-C525; SP0750-00-M-5071; SP0750-99-C-2508; SP0740-99-C-1004; SP0750-00-M-4191; SP0750-00-M-4333; SP0750-99-C-2508; SP0750-99-C-2508; SP0750-99-M-E307 AND SP0750-99-C-2505 ; CAPITAL CITY PIPES INC. CAGE 0NSZ5 14 AUG2000

ALERT

PHONE 614-692-3716 FAX 614-693-1574 EMAIL PHYLLIS_MOORE@DSCC.DLA.MIL

REFERENCE ABOVE MENTIONED ORDERS WITH CAPITAL CITY PIPES. THE CONTRACTING OFFICER HAS RECEIVED A REQUEST FOR EQUITABLE ADJUSTMENT FROM THE CONTRACTOR'S SUB CONTRACTOR FOR THE ABOVE AWARDS. THE SUB CONTRACTOR IS JGB ENTERPRISES INC, AND THEY ARE ALLEGING THAT THEY HAVE NOT BEEN PAID. PURSUANT TO FAR 32.112-1 PARAGRAPH (1)(ii) THE CONTRACTING OFFICER MAY DETERMINE IF THE FINAL PAYMENT TO THE SUBCONTRACTOR OR SUPPLIER IN COMPLIANCE WITH THE TERMS OF THE SUBCONTRACT, PURCHASE ORDER, OR OTHER AGREEMENT WITH THE PRIME CONTRACTOR. UNTIL FURTHER NOTICE, YOU ARE REQUESTED TO SUSPEND ANY INSPECTIONS AND OR ACCEPTANCE OF SUPPLIES FOR THIS CONTRACTOR UNTIL FURTHER NOTICE BY THIS OFFICE.

THIS IS A REQUEST FOR THE ACO TO SEND APPROPRIATE PERSONNEL TO THE CONTRACTOR'S FACILITY FOR THE PURPOSE OF CONDUCTING AN INDEPTH FINANCIAL RESPONSIBILITY ANALYSIS. REQUEST YOUR OFFICE ADVISE WHEN ACTION WILL BE TAKEN AND GIVE A PROJECTED COMPLETION DATE. THIS INFORMATION IS NEEDED TO ANSWER THE SUBCONTRACTOR'S REQUEST FOR EQUITABLE ADJUSTMENT.

*PHYLLIS E. MOORE*
***PHYLLIS E. MOORE***
***CONTRACTING OFFICER***