# In the United States Court of Federal Claims

| | | |
|---|---|---|
| MICHAEL KAWA, | ) | No. 06-448 C |
| Plaintiff, | ) | |
| v. | ) | Filed August 8, 2008 |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**ORDER**

On May 9, 2008, defendant filed a motion for summary judgment (docket entry 49), to which plaintiff responded in opposition on July 21, 2008 (docket entry 58). Defendant filed its reply in support of its motion for summary judgment on August 5, 2008 (docket entry 62). Pursuant to the Court's order, the parties participated in a telephonic status conference on Friday, August 8, 2008 (docket entry 57). For reasons set forth orally during the status conference, the Court stated it would deny defendant's motion for summary judgment, and would resolve the case after a trial on the merits.

The Court then consulted with the parties as to the appropriate schedule going forward, with a view toward trial, and keeping in mind the procedures set forth in the Rules of the Court of Federal Claims ("RCFC"), Appendix A. The Court stated that the thorough briefing on the motion for summary judgment obviated the need for memoranda of contentions of fact and law, as described in RCFC Appendix A, paragraph 14. However, the Court stated that the parties should complete the activities described in RCFC Appendix A, paragraphs 13, 15, 16, and 17.

After consultation with the parties, the Court **ORDERS** that defendant's motion for summary judgment is **DENIED**, and **FURTHER ORDERS** that the parties proceed in accordance with the following schedule:

1) Counsel shall meet to exchange lists of exhibits (together with copies of the exhibits themselves) and witness lists as described in RCFC, Appendix A, paragraph 13, no later than **Monday, October 6, 2008.**

2) The parties shall complete the activities described in RCFC, Appendix A, paragraphs 15, 16 and 17 prior to the pre-trial conference.

3) The parties shall participate in a telephonic status conference on **Friday, October 10, 2008, at 10:00 am.** The Court will initiate the call.

4) The parties shall participate in a pre-trial conference on **Tuesday, October 14, 2008, 9:30 am, at the National Courts Building, 717 Madison Place**, **N.W., Washington, D.C.**

5) The trial shall begin on **Monday, October 27, 2008, at 9:30 am**, and is anticipated to last no longer than through the close of business on **Friday, October 31, 2008.** The trial will take place at **National Courts Building, 717 Madison Place**, **N.W., Washington, D.C.**

The Court will promulgate a proposed order governing logistics and procedures for the conduct of the trial on or before Monday, October 6, 2008. The parties should be prepared to discuss the proposed order at the status conference on October 10, 2008.

**IT IS SO ORDERED**.

s/ George W. Miller
GEORGE W. MILLER
Judge